**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: B.L Gustafson, LLC<br>  dba Gus's Guns,<br>  dba Priority Care Ambulance,<br>  dba Brian Gustafson Rentals,<br>  dba B.L. Gustafson Excavation,<br>  dba Brynwood Farm<br>                    Debtor(s) | CHAPTER 11<br><br>BKY. NO. 17-10514 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Kubota and index same on the master mailing list.

        Respectfully submitted,

        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: (215)-627-1322
        Attorney for Movant/Applicant