IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: B.L. Gustafson, LLC | : | Bankruptcy No. 17-10514 |
| Debtor | : | |
| B.L. Gustafson, LLC Movant | : | Chapter 11 |
| | : | Related to Document No. |
| v. | : | |
| No Respondent | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**X**    Voluntary Petition - *Specify reason for amendment*: Amended to check off that the Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
**X**    Schedule D - Creditors holding Secured Claims
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           **X**    Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
       Check one:
           _____ Creditor(s) added
           _____ NO Creditor(s) added
           _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
**X**    Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

John Deere Construction & Forestry Co.
6400 NW 86th Street
Johnston, IA 50131-6600


Date  August 8, 2017                                /s/ John F. Kroto
                                                    Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                                    John F. Kroto
                                                    (Typed Name)

                                                    120 West Tenth Street
                                                    Erie, PA 16501
                                                    (Address)

                                                    (814) 459-2800
                                                    (Phone No.)

                                                    91208
                                                    List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  17-10514     Chapter  11

☒ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | B.L. Gustafson, LLC |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Gus's Guns<br>DBA  Priority Care Ambulance<br>DBA  B.L. Gustafson Excavation<br>DBA  Brynwood Farm<br>DBA  Brian Gustafson Rentals |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-4721179 |

| 4. | Debtor's address | **Principal place of business**<br><br>6135 Route 46<br>Smethport, PA 16749<br>Number, Street, City, State & ZIP Code<br><br>McKean<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box 344<br>Smethport, PA 16749<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |
|---|---|---|

Debtor __B.L. Gustafson, LLC__                                   Case number (if known) __17-10514__
　　　　Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☐ No.
   - ■ Yes.

   If more than 2 cases, attach a separate list.
   District __Western District of Pennsylvania__   When __12/28/15__   Case number __15-11361__
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____   Relationship _____
    District _____   When _____   Case number, if known _____

Debtor  **B.L. Gustafson, LLC**  Case number (*if known*) **17-10514**
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | B.L. Gustafson, LLC | Case number (if known) 17-10514 |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 8, 2017**
MM / DD / YYYY

X /s/ Brian L. Gustafson          Brian L. Gustafson
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

X /s/ John F. Kroto          Date **August 8, 2017**
Signature of attorney for debtor       MM / DD / YYYY

**John F. Kroto**
Printed name

**Knox McLaughlin Gornall & Sennett, P.C.**
Firm name

**120 West Tenth Street**
**Erie, PA 16501**
Number, Street, City, State & ZIP Code

Contact phone **(814) 459-2800**    Email address **jkroto@kmgslaw.com**

**91208**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **B.L. Gustafson, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **17-10514**

☒ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Ford Credit**<br>Creditor's Name<br><br>PO Box 220564<br>Pittsburgh, PA 15257<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**0613**<br><br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2014 Ford F250 Truck**<br><br>Describe the lien<br>**Automobile lien**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$17,594.61** | **$20,000.00** |
| 2.2 | **John Deere Construction & Forestry Co.**<br>Creditor's Name<br><br>6400 NW 86th Street<br>Johnston, IA 50131-6600<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**6/27/2012**<br>Last 4 digits of account number<br>**8671** | Describe debtor's property that is subject to a lien<br>**Loan contract for CT319D Compact Track Loader and LAF6864 Auto Rake**<br>***UCC-1 Financing Statement filed on 7/9/2012 at Financing Statement no. 2012070905148**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | **$1.00** | **$0.00** |

| Debtor | B.L. Gustafson, LLC | Case number (if know) | 17-10514 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | John Deere Construction & Forestry Co. | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Loan contract for 60D Compact Excavator *UCC-1 Financing Statement filed on 10/4/2012 at Financing Statement no. 2012100405525 | | |
| | 6400 NW 86th Street Johnston, IA 50131-6600 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | 9/25/2012 | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | 9318 | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.4 | John Deere Construction & Forestry Co. | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Loan contract for 450J LT Crawler Dozer *UCC-1 Financing Statement filed on 10/12/2012 at Financing Statement no. 2012101203388 | | |
| | 6400 NW 86th Street Johnston, IA 50131-6600 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | 10/5/2012 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | 4916 | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.5 | John Deere Construction & Forestry Co. | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

| Debtor | B.L. Gustafson, LLC | | Case number (if know) | 17-10514 |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

6400 NW 86th Street
Johnston, IA 50131-6600

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/25/2013

Last 4 digits of account number
1090

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

450J LT Crawler Dozer
UCC-1 Financing Statement filed on 3/6/2013
at Financing Statement no. 2013030603825
and amended on 6/24/2013 at Financing
Statement no. 2013062405568

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **John Deere Construction & Forestry Co.** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

6400 NW 86th Street
Johnston, IA 50131-6600

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
6/11/2013

Last 4 digits of account number
4052

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

85D Excavator
UCC-1 Financing Statement filed on 6/21/2013
at Financing Statement no. 2013062104217

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **John Deere Construction & Forestry Co.** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

6400 NW 86th Street
Johnston, IA 50131-6600

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
8/14/2013

CT323D Compact Track Loader
UCC-1 Financing Statement filed on 9/9/2013
at Financing Statement no. 2013090903962

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor  **B.L. Gustafson, LLC**
Name

Case number (if know) **17-10514**

Last 4 digits of account number **2998**

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

---

| 2.8 | **John Deere Construction & Forestry Co.**
Creditor's Name

Robert S. Bernstein, Esq.
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
Creditor's mailing address


Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number | Describe debtor's property that is subject to a lien


Describe the lien

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $256,233.53 | $0.00 |

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **Kubota Credit Corporation, U.S.A.**
Creditor's Name

c/o Kiely A. Lewandowski, Esquire
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Creditor's mailing address


Creditor's email address, if known

Date debt was incurred
**9/19/2013**
Last 4 digits of account number
**8702** | Describe debtor's property that is subject to a lien
**Kubota 4WD HST Tractor w/Foldable Rops, Kubota Front LDR and Land Pride Rotary Cutter 1872
UCC-1 F.S. filed on 10/1/13 at F.S. no. 2013100100090**

Describe the lien

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Is anyone else liable on this claim?
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $17,000.00 | $15,000.00 |

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| Debtor | B.L. Gustafson, LLC | | Case number (if know) | 17-10514 |
|---|---|---|---|---|
| | Name | | | |

| 2.10 | Kubota Credit Corporation, U.S.A. | Describe debtor's property that is subject to a lien | $9,000.00 | $7,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Kubota 4WD Tractor, Kubota 60" Mid Mount Mower Deck, Kubota Loader, Kubota 3rd Function Valve Kit, Kubota Pallet Fork Frame, and Kubota 36" Forks | | |
| | c/o Kiely A. Lewandowski, Esquire<br>U.S. Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 | UCC-1 F.S. filed on 11/8/2013 at F.S. no. 2013110805818 | | |
| | Creditor's mailing address | Describe the lien<br>**Retail Installment Contract** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | 10/16/2013 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | 9677 | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $299,834.14

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Robert S. Bernstein, Esquire<br>Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name: **B.L. Gustafson, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **17-10514**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other | $339,813.45 |
| For prior year: From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $823,539.84 |
| For year before that: From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $850,000.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor  B.L. Gustafson, LLC                              Case number (if known) 17-10514

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. UPMC Health Plan<br>UPMC Heath Network<br>Box 371842<br>Pittsburgh, PA 15250-7842 | 4/3/17 | $13,072.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Health insurance |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. John Deere Construction & Forestry Company vs. Clearfield Transportation Services, Inc., Brian L. Gustafson, B.L. Gustafson, LLC and Amy B. Gustafson<br>No. 523 C.D. 2014 | Writ of Execution | Court of Common Pleas of McKean County<br>McKean County Courthouse<br>500 W. Main Street<br>Smethport, PA 16749 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. Christopher Poorman, et al. v. Brian Gustafson, et al.<br>GD-17-003761 |  | Allegheny County Court of Common Pleas<br>436 Grant Street<br>Pittsburgh, PA 15219 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **B.L. Gustafson, LLC**  Case number (if known) **17-10514**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | AETNA Life Insurance Co.<br>Medical Services<br>PO Box 981106<br>El Paso, TX 79998 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Excellus Health Plan Incorporated<br>165 Court Street<br>Rochester, NY 14647 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | United Healthcare Insurance Company<br>PO Box 1459<br>Minneapolis, MN 55440-1459 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Echo Health Inc.<br>868 Corporate Way<br>Westlake, OH 44145 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Humana, Inc.<br>PO Box 14750<br>Lexington, KY 40512 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Highmark Health Services, Inc.<br>120 5th Ave., Ste. 922<br>Pittsburgh, PA 15222-3000 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Northwest Savings Bank<br>PO Box 128 AM-7<br>2 Liberty Street<br>Warren, PA 16365 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 | Northwest Savings Bank<br>PO Box 128 AM-7<br>2 Liberty Street<br>Warren, PA 16365 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 | Novitas Solutions, Inc.<br>Attn: Accounts Receivable - Tax Lev<br>2020 Technology Parkway, Ste. 100<br>P.O. Box 3063<br>Mechanicsburg, PA 17055-1806 | IRS Notice of Levy | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 | Robert J. Lovell and Constance E. Lovell vs. B. L. Gustafson, LLC<br>2017-10071 | Confession Judgment | McKean County Court of Common Pleas<br>McKean County Courthouse<br>500 West Main Street<br>Smethport, PA 16749 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor  **B.L. Gustafson, LLC**                                         Case number (if known) **17-10514**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13 Internal Revenue Service vs. B. L. Gustafson, LLC 2017-03420 | Federal Tax Lien | Court of Common Pleas of McKean County McKean County Courthouse 500 W. Main Street Smethport, PA 16749 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.14 Internal Revenue Service vs. B. L. Gustafson, LLC et al. 2016-03415 | Federal Tax Lien | Court of Common Pleas of McKean County McKean County Courthouse 500 W. Main Street Smethport, PA 16749 | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor  **B.L. Gustafson, LLC**                              Case number (if known) **17-10514**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Knox McLaughlin Gornall & Sennett, P.C. 120 West Tenth Street Erie, PA 16501 | Attorney Fees | 12/2/15 | $10,000.00 |

Email or website address

Who made the payment, if not debtor?

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

Debtor  **B.L. Gustafson, LLC**                                    Case number *(if known)* **17-10514**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Patient care information**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **B.L. Gustafson, LLC**                                                                    Case number *(if known)* **17-10514**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | Date of service From-To |
    |---|---|
    | 26a.1.  Thomas Ball<br>Thomas Ball Financial Services<br>428 W. Main Street #2<br>Smethport, PA 16749 | November 2015 - present |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

Debtor  B.L. Gustafson, LLC                                        Case number (if known) 17-10514

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Thomas Ball<br>Thomas Ball Financial Services<br>428 W. Main Street #2<br>Smethport, PA 16749 | November 2015 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Thomas Ball<br>Thomas Ball Financial Services<br>428 W. Main Street #2<br>Smethport, PA 16749 | |
| 26c.2.  Brian L. Gustafson<br>1235 W. Main Street<br>Smethport, PA 16749 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian L. Gustafson | 1235 West Main Street<br>Smethport, PA 16749 | Manager | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor  B.L. Gustafson, LLC                                          Case number (if known) 17-10514

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 8, 2017**

**/s/ Brian L. Gustafson**                              **Brian L. Gustafson**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes