FILED
8/10/17 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               BANKRUPTCY NO.: 17-10514 TPA

B.L. GUSTAFSON, LLC,                                 CHAPTER 11

            Debtor.

                                                     DOCUMENT NO.  50

UNITED STATES TRUSTEE,
            Movant,

      v

NO RESPONDENT.                     **AGREED SCHEDULING ORDER**

      The above captioned debtors ("Debtors") are small business debtors and this case

constitutes a small business case as defined in 11 U.S.C. §§ 101(51D) and (51C), respectively.

28 U.S.C. § 586(a)(7)(A)(iv) requires the United States Trustee to attempt to develop an agreed

scheduling order with debtors in small business cases.  The United States Trustee and the

Debtors have agreed to the within provisions, which the Court hereby adopts.  It is hereby

      **ORDERED,** that the Debtors shall file a Plan of Reorganization/Liquidation ("Plan") and

Disclosure Statement (or solely a Plan if it meets the statutory requirements of 11 U.S.C.

§ 1125(f)) by November 13, 2017.


Date:   August 10, 2017

                                                     jlm

                                          Thomas P. Agresti
                                          United States Bankruptcy Judge


Consented to:
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By /s/ Norma Hildenbrand
      Norma Hildenbrand
      Trial Attorney


B.L. Gustafson, LLC

By /s/ John F. Kroto
      John F. Kroto, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy            Page 1 of 1          Date Rcvd: Aug 10, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db              +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
        John F. Kroto   on behalf of Debtor   B.L. Gustafson, LLC jkroto@kmgslaw.com,
        knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com,kperschka@kmgslaw.com
        Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
        Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Robert C. Edmundson   on behalf of Creditor   Office of Attorney General Department of Revenue
        redmundson@attorneygeneral.gov
                                                                     TOTAL: 5