IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BRYNWOOD FARM and BRIAN GUSTAFSON RENTALS, | ) Chapter 11 |
| Debtor | ) |

### STATEMENT PURSUANT TO 11 U.S.C. §1116 REGARDING DEBTORS MOST RECENT BALANCE SHEET, STATEMENT OF OPERATIONS, CASH-FLOW STATEMENT, AND FEDERAL INCOME TAX RETURN

AND NOW, comes the Chapter 11 Debtor, by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., with this Statement Pursuant to 11 U.S.C. §1116 Regarding Debtors Most Recent Balance Sheet, Statement Of Operations, Cash-Flow Statement, and Federal Income Tax Return, as follows:

1. Debtor filed the Chapter 11 Petition on May 16, 2017.

2. The Debtor's most recent Federal Income Tax Return is being filed contemporaneously with the instant statement.

3. The Debtor hereby states under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement have been prepared.

B.L. Gustafson, LLC

By: /s/ Brian Gustafson
　　 Brian Gustafson,
　　 Manager

Date: August 15, 2017

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtor

By: /s/ John F. Kroto
　　 John F. Kroto
　　 PA I.D. No. 91208
　　 120 West Tenth Street
　　 Erie, Pennsylvania 16501-1461
　　 (814) 459-2800
　　 jkroto@kmgslaw.com

# 1837303.v1