B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  B.L. Gustafson, LLC            ,    Case No.  17-10514-TPA
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  *July 2017*                    Date filed:  05/16/2017

Line of Business:                      NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

*Brian Gustafson*
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*                     Yes   No

1.  IS THE BUSINESS STILL OPERATING?                                                              ☒    ☐
2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                              ☐    ☒
3.  DID YOU PAY YOUR EMPLOYEES ON TIME?                                                           ☐    ☒
4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?        ☒    ☐
5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                  ☐    ☒
6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                  ☐    ☒
7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                      ☒    ☐
8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                   ☒    ☐
9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                            ☐    ☒
10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                    ☐    ☒
11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                    ☐    ☒
12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY?  ☐    ☒
13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                ☐    ☒

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT. _Accounts Receivables Post Petition Taxes_
(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 5,900.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $
Cash on Hand at End of Month  $

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 0
*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 12,145.14
*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 5,900
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 12,145.14

*(Subtract Line C from Line B)*  CASH PROFIT FOR THE MONTH  $ (6,245.14)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  10

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  10

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0



# Northwest

## CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749

0002631

6

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2330 | 7/1/2017 Through 7/31/2017 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 3,925.20 | 20,605.68 | 15,077.72 | 0.00 | 0.00 | -1,602.76 |

02011200

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 07/03/17 | DICK'S CLO-2 WALDEN GALLERIA BUFFALO NY | 382.51 | | 3,542.69 |
| 07/03/17 | CHECK 5288 | 280.00 | | 3,262.69 |
| 07/03/17 | CHECK 5308 | 1,948.15 | | 1,314.54 |
| 07/05/17 | WITHDRAWAL | 500.00 | | 814.54 |
| 07/05/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 314.54 |
| 07/05/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 20.00 | | 294.54 |
| 07/06/17 | COUNTRY FAIR #77 OLEAN NY | 45.96 | | 248.58 |
| 07/06/17 | CHECK 5294 | 1,576.51 | | -1,327.93 |
| 07/07/17 | DEPOSIT | | 6,000.00 | 4,672.07 |
| 07/07/17 | RETURNED CHECK | | 1,576.51 | 6,248.58 |
| 07/07/17 | CHECK 5310 | 4,200.00 | | 2,048.58 |
| 07/07/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5294 | 35.00 | | 2,013.58 |
| 07/10/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 468.38 | | 1,545.20 |
| 07/11/17 | HAMPTON INN & SUIT MERCER PA | 661.56 | | 883.64 |
| 07/11/17 | NATIONAL INDEMNITY 866-920-5220 NE | 191.65 | | 691.99 |
| 07/11/17 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | -1,308.01 |
| 07/11/17 | CHECK 5294 | 1,576.51 | | -2,884.52 |
| 07/12/17 | RETURNED CHECK | | 1,576.51 | -1,308.01 |
| 07/12/17 | NORTHWESTERN MU ISA PAYMNT | | 2,000.00 | 691.99 |
| 07/12/17 | REDEPOSIT ITEM | 12.00 | | 679.99 |
| 07/12/17 | CHECK 5291 | 90.00 | | 589.99 |
| 07/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 554.99 |
| 07/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5294 | 35.00 | | 519.99 |
| 07/14/17 | DEPOSIT | | 2,500.00 | 3,019.99 |
| 07/14/17 | PNCBANK-8391 E WASHINGTON CHAGRIN FALLS OH | 303.50 | | 2,716.49 |
| 07/17/17 | NORTHWESTERN MU RETRY PYMT | 2,000.00 | | 716.49 |
| 07/17/17 | COUNTRY FAIR #65 ERIE PA | 45.26 | | 671.23 |
| 07/19/17 | REDEPOSIT ITEM | 12.00 | | 659.23 |
| 07/20/17 | DEPOSIT | | 600.00 | 1,259.23 |

CHECKS THIS PERIOD
IN CHECK NUMBER SEQUENCE
* - Out of Order  A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
| 5288 | 280.00 |
| 5291 | 90.00 |
| 5294 | 1,576.51 |
| 5294 | 1,576.51 |
| 5308 | 1,948.15 |
| 5310 | 4,200.00 |
| 5312 | 985.41 |
| 5313 | 766.80 |
| 5314 | 1,500.00 |



# Northwest

## CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 7/1/2017 Through 7/31/2017 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 07/20/17 | 2805 N MAIN ST JAMESTOWN NY | 63.00 | | 1,196.23 |
| 07/20/17 | CHECK 5312 | 985.41 | | 210.82 |
| 07/21/17 | NORTHWEST-1945 DOUGLAS PRKWY ERIE PA | 100.00 | | 110.82 |
| 07/21/17 | KWIK FILL 203 BRADFORD PA | 45.00 | | 65.82 |
| 07/24/17 | CROSBY SOUTH KENDA BRADFORD PA | 40.68 | | 25.14 |
| 07/24/17 | PAYPAL INST XFER | 57.90 | | -32.76 |
| 07/25/17 | PAYPAL INST XFER | | 57.90 | 25.14 |
| 07/25/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | -9.86 |
| 07/28/17 | CHECK 5313 | 766.80 | | -776.66 |
| 07/31/17 | RETURNED CHECK | | 766.80 | -9.86 |
| 07/31/17 | PAYPAL RETRY PYMT | 57.90 | | -67.76 |
| 07/31/17 | CHECK 5314 | 1,500.00 | | -1,567.76 |
| 07/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5313 | 35.00 | | -1,602.76 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order  A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |

00021302

GET CONNECTED WITH ONLINE AND MOBILE BANKING
FEATURING ACCOUNT ALERTS
VISIT WWW.NORTHWEST

11:42 AM
09/12/17
Accrual Basis

# B.L. Gustafson, L.L.C.
## Profit & Loss
### July 2017

|  | Jul 17 |
|---|---:|
| **Income** | |
| AMBULANCE DEPOSIT | 10,100.00 |
| OTHER | -4,200.00 |
| **Total Income** | 5,900.00 |
| **Expense** | |
| BRIAN GUSTAFSON | |
|   OWNER DRAW | 1,020.00 |
| **Total BRIAN GUSTAFSON** | 1,020.00 |
| COSTAS SUPERMARKET | 1,500.00 |
| DONATION | 1,133.00 |
| GAS/FUEL | 239.90 |
| GUS'S GUNS | |
|   PURCHASE | 382.51 |
| **Total GUS'S GUNS** | 382.51 |
| NORTHWEST SAVINGS BANK | |
|   SERVICE CHARGE | 299.00 |
| **Total NORTHWEST SAVINGS BANK** | 299.00 |
| NORTHWESTERN MUTUAL INSURANCE | 2,000.00 |
| PAYROLL EXP. | 2,484.10 |
| RENTALS | |
|   COLONIAL | |
|     SMETHPORT BOROUGH | 1,461.54 |
|   **Total COLONIAL** | 1,461.54 |
| **Total RENTALS** | 1,461.54 |
| STATION EXP. | |
|   MISC/MEALS | 0.00 |
|   STATION 16 | |
|     DIRECT TV | 468.38 |
|   **Total STATION 16** | 468.38 |
| **Total STATION EXP.** | 468.38 |
| TRAVEL | 965.06 |
| VEHICLE | |
|   INSURANCE | 191.65 |
| **Total VEHICLE** | 191.65 |
| **Total Expense** | 12,145.14 |
| **Net Income** | -6,245.14 |