B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  B.L. Gustafson, LLC                ,          Case No.  17-10514-TPA
           *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  *August*                                           Date filed: 05/16/2017

Line of Business:                                           NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____*/s/ BL Hult*_____
Original Signature of Responsible Party

_____*BL Gustafson*_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☑ Yes ☐ No

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.    *Accounts Receivables* *(Exhibit A)*
*Post Petition Taxes*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $ 39,205.71

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 0

Cash on Hand at End of Month    $ 8514.58

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ 8514.58

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $ 30,691.13

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 39,205.71

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 30,691.13

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ 8514.58

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES    $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES    $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    10

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    10

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 325.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 325.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

# Northwest

## CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 13 2330 | 8/1/2017 Through 8/31/2017 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| -1,602.76 | 46,724.96 | 54,207.33 | 0.00 | 0.00 | 5,879.61 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 08/01/17 | NOVITAS HCCLAIMPMT 1336204577 | | 14,348.74 | 12,745.98 |
| 08/01/17 | WITHDRAWAL | 8,000.00 | | 4,745.98 |
| 08/01/17 | PAYPAL RETRY PYMT | | 57.90 | 4,803.88 |
| 08/01/17 | RETURNED CHECK | | 1,500.00 | 6,303.88 |
| 08/01/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 5,803.88 |
| 08/01/17 | FIRST ENER-6896 MILLER ROAD BRECKSVILLE OH | 309.98 | | 5,493.90 |
| 08/01/17 | CHECK 5317 | 1,000.00 | | 4,493.90 |
| 08/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 4,458.90 |
| 08/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5314 | 35.00 | | 4,423.90 |
| 08/02/17 | OnStar 888-4ONSTAR MI | 37.69 | | 4,386.21 |
| 08/02/17 | CHECK 5313 | 766.80 | | 3,619.41 |
| 08/03/17 | NOVITAS HCCLAIMPMT 1336204577 | | 870.36 | 4,489.77 |
| 08/03/17 | GEICO *COMMERCIAL MACON DC | 178.50 | | 4,311.27 |
| 08/03/17 | PAYPAL | 57.90 | | 4,253.37 |
| 08/03/17 | CHECK 5314 | 1,500.00 | | 2,753.37 |
| 08/03/17 | CHECK 5316 | 1,461.54 | | 1,291.83 |
| 08/04/17 | CHECK 5318 | 1,000.00 | | 291.83 |
| 08/07/17 | SPORTSMANS PARADIS CROWN PA | 62.92 | | 228.91 |
| 08/07/17 | CHECK 5315 | 1,133.00 | | -904.09 |
| 08/07/17 | CHECK 5319 | 3,000.00 | | -3,904.09 |
| 08/08/17 | NOVITAS HCCLAIMPMT 1336204577 | | 3,973.88 | 69.79 |
| 08/08/17 | RETURNED CHECK | | 1,133.00 | 1,202.79 |
| 08/08/17 | RETURNED CHECK | | 3,000.00 | 4,202.79 |
| 08/08/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 264.23 | | 3,938.56 |
| 08/08/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5315 | 35.00 | | 3,903.56 |
| 08/08/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5319 | 35.00 | | 3,868.56 |
| 08/09/17 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | 1,868.56 |
| 08/09/17 | WITHDRAWAL | 1,200.00 | | 668.56 |
| 08/09/17 | NIKE.COM 800-806-6453 OR | 150.00 | | 518.56 |
| 08/10/17 | DEPOSIT | | 4,000.00 | 4,518.56 |

CHECKS THIS PERIOD
IN CHECK NUMBER SEQUENCE
* - Out of Order    A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
| 5313 | 766.80 |
| 5314 | 1,500.00 |
| 5315 | 1,133.00 |
| 5315 | 1,133.00 |
| 5316 | 1,461.54 |
| 5317 | 1,000.00 |
| 5318 | 1,000.00 |
| 5319 | 3,000.00 |
| 5319 | 3,000.00 |
| 5320 | 800.00 |
| 5320 | 800.00 |
| 5321 | 1,700.18 |
| 5322 | 389.85 |
| 5323 | 4,357.51 |
| 5324 | 325.00 |
| 5325 | 317.71 |
| 5326 | 1,510.72 |
| 5327 | 242.88 |

# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344



| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2330 | 8/1/2017 Through 8/31/2017 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 08/10/17 | PAYPAL *WELSHPRINT 402-935-7733 CA | 498.00 | | 4,020.56 | | |
| 08/10/17 | CHECK 5315 | 1,133.00 | | 2,887.56 | | |
| 08/10/17 | CHECK 5319 | 3,000.00 | | -112.44 | | |
| 08/11/17 | RETURNED CHECK | | 3,000.00 | 2,887.56 | | |
| 08/11/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5319 | 35.00 | | 2,852.56 | | |
| 08/14/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 300.00 | | 2,552.56 | | |
| 08/14/17 | GEICO *AUTO 800-841-3000 DC | 2,118.55 | | 434.01 | | |
| 08/16/17 | REDEPOSIT ITEM | 12.00 | | 422.01 | | |
| 08/18/17 | PAYPAL INST XFER | 43.98 | | 378.03 | | |
| 08/21/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 300.00 | | 78.03 | | |
| 08/21/17 | CHARGEBACK ITEM | 4,000.00 | | -3,921.97 | | |
| 08/21/17 | CHARGEBACK FEE | 12.00 | | -3,933.97 | | |
| 08/22/17 | NOVITAS HCCLAIMPMT 1336204577 | | 5,007.80 | 1,073.83 | | |
| 08/23/17 | PAYPAL | 57.90 | | 1,015.93 | | |
| 08/23/17 | STATE COLLEGE HOLI STATE COLLEGE PA | 615.14 | | 400.79 | | |
| 08/23/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 392.49 | | 8.30 | | |
| 08/25/17 | CHECK 5320 | 800.00 | | -791.70 | | |
| 08/28/17 | RETURNED CHECK | | 800.00 | 8.30 | | |
| 08/28/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5320 | 35.00 | | -26.70 | | |
| 08/29/17 | DEPOSIT | | 10,000.00 | 9,973.30 | | |
| 08/29/17 | DLX For Business BUS PROD 02040573789128 | 303.89 | | 9,669.41 | | |
| 08/29/17 | CHECK 5323 | 4,357.51 | | 5,311.90 | | |
| 08/29/17 | CHECK 5324 | 325.00 | | 4,986.90 | | |
| 08/29/17 | CHECK 5327 | 242.88 | | 4,744.02 | | |
| 08/30/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 49.00 | | 4,695.02 | | |
| 08/30/17 | OnStar 888-4ONSTAR MI | 37.62 | | 4,657.40 | | |
| 08/30/17 | CHECK 5320 | 800.00 | | 3,857.40 | | |
| 08/30/17 | CHECK 5321 | 1,700.18 | | 2,157.22 | | |
| 08/30/17 | CHECK 5322 | 389.85 | | 1,767.37 | | |
| 08/30/17 | CHECK 5325 | 317.71 | | 1,449.66 | | |
| 08/30/17 | CHECK 5326 | 1,510.72 | | -61.06 | | |
| 08/31/17 | NOVITAS HCCLAIMPMT 1336204577 | | 5,004.93 | 4,943.87 | | |
| 08/31/17 | RETURNED CHECK | | 1,510.72 | 6,454.59 | | |
| 08/31/17 | STAPLES 0010 OLEAN NY | 539.98 | | 5,914.61 | | |

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 8/1/2017 Through 8/31/2017 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 08/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5326 | 35.00 |  | 5,879.61 |

**CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE**
* - Out of Order    A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
|  |  |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.

11:43 AM
09/12/17
Accrual Basis

# B.L. Gustafson, L.L.C.
## Profit & Loss
### August 2017

|  | Aug 17 |
|---|---:|
| **Income** | |
| AMBULANCE DEPOSIT | 29,205.71 |
| TRANSFER FROM SAVINGS | 10,000.00 |
| **Total Income** | **39,205.71** |
| **Expense** | |
| **BRIAN GUSTAFSON** | |
|   1235 WEST MAIN | |
|     KEYLESS AND CAMERA | 90.00 |
|     MISCELLANOUS | 57.90 |
|   **Total 1235 WEST MAIN** | **147.90** |
|   OWNER DRAW | 1,800.00 |
| **Total BRIAN GUSTAFSON** | **1,947.90** |
| **BRYNWOOD FARM** | |
|   BARN | |
|     FEATHERLITE TRLR | 1,510.72 |
|   **Total BARN** | **1,510.72** |
| **Total BRYNWOOD FARM** | **1,510.72** |
| CASELLA WASTE SYSTEMS | 299.99 |
| CONTRACTED SERVICE | 2,800.00 |
| **GUS'S GUNS** | |
|   PURCHASE | 541.98 |
| **Total GUS'S GUNS** | **541.98** |
| **MEDICAL EXP. EMPLOYEE** | |
|   UPMC | 4,357.51 |
| **Total MEDICAL EXP. EMPLOYEE** | **4,357.51** |
| **NORTHWEST SAVINGS BANK** | |
|   LOAN PAYMENT | 8,000.00 |
|   SERVICE CHARGE | 234.00 |
|   NORTHWEST SAVINGS BANK - Other | 303.89 |
| **Total NORTHWEST SAVINGS BANK** | **8,537.89** |
| NORTHWESTERN MUTUAL INSURANCE | 2,000.00 |
| **PC FEDERAL CREDIT UNION** | |
|   SERVICE CHARGE | 35.00 |
| **Total PC FEDERAL CREDIT UNION** | **35.00** |
| **RENTALS** | |
|   106 SOUTH MECHANIC | |
|     REPAIRS/MAINTAINCE | 304.00 |
|   **Total 106 SOUTH MECHANIC** | **304.00** |
|   COLONIAL | |
|     GAS | 242.88 |
|   **Total COLONIAL** | **242.88** |
| **Total RENTALS** | **546.88** |
| **SHOP** | |
|   PENELEC | 1,639.74 |
| **Total SHOP** | **1,639.74** |
| STATE FARM | 66.52 |
| **STATION EXP.** | |
|   MISC/MEALS | 562.92 |

11:43 AM  
09/12/17  
Accrual Basis

# B.L. Gustafson, L.L.C.
## Profit & Loss
### August 2017

|  | Aug 17 |
|---|---:|
| POST MASTER | 49.00 |
| **STATION 16** | |
|   DIRECT TV | 656.72 |
|   GAS | 317.71 |
|   PENELEC | 370.42 |
|   STAPLES | 539.98 |
|   VERIZON PHONE | 389.85 |
| **Total STATION 16** | 2,274.68 |
| STATION EXP. - Other | 150.00 |
| **Total STATION EXP.** | 3,036.60 |
| SUBSCRIPTIONS | 95.52 |
| TRAVEL | 615.14 |
| U.S. TRUSTEE | 325.00 |
| **VEHICLE** | |
|   INSURANCE | 2,297.05 |
|   VEHICLE - Other | 37.69 |
| **Total VEHICLE** | 2,334.74 |
| **Total Expense** | 30,691.13 |
| **Net Income** | **8,514.58** |