IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S | ) Chapter 11 |
| GUNS, PRIORITY CARE AMBULANCE, | ) |
| B.L. GUSTAFSON EXCAVATION, | ) |
| BRYNWOOD FARM and BRIAN | ) |
| GUSTAFSON RENTALS, | ) Docket No._____ |
|                   Debtor | ) |
| | ) Related to Doc. Nos. 71 and 72 |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S | ) |
| GUNS, PRIORITY CARE AMBULANCE, | ) |
| B.L. GUSTAFSON EXCAVATION, | ) |
| BRYNWOOD FARM and BRIAN | ) |
| GUSTAFSON RENTALS, | ) |
|                   Movant | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) Date and Time of Hearing: |
| NO RESPONDENT | ) December 7, 2017 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served, or caused to be served, on the 8th day of November, 2017, by first class, United States mail, postage pre-paid, a copy of the Notice of Hearing on Debtor's Motion to Extend Plan Exclusivity as well as the Motion to Extend Plan Exclusivity on the parties at the addresses on the attached Service List, by first class, United States mail, postage pre-paid and/or electronic transmission.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtor

By:    /s/ Guy C. Fustine
       Guy C. Fustine
       PA I.D. No. 37543
       120 West Tenth Street
       Erie, Pennsylvania  16501-1461
       (814) 459-2800
       gfustine@kmgslaw.com

# 1864995.v1

Label Matrix for local noticing
0315-1
Case 17-10514-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Nov  9 16:08:13 EST 2017

Amy B. Gustafson
1235 West Main Street
Smethport, PA 16749-1046

B.L. Gustafson, LLC
P.O. Box 344
Smethport, PA 16749-0344

Brian L. Gustafson
1235 W. Main Street
Smethport, PA 16749-1046

Christopher Poorman & Bobbie Jo Poorman
c/o Saltz Mongeluzzi Barrett & Bendesky
Attorney Robert J. Mongeluzzi
1650 Market Street, 52 Floor
Philadelphia, PA 19103-7236

Clearfield Transportation Services, Inc.
P.O. Box 344
Smethport, PA 16749-0344

Keri P. Ebeck
Weltman, Weinberg & Reis, LPA
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219-1842

Robert C. Edmundson
Office of Attorney General
564 Forbes Avenue
5th Floor, Manor Complex
Pittsburgh, PA 15219-2992

Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
Insolvency Unit
P.O. Box 628
Pittsburgh, PA 15230

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

John Deere Construction & Forestry Co.
6400 NW 86th Street
Johnston, IA 50131-2945

John Deere Construction & Forestry Co.
Robert S. Bernstein, Esq.
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219-1945

Knox McLaughlin Gornall & Sennett, P.C.
120 West 10th Street
Erie, PA 16501-1410

John F. Kroto
Knox McLaughlin Gornall & Sennett
120 West Tenth Street
Erie, PA 16501-1410

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Kubota Credit Corporation, U.S.A.
c/o Kiely A. Lewandowski, Esquire
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219-2713

Jill Locnikar
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1955

Office of Attorney General Department of Rev
Robert C. Edmundson
564 Forbes Avenue
Pittsburgh, PA 15219-2908

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA Department of Revenue
Bureau of Compliance
Dept. 280948
Harrisburg, PA 17128-0948

Pennsylvania Department of Revenue
Bankruptcy division, P O Box 280946
Harrisburg P A 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Ralph L. Gustafson
1235 W. Main Street
Smethport, PA 16749-1046

Ralph L. Gustafson
160 Jane Ware Road
Smethport, PA 16749-4916

Robert J. Lovell
Constance E. Lovell
c/of Michael P. Kruszewski, Esquire
2222 West Grandview Blvd.
Erie, PA 16506-4508

Robert S. Bernstein, Esquire
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1908

Ryan D. Yingling
115 Jarrett Lane
Smethport, PA 16749-2013

United States of America Department of the T
c/oOffice of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC        (u)John Deere Construction & Forestry Company        (u)Kubota Credit Corporation

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35