IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. GUSTAFSON, LLC, | ) Chapter 11 |
|     Debtor | ) |
| | ) |
| FORD MOTOR CREDIT | ) |
| COMPANY, LLC, | ) |
|     Movant | ) Related to Doc. Nos. 67 and 69 |
| | ) |
| vs. | ) |
| | ) |
| B.L. GUSTAFSON, LLC, | ) Date and Time of Hearing: |
|     Respondent | ) December 7, 2017 at 10:00 a.m. |

### DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 13th day of November, 2017, comes the Debtor, by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., with this Answer and Objection to the Movant's Motion for Relief from Automatic Stay, as follows:

#### FIRST DEFENSE

Paragraphs 1, 2, 3, 4, 5, 6, 7 and 8 are admitted. Paragraph 9 is denied.

#### SECOND DEFENSE

10. The Movant is adequately protected by the value of its collateral. According to paragraph 6 of the Motion, the amount of the debt is $6,698.12 plus interest from April 27, 2017. According to paragraph 8 of the Motion, the property has an NADA value of $25,975.

#### THIRD DEFENSE

11. The involved property is valuable and is necessary to the effective reorganization of the Debtor.

## FOURTH DEFENSE

12. The Debtor is willing to begin immediately making monthly payments in accordance with the contract.

WHEREFORE, the Debtor requests that the Motion be denied; and, that the Debtor have such other and further relief as is reasonable and just.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
Attorneys for Debtor

By: */s/ Guy C. Fustine*
Guy C. Fustine
PA I.D. No. 37543
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800
gfustine@kmgslaw.com

# 1865131.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-10514-TPA |
| | ) | |
| B.L. GUSTAFSON, LLC, | ) | Chapter 11 |
|     Debtor | ) | |
| | ) | |
| FORD MOTOR CREDIT | ) | |
| COMPANY, LLC, | ) | |
|     Movant | ) | Related to Doc. Nos. 67 and 69 |
| | ) | |
| vs. | ) | |
| | ) | |
| B.L. GUSTAFSON, LLC, | ) | Date and Time of Hearing: |
|     Respondent | ) | December 7, 2017 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of November, 2017, a copy of the Answer and Objection to the Movant's Motion for Relief from Automatic Stay was served by first class, United States mail, postage pre-paid, and/or electronic service as set forth on the attached service list.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtors

By:    /s/ Guy C. Fustine
        Guy C. Fustine
        PA I.D. No. 37543
        120 West Tenth Street
        Erie, Pennsylvania 16501-1461
        (814) 459-2800
        gfustine@kmgslaw.com

# 1865131.v1

## SERVICE LIST

**Via US Mail:**

B.L. Gustafson, LLC
P.O. Box 344
Smethport, PA 16749

Kubota Credit Corp.
U.S. Steel Tower
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Internal Revenue Service Insolvency Unit
P.O. Box 628
Pittsburgh, PA 15219

Christopher Poorman and
Bobbie Joe Poorman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

**Via CM/ECF:**

Keri P. Ebeck, Esquire
kebeck@weltman.com

Norma Hildenbrand, Esquire
on Behalf of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Robert C. Edmundson, Esquire
redmundson@attorneygeneral.gov

Jill Locnikar, Esquire
jill.locnikar@usdoj.gov

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

# 1865131.v1