# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.   17-10514-TPA |
| B. L. GUSTAFSON, LLC ) | |
| d/b/a Gus's Guns ) | |
| d/b/a Priority Care Ambulance ) | |
| d/b/a Brian Gustafson Rentals ) | |
| d/b/a B.L. Gustafson Excavation ) | |
| d/b/a Brynwood Farm ) | |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | Related to Document No. 66 |
| _____ ) | |
| ) | Hearing Date: 11/16/2017 @ 10:00 |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| B. L. GUSTAFSON, LLC ) | |
| d/b/a Gus's Guns ) | |
| d/b/a Priority Care Ambulance ) | |
| d/b/a Brian Gustafson Rentals ) | |
| d/b/a B.L. Gustafson Excavation ) | |
| d/b/a Brynwood Farm, ) | |
| Respondent. ) | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO WITHDRAW

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the Motion to Withdraw the Motion to Dismiss.   The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.

Pursuant to the Order, responses to the Motion were to be filed and served no later than November 13, 2017.

It is hereby respectfully requested that the Order (Docket No. 66) be entered by the Court and the hearing scheduled for November 16, 2017 be cancelled.

>Respectfully submitted,
>
>SOO C. SONG
>Actin United States Attorney
>
>*/s/Jill Locnikar*
>JILL LOCNIKAR
>Assistant United States Attorney
>Joseph F. Weis, Jr. United States Courthouse
>700 Grant Street, Suite 4000
>Pittsburgh, PA 15219
>Tel: (412) 894-7429
>Fax: (412) 644-6995
>Email: jill.locnikar@usdoj.gov
>PA. I.D. No. 85892
>
>Dated: October 14, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.   17-10514-TPA |
| B. L. GUSTAFSON, LLC ) | |
| d/b/a Gus's Guns ) | |
| d/b/a Priority Care Ambulance ) | |
| d/b/a Brian Gustafson Rentals ) | |
| d/b/a B.L. Gustafson Excavation ) | |
| d/b/a Brynwood Farm ) | |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | Related to Document No. 66 |
| _____ ) | |
| ) | Hearing Date: 11/16/2017 @ 10:00 |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| B. L. GUSTAFSON, LLC ) | |
| d/b/a Gus's Guns ) | |
| d/b/a Priority Care Ambulance ) | |
| d/b/a Brian Gustafson Rentals ) | |
| d/b/a B.L. Gustafson Excavation ) | |
| d/b/a Brynwood Farm, ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Certification has been served by first-class mail, postage prepaid or electronic means, this 14th day of November, 2017 to and upon:

Christopher M. Frye
Suite 2830 Gulf Tower
707 grant Street
Pittsburgh, PA   15219
Tel: (412) 391-8000
Chris.frye@steidl-steinberg.com


*/s/Jill Locnikar*
JILL LOCNIKAR
Assistant U.S. Attorney