B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re B.L. Gustafson, LLC    Case No. 17-10514-TPA
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _September 2017_    Date filed: 11/16/2017

Line of Business: _____    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

_Brian Gustafson_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

Received Nov 16 2017 11:18am
Nov 16 17 10:41a Case 17-10514-TPA Doc 76 Filed 11/16/17 Entered 11/16/17 14:05:11 Desc Main
Document    Page 2 of 7

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 36,390.57

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____
Cash on Hand at End of Month $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 36,554.38

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ _____
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ _____

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ (1,158.81)



## CHECKING ACCOUNT STATEMENT

**B L GUSTAFSON LLC**
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

**ACCOUNT NUMBER:** 6
**STATEMENT PERIOD:** 9/1/2017 Through 9/30/2017

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 5,879.61 | 48,286.78 | 48,052.03 | 0.00 | 0.00 | 5,644.86 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 09/01/17 | WITHDRAWAL | 4,500.00 | | 1,379.61 |
| 09/01/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 | | 1,179.61 |
| 09/01/17 | 24-40 FIELD ST KANE PA | 101.75 | | 1,077.86 |
| 09/05/17 | DEPOSIT | | 2,500.00 | 3,577.86 |
| 09/05/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 3,077.86 |
| 09/05/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 2,577.86 |
| 09/05/17 | CHECK 5326 | 1,510.72 | | 1,067.14 |
| 09/05/17 | CHECK 5328 | 304.00 | | 763.14 |
| 09/06/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 | | 563.14 |
| 09/06/17 | CHECK 5331 | 299.99 | | 263.15 |
| 09/07/17 | DEPOSIT | | 13,000.00 | 13,263.15 |
| 09/07/17 | PAYPAL *WELSHPRINT 402-935-7733 CA | 498.00 | | 12,765.15 |
| 09/07/17 | CHECK 5330 | 66.52 | | 12,698.63 |
| 09/07/17 | CHECK 5332 | 3,000.00 | | 9,698.63 |
| 09/08/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 264.23 | | 9,434.40 |
| 09/08/17 | CHECK 5333 | 10,765.84 | | -1,331.44 |
| 09/11/17 | RETURNED CHECK | | 10,765.84 | 9,434.40 |
| 09/11/17 | BUCHANAN B-313 MAIN ST SMETHPORT PA | 376.83 | | 9,057.57 |
| 09/11/17 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | 7,057.57 |
| 09/11/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5333 | 35.00 | | 7,022.57 |
| 09/12/17 | NOVITAS HCCLAIMPMT 1336204577 | | 5,181.99 | 12,204.56 |
| 09/12/17 | PA DRIVER & VEHICL 800-932-4600 PA | 154.00 | | 12,050.56 |
| 09/12/17 | REDEPOSIT ITEM | 12.00 | | 12,038.56 |
| 09/13/17 | DEPOSIT | | 2,000.00 | 14,038.56 |
| 09/13/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 13,538.56 |
| 09/13/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 752.25 | | 12,786.31 |
| 09/13/17 | GEICO *AUTO 800-841-3000 DC | 689.41 | | 12,096.90 |
| 09/13/17 | CHECK 5333 | 10,765.84 | | 1,331.06 |
| 09/14/17 | PAYPAL *ENCASEDPRO 402-935-7733 CA | 31.76 | | 1,299.30 |

**CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE**
* Out of Order   A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
| 5326 | 1,510.72 |
| 5328 * | 304.00 |
| 5330 * | 66.52 |
| 5331 | 299.99 |
| 5332 | 3,000.00 |
| 5333 | 10,765.84 |
| 5333 * | 10,765.84 |

# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 9/1/2017 Through 9/30/2017 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 09/14/17 | PAYPAL *CHAZAKCHAZ 402-935-7733 CA | 79.89 | | 1,219.41 |
| 09/14/17 | NATIONAL INDEMNITY 866-920-5220 NE | 427.00 | | 792.41 |
| 09/15/17 | PAYPAL *DAVIS TECH 402-935-7733 CA | 20.04 | | 772.37 |
| 09/18/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 140.00 | | 632.37 |
| 09/19/17 | WYNDHAM PITT UNVI PITTSBURGH PA | 596.32 | | 36.05 |
| 09/20/17 | NOVITAS HCCLAIMPMT 1336204577 | | 2,522.65 | 2,558.70 |
| 09/22/17 | PAYPAL *WESTERNBID 402-935-7733 CA | 1,025.00 | | 1,533.70 |
| 09/25/17 | PAYPAL INST XFER | 57.90 | | 1,475.80 |
| 09/25/17 | SOUTHWES 526556 800-435-9792 TX | 45.00 | | 1,430.80 |
| 09/25/17 | SOUTHWES 526876 800-435-9792 TX | 731.94 | | 698.86 |
| 09/25/17 | PAYPAL *TEDBOWSER8 402-935-7733 CA | 376.95 | | 321.91 |
| 09/25/17 | PAYPAL *REDBIRD 402-935-7733 CA | 8.09 | | 313.82 |
| 09/26/17 | PAYPAL INST XFER | 225.00 | | 88.82 |
| 09/26/17 | DEPOSIT | | 5,000.00 | 5,088.82 |
| 09/26/17 | OnStar 888-4ONSTAR MI | 37.62 | | 5,051.20 |
| 09/26/17 | NORTHWESTERN MU ISA PAYMNT | 1,437.54 | | 3,613.66 |
| 09/27/17 | COMMWLTHOFPA INT PAEMPLOYTX 364721179 | 449.48 | | 3,164.18 |
| 09/27/17 | COMMWLTHOFPA INT PAEMPLOYTX 364721179 | 70.67 | | 3,093.51 |
| 09/27/17 | IRS USATAXPYMT 270767005242180 | 632.20 | | 2,461.31 |
| 09/27/17 | IRS USATAXPYMT 270767061904353 | 3,551.00 | | -1,089.69 |
| 09/28/17 | NOVITAS HCCLAIMPMT 1336204577 | | 3,530.55 | 2,440.86 |
| 09/28/17 | IRS USATAXPYMT 270767061904353 | | 3,551.00 | 5,991.86 |
| 09/28/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 300.00 | | 5,691.86 |
| 09/28/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 5,656.86 |
| 09/29/17 | REDEPOSIT ITEM | 12.00 | | 5,644.86 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order  A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.

Account No :

PAGE 3

B.L. GUSTAFSON, L.L.C. — Northwest — 5326 — 8/24/2017
PAY TO THE ORDER OF SST $ **1,510.72
One Thousand Five Hundred Ten and 72/100 DOLLARS
SST
⑈005326⑈

9/5/2017 5326 $1,510.72

B.L. GUSTAFSON, L.L.C. — Northwest — 5328 — 8/29/2017
PAY TO THE ORDER OF R.J. LAWN CARE $ **304.00
Three Hundred Four and 00/100 DOLLARS
R.J. LAWN CARE
⑈005328⑈

9/5/2017 5328 $304.00

B.L. GUSTAFSON, L.L.C. — Northwest — 5330
PAY TO THE ORDER OF STATE FARM $ **66.52
Sixty-Six and 52/100 DOLLARS
STATE FARM
⑈005330⑈

9/7/2017 5330 $66.52

B.L. GUSTAFSON, L.L.C. — Northwest — 5331 — 8/24/2017
PAY TO THE ORDER OF CASELLA WASTE $ **299.99
Two Hundred Ninety-Nine and 99/100 DOLLARS
CASELLA WASTE
PO BOX 1372
WILLISTON, VT 05495
⑈005331⑈

9/6/2017 5331 $299.99

B.L. GUSTAFSON, L.L.C. — Northwest — 5332
PAY TO THE ORDER OF HERZOG OIL $ **3,000.00
Three Thousand and 00/100 DOLLARS
HERZOG OIL
117 EAST MAIN STREET
SMETHPORT, Pa 16749
⑈005332⑈

9/7/2017 5332 $3,000.00

NSF
09/12/2017
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON-A NOT SUFFICIENT FUNDS
B.L. GUSTAFSON, L.L.C. — Northwest — 5333
PAY TO THE ORDER OF HAMLIN BANK

9/13/2017 5333 $10,765.84

B.L. GUSTAFSON, L.L.C. — Northwest — 5333
PAY TO THE ORDER OF HAMLIN BANK $ **10,765.84
Ten Thousand Seven Hundred Sixty-Five and 84/100 DOLLARS
HAMLIN BANK
⑈005333⑈

9/8/2017 5333 $10,765.84



11:02 AM
11/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## General Ledger
### As of September 30, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | |
| Check | 09/01/2017 | | TRANSFER | | TRANSFER T... | -4,500.00 | 3,608.38 |
| Check | 09/01/2017 | | POS | | OWNER DRAW | -200.00 | 891.62 |
| Check | 09/01/2017 | | POS | | MISC/MEALS | -101.75 | -1,091.62 |
| Check | 09/02/2017 | | MAC | | OWNER DRAW | -1,000.00 | -1,193.37 |
| Deposit | 09/05/2017 | | | Deposit | TRANSFER F... | 2,500.00 | -2,193.37 |
| Check | 09/06/2017 | | MAC | | OWNER DRAW | -200.00 | 306.63 |
| Check | 09/07/2017 | 5332 | HERZOG OIL | | HERZOG OIL | -3,000.00 | 106.63 |
| Check | 09/07/2017 | 5333 | HAMLIN BANK | | HAMLIN BANK | -10,765.84 | -2,893.37 |
| Deposit | 09/07/2017 | | | Deposit | TRANSFER F... | 13,000.00 | -13,659.21 |
| Check | 09/07/2017 | | POS | | PURCHASE | -498.00 | -659.21 |
| Check | 09/08/2017 | | POS | | BUCHANAN B... | -376.83 | -1,157.21 |
| Check | 09/08/2017 | | DIRECT TV | | DIRECT TV | -264.23 | -1,534.04 |
| Check | 09/11/2017 | | NORTHWESTERN... | | PAYROLL EXP. | -2,000.00 | -1,798.27 |
| Check | 09/11/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | -3,798.27 |
| Deposit | 09/12/2017 | | | Deposit | AMBULANCE... | 5,181.99 | -3,833.27 |
| Check | 09/12/2017 | | | MEDICARE | REGISTRATION | -154.00 | 1,348.72 |
| Check | 09/12/2017 | | POS | | SERVICE CHA... | -12.00 | 1,194.72 |
| Deposit | 09/12/2017 | | NORTHWEST SAVI... | | TRANSFER F... | 2,000.00 | 1,182.72 |
| Check | 09/13/2017 | | MAC | Deposit | OWNER DRAW | -500.00 | 3,182.72 |
| Check | 09/13/2017 | | | | PURCHASE | -752.25 | 2,682.72 |
| Check | 09/13/2017 | | | | INSURANCE | -689.41 | 1,930.47 |
| Paycheck | 09/13/2017 | 5334 | GEICO | | -SPLIT- | -1,058.68 | 1,241.06 |
| Paycheck | 09/13/2017 | | JAMIE T KIBBE | | -SPLIT- | 0.00 | 182.38 |
| Check | 09/13/2017 | | TIMOTHY CRANDA... | | -SPLIT- | -111.65 | 182.38 |
| Check | 09/14/2017 | | PAYPAL | | INSURANCE | -427.00 | 70.73 |
| Check | 09/14/2017 | | GEICO | | PAYPAL | -20.04 | -356.27 |
| Check | 09/15/2017 | | PAYPAL | | OWNER DRAW | -140.00 | -376.31 |
| Check | 09/15/2017 | | MAC | | TRAVEL | -596.32 | -516.31 |
| Deposit | 09/15/2017 | | POS | MEDICARE | AMBULANCE... | 2,522.65 | -1,112.63 |
| Check | 09/20/2017 | | POS | | PURCHASE | -1,025.00 | 1,410.02 |
| Check | 09/22/2017 | | POS | | PURCHASE | -8.09 | 385.02 |
| Check | 09/25/2017 | | POS | | PURCHASE | -376.95 | 376.93 |
| Check | 09/25/2017 | | POS | | TRAVEL | -731.94 | -0.02 |
| Check | 09/25/2017 | | POS | | TRAVEL | -45.00 | -731.96 |
| Check | 09/25/2017 | | POS | | PURCHASE | -57.90 | -776.96 |
| Check | 09/26/2017 | | NORTHWESTERN... | | NORTHWEST... | -1,437.54 | -834.86 |
| Deposit | 09/26/2017 | | POS | Deposit | VEHICLE | -37.62 | -2,272.40 |
| Check | 09/26/2017 | | | | TRANSFER F... | 5,000.00 | 2,310.02 |
| Check | 09/26/2017 | | POS | | PURCHASE | -225.00 | 2,689.98 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | | -SPLIT- | -550.09 | 2,464.98 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | | -SPLIT- | 0.00 | 1,814.89 |
| Check | 09/27/2017 | | IRS | | IRS | -632.20 | 1,182.69 |
| Check | 09/27/2017 | | POS | PA TAX | PAYROLL EXP. | -70.67 | 1,112.02 |
| Check | 09/28/2017 | | POS | PA TAX | PAYROLL EXP. | -449.48 | 662.54 |
| Check | 09/28/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | 627.54 |
| Check | 09/28/2017 | | POS | | OWNER DRAW | -300.00 | 327.54 |
| Deposit | 09/28/2017 | | | MEDICARE | AMBULANCE... | 3,530.55 | 3,858.09 |

11:02 AM
11/16/17
Accrual Basis

# B.L. Gustafson, L.L.C.
## General Ledger
### As of September 30, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 09/29/2017 | | NORTHWEST SAVI... | SERVICE CHA... | | -12.00 | 3,846.09 |
| **Total GENERAL** | | | | | | **237.71** | **3,846.09** |
| **Accounts Receivable** | | | | | | | |
| Total Accounts Receivable | | | | | | | 87,527.59 |
| | | | | | | | 87,527.59 |
| **Accounts Payable** | | | | | | | |
| Total Accounts Payable | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **PAYROLL** | | | | | | | |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -11.65 | -174,077.61 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -174,089.26 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -144.00 | -174,089.26 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -72.23 | -174,233.26 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -72.23 | -174,305.49 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -16.90 | -174,377.72 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -16.90 | -174,394.62 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -174,411.52 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | -35.77 | -174,411.52 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -174,447.29 |
| Paycheck | 09/13/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -174,447.29 |
| Paycheck | 09/13/2017 | 5334 | TIMOTHY CRANDA... | GENERAL | | -14.02 | -174,447.29 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | 0.00 | -174,461.31 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | -179.00 | -174,461.31 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | -86.93 | -174,640.31 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | -86.93 | -174,727.24 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | -20.33 | -174,814.17 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | -20.33 | -174,834.50 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | 0.00 | -174,854.83 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | -43.04 | -174,854.83 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | 0.00 | -174,897.87 |
| Paycheck | 09/13/2017 | 5334 | JAMIE T KIBBE | GENERAL | | 0.00 | -174,897.87 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -10.16 | -174,897.87 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -174,908.03 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -121.00 | -174,908.03 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -62.99 | -175,029.03 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -62.99 | -175,092.02 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -14.73 | -175,155.01 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -14.73 | -175,169.74 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -175,184.47 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | -31.19 | -175,184.47 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -175,215.66 |
| Paycheck | 09/27/2017 | | TIMOTHY CRANDA... | GENERAL | | 0.00 | -175,215.66 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | GENERAL | | -8.44 | -175,215.66 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | GENERAL | | 0.00 | -175,224.10 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | GENERAL | | -95.00 | -175,224.10 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | GENERAL | | -52.32 | -175,319.10 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | GENERAL | | -52.32 | -175,371.42 |
| Paycheck | 09/27/2017 | 5335 | JAMIE T KIBBE | GENERAL | | -52.32 | -175,423.74 |