B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re B.L. Gustafson, LLC,  
*Debtor*

Case No. 17-10514-TPA

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: *October 2017*                 Date filed: 11/16/2017

Line of Business:                     NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ B. Gustafson/*  
Original Signature of Responsible Party

*BRIAN GUSTAFSON*  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

Received Nov 16 2017 11:00am
Nov 16 17 10:26 Case 17-10514-TPA Amended Doc 77    Filed 11/16/17    Entered 11/16/17 14:07:15    Desc Main
Document    Page 2 of 12

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 49,169.55

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ _____

Cash on Hand at End of Month  $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 49,169.55

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 63,826.24

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ _____

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ _____

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH  $ (14,656.69)

10:53 AM
11/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### October 2017

|  | Oct 17 |
|---|---:|
| **Income** | |
| AMBULANCE DEPOSIT | 49,169.55 |
| **Total Income** | 49,169.55 |
| **Expense** | |
| **BRIAN GUSTAFSON** | |
| OWNER DRAW | 4,500.00 |
| **Total BRIAN GUSTAFSON** | 4,500.00 |
| **BRYNWOOD FARM** | |
| BARN | |
| FEATHERLITE TRLR | 483.24 |
| **Total BARN** | 483.24 |
| **Total BRYNWOOD FARM** | 483.24 |
| CASELLA WASTE SYSTEMS | 152.29 |
| **GAS/FUEL** | |
| HERZOG OIL | 5,253.01 |
| GAS/FUEL - Other | 704.45 |
| **Total GAS/FUEL** | 5,957.46 |
| **GUS'S GUNS** | |
| PURCHASE | 319.29 |
| **Total GUS'S GUNS** | 319.29 |
| LEGAL | 2,020.00 |
| LOAN/ADVANCE/LINE OF CREDIT REP | 4,000.00 |
| **MEDICAL EXP. EMPLOYEE** | |
| UPMC | 8,715.02 |
| **Total MEDICAL EXP. EMPLOYEE** | 8,715.02 |
| **MEDICAL SUPPLIES** | |
| PRAXAIR | 343.31 |
| **Total MEDICAL SUPPLIES** | 343.31 |
| MEMBERSHIP EXP. | 1,576.51 |
| **NORTHWEST SAVINGS BANK** | |
| SERVICE CHARGE | 327.00 |
| **Total NORTHWEST SAVINGS BANK** | 327.00 |
| NORTHWESTERN MUTUAL INSURANCE | 2,000.00 |
| **PAYROLL EXP.** | |
| IRS | 9,234.35 |
| PAYROLL EXP. - Other | 14,831.89 |
| **Total PAYROLL EXP.** | 24,066.24 |
| **RENTALS** | |
| 1039 MOODY HOLLOW | |
| REPAIR/MAINTAINCE | 1,704.27 |
| **Total 1039 MOODY HOLLOW** | 1,704.27 |
| COLONIAL | |
| GAS | 77.86 |
| **Total COLONIAL** | 77.86 |
| **Total RENTALS** | 1,782.13 |
| **SHOP** | |
| PENELEC | 293.97 |

10:53 AM
11/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### October 2017

|  | Oct 17 |
|---|---|
| **Total SHOP** | 293.97 |
| **STATION EXP.** |  |
|   MISC/MEALS | 176.00 |
|   QUICKBOOKS | 651.77 |
|   STATION 16 |  |
|     DIRECT TV | 677.07 |
|     GAS | 132.48 |
|     PENELEC | 534.60 |
|     VERIZON PHONE | 198.60 |
|   **Total STATION 16** | 1,542.75 |
|   VERIZON WIRELESS-CELL PHONE | 591.54 |
| **Total STATION EXP.** | 2,962.06 |
| TRAVEL | 397.38 |
| U.S. TRUSTEE | 650.80 |
| VEHICLE |  |
|   INSURANCE | 705.31 |
|   MAINTAINCE | 1,670.41 |
|   OLSON TENGLUND INC. | 537.42 |
|   SMETHPORT TIRE | 328.75 |
|   VEHICLE - Other | 37.65 |
| **Total VEHICLE** | 3,279.54 |
| **Total Expense** | 63,826.24 |
| **Net Income** | **-14,656.69** |

10:54 AM
11/16/17
Accrual Basis

# B.L. Gustafson, L.L.C.
## General Ledger
### As of October 31, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | 3,846.09 |
| Check | 10/02/2017 | | POS | | OWNER DRAW | -500.00 | 3,346.09 |
| Check | 10/02/2017 | | POS | | OWNER DRAW | -500.00 | 2,846.09 |
| Check | 10/03/2017 | | IRS | | IRS | -3,581.00 | -734.91 |
| Check | 10/04/2017 | | POS | | QUICKBOOKS | -168.50 | -903.41 |
| Check | 10/04/2017 | | POS | | QUICKBOOKS | -483.27 | -1,386.68 |
| Deposit | 10/04/2017 | | | MEDICARE | AMBULANCE | 4,014.33 | 2,627.65 |
| Check | 10/05/2017 | | BRIAN L GUSTAFS... | | OWNER DRAW | -2,500.00 | 127.65 |
| Deposit | 10/06/2017 | | | Deposit | AMBULANCE | 800.00 | 927.65 |
| Check | 10/06/2017 | | MAC | | OWNER DRAW | -500.00 | 427.65 |
| Check | 10/06/2017 | | PAYPAL | | -SPLIT- | -319.29 | 108.36 |
| Check | 10/06/2017 | 5337 | IRS | | IRS | -3,650.15 | -3,541.79 |
| Check | 10/07/2017 | 5338 | MILLERS GARAGE | 4092/4087 | -SPLIT- | -934.86 | -4,476.65 |
| Check | 10/07/2017 | 5340 | OLSON TENGLUN... | | OLSON TENG... | -537.42 | -5,014.07 |
| Check | 10/07/2017 | 5341 | SMETHPORT TIRE | | SMETHPORT... | -328.75 | -5,342.82 |
| Check | 10/07/2017 | 5343 | PENELEC | | -SPLIT- | -828.57 | -6,171.39 |
| Check | 10/07/2017 | 5344 | CASELLA WASTE | | CASELLA WA... | -152.29 | -6,323.68 |
| Check | 10/07/2017 | 5345 | VERIZON | | -SPLIT- | -198.60 | -6,522.28 |
| Check | 10/07/2017 | 5346 | SST | | FEATHERLITE... | -483.24 | -7,005.52 |
| Check | 10/07/2017 | 5348 | PRAXAIR | | PRAXAIR | -343.31 | -7,348.83 |
| Check | 10/07/2017 | 5349 | U.S. TRUSTEE | | U.S. TRUSTEE | -650.80 | -7,999.63 |
| Check | 10/07/2017 | 5351 | MUNICIPAL MARK... | | MEMBERSHIP... | -1,576.51 | -9,576.14 |
| Check | 10/07/2017 | 5352 | CENTRAL PENN G... | | -SPLIT- | -132.48 | -9,708.62 |
| Check | 10/07/2017 | 5353 | NATIONAL FUEL | | -SPLIT- | -77.86 | -9,786.48 |
| Check | 10/07/2017 | 5354 | DIRECT TV | | DIRECT TV | -412.98 | -10,199.46 |
| Check | 10/07/2017 | 5339 | HERZOG OIL | | HERZOG OIL | -2,753.01 | -12,952.47 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | -SPLIT- | -1,195.50 | -14,147.97 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | -SPLIT- | -918.85 | -15,066.82 |
| Check | 10/11/2017 | | GEICO | | INSURANCE | -15.90 | -15,082.72 |
| Check | 10/12/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | -15,117.72 |
| Deposit | 10/13/2017 | | | Deposit | AMBULANCE | 11,980.14 | -3,137.58 |
| Check | 10/13/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | -3,172.58 |
| Check | 10/16/2017 | | DIRECT TV | | DIRECT TV | -264.09 | -3,436.67 |
| Deposit | 10/17/2017 | | | Deposit | AMBULANCE | 2,513.99 | -922.68 |
| Check | 10/17/2017 | | NORTHWESTERN... | | NORTHWEST... | -2,000.00 | -2,922.68 |
| Check | 10/17/2017 | | POS | | GAS/FUEL | -303.95 | -3,226.63 |
| Check | 10/18/2017 | | POS | | GAS/FUEL | -202.50 | -3,429.13 |
| Check | 10/18/2017 | | POS | | LEGAL | -2,020.00 | -5,449.13 |
| Check | 10/18/2017 | | POS | | GAS/FUEL | -78.00 | -5,527.13 |
| Check | 10/19/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -735.55 | -6,262.68 |
| Check | 10/20/2017 | 5357 | HERZOG OIL | | HERZOG OIL | -2,500.00 | -8,832.68 |
| Deposit | 10/20/2017 | | | Deposit | AMBULANCE | 1,817.99 | -7,014.69 |
| Check | 10/20/2017 | | GEICO | | INSURANCE | -689.41 | -7,704.10 |
| Check | 10/24/2017 | 5358 | DAVID C MALLISON | | LOAN/ADVAN... | -4,000.00 | -11,704.10 |
| Deposit | 10/24/2017 | | | Deposit | AMBULANCE | 16,187.50 | 4,483.40 |
| Check | 10/24/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -70.00 | 4,413.40 |
| Paycheck | 10/25/2017 | 5360 | JAMIE T KIBBE | | -SPLIT- | -1,449.54 | 2,963.86 |
| Paycheck | 10/25/2017 | 5364 | TIMOTHY CRANDA... | | -SPLIT- | -590.13 | 2,373.73 |

Page 1

10:54 AM
11/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## General Ledger
### As of October 31, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Paycheck | 10/25/2017 | 5362 | RICHARD E BECK... | | -SPLIT- | -909.42 | 1,464.31 |
| Paycheck | 10/25/2017 | 5359 | ANDREW W HORT... | | -SPLIT- | -970.49 | 493.82 |
| Paycheck | 10/25/2017 | 5363 | SHAWN HOWELL (... | | -SPLIT- | -875.74 | -381.92 |
| Deposit | 10/25/2017 | | | MEDICARE | AMBULANCE... | 4,696.06 | 4,314.14 |
| Check | 10/25/2017 | | POS | | GAS/FUEL | -66.00 | 4,248.14 |
| Check | 10/25/2017 | | POS | | VEHICLE | -37.65 | 4,210.49 |
| Paycheck | 10/25/2017 | 5365 | BRIAN L GUSTAFS... | | -SPLIT- | 0.00 | 4,210.49 |
| Check | 10/26/2017 | | UPMC HEALTH PL... | | UPMC | -8,715.02 | -4,504.53 |
| Check | 10/27/2017 | | POS | | VERIZON WIR... | -591.54 | -5,096.07 |
| Deposit | 10/27/2017 | | | Deposit FURNACE | AMBULANCE... | 1,750.54 | -3,345.53 |
| Check | 10/27/2017 | | POS | | REPAIR/MAIN... | -1,704.27 | -5,049.80 |
| Check | 10/27/2017 | | POS | | IRS | -2,003.20 | -7,053.00 |
| Check | 10/30/2017 | | MAC | | OWNER DRAW | -500.00 | -7,553.00 |
| Check | 10/31/2017 | | POS | | GAS/FUEL | -54.00 | -7,607.00 |
| Check | 10/31/2017 | | POS | | TRAVEL | -397.38 | -8,004.38 |
| Check | 10/31/2017 | | POS | | SERVICE CHA... | -12.00 | -8,016.38 |
| Check | 10/31/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -105.00 | -8,121.38 |
| **Total GENERAL** | | | | | | **-11,967.47** | **-8,121.38** |
| Accounts Receivable | | | | | | | |
| Invoice | 10/04/2017 | | Eldred Area Ambula... | | -SPLIT- | 1,750.00 | 87,527.59 |
| | | | | | | | 89,277.59 |
| **Total Accounts Receivable** | | | | | | **1,750.00** | **89,277.59** |
| Accounts Payable | | | | | | | 0.00 |
| **Total Accounts Payable** | | | | | | | **0.00** |
| **PAYROLL** | | | | | | | |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -15.96 | -175,474.13 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | 0.00 | -175,490.09 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -213.00 | -175,490.09 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -98.93 | -175,703.09 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -98.93 | -175,802.02 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -23.13 | -175,900.95 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -23.13 | -175,924.08 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | 0.00 | -175,947.21 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | -48.98 | -175,947.21 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | 0.00 | -175,996.19 |
| Paycheck | 10/11/2017 | 5355 | JAMIE T KIBBE | | GENERAL | 0.00 | -175,996.19 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -12.11 | -175,996.19 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | 0.00 | -176,008.30 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -150.00 | -176,008.30 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -75.07 | -176,158.30 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -75.07 | -176,233.37 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -17.55 | -176,308.44 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -17.55 | -176,325.99 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | 0.00 | -176,343.54 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | -37.17 | -176,343.54 |
| Paycheck | 10/11/2017 | 5356 | TIMOTHY CRANDA... | | GENERAL | 0.00 | -176,380.71 |



# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 21 | 10/1/2017 Through 10/31/2017 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 5,644.86 | 70,158.41 | 60,968.26 | 0.00 | 0.00 | -3,545.29 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 10/02/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 5,144.86 |
| 10/02/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 4,644.86 |
| 10/03/17 | IRS USATAXPYMT 270767684362323 | 3,581.00 | | 1,063.86 |
| 10/04/17 | NOVITAS HCCLAIMPMT 1336204577 | | 4,014.33 | 5,078.19 |
| 10/04/17 | CHECK 5329 | 90.00 | | 4,988.19 |
| 10/05/17 | WITHDRAWAL | 2,500.00 | | 2,488.19 |
| 10/05/17 | GEICO *COMMERCIAL MACON DC | 168.50 | | 2,319.69 |
| 10/06/17 | DEPOSIT | | 500.00 | 2,819.69 |
| 10/06/17 | DEPOSIT | | 300.00 | 3,119.69 |
| 10/06/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 2,619.69 |
| 10/06/17 | Intuit *Payroll 800-446-8848 CA | 483.27 | | 2,136.42 |
| 10/06/17 | PAYPAL *JACKPOTSBU 402-935-7733 CA | 132.33 | | 2,004.09 |
| 10/06/17 | PAYPAL *SKETCHPLUS 402-935-7733 CA | 177.97 | | 1,826.12 |
| 10/06/17 | PAYPAL *WALL DIST 402-935-7733 CA | 8.99 | | 1,817.13 |
| 10/06/17 | CHECK 5334 | 1,058.68 | | 758.45 |
| 10/06/17 | CHECK 5335 | 650.09 | | 108.36 |
| 10/11/17 | NATIONAL INDEMNITY 866-920-5220 NE | 15.90 | | 92.46 |
| 10/11/17 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | -1,907.54 |
| 10/12/17 | NORTHWESTERN MU ISA PAYMNT | | 2,000.00 | 92.46 |
| 10/12/17 | CHECK 5337 | 3,650.15 | | -3,557.69 |
| 10/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | -3,592.69 |
| 10/13/17 | DEPOSIT | | 11,980.14 | 8,387.45 |
| 10/13/17 | RETURNED CHECK | | 3,650.15 | 12,037.60 |
| 10/13/17 | CHECK 5343 | 828.57 | | 11,209.03 |
| 10/13/17 | CHECK 5345 | 198.60 | | 11,010.43 |
| 10/13/17 | CHECK 5353 | 77.86 | | 10,932.57 |
| 10/13/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5337 | 35.00 | | 10,897.57 |
| 10/16/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 264.09 | | 10,633.48 |
| 10/16/17 | CHECK 5354 | 412.98 | | 10,220.50 |
| 10/17/17 | NOVITAS HCCLAIMPMT 1336204577 | | 2,513.99 | 12,734.49 |
| 10/17/17 | NORTHWESTERN MU RETRY PYMT | 2,000.00 | | 10,734.49 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * Out of Order  A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |
| 5329 | 90.00 |
| 5334 | 1,058.68 |
| 5335 | 650.09 |
| 5337 * | 3,650.15 |
| 5337 * | 3,650.15 |
| 5339 * | 2,753.01 |
| 5340 | 537.42 |
| 5342 * | 1,200.00 |
| 5343 | 828.57 |
| 5344 | 152.29 |
| 5345 | 198.60 |
| 5349 * | 650.80 |
| 5350 | 4,357.51 |
| 5350 * | 4,357.51 |
| 5352 * | 132.48 |
| 5353 | 77.86 |
| 5354 | 412.98 |
| 5355 | 1,195.50 |
| 5356 | 918.85 |
| 5357 | 2,500.00 |
| 5358 | 4,000.00 |
| 5359 | 970.49 |
| 5360 | 1,449.54 |
| 5361 | 766.80 |
| 5363 * | 875.74 |
| 5363 * | 875.74 |
| 5364 | 590.13 |


# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 10/1/2017 Through 10/31/2017 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 10/17/17 | FCTI ISO-3158 WEST IH-10 SEGUIN TX | 303.95 | | 10,430.54 | | |
| 10/17/17 | CHECK 5337 | 3,650.15 | | 6,780.39 | | |
| 10/17/17 | CHECK 5352 | 132.48 | | 6,647.91 | | |
| 10/17/17 | CHECK 5355 | 1,195.50 | | 5,452.41 | | |
| 10/18/17 | PLATEAU TR-I-10 W EXIT 159 VAN HORN TX | 202.50 | | 5,249.91 | | |
| 10/18/17 | BERNSTEIN LAW FIRM 412-456-8100 PA | 2,020.00 | | 3,229.91 | | |
| 10/18/17 | CHEVRON 0102602 BAKERSFIELD TX | 78.00 | | 3,151.91 | | |
| 10/18/17 | DISCOUNT-T-6730 N MESA ST EL PASO TX | 735.55 | | 2,416.36 | | |
| 10/18/17 | CHECK 5350 | 4,357.51 | | -1,941.15 | | |
| 10/18/17 | CHECK 5356 | 918.85 | | -2,860.00 | | |
| 10/19/17 | RETURNED CHECK | | 4,357.51 | 1,497.51 | | |
| 10/19/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5350 | 35.00 | | 1,462.51 | | |
| 10/19/17 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5356 | 35.00 | | 1,427.51 | | |
| 10/20/17 | DEPOSIT | | 1,817.99 | 3,245.50 | | |
| 10/20/17 | GEICO *AUTO MACON DC | 689.41 | | 2,556.09 | | |
| 10/23/17 | CHECK 5350 | 4,357.51 | | -1,801.42 | | |
| 10/23/17 | CHECK 5357 | 2,500.00 | | -4,301.42 | | |
| 10/24/17 | DEPOSIT | | 16,187.50 | 11,886.08 | | |
| 10/24/17 | RETURNED CHECK | | 4,357.51 | 16,243.59 | | |
| 10/24/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5350 | 35.00 | | 16,208.59 | | |
| 10/24/17 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5357 | 35.00 | | 16,173.59 | | |
| 10/25/17 | NOVITAS HCCLAIMPMT 1336204577 | | 4,696.06 | 20,869.65 | | |
| 10/25/17 | CIRCLE K 0-3441 W UNION HILLS PHOENIX AZ | 66.00 | | 20,803.65 | | |
| 10/25/17 | OnStar 888-4ONSTAR MI | 37.65 | | 20,766.00 | | |
| 10/26/17 | UPMC HEALTH PLAN INSURANCE 3532012 | 8,715.02 | | 12,050.98 | | |
| 10/26/17 | CHECK 5358 | 4,000.00 | | 8,050.98 | | |
| 10/26/17 | CHECK 5359 | 970.49 | | 7,080.49 | | |
| 10/27/17 | DEPOSIT | | 1,750.54 | 8,831.03 | | |
| 10/27/17 | PAYPAL *EBAYORDER 402-935-7733 CA | 1,704.27 | | 7,126.76 | | |
| 10/27/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 2,003.20 | | 5,123.56 | | |
| 10/27/17 | VZWRLSS*IVR VB 800-922-0204 FL | 591.54 | | 4,532.02 | | |
| 10/27/17 | CHECK 5364 | 590.13 | | 3,941.89 | | |
| 10/30/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 3,441.89 | | |

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 10/1/2017 Through 10/31/2017 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 10/30/17 | CHECK 5339 | 2,753.01 | | 688.88 | | |
| 10/30/17 | CHECK 5342 | 1,200.00 | | -511.12 | | |
| 10/30/17 | CHECK 5361 | 766.80 | | -1,277.92 | | |
| 10/30/17 | CHECK 5363 | 875.74 | | -2,153.66 | | |
| 10/31/17 | RETURNED CHECK | | 766.80 | -1,386.86 | | |
| 10/31/17 | RETURNED CHECK | | 875.74 | -511.12 | | |
| 10/31/17 | RETURNED CHECK | | 1,200.00 | 688.88 | | |
| 10/31/17 | SNAPPYS 503 CENTRE HALL PA | 54.00 | | 634.88 | | |
| 10/31/17 | SPRINGHILL SUITES HARRISBURG PA | 198.69 | | 436.19 | | |
| 10/31/17 | SPRINGHILL SUITES HARRISBURG PA | 198.69 | | 237.50 | | |
| 10/31/17 | REDEPOSIT ITEM | 12.00 | | 225.50 | | |
| 10/31/17 | CHECK 5340 | 537.42 | | -311.92 | | |
| 10/31/17 | CHECK 5344 | 152.29 | | -464.21 | | |
| 10/31/17 | CHECK 5349 | 650.80 | | -1,115.01 | | |
| 10/31/17 | CHECK 5360 | 1,449.54 | | -2,564.55 | | |
| 10/31/17 | CHECK 5363 | 875.74 | | -3,440.29 | | |
| 10/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5342 | 35.00 | | -3,475.29 | | |
| 10/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5361 | 35.00 | | -3,510.29 | | |
| 10/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5363 | 35.00 | | -3,545.29 | | |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.




# Northwest

Account No

PAGE 4

| Date | Check No. | Amount |
|---|---|---|
| 10/4/2017 | 5329 | $90.00 |
| 10/6/2017 | 5334 | $1,058.68 |
| 10/6/2017 | 5335 | $650.09 |
| 10/17/2017 | 5337 | $3,650.15 |
| 10/12/2017 | 5337 | $3,650.15 |
| 10/30/2017 | 5339 | $2,753.01 |
| 10/31/2017 | 5340 | $537.42 |
| 10/30/2017 | 5342 | $1,200.00 |
| 10/13/2017 | 5343 | $828.57 |
| 10/31/2017 | 5344 | $152.29 |

Check 5329 — B.L. GUSTAFSON, L.L.C. — Northwest — 8/29/2017 — Pay to the order of KEYLESS AND CAMERA $ **90.00 — Ninety and 00/100 — KEYLESS AND CAMERA, 70 FRALEY STREET, KANE, PA 16735

Check 5334 — B.L. GUSTAFSON, L.L.C. — Northwest — Pay to the order of JAMIE T KIBBE $ **1,058.68 — One Thousand Fifty-Eight and 68/100 — JAMIE T KIBBE, 409 ZEPHER ST, ULYSSES, PA 16948 — Pay Period: 08/27/2017 - 09/09/2017

Check 5335 — B.L. GUSTAFSON, L.L.C. — Northwest — 9/27/2017 — Pay to the order of JAMIE T KIBBE $ **650.09 — Six Hundred Fifty and 09/100 — JAMIE T KIBBE, 409 ZEPHER ST, ULYSSES, PA 16948 — Pay Period: 09/10/2017 - 09/23/2017

Check 5337 — B.L. GUSTAFSON, L.L.C. — Northwest — 10/6/2017 — Pay to the order of UNITED STATES TREASURY IRS $ **3,650.15 — Three Thousand Six Hundred Fifty and 15/100 — IRS

Check 5337 — B.L. GUSTAFSON, L.L.C. — Northwest — 10/6/2017 — Pay to the order of UNITED STATES TREASURY IRS $ **3,650.15 — Three Thousand Six Hundred Fifty and 15/100 — IRS

Check 5339 — B.L. GUSTAFSON, L.L.C. — Northwest — 10/7/2017 — Pay to the order of HERZOG OIL $ **2,753.01 — Two Thousand Seven Hundred Fifty-Three and 01/100 — HERZOG OIL, 117 EAST MAIN STREET, SMETHPORT, PA 16749

Check 5340 — B.L. GUSTAFSON, L.L.C. — Northwest — 10/7/2017 — Pay to the order of OLSON TENGLUND INC. $ **537.42 — Five Hundred Thirty-Seven and 42/100 — OLSON TENGLUND INC., PO BOX 346, PORT ALLEGANY, PA 16743

Check 5342 — B.L. GUSTAFSON, L.L.C. — Northwest — 10/7/2017 — Pay to the order of COSTAS SUPERMARKET $ **1,200.00 — One Thousand Two Hundred and 00/100 — COSTAS SUPERMARKET, 407 EAST WATER STREET, SMETHPORT, PA 16749 — Memo: 85555

Check 5343 (VOID) — B.L. GUSTAFSON, L.L.C. — Northwest — 10/7/2017 — Pay to the order of PENELEC $ **828.57 — Eight Hundred Twenty-Eight and 57/100 — PENELEC, PO BOX 3687, AKRON, OH 44309

Check 5344 — B.L. GUSTAFSON, L.L.C. — Northwest — 10/7/2017 — Pay to the order of CASELLA WASTE $ **152.29 — One Hundred Fifty-Two and 29/100 — CASELLA WASTE, PO BOX 1372, WILLISTON, VT 05495

00031100

Account No

PAGE 5

B.L. GUSTAFSON, L.L.C. — Northwest — 5345
10/7/2017
PAY TO THE ORDER OF VERIZON $ 198.60
One Hundred Ninety-Eight and 60/100 DOLLARS
VERIZON
PO BOX 15026
ALBANY, NY 12212
⑈005345⑈

10/13/2017 5345 $198.60

B.L. GUSTAFSON, L.L.C. — Northwest — 5349
10/7/2017
PAY TO THE ORDER OF U.S. TRUSTEE $ 650.80
Six Hundred Fifty and 80/100 DOLLARS
U.S. TRUSTEE
PO BOX 530202
ATLANTA, GA 30353-0202
⑈005349⑈

10/31/2017 5349 $650.80

B.L. GUSTAFSON, L.L.C. — Northwest — 5350
10/7/2017
PAY TO THE ORDER OF UPMC HEALTH PLAN $ 4,357.51
Four Thousand Three Hundred Fifty-Seven and 51/100 DOLLARS
UPMC HEALTH PLAN
⑈005350⑈

10/23/2017 5350 $4,357.51

B.L. GUSTAFSON, L.L.C. — Northwest — 5350
10/7/2017
PAY TO THE ORDER OF UPMC HEALTH PLAN $ 4,357.51
Four Thousand Three Hundred Fifty-Seven and 51/100 DOLLARS
UPMC HEALTH PLAN
⑈005350⑈

10/18/2017 5350 $4,357.51

B.L. GUSTAFSON, L.L.C. — Northwest — 5352
10/7/2017
PAY TO THE ORDER OF CENTRAL PENN GAS $ 132.48
One Hundred Thirty-Two and 48/100 DOLLARS
CENTRAL PENN GAS
PO BOX 71204
PHILADELPHIA, PA 19176
⑈005352⑈

10/17/2017 5352 $132.48

B.L. GUSTAFSON, L.L.C. — Northwest — 5353
10/7/2017
PAY TO THE ORDER OF NATIONAL FUEL $ 77.86
Seventy-Seven and 86/100 DOLLARS
NATIONAL FUEL
PO BOX 4103
BUFFALO, NY 14264
⑈005353⑈

10/13/2017 5353 $77.86

B.L. GUSTAFSON, L.L.C. — Northwest — 5354
10/7/2017
PAY TO THE ORDER OF DIRECT TV $ 412.98
Four Hundred Twelve and 98/100 DOLLARS
DIRECT TV
⑈005354⑈

10/16/2017 5354 $412.98

B.L. GUSTAFSON, L.L.C. — Northwest — 5355
10/13/2017
PAY TO THE ORDER OF JAMIE T KIBBE $ 1,195.50
One Thousand One Hundred Ninety-Five and 50/100 DOLLARS
JAMIE T KIBBE
439 ZEPHER ST
ULYSSES, PA 16948
MEMO Pay Period: 09/24/2017 - 10/07/2017
⑈005355⑈

10/17/2017 5355 $1,195.50

B.L. GUSTAFSON, L.L.C. — Northwest — 5356
10/13/2017
PAY TO THE ORDER OF TIMOTHY CRANDALL $ 918.85
Nine Hundred Eighteen and 85/100 DOLLARS
TIMOTHY CRANDALL
719 BARNUM ROAD
ELDRED, PA 16731
MEMO Pay Period: 09/24/2017 - 10/07/2017
⑈005356⑈

10/18/2017 5356 $918.85

B.L. GUSTAFSON, L.L.C. — Northwest — 5357
20 OCT. 2017
PAY TO THE ORDER OF Herzog Oil, Inc. $ 2500.00
Two thousand-five-hundred and 00/100 DOLLARS
⑈005357⑈

10/23/2017 5357 $2,500.00



Northwest

Account No

PAGE 6

B.L. GUSTAFSON, L.L.C. — Northwest — 5358
Date: 25 Oct 2017
PAY TO THE ORDER OF David Mallison $4000.00
Four-thousand and 00/100 DOLLARS
⑈005358⑈

| 10/26/2017 | 5358 | $4,000.00 |
|---|---|---|

B.L. GUSTAFSON, L.L.C. — Northwest — 5359
Date: 10/25/2017
PAY TO THE ORDER OF ANDREW W HORTON $ **970.49
Nine Hundred Seventy and 49/100 DOLLARS
ANDREW W HORTON
5130 RT 46
SUITE 1
SMETHPORT, PA 16749
Pay Period: 10/08/2017 - 10/21/2017
⑈005359⑈

| 10/26/2017 | 5359 | $970.49 |
|---|---|---|

B.L. GUSTAFSON, L.L.C. — Northwest — 5360
Date: 10/25/2017
PAY TO THE ORDER OF JAMIE T KIBBE $ **1,449.54
One Thousand Four Hundred Forty-Nine and 54/100 DOLLARS
JAMIE T KIBBE
459 ZEPHER ST
ULYSSES, PA 16948
Pay Period: 10/08/2017 - 10/21/2017
⑈005360⑈

| 10/31/2017 | 5360 | $1,449.54 |
|---|---|---|

B.L. GUSTAFSON, L.L.C. — Northwest — 5361
Date: 10/25/2017
PAY TO THE ORDER OF NATHAN TANNER $ **766.80
Seven Hundred Sixty-Six and 80/100 DOLLARS
NATHAN TANNER
123 EAST VALLEY
SMETHPORT, PA 16749
Pay Period: 10/07/2017 - 10/21/2017
⑈005361⑈

| 10/30/2017 | 5361 | $766.80 |
|---|---|---|

B.L. GUSTAFSON, L.L.C. — Northwest — 5363
Date: 10/25/2017
PAY TO THE ORDER OF SHAWN HOWELL $ **875.74
Eight Hundred Seventy-Five and 74/100 DOLLARS
SHAWN HOWELL
PO BOX 1214
MT JEWETT, PA 16740

| 10/30/2017 | 5363 | $875.74 |
|---|---|---|

B.L. GUSTAFSON, L.L.C. — Northwest — 5363
Date: 10/25/2017
PAY TO THE ORDER OF SHAWN HOWELL $ **875.74
Eight Hundred Seventy-Five and 74/100 DOLLARS
SHAWN HOWELL
PO BOX 1214
MT JEWETT, PA 16740
Pay Period: 10/03/2017 - 10/21/2017
⑈005363⑈

| 10/31/2017 | 5363 | $875.74 |
|---|---|---|

B.L. GUSTAFSON, L.L.C. — Northwest — 5364
Date: 10/25/2017
PAY TO THE ORDER OF TIMOTHY CRANDALL $ **590.13
Five Hundred Ninety and 13/100 DOLLARS
TIMOTHY CRANDALL
119 BARNUM ROAD
ELDRED, PA 16731
Pay Period: 10/08/2017 - 10/21/2017
⑈005364⑈

| 10/27/2017 | 5364 | $590.13 |
|---|---|---|

00041202