FILED
11/17/17 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10514-TPA |
| | : | | |
| B.L. Gustafson, LLC | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/16/2017 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:**          #60 Motion to Dismiss Case for Failure to Timely File Tax Return
                         #64 Resp. by Dept. of Revenue
                         #65 Resp. by Debtor

                         #66 Motion to Withdraw Motion to Dismiss Case
                         #75 CNO filed

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Guy Fustine |
| IRS: | Jill Locnikar |
| PA Dept. Rev.: | Robert Edmundson (video) |
| U.S. Trustee: | Norma Hildenbrand |

**NOTES:**

| | |
|---|---|
| Fustine: | Request 30 day continuance. |
| Edmundson: | No objection to continuance |

**OUTCOME:**          Continued to December 7, 2017 at 10:00 AM.  TO to be entered.

jlm