Case 17-10514-TPA    Doc 80    Filed 12/07/17    Entered 12/07/17 20:31:02    Desc Main
Document    Page 1 of 1

FILED
12/7/17 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10514-TPA |
| | : | | |
| B.L. Gustafson, LLC | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/7/2017 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** #60 Cont. Motion to Dismiss Case for Failure to Timely File Tax Return
  #64 Resp. by Dept. of Revenue
  #65 Resp. by Debtor

#66 Cont. Motion to Withdraw Motion to Dismiss Case
  #75 CNO filed

**APPEARANCES:**
Debtor:  Guy C. Fustine
IRS:  Jill Locnikar
PA Dept. Rev.:  Robert Edmundson (video)
Ford Motor Cr:  Keri Ebeck (video)

**NOTES:**

Edmundson: (10:41) Mr. Fustine has requested time to retain an accountant.

Locknikar: Latest quarterly tax return has not been filed.

Court: When will you have an accountant?

Fustine: I have been in touch with Mr. Tom Ball. Can have him by the first of the year.

Court: Motion for Accountant needs to be filed by December 31, 2017. At some point the Debtor's actions will become prejudicial to him.

**OUTCOME:** DENIED, TO to be entered denying motion to dismiss in light of agreement of the parties.

/s/ *signature*

vas