Case 17-10514-TPA    Doc 82    Filed 12/08/17    Entered 12/08/17 10:40:40    Desc Main
Document      Page 1 of 1

FILED
12/8/17 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10514-TPA |
| B.L. Gustafson, LLC | : | Chapter: 11 |
| *Debtor(s)*. | : | Date: 12/7/2017 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**    #67 MFRS by Ford Motor Credit Company LLC
                       #74 Obj. by Debtor

**APPEARANCES:**

Debtor:        Guy C. Fustine
Ford Motor:    Keri Ebeck

**NOTES:**

Ebeck:         (10:47) Need 7 to 10 days to submit a stipulation.

Court:         Will give you until December 31, 2017 to do so.

**OUTCOME:**    DENIED, MOE.

*[signature]*
vas