FILED
12/8/17 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10514-TPA |
| | : | | |
| B.L. Gustafson, LLC | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/7/2017 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**    #71 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement

**APPEARANCES:**

   Debtor:    Guy C. Fustine

**NOTES:**

**OUTCOME:**    GRANTED, OE.

*/s/ signature*

vas