Case 17-10514-TPA    Doc 87    Filed 12/10/17    Entered 12/11/17 00:42:30    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
12/8/17 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 21170769

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| B.L. Gustafson, LLC ) | |
| ) | Bankruptcy No. 17-10514-TPA |
| Debtors ) | |
| ) | Chapter 11 |
| Ford Motor Credit Company LLC ) | |
| ) | |
| Movant ) | Related to Document No. 67 |
| ) | |
| v. ) | |
| ) | |
| B.L. Gustafson, LLC ) | |
| ) | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this __7th__ day of _____December_____, 2017, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2014 Ford F-250, (VIN No.: 1FTBF2B60EEA08114); that the Movant has not been adequately protected; that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that ~~Ford Motor Credit Company LLC be and is hereby granted relief~~ from the Automatic Stay to take the necessary steps to repossess and ~~liquidate its collateral referenced herein.~~ The Trustee will submit a consent order on or before December 31, 2017 resolving this matter. Furthermore the Debtor will file a motion approving an accountant for the Estate on or before Dec. 31, 2017.

Honorable Thomas P. Agresti
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
B.L. Gustafson, LLC  
    Debtor

Case No. 17-10514-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Dec 08, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.  
db         +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:  
        Guy C. Fustine   on behalf of Debtor   B.L. Gustafson, LLC mwernick@kmgslaw.com,  
         knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com  
        James Warmbrodt   on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com  
        Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,  
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
        John F. Kroto   on behalf of Debtor   B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,  
         knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com  
        Keri P. Ebeck   on behalf of Creditor   Ford Motor Credit Company LLC kebeck@weltman.com,  
         jbluemle@weltman.com  
        Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Robert C. Edmundson   on behalf of Creditor   Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov  
                                                                                                                         TOTAL: 8