FILED
12/8/17 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-10514-TPA |
| ) | |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S ) | Chapter 11 |
| GUNS, PRIORITY CARE AMBULANCE, ) | |
| B.L. GUSTAFSON EXCAVATION, ) | |
| BRYNWOOD FARM and BRIAN ) | |
| GUSTAFSON RENTALS, ) | Docket No. 71 |
| Debtor ) | |
| ) | |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S ) | |
| GUNS, PRIORITY CARE AMBULANCE, ) | |
| B.L. GUSTAFSON EXCAVATION, ) | |
| BRYNWOOD FARM and BRIAN ) | |
| GUSTAFSON RENTALS, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT ) | |
| ) | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Extend Plan Exclusivity, after notice and hearing as deemed necessary and appropriate under the circumstances, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

It is further ORDERED that the Debtor's exclusive right to file a Plan of Reorganization is extended to February 11, 2018, and the Debtor's exclusive right to obtain acceptances to said Plan is extended to April 12, 2018. This Order is without prejudice to the Debtor's right to request further extensions of time if necessary and appropriate.

Dated: December 7, 2017

_____
Thomas P. Agresti, Judge,
United States Bankruptcy Court

# 1863064.v1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
B.L. Gustafson, LLC  
    Debtor

Case No. 17-10514-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Dec 08, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.  
db          +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
         Guy C. Fustine     on behalf of Debtor     B.L. Gustafson, LLC mwernick@kmgslaw.com,
          knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
         James Warmbrodt     on behalf of Creditor     Kubota Credit Corporation bkgroup@kmllawgroup.com
         Jill Locnikar     on behalf of Creditor     United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
         John F. Kroto     on behalf of Debtor     B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
          knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
         Keri P. Ebeck     on behalf of Creditor     Ford Motor Credit Company LLC kebeck@weltman.com,
          jbluemle@weltman.com
         Norma Hildenbrand,    on Behalf of the United States Trustee by     on behalf of U.S. Trustee     Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Robert C. Edmundson     on behalf of Creditor     Office of Attorney General Department of Revenue     redmundson@attorneygeneral.gov
                                                                                                  TOTAL: 8