IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>B.L. GUSTAFSON, LLC,<br><br>    Debtor. | Bankruptcy Case No. 1:17-bk-10514<br><br>Chapter 11 |
|---|---|

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, John Deere Construction & Forestry Company, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Robert S. Bernstein
    Robert S. Bernstein, Esquire
    PA I.D. # 34308
    rbernstein@bernsteinlaw.com
    707 Grant Street, Suite 2200 Gulf Tower
    Pittsburgh, PA  15219
    Tel: (412) 456-8101
    Fax: (412) 456-8135

    Attorney for Creditor,
    John Deere Construction
    & Forestry Company

Dated: 12/15/2017