# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 17-10514TPA |
| | : | |
| B.L. GUSTAFSON, LLC, | : | The Hon. Thomas P. Agresti |
| Debtor | : | |
| | : | Chapter 11 |

## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO:  Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Hamlin Bank &Trust Company in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

>Respectfully submitted,
>
>QUINN, BUSECK, LEEMHUIS, TOOHEY
>& KROTO, INC.
>
>
>By    */s/Michael S. JanJanin*
>      Michael S. Jan Janin, Esq.
>      Pa. I.D. No. 38880
>      2222 West Grandview Boulevard
>      Erie, PA 16506-4508
>      Phone:  (814) 833-2222, Ext. 1045
>      Phone:  (814) 314-1051 (Direct)
>      Fax:  (814) 833-6753
>      Email:  mjanjanin@quinnfirm.com
>      Attorneys for Hamlin Bank & Trust Company

Dated:  December 15, 2017

#1096506

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 17-10514TPA |
| | : | |
| B.L. GUSTAFSON, LLC, | : | The Hon. Thomas P. Agresti |
| Debtor | : | |
| | : | Chapter 11 |

**CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE**
**OF ALL PENDING AND FUTURE MATTERS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 15, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  see attached                         .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  December 15, 2017

By:   /s/Michael S. JanJanin
Signature

Michael S. Jan Janin, Esq.
Typed Name

2222 W. Grandview Blvd., Erie, PA 16506-4508
Address

(814) 833-2222 ext. 1045
Phone No.

PA ID #38880
List Bar I.D. and State of Admission

#1096506

SERVICE BY ELECTRONIC NOTIFICATION:

Guy C. Fustine, Esquire
Knox Law Firm
120 West Tenth Street
Erie, PA 16501

#1096506