B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re B.L. Gustafson, LLC,
Debtor

Case No. 17-10514-TPA

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November

Date filed: 12/20/2017

Line of Business:

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

B L Gustafson

Original Signature of Responsible Party

Brian Gustafson

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 38963.82

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month $ ______

Cash on Hand at End of Month $ ______

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ ______

*(Exhibit B)*

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 41 011.28

*(Exhibit C)*

**CASH PROFIT**

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 38963.82

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 41 011.28

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ (2 047.46)

1:29 PM
12/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### November 2017

| | | | | Nov 17 |
|---|---|---|---|---|
| Income | | | | |
| AMBULANCE DEPOSIT | | | | 34,963.82 |
| OTHER | | | | 4,000.00 |
| Total Income | | | | 38,963.82 |
| Expense | | | | |
| BRIAN GUSTAFSON | | | | |
| OWNER DRAW | | | 3,854.89 | |
| PERSONAL | | | 2,054.14 | |
| Total BRIAN GUSTAFSON | | | | 5,909.03 |
| BRYNWOOD FARM | | | | |
| BARN | | | | |
| FEATHERLITE TRLR | | 969.48 | | |
| Total BARN | | | 969.48 | |
| Total BRYNWOOD FARM | | | | 969.48 |
| CASELLA WASTE SYSTEMS | | | | 338.98 |
| COSTAS SUPERMARKET | | | | 1,500.00 |
| GAS/FUEL | | | | 43.67 |
| GUS'S GUNS | | | | |
| PURCHASE | | | 7,468.60 | |
| GUS'S GUNS - Other | | | 400.00 | |
| Total GUS'S GUNS | | | | 7,868.60 |
| MEDICAL SUPPLIES | | | | |
| MOORE MEDICAL | | | 1,130.98 | |
| Total MEDICAL SUPPLIES | | | | 1,130.98 |
| NORTHWEST SAVINGS BANK | | | | |
| SERVICE CHARGE | | | 701.00 | |
| Total NORTHWEST SAVINGS BANK | | | | 701.00 |
| NORTHWESTERN MUTUAL INSURANCE | | | | 2,000.00 |
| PAYPAL | | | | |
| MISC. GOODS | | | 224.75 | |
| Total PAYPAL | | | | 224.75 |
| PAYROLL EXP. | | | | 12,729.65 |
| RENTALS | | | | |
| 1039 MOODY HOLLOW | | | | |
| PENELEC | | 228.45 | | |
| VERIZON | | 95.96 | | |
| Total 1039 MOODY HOLLOW | | | 324.41 | |
| 106 SOUTH MECHANIC | | | | |
| SMETHPORT BOROUGH | | 204.69 | | |
| Total 106 SOUTH MECHANIC | | | 204.69 | |
| COLONIAL | | | | |
| GAS | | 318.54 | | |
| REPAIR/MAINTAINCE | | 204.00 | | |
| SMETHPORT BOROUGH | | 1,544.04 | | |
| Total COLONIAL | | | 2,066.58 | |
| RAUGHT PROPERTY | | | | |
| GAS | | 384.39 | | |

1:29 PM
12/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### November 2017

| | | | Nov 17 |
|---|---|---|---|
| Total RAUGHT PROPERTY | | 384.39 | |
| Total RENTALS | | | 2,980.07 |
| SHOP | | | |
| PENELEC | | 55.80 | |
| Total SHOP | | | 55.80 |
| STATION EXP. | | | |
| MISC/MEALS | | 100.00 | |
| STATION 16 | | | |
| DIRECT TV | 264.23 | | |
| GAS | 192.58 | | |
| PENELEC | 338.20 | | |
| VERIZON PHONE | 313.80 | | |
| Total STATION 16 | | 1,108.81 | |
| VERIZON WIRELESS-CELL PHONE | | 543.21 | |
| Total STATION EXP. | | | 1,752.02 |
| TRAVEL | | | 2,117.84 |
| VEHICLE | | | |
| INSURANCE | | 689.41 | |
| Total VEHICLE | | | 689.41 |
| Total Expense | | | 41,011.28 |
| Net Income | | | **-2,047.46** |

Northwest

CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

0024038 24038 2 FP 0.453

18

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 11/1/2017 Through 11/30/2017 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| -3,545.29 | 50,299.68 | 54,561.10 | 0.00 | 0.00 | 716.13 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 11/01/17 | RETURNED CHECK | | 152.29 | -3,393.00 |
| 11/01/17 | RETURNED CHECK | | 537.42 | -2,855.58 |
| 11/01/17 | RETURNED CHECK | | 650.80 | -2,204.78 |
| 11/01/17 | RETURNED CHECK | | 875.74 | -1,329.04 |
| 11/01/17 | RETURNED CHECK | | 1,449.54 | 120.50 |
| 11/01/17 | CHARGEBACK ITEM | 875.74 | | -755.24 |
| 11/01/17 | REDEPOSIT ITEM | 12.00 | | -767.24 |
| 11/01/17 | CHARGEBACK FEE | 12.00 | | -779.24 |
| 11/01/17 | CHECK 5338 | 934.86 | | -1,714.10 |
| 11/01/17 | CHECK 5341 | 328.75 | | -2,042.85 |
| 11/01/17 | CHECK 5346 | 483.24 | | -2,526.09 |
| 11/01/17 | CHECK 5360 | 1,449.54 | | -3,975.63 |
| 11/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5340 | 35.00 | | -4,010.63 |
| 11/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5344 | 35.00 | | -4,045.63 |
| 11/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5349 | 35.00 | | -4,080.63 |
| 11/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5360 | 35.00 | | -4,115.63 |
| 11/01/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5363 | 35.00 | | -4,150.63 |
| 11/02/17 | RETURNED CHECK | | 328.75 | -3,821.88 |
| 11/02/17 | RETURNED CHECK | | 483.24 | -3,338.64 |
| 11/02/17 | RETURNED CHECK | | 934.86 | -2,403.78 |
| 11/02/17 | RETURNED CHECK | | 1,449.54 | -954.24 |
| 11/02/17 | CHARGEBACK ITEM | 1,449.54 | | -2,403.78 |
| 11/02/17 | COMMWLTHOFPA INT PAEMPLOYTX 364721179 | 402.14 | | -2,805.92 |
| 11/02/17 | CHARGEBACK FEE | 12.00 | | -2,817.92 |
| 11/02/17 | CHECK 5342 | 1,200.00 | | -4,017.92 |
| 11/02/17 | CHECK 5348 | 343.31 | | -4,361.23 |
| 11/02/17 | CHECK 5361 | 766.80 | | -5,128.03 |
| 11/02/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5338 | 35.00 | | -5,163.03 |
| 11/02/17 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | -5,198.03 |

CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE
* - Out of Order A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
| 5338 | 934.86 |
| 5338 * | 934.86 |
| 5340 * | 537.42 |
| 5341 | 328.75 |
| 5341 * | 328.75 |
| 5342 | 1,200.00 |
| 5344 * | 152.29 |
| 5346 * | 483.24 |
| 5346 * | 483.24 |
| 5348 * | 343.31 |
| 5348 * | 343.31 |
| 5349 | 650.80 |
| 5351 * | 1,576.51 |
| 5351 * | 1,576.51 |
| 5360 * | 1,449.54 |
| 5361 | 766.80 |
| 5362 | 909.42 |
| 5366 * | 1,500.00 |
| 5367 | 200.00 |
| 5368 | 1,227.22 |
| 5368 * | 1,227.22 |
| 5369 | 1,222.46 |
| 5370 | 344.30 |
| 5371 | 897.46 |
| 5372 | 200.00 |
| 5375 * | 415.39 |
| 5376 | 970.50 |
| 5377 | 1,262.65 |
| 5378 | 766.80 |
| 5379 | 1,030.70 |

04010F10



Northwest

CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 11/1/2017 Through 11/30/2017 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| | FUNDS SERIAL # 5341 | | | |
| 11/02/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5346 | 35.00 | | -5,233.03 |
| 11/02/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5360 | 35.00 | | -5,268.03 |
| 11/03/17 | DEPOSIT | | 5,000.00 | -268.03 |
| 11/03/17 | RETURNED CHECK | | 343.31 | 75.28 |
| 11/03/17 | COMMWLTHOFPA INT PAEMPLOYTX 364721179 | | 402.14 | 477.42 |
| 11/03/17 | RETURNED CHECK | | 766.80 | 1,244.22 |
| 11/03/17 | RETURNED CHECK | | 1,200.00 | 2,444.22 |
| 11/03/17 | CHECK 5340 | 537.42 | | 1,906.80 |
| 11/03/17 | CHECK 5344 | 152.29 | | 1,754.51 |
| 11/03/17 | CHECK 5349 | 650.80 | | 1,103.71 |
| 11/03/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 1,068.71 |
| 11/03/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5342 | 35.00 | | 1,033.71 |
| 11/03/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5348 | 35.00 | | 998.71 |
| 11/03/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5361 | 35.00 | | 963.71 |
| 11/06/17 | PAYPAL INST XFER | 224.75 | | 738.96 |
| 11/06/17 | DEPOSIT | | 6,061.88 | 6,800.84 |
| 11/06/17 | WESTLINE INN RESTA WESTLINE PA | 100.00 | | 6,700.84 |
| 11/06/17 | CHECK 5338 | 934.86 | | 5,765.98 |
| 11/06/17 | CHECK 5341 | 328.75 | | 5,437.23 |
| 11/06/17 | CHECK 5346 | 483.24 | | 4,953.99 |
| 11/07/17 | DEPOSIT | | 4,000.00 | 8,953.99 |
| 11/07/17 | TICKET CONNECTORS 888-705-0507 NV | 814.91 | | 8,139.08 |
| 11/07/17 | CHECK 5348 | 343.31 | | 7,795.77 |
| 11/07/17 | CHECK 5362 | 909.42 | | 6,886.35 |
| 11/08/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 300.00 | | 6,586.35 |
| 11/08/17 | VEGAS.COM 800-431-2140 NV | 670.45 | | 5,915.90 |
| 11/08/17 | VEGAS.COM 800-431-2140 NV | 270.36 | | 5,645.54 |
| 11/08/17 | PAYPAL INST XFER | 204.00 | | 5,441.54 |
| 11/08/17 | CHECK 5366 | 1,500.00 | | 3,941.54 |
| 11/09/17 | DEPOSIT | | 10,000.00 | 13,941.54 |
| 11/09/17 | SOUTHWES 526556 800-435-9792 TX | 60.00 | | 13,881.54 |

CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE
* - Out of Order A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
| | |

00021010

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 11/1/2017 Through 11/30/2017 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 11/09/17 | SOUTHWES 526556 800-435-9792 TX | 60.00 | | 13,821.54 |
| 11/09/17 | SOUTHWES 526878 800-435-9792 TX | 775.92 | | 13,045.62 |
| 11/09/17 | SOUTHWES 526878 800-435-9792 TX | 1,221.92 | | 11,823.70 |
| 11/09/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 264.23 | | 11,559.47 |
| 11/09/17 | GEICO *AUTO 800-841-3000 DC | 689.41 | | 10,870.06 |
| 11/09/17 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | 8,870.06 |
| 11/10/17 | WITHDRAWAL | 2,000.00 | | 6,870.06 |
| 11/10/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 2,569.80 | | 4,300.26 |
| 11/10/17 | CHECK 5369 | 1,222.46 | | 3,077.80 |
| 11/10/17 | CHECK 5371 | 897.46 | | 2,180.34 |
| 11/13/17 | MOORE MEDICAL LLC 800-2341464 CT | 544.80 | | 1,635.54 |
| 11/13/17 | MOORE MEDICAL LLC 800-2341464 CT | 586.18 | | 1,049.36 |
| 11/13/17 | CHECK 5351 | 1,576.51 | | -527.15 |
| 11/13/17 | CHECK 5368 | 1,227.22 | | -1,754.37 |
| 11/13/17 | CHECK 5370 | 344.30 | | -2,098.67 |
| 11/14/17 | RETURNED CHECK | | 1,227.22 | -871.45 |
| 11/14/17 | RETURNED CHECK | | 1,576.51 | 705.06 |
| 11/14/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5351 | 35.00 | | 670.06 |
| 11/14/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5368 | 35.00 | | 635.06 |
| 11/14/17 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5370 | 35.00 | | 600.06 |
| 11/15/17 | Wave 888-9668603 NY | 100.00 | | 500.06 |
| 11/15/17 | CAESARS PLACE ADV 8662094732 NV | 198.42 | | 301.64 |
| 11/16/17 | CHECK 5351 | 1,576.51 | | -1,274.87 |
| 11/16/17 | CHECK 5368 | 1,227.22 | | -2,502.09 |
| 11/17/17 | RETURNED CHECK | | 1,227.22 | -1,274.87 |
| 11/17/17 | RETURNED CHECK | | 1,576.51 | 301.64 |
| 11/17/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5351 | 35.00 | | 266.64 |
| 11/17/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5368 | 35.00 | | 231.64 |
| 11/20/17 | NOVITAS HCCLAIMPMT 1336204577 | | 8,048.90 | 8,280.54 |
| 11/20/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 3,506.00 | | 4,774.54 |
| 11/21/17 | NOVITAS HCCLAIMPMT 1336204577 | | 853.04 | 5,627.58 |
| 11/21/17 | WITHDRAWAL | 2,454.44 | | 3,173.14 |
| 11/21/17 | USPS PO 41-200 N MECHANIC ST | 1,392.80 | | 1,780.34 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |

Northwest

CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 11/1/2017 Through 11/30/2017 |

PAGE 4

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| | SMETHPORT PA | | | |
| 11/21/17 | EXXONMOBIL 9651 JAMESTOWN NY | 43.67 | | 1,736.67 |
| 11/21/17 | SUNDANCE HELICOPTE 702-7360606 NV | 878.00 | | 858.67 |
| 11/21/17 | CHECK 5372 | 200.00 | | 658.67 |
| 11/27/17 | 76 - LAST STOP 76 WHITE HILLS AZ | 65.15 | | 593.52 |
| 11/27/17 | CAESARS HOTEL & CA LAS VEGAS NV | 295.22 | | 298.30 |
| 11/27/17 | CHEVRON 0204964 WICKENBURG AZ | 58.34 | | 239.96 |
| 11/27/17 | OnStar 888-4ONSTAR MI | 37.65 | | 202.31 |
| 11/27/17 | CHECK 5375 | 415.39 | | -213.08 |
| 11/28/17 | DEPOSIT | | 5,000.00 | 4,786.92 |
| 11/28/17 | RETURNED CHECK | | 415.39 | 5,202.31 |
| 11/28/17 | CAESARS HOTEL & CA LAS VEGAS NV | 39.68 | | 5,162.63 |
| 11/28/17 | CHECK 5367 | 200.00 | | 4,962.63 |
| 11/28/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5375 | 35.00 | | 4,927.63 |
| 11/29/17 | DOLPHINARIS 855-2039863 AZ | 160.85 | | 4,766.78 |
| 11/29/17 | CHECK 5376 | 970.50 | | 3,796.28 |
| 11/29/17 | CHECK 5378 | 766.80 | | 3,029.48 |
| 11/30/17 | CAESARS HOTEL & CA 8662094732 NV | 20.00 | | 3,009.48 |
| 11/30/17 | CHECK 5377 | 1,262.65 | | 1,746.83 |
| 11/30/17 | CHECK 5379 | 1,030.70 | | 716.13 |

CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE
* - Out of Order A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|

00031110

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.



Account No

*031309505*
11/03/2017
2003001630
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

B.L. GUSTAFSON, L.L.C. — Northwest — 5338 — 10/7/2017
PAY TO THE ORDER OF MILLERS GARAGE $ **934.86
Nine Hundred Thirty-Four and 86/100 DOLLARS
MILLERS GARAGE
22 MILLER LANE
SMETHPORT,PA 16749
MEMO 4092/4087

⑈005338⑈ ⑆243374218⑆

11/6/2017 5338 $934.86

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest
60-7421/2433
5338
10/7/2017

PAY TO THE ORDER OF MILLERS GARAGE $ **934.86
Nine Hundred Thirty-Four and 86/100 DOLLARS

MILLERS GARAGE
22 MILLER LANE
SMETHPORT,PA 16749

MEMO 4092/4087
AUTHORIZED SIGNATURE

⑈005338⑈ ⑆243374218⑆

11/1/2017 5338 $934.86

*031309505*
11/02/2017
2003001402
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

B.L. GUSTAFSON, L.L.C. — Northwest — 5340 — 10/7/2017
PAY TO THE ORDER OF OLSON TENGLUND INC $ **537.42
Five Hundred Thirty-Seven and 42/100 DOLLARS
OLSON TENGLUND INC.
PO BOX 348
PORT ALLEGANY, PA 16743

⑈005340⑈ ⑆243374218⑆ ⑈0000053742⑈

11/3/2017 5340 $537.42

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest
60-7421/2433
5341
10/7/2017

PAY TO THE ORDER OF SMETHPORT TIRE $ **328.75
Three Hundred Twenty-Eight and 75/100 DOLLARS

SMETHPORT TIRE
619 EAST MAIN STREET
SMETHPORT, PA 16749

MEMO
AUTHORIZED SIGNATURE

⑈005341⑈ ⑆243374218⑆

11/1/2017 5341 $328.75

*031309505*
11/03/2017
2003001631
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

B.L. GUSTAFSON, L.L.C. — Northwest — 5341 — 10/7/2017
PAY TO THE ORDER OF SMETHPORT TIRE $ **328.75
Three Hundred Twenty-Eight and 75/100 DOLLARS
SMETHPORT TIRE
619 EAST MAIN STREET
SMETHPORT, PA 16749

⑈005341⑈ ⑆243374218⑆ ⑈0000032875⑈

11/6/2017 5341 $328.75

*031309505*
11/01/2017
2003001691
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

B.L. GUSTAFSON, L.L.C. — Northwest — 5342 — 10/7/2017
PAY TO THE ORDER OF COSTAS SUPERMARKET $ **1,200.00
One Thousand Two Hundred and 00/100 DOLLARS
COSTAS SUPERMARKET
407 EAST WATER STREET
SMETHPORT, PA 16749

⑈005342⑈ ⑆243374218⑆ ⑈0000120000⑈

11/2/2017 5342 $1,200.00

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest
60-7421/2433
5344
10/7/2017

PAY TO THE ORDER OF CASELLA WASTE $ **152.29
One Hundred Fifty-Two and 29/100 DOLLARS

CASELLA WASTE
PO BOX 1372
WILLISTON, VT 05495

MEMO
AUTHORIZED SIGNATURE

⑈005344⑈ ⑆243374218⑆

11/3/2017 5344 $152.29

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest
60-7421/2433
5346
10/7/2017

PAY TO THE ORDER OF SST $ **483.24
Four Hundred Eighty-Three and 24/100 DOLLARS

SST

MEMO
AUTHORIZED SIGNATURE

⑈005346⑈ ⑆243374218⑆

11/6/2017 5346 $483.24

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest
60-7421/2433
5346
10/7/2017

PAY TO THE ORDER OF SST $ **483.24
Four Hundred Eighty-Three and 24/100 DOLLARS

SST

MEMO
AUTHORIZED SIGNATURE

⑈005346⑈ ⑆243374218⑆

11/1/2017 5346 $483.24

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest
60-7421/2433
5348
10/7/2017

PAY TO THE ORDER OF PRAXAIR $ **343.31
Three Hundred Forty-Three and 31/100 DOLLARS

PRAXAIR
PO BOX 382000
PITTSBURGH,PA 15250

MEMO
AUTHORIZED SIGNATURE

⑈005348⑈ ⑆243374218⑆

11/2/2017 5348 $343.31

Northwest

Account No

11/7/2017 5348 $343.31

11/3/2017 5349 $650.80

11/16/2017 5351 $1,576.51

11/13/2017 5351 $1,576.51

11/1/2017 5360 $1,449.54

11/2/2017 5361 $766.80

11/7/2017 5362 $909.42

11/8/2017 5366 $1,500.00

11/28/2017 5367 $200.00

11/16/2017 5368 $1,227.22

00041212

Account No

PAGE 7

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5368

11/8/2017

PAY TO THE ORDER OF DAVID C MALLISON $ **1,227.22

One Thousand Two Hundred Twenty-Seven and 22/100****** DOLLARS

DAVID C MALLISON
3 ROSEHILL AVE.
SMETHPORT, AA 16749

MEMO Pay Period: 10/22/2017 - 11/04/2017

AUTHORIZED SIGNATURE

⑈005368⑈ ⑆243374218⑆

11/13/2017 5368 $1,227.22

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5369

11/8/2017

PAY TO THE ORDER OF JAMIE T KIBBE $ **1,222.46

One Thousand Two Hundred Twenty-Two and 46/100****** DOLLARS

JAMIE T KIBBE
409 ZEPHER ST
ULYSSES, PA 16948

MEMO Pay Period: 10/22/2017 - 11/04/2017

AUTHORIZED SIGNATURE

⑈005369⑈ ⑆243374218⑆

11/10/2017 5369 $1,222.46

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5370

11/8/2017

PAY TO THE ORDER OF RICHARD E BECKMAN $ **344.30

Three Hundred Forty-Four and 30/100****** DOLLARS

RICHARD E BECKMAN
3015 RT 646
GIFFORD, PA 16749

MEMO Pay Period: 10/22/2017 - 11/04/2017

AUTHORIZED SIGNATURE

⑈005370⑈ ⑆243374218⑆

11/13/2017 5370 $344.30

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5371

11/8/2017

PAY TO THE ORDER OF TIMOTHY CRANDALL $ **897.46

Eight Hundred Ninety-Seven and 46/100****** DOLLARS

TIMOTHY CRANDALL
719 BARNUM ROAD
ELDRED, PA 16731

MEMO Pay Period: 10/22/2017 - 11/04/2017

AUTHORIZED SIGNATURE

⑈005371⑈ ⑆243374218⑆ 2

11/10/2017 5371 $897.46

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5372

11/11/2017

PAY TO THE ORDER OF BATFE $ **200.00

Two Hundred and 00/100****** DOLLARS

BATFE
ATTN: NFA
PO BOX 530298
ATLANTA, GA 30353-0298

MEMO

AUTHORIZED SIGNATURE

⑈005372⑈ ⑆243374218⑆

11/21/2017 5372 $200.00

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5375

11/20/2017

PAY TO THE ORDER OF KANE LIQUID FUELS $ **415.39

Four Hundred Fifteen and 39/100****** DOLLARS

KANE LIQUID FUELS

MEMO

AUTHORIZED SIGNATURE

⑈005375⑈ ⑆243374218⑆

11/27/2017 5375 $415.39

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5376

11/22/2017

PAY TO THE ORDER OF ANDREW W HORTON $ **970.50

Nine Hundred Seventy and 50/100****** DOLLARS

ANDREW W HORTON
6139 RT46
SUITE 1
SMETHPORT, PA 16749

MEMO Pay Period: 11/05/2017 - 11/18/2017

AUTHORIZED SIGNATURE

⑈005376⑈ ⑆243374218⑆

11/29/2017 5376 $970.50

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5377

11/22/2017

PAY TO THE ORDER OF JAMIE T KIBBE $ **1,262.65

One Thousand Two Hundred Sixty-Two and 65/100****** DOLLARS

JAMIE T KIBBE
409 ZEPHER ST
ULYSSES, PA 16948

MEMO Pay Period: 11/05/2017 - 11/18/2017

AUTHORIZED SIGNATURE

⑈005377⑈ ⑆243374218⑆

11/30/2017 5377 $1,262.65

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5378

11/22/2017

PAY TO THE ORDER OF NATHAN TANNER $ **766.80

Seven Hundred Sixty-Six and 80/100****** DOLLARS

NATHAN TANNER
123 EAST VALLEY
SMETHPORT, AA 16749

MEMO Pay Period: 11/04/2017 - 11/18/2017

AUTHORIZED SIGNATURE

⑈005378⑈ ⑆243374218⑆

11/29/2017 5378 $766.80

B.L. GUSTAFSON, L.L.C.
P.O. BOX 344
SMETHPORT, PA 16749

Northwest 60-7421/2433 — 5379

11/22/2017

PAY TO THE ORDER OF TIMOTHY CRANDALL $ **1,030.70

One Thousand Thirty and 70/100****** DOLLARS

TIMOTHY CRANDALL
719 BARNUM ROAD
ELDRED, PA 16731

MEMO Pay Period: 11/05/2017 - 11/18/2017

AUTHORIZED SIGNATURE

⑈005379⑈ ⑆243374218⑆

11/30/2017 5379 $1,030.70

1:34 PM
12/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## General Ledger
### As of November 30, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| GENERAL | | | | | | | -6,544.87 |
| Check | 11/01/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -24.00 | -6,568.87 |
| Check | 11/01/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -175.00 | -6,743.87 |
| Check | 11/02/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -152.00 | -6,895.87 |
| Deposit | 11/03/2017 | | | Deposit | AMBULANCE ... | 5,000.00 | -1,895.87 |
| Check | 11/03/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -140.00 | -2,035.87 |
| Check | 11/06/2017 | | POS | | MISC/MEALS | -100.00 | -2,135.87 |
| Check | 11/06/2017 | | POS | | MISC. GOODS | -224.75 | -2,360.62 |
| Deposit | 11/06/2017 | | | Deposit | AMBULANCE ... | 6,061.88 | 3,701.26 |
| Check | 11/06/2017 | 5366 | COSTAS SUPERM... | | COSTAS SUP... | -1,500.00 | 2,201.26 |
| Check | 11/07/2017 | | POS | BLG REMB | PERSONAL | -814.91 | 1,386.35 |
| Check | 11/08/2017 | 5367 | BATFE | H1071 | GUS'S GUNS | -200.00 | 1,186.35 |
| Deposit | 11/08/2017 | | | FROM BLG | OTHER | 4,000.00 | 5,186.35 |
| Paycheck | 11/08/2017 | 5369 | JAMIE T KIBBE | | -SPLIT- | -1,222.46 | 3,963.89 |
| Paycheck | 11/08/2017 | 5371 | TIMOTHY CRANDA... | | -SPLIT- | -897.46 | 3,066.43 |
| Paycheck | 11/08/2017 | 5370 | RICHARD E BECK... | | -SPLIT- | -344.30 | 2,722.13 |
| Paycheck | 11/08/2017 | 5373 | DAVID C MALLISON | | -SPLIT- | -1,227.22 | 1,494.91 |
| Check | 11/08/2017 | | POS | | REPAIR/MAIN... | -204.00 | 1,290.91 |
| Check | 11/08/2017 | | POS | BLG REMB | PERSONAL | -270.36 | 1,020.55 |
| Check | 11/08/2017 | | POS | BLG REMB | PERSONAL | -670.45 | 350.10 |
| Check | 11/08/2017 | | MAC | | OWNER DRAW | -300.00 | 50.10 |
| Deposit | 11/09/2017 | | | Deposit | AMBULANCE ... | 10,000.00 | 10,050.10 |
| Check | 11/09/2017 | | GEICO | | INSURANCE | -689.41 | 9,360.69 |
| Check | 11/09/2017 | | POS | BLG REMB | TRAVEL | -1,221.92 | 8,138.77 |
| Check | 11/09/2017 | | POS | | TRAVEL | -775.92 | 7,362.85 |
| Check | 11/09/2017 | | POS | BLG REMB | TRAVEL | -60.00 | 7,302.85 |
| Check | 11/09/2017 | | POS | | TRAVEL | -60.00 | 7,242.85 |
| Check | 11/09/2017 | | DIRECT TV | | DIRECT TV | -264.23 | 6,978.62 |
| Check | 11/09/2017 | | NORTHWESTERN ... | | NORTHWEST... | -2,000.00 | 4,978.62 |
| Check | 11/10/2017 | | BRIAN L GUSTAFS... | | OWNER DRAW | -2,000.00 | 2,978.62 |
| Check | 11/11/2017 | 5372 | BATFE | 43-14245 | GUS'S GUNS | -200.00 | 2,778.62 |
| Check | 11/11/2017 | | MOORE MEDICAL | | MOORE MEDI... | -586.18 | 2,192.44 |
| Check | 11/11/2017 | | MOORE MEDICAL | | MOORE MEDI... | -544.80 | 1,647.64 |
| Check | 11/11/2017 | | POS | | PURCHASE | -2,569.80 | -922.16 |
| Check | 11/14/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -105.00 | -1,027.16 |
| Check | 11/15/2017 | | POS | | PERSONAL | -100.00 | -1,127.16 |
| Check | 11/15/2017 | | POS | | PERSONAL | -198.42 | -1,325.58 |
| Check | 11/17/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -70.00 | -1,395.58 |
| Deposit | 11/20/2017 | | | MEDICARE | AMBULANCE ... | 8,048.90 | 6,653.32 |
| Check | 11/20/2017 | | POS | | PURCHASE | -3,506.00 | 3,147.32 |
| Paycheck | 11/20/2017 | 5374 | DAVID C MALLISON | | -SPLIT- | -1,227.22 | 1,920.10 |
| Check | 11/20/2017 | | POS | | PURCHASE | -1,392.80 | 527.30 |
| Deposit | 11/20/2017 | | | MEDICARE | AMBULANCE ... | 853.04 | 1,380.34 |
| Check | 11/21/2017 | | POS | | GAS/FUEL | -43.67 | 1,336.67 |
| Check | 11/21/2017 | | POS | | OWNER DRAW | -878.00 | 458.67 |
| Paycheck | 11/22/2017 | 5377 | JAMIE T KIBBE | | -SPLIT- | -1,262.65 | -803.98 |
| Paycheck | 11/22/2017 | 5379 | TIMOTHY CRANDA... | | -SPLIT- | -1,030.70 | -1,834.68 |
| Paycheck | 11/22/2017 | 5376 | ANDREW W HORT... | | -SPLIT- | -970.50 | -2,805.18 |
| Paycheck | 11/22/2017 | 5378 | NATHAN TANNER | | -SPLIT- | -766.80 | -3,571.98 |

1:34 PM
12/16/17
Accrual Basis

# B.L.Gustafson, L.L.C.
## General Ledger
### As of November 30, 2017

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | Check | 11/22/2017 | 5380 | NATIONAL FUEL | | -SPLIT- | -318.54 | -3,890.52 |
| | Check | 11/22/2017 | 5381 | PENELEC | | -SPLIT- | -622.45 | -4,512.97 |
| | Check | 11/22/2017 | 5382 | VERIZON | | -SPLIT- | -409.76 | -4,922.73 |
| | Check | 11/22/2017 | 5383 | CASELLA WASTE | | -SPLIT- | -338.98 | -5,261.71 |
| | Check | 11/22/2017 | 5384 | SST | | FEATHERLITE... | -969.48 | -6,231.19 |
| | Check | 11/22/2017 | 5385 | CENTRAL PENN G... | | -SPLIT- | -576.97 | -6,808.16 |
| | Check | 11/22/2017 | 5386 | VERIZON WIRELESS | | VERIZON WIR... | -543.21 | -7,351.37 |
| | Check | 11/22/2017 | 5387 | SMETHPORT BOR... | | -SPLIT- | -1,748.73 | -9,100.10 |
| | Check | 11/27/2017 | | POS | | OWNER DRAW | -65.15 | -9,165.25 |
| | Check | 11/27/2017 | | POS | | OWNER DRAW | -295.22 | -9,460.47 |
| | Check | 11/27/2017 | | POS | | OWNER DRAW | -58.34 | -9,518.81 |
| | Check | 11/27/2017 | | POS | | OWNER DRAW | -37.65 | -9,556.46 |
| | Deposit | 11/28/2017 | | | Deposit | AMBULANCE ... | 5,000.00 | -4,556.46 |
| | Check | 11/28/2017 | | POS | | OWNER DRAW | -39.68 | -4,596.14 |
| | Check | 11/28/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | -4,631.14 |
| | Check | 11/29/2017 | | POS | | OWNER DRAW | -160.85 | -4,791.99 |
| | Check | 11/30/2017 | | POS | | OWNER DRAW | -20.00 | -4,811.99 |
| Total GENERAL | | | | | | | 1,732.88 | -4,811.99 |
| **Accounts Receivable** | | | | | | | | 89,277.59 |
| Total Accounts Receivable | | | | | | | | 89,277.59 |

1:35 PM

12/16/17

# B.L.Gustafson, L.L.C.
## Payroll Summary
### November 2017

| | ANDREW W HORTON | | | DAVID C MALLISON | | | JAMIE T... |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | Nov 17 | Hours | Rate | Nov 17 | Hours |
| **Employee Wages, Taxes and Adjustments** | | | | | | | |
| **Gross Pay** | | | | | | | |
| **Salary** | | | 1,250.00 | | | 1,692.30 | |
| **CALL TIME** | | | 0.00 | 320 | 5.00 | 1,600.00 | 243.5 |
| **Hourly** | | | 0.00 | | | 0.00 | 41.75 |
| **Bonus** | | | 0.00 | | | 0.00 | |
| **MISC/MEAL** | | | 0.00 | | | 0.00 | |
| **Total Gross Pay** | | | 1,250.00 | 320 | | 3,292.30 | 285.25 |
| **Adjusted Gross Pay** | | | 1,250.00 | 320 | | 3,292.30 | 285.25 |
| **Taxes Withheld** | | | | | | | |
| **Federal Withholding** | | | -133.00 | | | -452.00 | |
| **Medicare Employee** | | | -18.12 | | | -47.74 | |
| **Social Security Employee** | | | -77.50 | | | -204.12 | |
| **PA - Withholding** | | | -38.38 | | | -101.08 | |
| **PA - Unemployment** | | | 0.00 | | | 0.00 | |
| **KEATING TOWNSHIP** | | | -12.50 | | | -32.92 | |
| **Medicare Employee Addl Tax** | | | 0.00 | | | 0.00 | |
| **Total Taxes Withheld** | | | -279.50 | | | -837.86 | |
| **Deductions from Net Pay** | | | | | | | |
| **LOAN** | | | 0.00 | | | 0.00 | |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 | |
| **Net Pay** | | | **970.50** | **320** | | **2,454.44** | **285.25** |
| **Employer Taxes and Contributions** | | | | | | | |
| **Federal Unemployment** | | | 0.00 | | | 0.00 | |
| **Medicare Company** | | | 18.12 | | | 47.74 | |
| **Social Security Company** | | | 77.50 | | | 204.12 | |
| **PA - Unemployment Company** | | | 0.00 | | | 0.00 | |
| **Total Employer Taxes and Contributions** | | | **95.62** | | | **251.86** | |

1:35 PM

12/16/17

# B.L.Gustafson, L.L.C.
## Payroll Summary
### November 2017

| | JAMIE T KIBBE | | NATHAN TANNER | | | RICHARD E BECKM... | |
|---|---|---|---|---|---|---|---|
| | Rate | Nov 17 | Hours | Rate | Nov 17 | Hours | Rate |
| **Employee Wages, Taxes and Adjustments** | | | | | | | |
| **Gross Pay** | | | | | | | |
| **Salary** | | 0.00 | | | 1,000.00 | | |
| **CALL TIME** | 12.00 | 2,922.00 | | | 0.00 | | |
| **Hourly** | 10.00 | 417.50 | | | 0.00 | 32.5 | 12.00 |
| **Bonus** | | 0.00 | | | 0.00 | | |
| **MISC/MEAL** | | 0.00 | | | 0.00 | | |
| **Total Gross Pay** | | 3,339.50 | | | 1,000.00 | 32.5 | |
| **Adjusted Gross Pay** | | 3,339.50 | | | 1,000.00 | 32.5 | |
| **Taxes Withheld** | | | | | | | |
| **Federal Withholding** | | -463.00 | | | -116.00 | | |
| **Medicare Employee** | | -48.42 | | | -14.50 | | |
| **Social Security Employee** | | -207.05 | | | -62.00 | | |
| **PA - Withholding** | | -102.52 | | | -30.70 | | |
| **PA - Unemployment** | | 0.00 | | | 0.00 | | |
| **KEATING TOWNSHIP** | | -33.40 | | | -10.00 | | |
| **Medicare Employee Addl Tax** | | 0.00 | | | 0.00 | | |
| **Total Taxes Withheld** | | -854.39 | | | -233.20 | | |
| **Deductions from Net Pay** | | | | | | | |
| **LOAN** | | 0.00 | | | 0.00 | | |
| **Total Deductions from Net Pay** | | 0.00 | | | 0.00 | | |
| **Net Pay** | | **2,485.11** | | | **766.80** | **32.5** | |
| **Employer Taxes and Contributions** | | | | | | | |
| **Federal Unemployment** | | 0.00 | | | 6.00 | | |
| **Medicare Company** | | 48.42 | | | 14.50 | | |
| **Social Security Company** | | 207.05 | | | 62.00 | | |
| **PA - Unemployment Company** | | 0.00 | | | 0.00 | | |
| **Total Employer Taxes and Contributions** | | **255.47** | | | **82.50** | | |

1:35 PM

12/16/17

# B.L.Gustafson, L.L.C.
## Payroll Summary
November 2017

| | RICHAR... | TIMOTHY CRANDALL | | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| | Nov 17 | Hours | Rate | Nov 17 | Hours | Rate | Nov 17 |
| **Employee Wages, Taxes and Adjustments** | | | | | | | |
| **Gross Pay** | | | | | | | |
| **Salary** | 0.00 | | | 0.00 | | | 3,942.30 |
| **CALL TIME** | 0.00 | 337.5 | 5.00 | 1,687.50 | 901.00 | | 6,209.50 |
| **Hourly** | 390.00 | 71.5 | 12.00 | 858.00 | 145.75 | | 1,665.50 |
| **Bonus** | 0.00 | | | 0.00 | | | 0.00 |
| **MISC/MEAL** | 0.00 | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | 390.00 | 409 | | 2,545.50 | 1,046.75 | | 11,817.30 |
| **Adjusted Gross Pay** | 390.00 | 409 | | 2,545.50 | 1,046.75 | | 11,817.30 |
| **Taxes Withheld** | | | | | | | |
| **Federal Withholding** | 0.00 | | | -319.00 | | | -1,483.00 |
| **Medicare Employee** | -5.65 | | | -36.91 | | | -171.34 |
| **Social Security Employee** | -24.18 | | | -157.82 | | | -732.67 |
| **PA - Withholding** | -11.97 | | | -78.15 | | | -362.80 |
| **PA - Unemployment** | 0.00 | | | 0.00 | | | 0.00 |
| **KEATING TOWNSHIP** | -3.90 | | | -25.46 | | | -118.18 |
| **Medicare Employee Addl Tax** | 0.00 | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | -45.70 | | | -617.34 | | | -2,867.99 |
| **Deductions from Net Pay** | | | | | | | |
| **LOAN** | 0.00 | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | 0.00 | | | 0.00 | | | 0.00 |
| **Net Pay** | **344.30** | **409** | | **1,928.16** | **1,046.75** | | **8,949.31** |
| **Employer Taxes and Contributions** | | | | | | | |
| **Federal Unemployment** | 2.34 | | | 0.00 | | | 8.34 |
| **Medicare Company** | 5.65 | | | 36.91 | | | 171.34 |
| **Social Security Company** | 24.18 | | | 157.82 | | | 732.67 |
| **PA - Unemployment Company** | 0.00 | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | **32.17** | | | **194.73** | | | **912.35** |