WWR # 21170769

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:                                    ) | |
| )  | |
| B.L. Gustafson, LLC                       ) | |
| )  | Bankruptcy No. 17-10514-TPA |
|     Debtors            ) | |
| )  | Chapter 11 |
| Ford Motor Credit Company LLC             ) | |
| )  | |
|     Movant             ) | Doc Nos. 67 and 74 |
| )  | |
|     v.                 ) | |
| )  | |
| B.L. Gustafson, LLC                       ) | |
| )  | |
| )  | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**CONSENT ORDER ON MOTIONS FOR RELIEF FROM STAY FILED AT DOCUMENT NOS. 87 AND 90**

The undersigned hereby certifies that agreement has been reached with the Debtor regarding the Motion filed on October 26, 2017.

A proposed order representing the agreement of all parties is being filed as part of this certification. The signature requirements of ECF Procedure 8 have been followed in obtaining the agreement of all parties and is reflected in the order.

It is hereby respectfully requested that the proposed order attached to this Certification of Counsel be entered by the Court.

                                                   By:    /s/ Keri P. Ebeck
                                                               Keri P. Ebeck
                                                               Weltman, Weinberg & Reis Co., L.P.A.
                                                               436 Seventh Avenue
                                                               Suite 2500
                                                               Pittsburgh, PA  15219
                                                               (412) 434-7955
                                                               PA I.D. #91298 kebeck@weltman.com

**WWR # 21170769**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| B.L. Gustafson, LLC ) | |
| ) | Bankruptcy No. 17-10514-TPA |
| Debtors ) | |
| ) | Chapter 11 |
| Ford Motor Credit Company LLC ) | |
| ) | |
| Movant ) | Doc Nos. 67 and 74 |
| ) | |
| v. ) | |
| ) | |
| B.L. Gustafson, LLC ) | |
| ) | |
| ) | |

**STIPULATED ORDER RESOVING MOTIONS FOR RELIEF FROM STAY**

Now this _____ day of _____, 2017. Upon the Motions for Relief from Stay and the Responses filed by the Debtor. Upon statements of counsel, the evidence and law, the parties agree as follows:

1. Ford Motor Credit Company, LLC Movant herein, is a creditor of the estate by virtue of a certain perfected lien on a 2014 Ford F-250, (VIN No.: 1FTBF2B60EEA08114) (hereinafter "Vehicle") with the Debtor.

2. As of December 22, 2017, the arrearages on the Vehicle were in the amount of $4262.44.

3. Beginning on December 15, 2017 and each month thereafter until Plan confirmation, the Debtor shall make a monthly adequate protections payments in the amounts of $608.92 to the Movant.

4. Should the Debtor fail to make any monthly payments, the Movant shall be required to send a one (1) time ten-day notice of default to Debtor's counsel. Should the default not be cured, the Movant may file a Certificate of Default with the Court.

5. The arrears as of December 22, 2017, as stated in paragraphs two (2) and (3) above, shall be provided for in the Debtor's proposed Chapter 11 plan.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

                                      Honorable Thomas P. Agresti
                                      United States Bankruptcy Judge

| Keri P. Ebeck | /s/ Guy C. Fustine |
|---|---|
| Attorney for Movant | Attorney for the Debtor |
| Keri P. Ebeck | Guy C. Fustine |
| Weltman, Weinberg & Reis, Co. L.P.A. | Knox, McLaughlin Gornall & Sennett, P.C |
| 436 7th Avenue | 120 West Tenth Street |
| Suite 2500 | Erie, PA 16501 |
| Pittsburgh, PA 15219 | Attorney for Debtor |
| Attorney for Movant | |