IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. GUSTAFSON, LLC, D/B/A | ) Chapter 11 |
| GUS'S GUNS, PRIORITY CARE | ) |
| AMBULANCE, B.L. GUSTAFSON | ) |
| EXCAVATION, BRYNWOOD FARM and | ) |
| BRIAN GUSTAFSON RENTALS, | ) Docket No._____ |
| Debtor | ) |
| | ) Related to Doc. No. 93 |
| B.L. GUSTAFSON, LLC D/B/A | ) |
| GUS'S GUNS, PRIORITY CARE | ) |
| AMBULANCE, B.L. GUSTAFSON | ) |
| EXCAVATION, BRYNWOOD FARM | ) |
| and BRIAN GUSTAFSON RENTALS, | ) |
| Applicant | ) |
| | ) |
| vs. | ) |
| | ) Date and Time of Hearing: |
| NO RESPONDENT | ) January 25, 2018 at 10:00 a.m. |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT FOR DEBTOR

You are hereby notified that the above Applicant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Applicant a response to the Application no later than **January 16, 2018,** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held **January 25, 2018 at 10:00 a.m.** before Judge Agresti in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service: December 29, 2017.

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
Attorneys for Debtor

By: _/s/ Guy C. Fustine_
Guy C. Fustine
PA I.D. No. 37599
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800
gfustine@kmgslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-10514-TPA |
| | ) | |
| B.L. GUSTAFSON, LLC, D/B/A | ) | Chapter 11 |
| GUS'S GUNS, PRIORITY CARE | ) | |
| AMBULANCE, B.L. GUSTAFSON | ) | |
| EXCAVATION, BRYNWOOD FARM | ) | |
| and BRIAN GUSTAFSON RENTALS, | ) | Docket No._____ |
| Debtor | ) | |
| | ) | Related to Doc. No. 93 |
| B.L. GUSTAFSON, LLC D/B/A | ) | |
| GUS'S GUNS, PRIORITY CARE | ) | |
| AMBULANCE, B.L. | ) | |
| GUSTAFSON EXCAVATION, | ) | |
| BRYNWOOD FARM and BRIAN | ) | |
| GUSTAFSON RENTALS, | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | Date and Time of Hearing: |
| NO RESPONDENT | ) | January 25, 2018 at 10:00 a.m. |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT FOR DEBTOR

The undersigned hereby certifies that he served, or caused to be served, on the 29th day of December, 2017, by first class, United States mail, postage pre-paid, a copy of the Notice of Hearing on Debtor's Application for Authority to Employ Accountant for Debtor on the parties at the addresses on the attached Service List, by first class, United States mail, postage pre-paid and/or electronic transmission.

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtor

By: _/s/ Guy C. Fustine_
Guy C. Fustine
PA I.D. No. 37543
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800
gfustine@kmgslaw.com

# 1872452.v1

```
Label Matrix for local noticing          Amy B. Gustafson                         B.L. Gustafson, LLC
0315-1                                   1235 West Main Street                    P.O. Box 344
Case 17-10514-TPA                        Smethport, PA 16749-1046                 Smethport, PA 16749-0344
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Dec 28 16:23:07 EST 2017

Robert S. Bernstein                      Brian L. Gustafson                       Christopher Poorman & Bobbie Jo Poorman
Bernstein-Burkley, P.C.                  1235 W. Main Street                      c/o Saltz Mongeluzzi Barrett & Bendesky
2200 Gulf Tower                          Smethport, PA 16749-1046                 Attorney Robert J. Mongeluzzi
Pittsburgh, PA 15219                                                              1650 Market Street, 52 Floor
                                                                                  Philadelphia, PA 19103-7236

Clearfield Transportation Services, Inc. Keri P. Ebeck                            Robert C. Edmundson
P.O. Box 344                             Weltman, Weinberg & Reis, LPA            Office of Attorney General
Smethport, PA 16749-0344                 436 Seventh Avenue                       564 Forbes Avenue
                                         Suite 2500                               5th Floor, Manor Complex
                                         Pittsburgh, PA 15219-1842                Pittsburgh, PA 15219-2992

Ford Credit                              (p)FORD MOTOR CREDIT COMPANY             Guy C. Fustine
P.O. Box 220564                          P O BOX 62180                            Knox McLaughlin Gornall & Sennett, P.C.
Pittsburgh, PA 15257-2564                COLORADO SPRINGS CO 80962-2180           120 West Tenth Street
                                                                                  Erie, PA 16501-1410

Internal Revenue Service                 Internal Revenue Service                 Internal Revenue Service
Special Procedures Division              Insolvency Unit                          P O Box 7346
P.O. Box 628                             P.O. Box 628                             Philadelphia, PA 19101-7346
Bankruptcy Section                       Pittsburgh, PA 15230
Pittsburgh, PA 15230

Michael S. Jan Janin                     John Deere Construction & Forestry Co.   John Deere Construction & Forestry Co.
Quinn Buseck Leemhuis Toohey & Kroto Inc 6400 NW 86th Street                      Robert S. Bernstein, Esq.
2222 West Grandview Boulevard            Johnston, IA 50131-2945                  Bernstein-Burkley, P.C.
Erie, PA 16506-4508                                                               707 Grant Street, Suite 2200
                                                                                  Pittsburgh, PA 15219-1945

John Deere Construction & Forestry Company Knox McLaughlin Gornall & Sennett, P.C. John F. Kroto
c/o Kirk B. Burkley                      120 West 10th Street                     Knox McLaughlin Gornall & Sennett
707 Grant Street                         Erie, PA 16501-1410                      120 West Tenth Street
Suite 2200                                                                        Erie, PA 16501-1410
Pittsburgh, PA 15219-1945

Kubota Credit Corporation                Kubota Credit Corporation, U.S.A.        Jill Locnikar
PO Box 9013                              c/o Kiely A. Lewandowski, Esquire        U.S. Attorney's Office
Addison, Texas 75001-9013                U.S. Steel Tower                         700 Grant Street, Suite 4000
                                         600 Grant Street, 44th Floor             Pittsburgh, PA 15219-1955
                                         Pittsburgh, PA 15219-2713

Office of Attorney General Department of Rev Office of the United States Trustee  PA Department of Revenue
Robert C. Edmundson                      Liberty Center.                          Bureau of Compliance
564 Forbes Avenue                        1001 Liberty Avenue, Suite 970           Dept. 280948
Pittsburgh, PA 15219-2908                Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0948

Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue            Ralph L. Gustafson
Bankruptcy division, P O Box 280946      Department 280946                        1235 W. Main Street
Harrisburg P A 17128-0946                P.O. Box 280946                          Smethport, PA 16749-1046
                                         ATTN: BANKRUPTCY DIVISION
                                         Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Ralph L. Gustafson<br>160 Jane Ware Road<br>Smethport, PA 16749-4916 | Robert P. Lovell<br>Constance E. Lovell<br>c/of Michael P. Kruszewski, Esquire<br>2222 West Grandview Blvd.<br>Erie, PA 16506-4508 | Robert S. Bernstein, Esquire<br>Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| Ryan D. Yingling<br>115 Jarrett Lane<br>Smethport, PA 16749-2013 | United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Norma Hildenbrand, on Behalf of the United S<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC | (u)Hamlin Bank & Trust Company | (u)John Deere Construction & Forestry Company |
| (u)Kubota Credit Corporation | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     4<br>Total                   40 | |