FILED
12/29/17 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 21170769

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| B.L. Gustafson, LLC ) | |
| ) | Bankruptcy No. 17-10514-TPA |
| Debtors ) | |
| ) | Chapter 11 |
| Ford Motor Credit Company LLC ) | |
| ) | |
| Movant ) | Doc Nos. 67 and 74 and 92 |
| ) | |
| v. ) | |
| ) | |
| B.L. Gustafson, LLC ) | |
| ) | |
| ) | |

**STIPULATED ORDER RESOVING MOTIONS FOR RELIEF FROM STAY**

     Now this  29th  day of  December , 2017. Upon the Motions for Relief from Stay and the Responses filed by the Debtor. Upon statements of counsel, the evidence and law, the parties agree as follows:

     1.    Ford Motor Credit Company, LLC Movant herein, is a creditor of the estate by virtue of a certain perfected lien on a 2014 Ford F-250, (VIN No.: 1FTBF2B60EEA08114) (hereinafter "Vehicle") with the Debtor.

     2.    As of December 22, 2017, the arrearages on the Vehicle were in the amount of $4262.44.

     3.    Beginning on December 15, 2017 and each month thereafter until Plan confirmation, the Debtor shall make a monthly adequate protections payments in the amounts of $608.92 to the Movant.

     4.    Should the Debtor fail to make any monthly payments, the Movant shall be required to send a one (1) time ten-day notice of default to Debtor's counsel. Should the default not be cured, the Movant may file a Certificate of Default with the Court.

5. The arrears as of December 22, 2017, as stated in paragraphs two (2) and (3) above, shall be provided for in the Debtor's proposed Chapter 11 plan.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

_____
Honorable Thomas P. Agresti     jlm
United States Bankruptcy Judge

Keri P. Ebeck
Attorney for Movant
Keri P. Ebeck
Weltman, Weinberg & Reis, Co. L.P.A.
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
Attorney for Movant

/s/ Guy C. Fustine
Attorney for the Debtor
Guy C. Fustine
Knox, McLaughlin Gornall & Sennett, P.C
120 West Tenth Street
Erie, PA 16501
Attorney for Debtor

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: culy | Date Created: 12/29/2017 |
| Case: 17−10514−TPA | Form ID: pdf900 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
aty      Guy C. Fustine      mwernick@kmgslaw.com
aty      John F. Kroto      john_kroto@pawb.uscourts.gov
aty      Keri P. Ebeck      kebeck@weltman.com
aty      Norma Hildenbrand, on Behalf of the United States Trustee by      Norma.L.Hildenbrand@usdoj.gov

TOTAL: 5

United States Bankruptcy Court
Western District of Pennsylvania

In re:
B.L. Gustafson, LLC
     Debtor

Case No. 17-10514-TPA
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Dec 29, 2017
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
db         +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:
         Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
          knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
         James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
          Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
         John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
          knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
         Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
          jbluemle@weltman.com
         Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
          mjanjanin@quinnfirm.com,
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
         Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
          Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
          redmundson@attorneygeneral.gov
         Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
          rbernstein@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                                                        TOTAL: 10