B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  B.L. Gustafson, LLC
_Debtor_

Case No. 17-10514-TPA

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _December 2017_

Date filed: _1/18/2018_

Line of Business:

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[Signature]_
Original Signature of Responsible Party

_BRIAN GUSTAFSON_
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 43716.21

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ _____

Cash on Hand at End of Month    $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ (1284.34)

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 45000.55

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ _____

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ _____

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ (1284.34)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _81,772.59_

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

3:32 PM
01/16/18
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### December 2017

|  | Dec 17 |
|---|---:|
| **Income** |  |
| AMBULANCE DEPOSIT | 38,416.21 |
| RENTAL INCOME |  |
|   1039 MOODY HOLLOW | 500.00 |
|   106 SOUTH MECHANIC | 1,000.00 |
|   BUSH HILL PROPERTY | 400.00 |
|   COLONIAL | 2,000.00 |
|   HILLCREST | 400.00 |
|   RAUGHT PROPERTY | 1,000.00 |
| **Total RENTAL INCOME** | 5,300.00 |
| **Total Income** | 43,716.21 |
| **Expense** |  |
| BRIAN GUSTAFSON |  |
|   OWNER DRAW | 6,324.05 |
|   PERSONAL | 1,724.07 |
| **Total BRIAN GUSTAFSON** | 8,048.12 |
| COSTAS SUPERMARKET | 1,500.00 |
| GAS/FUEL |  |
|   HERZOG OIL | 2,500.00 |
|   GAS/FUEL - Other | 211.07 |
| **Total GAS/FUEL** | 2,711.07 |
| GUS'S GUNS |  |
|   PURCHASE | 5,426.05 |
| **Total GUS'S GUNS** | 5,426.05 |
| LOAN/ADVANCE/LINE OF CREDIT REP | 1,000.00 |
| MEDICAL SUPPLIES |  |
|   BUCHANAN BROS. | 403.58 |
| **Total MEDICAL SUPPLIES** | 403.58 |
| NORTHWEST SAVINGS BANK |  |
|   SERVICE CHARGE | 889.00 |
| **Total NORTHWEST SAVINGS BANK** | 889.00 |
| PAYROLL EXP. |  |
|   EMPLOYEE INSURANCE | 2,000.00 |
|   PAYROLL EXP. - Other | 12,235.31 |
| **Total PAYROLL EXP.** | 14,235.31 |
| RENTALS |  |
|   106 SOUTH MECHANIC |  |
|     GARY GEER | 1,220.00 |
|   **Total 106 SOUTH MECHANIC** | 1,220.00 |
|   RAUGHT PROPERTY |  |
|     REPAIR/MAINTAINCE | 1,247.54 |
|   **Total RAUGHT PROPERTY** | 1,247.54 |
| **Total RENTALS** | 2,467.54 |
| STATION EXP. |  |
|   MISC/MEALS | 5,075.03 |
|   STATION 16 |  |
|     DIRECT TV | 594.18 |
|   **Total STATION 16** | 594.18 |
|   VERIZON WIRELESS-CELL PHONE | 220.33 |

3:33 PM
01/16/18
Accrual Basis

# B.L. Gustafson, L.L.C.
## General Ledger
### As of December 31, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | |
| Deposit | 12/01/2017 | | | MEDICARE | AMBULANCE... | 5,627.23 | -1,994.03 |
| Check | 12/01/2017 | | PAYPAL | | -SPLIT- | -611.85 | 3,633.20 |
| Check | 12/01/2017 | | POS | | GAS/FUEL | -36.07 | 3,021.35 |
| Check | 12/01/2017 | | POS | | GAS/FUEL | -62.00 | 2,985.28 |
| Deposit | 12/04/2017 | | | Deposit | AMBULANCE... | 1,163.54 | 2,923.28 |
| Check | 12/04/2017 | | PAYPAL | | OWNER DRAW | -22.20 | 4,086.82 |
| Check | 12/04/2017 | | POS | | SUBSCRIPTIO... | -78.00 | 4,064.62 |
| Check | 12/04/2017 | | VERIZON WIRELESS | | VERIZON WIR... | -220.33 | 3,986.62 |
| Check | 12/06/2017 | | POS | | INSURANCE | -168.50 | 3,766.29 |
| Check | 12/06/2017 | | POS | | OWNER DRAW | -2,020.00 | 3,597.79 |
| Check | 12/06/2017 | | POS | | GAS/FUEL | -55.00 | 1,577.79 |
| Check | 12/06/2017 | | POS | | GAS/FUEL | -58.00 | 1,522.79 |
| Check | 12/06/2017 | | POS | | HERZOG OIL | -2,500.00 | 1,464.79 |
| Check | 12/06/2017 | 5388 | HERZOG OIL | | -SPLIT- | -1,298.39 | -1,035.21 |
| Paycheck | 12/06/2017 | 5389 | JAMIE T KIBBE | | -SPLIT- | -943.20 | -2,333.60 |
| Paycheck | 12/06/2017 | 5390 | TIMOTHY CRANDA... | | -SPLIT- | -870.49 | -3,276.80 |
| Paycheck | 12/06/2017 | 5391 | ANDREW W HORT... | | -SPLIT- | 7,898.57 | -4,247.29 |
| Deposit | 12/07/2017 | | | Deposit | -SPLIT- | -1,000.00 | 3,651.28 |
| Check | 12/07/2017 | 5392 | ROBERT L MOSHER | CASH ON 12/... | LOAN/ADVAN... | -1,220.00 | 2,651.28 |
| Check | 12/07/2017 | 5393 | GARY GEER | CASH ON 12/... | GARY GEER | 0.00 | 1,431.28 |
| Check | 12/07/2017 | 5394 | GEICO | VOID:510.64 | INSURANCE | -35.00 | 1,431.28 |
| Check | 12/08/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -372.79 | 1,396.28 |
| Check | 12/08/2017 | | BUCHANAN BROS | | BUCHANAN B... | -540.55 | 1,023.49 |
| Check | 12/08/2017 | | POS | | PERSONAL | -329.31 | 482.94 |
| Check | 12/08/2017 | | DIRECT TV | | DIRECT TV | -1,194.45 | 153.63 |
| Check | 12/08/2017 | | POS | | PURCHASE | -264.87 | -1,040.82 |
| Check | 12/08/2017 | | DIRECT TV | | DIRECT TV | -275.49 | -1,305.69 |
| Check | 12/11/2017 | | PAYPAL | | -SPLIT- | -24.00 | -1,581.18 |
| Check | 12/11/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -700.00 | -1,605.18 |
| Check | 12/11/2017 | | MAC | | OWNER DRAW | -200.00 | -2,305.18 |
| Check | 12/11/2017 | | POS | | OWNER DRAW | -689.41 | -2,505.18 |
| Check | 12/11/2017 | | GEICO | | INSURANCE | -96.63 | -3,194.59 |
| Check | 12/11/2017 | | PAYPAL | | -SPLIT- | 252.68 | -3,291.22 |
| Deposit | 12/12/2017 | | | Deposit | AMBULANCE... | -210.00 | -3,038.54 |
| Check | 12/12/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -140.00 | -3,248.54 |
| Check | 12/13/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | 6,116.66 | -3,388.54 |
| Deposit | 12/14/2017 | | | MEDICARE | AMBULANCE... | -105.00 | 2,728.12 |
| Check | 12/15/2017 | | NORTHWESTERN... | | SERVICE CHA... | -2,000.00 | 2,623.12 |
| Check | 12/18/2017 | 5395 | KANE LIQUID FUELS | | EMPLOYEE IN... | -451.00 | 623.12 |
| Check | 12/18/2017 | 5396 | CLEVELAND BROT... | | MAINTAINCE | -320.78 | 172.12 |
| Check | 12/18/2017 | 5397 | COSTAS SUPERM... | | MAINTAINCE | -1,500.00 | -148.66 |
| Check | 12/18/2017 | | POS | | COSTAS SUP... | -620.40 | -1,648.66 |
| Check | 12/18/2017 | | POS | | PURCHASE | -12.00 | -2,269.06 |
| Check | 12/18/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -250.00 | -2,281.06 |
| Check | 12/18/2017 | | POS | | OWNER DRAW | -2,020.00 | -2,531.06 |
| Deposit | 12/18/2017 | | | Deposit | OWNER DRAW | 16,209.72 | -4,551.06 |
| Check | 12/18/2017 | 5398 | RUNWAY | | MISC/MEALS | -2,300.00 | 11,658.66 |
| Check | 12/19/2017 | 5399 | OLSON TENGLUN... | | OLSON TENG... | -685.00 | 9,358.66 |
| | | | | | | | 8,673.66 |

# B.L.Gustafson, L.L.C.
## General Ledger
### As of December 31, 2017

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Paycheck | 12/20/2017 | 5402 | JAMIE T KIBBE | | -SPLIT- | -1,569.05 | 7,104.61 |
| Paycheck | 12/20/2017 | 5404 | RICHARD E BECK... | | -SPLIT- | -402.15 | 6,702.46 |
| Paycheck | 12/20/2017 | 5405 | TIMOTHY CRANDA... | | -SPLIT- | -1,405.41 | 5,297.05 |
| Paycheck | 12/20/2017 | 5400 | ANDREW W HORT... | | -SPLIT- | -1,470.50 | 3,826.55 |
| Paycheck | 12/20/2017 | 5401 | DAVID C MALLISON | | -SPLIT- | -1,727.22 | 2,099.33 |
| Paycheck | 12/20/2017 | 5403 | NATHAN TANNER | | -SPLIT- | -1,266.80 | 832.53 |
| Paycheck | 12/20/2017 | 5406 | LORI GREENMAN | | -SPLIT- | -389.67 | 442.86 |
| Check | 12/20/2017 | | POS | | PURCHASE | -2,398.40 | -1,955.54 |
| Check | 12/20/2017 | | POS | | PURCHASE | -1,212.80 | -3,168.34 |
| Check | 12/20/2017 | | HOME DEPOT | | REPAIR/MAIN... | -1,000.38 | -4,168.72 |
| Check | 12/20/2017 | | PAYPAL | | -SPLIT- | -430.58 | -4,599.30 |
| Check | 12/22/2017 | | PAYPAL | | SERVICE CHA... | -24.00 | -4,623.30 |
| Check | 12/22/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -105.00 | -4,728.30 |
| Deposit | 12/22/2017 | | NORTHWEST SAVI... | MEDICARE | AMBULANCE... | 4,333.13 | -395.17 |
| Deposit | 12/23/2017 | | | Deposit | AMBULANCE... | 1,180.85 | 785.68 |
| Check | 12/26/2017 | | PAYPAL | | -SPLIT- | -111.00 | 674.68 |
| Check | 12/26/2017 | | MAC | | OWNER DRAW | -500.00 | 174.68 |
| Check | 12/26/2017 | | POS | | SUBSCRIPTIO... | -37.65 | 137.03 |
| Check | 12/26/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -24.00 | 113.03 |
| Check | 12/26/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -105.00 | 8.03 |
| Check | 12/27/2017 | | POS | | BUCHANAN B... | -30.79 | -22.76 |
| Check | 12/27/2017 | | PAYPAL | MEDICARE | -SPLIT- | -168.64 | -191.40 |
| Deposit | 12/28/2017 | | | | AMBULANCE... | 933.83 | 742.43 |
| Check | 12/28/2017 | | POS | | PERSONAL | -55.55 | 686.88 |
| Check | 12/29/2017 | | HOME DEPOT | | REPAIR/MAIN... | -247.16 | 439.72 |
| Check | 12/29/2017 | | POS | | PERSONAL | -45.63 | 394.09 |
| Check | 12/31/2017 | | NORTHWEST SAVI... | | SERVICE CHA... | -105.00 | 289.09 |
| Total GENERAL | | | | | | 2,283.12 | 289.09 |
| Accounts Receivable | | | | | | | 81,777.59 |
| Total Accounts Receivable | | | | | | | 81,777.59 |



# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 17 | 12/1/2017 Through 12/31/2017 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 716.13 | 77,318.50 | 76,891.46 | 0.00 | 0.00 | 289.09 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 12/01/17 | NOVITAS HCCLAIMPMT 1336204577 | | 5,627.23 | 6,343.36 | 5380 | 318.54 |
| 12/01/17 | PAYPAL INST XFER | 163.95 | | 6,179.41 | 5381 | 622.45 |
| 12/01/17 | PAYPAL INST XFER | 8.00 | | 6,171.41 * | 5381 | 622.45 |
| 12/01/17 | PAYPAL INST XFER | 439.90 | | 5,731.51 | 5382 | 409.76 |
| 12/01/17 | CROSBY SOUTH KENDA BRADFORD PA | 36.07 | | 5,695.44 | 5383 | 338.98 |
| 12/01/17 | CIRCLE K 0-13801 N TATUM PHOENIX AZ | 62.00 | | 5,633.44 * | 5383 | 338.98 |
| 12/04/17 | PAYPAL INST XFER | 22.20 | | 5,611.24 | 5384 | 969.48 |
| 12/04/17 | DEPOSIT | | 1,163.54 | 6,774.78 | 5385 | 576.97 |
| 12/04/17 | CHIPOTLE PUBLISHIN 702-5650746 NV | 78.00 | | 6,596.78 | 5386 | 543.21 |
| 12/04/17 | VZWRLSS*IVR VB 800-922-0204 FL | 220.33 | | 6,476.45 | 5387 | 1,748.73 |
| 12/05/17 | CHECK 5387 | 1,748.73 | | 4,727.72 | 5388 | 2,500.00 |
| 12/06/17 | GEICO *COMMERCIAL MACON DC | 168.50 | | 4,559.22 * | 5388 | 2,500.00 |
| 12/06/17 | BERNSTEIN-BURKLEY 412-456-8100 PA | 2,020.00 | | 2,539.22 | 5389 | 1,298.39 |
| 12/06/17 | SINCLAIR OF SCOTTS PHOENIX AZ | 55.00 | | 2,484.22 | 5390 | 943.20 |
| 12/06/17 | SHELL OIL 57442933 PHOENIX AZ | 58.00 | | 2,426.22 | 5391 | 970.49 |
| 12/06/17 | CHECK 5388 | 2,500.00 | | -73.78 | 5392 | 1,000.00 |
| 12/07/17 | DEPOSIT | | 7,898.57 | 7,824.79 | 5393 | 1,220.00 |
| 12/07/17 | RETURNED CHECK | | 2,500.00 | 10,324.79 * | 5393 | 1,220.00 |
| 12/07/17 | CHECK 5388 | 2,500.00 | | 7,824.79 | 5394 | 510.64 |
| 12/07/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5388 | 35.00 | | 7,789.79 | 5395 | 451.00 |
| | | | | | 5396 | 320.78 |
| 12/08/17 | BUCHANAN B-313 MAIN ST SMETHPORT PA | 372.79 | | 7,417.00 | 5397 | 1,500.00 |
| 12/08/17 | HOLIDAY INN EXPRES PHILADELPHIA PA | 540.55 | | 6,876.45 | 5398 | 2,300.00 |
| 12/08/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 329.31 | | 6,547.14 | 5399 | 685.00 |
| 12/08/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 1,194.45 | | 5,352.69 | 5400 | 1,470.50 |
| | | | | | 5401 | 1,727.22 |
| 12/08/17 | DTV*DIRECTV SERVIC 800-347-3288 CA | 264.87 | | 5,087.82 | 5402 | 1,569.05 |
| 12/08/17 | CHECK 5389 | 1,298.39 | | 3,789.43 * | 5402 | 1,569.05 |
| 12/08/17 | CHECK 5390 | 943.20 | | 2,846.23 | 5403 | 1,266.80 |
| 12/08/17 | CHECK 5391 | 970.49 | | 1,875.74 * | 5403 | 1,266.80 |
| 12/11/17 | PAYPAL INST XFER | 159.99 | | 1,715.75 | 5404 | 402.15 |
| 12/11/17 | PAYPAL INST XFER | 115.50 | | 1,600.25 | 5405 | 1,405.41 |
| 12/11/17 | 12-6 CHGBCK | 5,000.00 | | -3,399.75 | 5406 | 389.67 |
| 12/11/17 | 12-6 CHGBCK FEE | 12.00 | | -3,411.75 | | |
| 12/11/17 | 12-1 RED FEE | 12.00 | | -3,423.75 | | |
| 12/11/17 | NORTHWEST-428 MAIN STREET | 500.00 | | -3,923.75 | | |



# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 12/1/2017 Through 12/31/2017 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
|  | SMETHPORT PA |  |  |  |  |  |
| 12/11/17 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 |  | -4,123.75 |  |  |
| 12/11/17 | Wave 888-9668603 NY | 200.00 |  | -4,323.75 |  |  |
| 12/11/17 | GEICO *AUTO 800-841-3000 DC | 689.41 |  | -5,013.16 |  |  |
| 12/11/17 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 |  | -7,013.16 |  |  |
| 12/11/17 | CHECK 5392 | 1,000.00 |  | -8,013.16 |  |  |
| 12/11/17 | CHECK 5393 | 1,220.00 |  | -9,233.16 |  |  |
| 12/11/17 | CHECK 5394 | 510.64 |  | -9,743.80 |  |  |
| 12/12/17 | DEPOSIT |  | 5,252.68 | -4,491.12 |  |  |
| 12/12/17 | RETURNED CHECK |  | 510.64 | -3,980.48 |  |  |
| 12/12/17 | RETURNED CHECK |  | 1,000.00 | -2,980.48 |  |  |
| 12/12/17 | RETURNED CHECK |  | 1,220.00 | -1,760.48 |  |  |
| 12/12/17 | NORTHWESTERN MU ISA PAYMNT |  | 2,000.00 | 239.52 |  |  |
| 12/12/17 | PAYPAL INST XFER | 7.63 |  | 231.89 |  |  |
| 12/12/17 | PAYPAL INST XFER | 89.00 |  | 142.89 |  |  |
| 12/12/17 | CHECK 5380 | 318.54 |  | -175.65 |  |  |
| 12/12/17 | CHECK 5382 | 409.76 |  | -585.41 |  |  |
| 12/12/17 | CHECK 5384 | 969.48 |  | -1,554.89 |  |  |
| 12/12/17 | CHECK 5386 | 543.21 |  | -2,098.10 |  |  |
| 12/12/17 | OD PAID ITEM FEE INSUFFICIENT FUNDS | 35.00 |  | -2,133.10 |  |  |
| 12/12/17 | OD PAID ITEM FEE INSUFFICIENT FUNDS | 35.00 |  | -2,168.10 |  |  |
| 12/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 |  | -2,203.10 |  |  |
| 12/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5392 | 35.00 |  | -2,238.10 |  |  |
| 12/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5393 | 35.00 |  | -2,273.10 |  |  |
| 12/12/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5394 | 35.00 |  | -2,308.10 |  |  |
| 12/13/17 | RETURNED CHECK |  | 318.54 | -1,989.56 |  |  |
| 12/13/17 | RETURNED CHECK |  | 409.76 | -1,579.80 |  |  |
| 12/13/17 | RETURNED CHECK |  | 543.21 | -1,036.59 |  |  |
| 12/13/17 | RETURNED CHECK |  | 969.48 | -67.11 |  |  |
| 12/13/17 | CHECK 5381 | 622.45 |  | -689.56 |  |  |
| 12/13/17 | CHECK 5383 | 338.98 |  | -1,028.54 |  |  |
| 12/13/17 | CHECK 5385 | 576.97 |  | -1,605.51 |  |  |
| 12/13/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5380 | 35.00 |  | -1,640.51 |  |  |
| 12/13/17 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 |  | -1,675.51 |  |  |

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 12/1/2017 Through 12/31/2017 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
|  | FUNDS SERIAL # 5382 |  |  |  |  |  |
| 12/13/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5384 | 35.00 |  | -1,710.51 |  |  |
| 12/13/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5386 | 35.00 |  | -1,745.51 |  |  |
| 12/14/17 | NOVITAS HCCLAIMPMT 1336204577 |  | 6,116.66 | 4,371.15 |  |  |
| 12/14/17 | RETURNED CHECK |  | 338.98 | 4,710.13 |  |  |
| 12/14/17 | RETURNED CHECK |  | 576.97 | 5,287.10 |  |  |
| 12/14/17 | RETURNED CHECK |  | 622.45 | 5,909.55 |  |  |
| 12/14/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5381 | 35.00 |  | 5,874.55 |  |  |
| 12/14/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5383 | 35.00 |  | 5,839.55 |  |  |
| 12/14/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5385 | 35.00 |  | 5,804.55 |  |  |
| 12/15/17 | NORTHWESTERN MU RETRY PYMT | 2,000.00 |  | 3,804.55 |  |  |
| 12/18/17 | NIGHT DEPOSIT |  | 16,209.72 | 20,014.27 |  |  |
| 12/18/17 | BERNSTEIN-BURKLEY 412-456-8100 PA | 2,020.00 |  | 17,994.27 |  |  |
| 12/18/17 | Wave 888-9668603 NY | 250.00 |  | 17,744.27 |  |  |
| 12/18/17 | CHECK 5361 | 622.45 |  | 17,121.82 |  |  |
| 12/18/17 | CHECK 5363 | 338.98 |  | 16,782.84 |  |  |
| 12/18/17 | SERVICE CHARGE | 12.00 |  | 16,770.84 |  |  |
| 12/18/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 620.40 |  | 16,150.44 |  |  |
| 12/20/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 2,398.40 |  | 13,752.04 |  |  |
| 12/20/17 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 1,212.80 |  | 12,539.24 |  |  |
| 12/20/17 | THE HOME D-1900 DAN EATON DRI OLEAN NY | 1,000.38 |  | 11,538.86 |  |  |
| 12/20/17 | CHECK 5395 | 451.00 |  | 11,087.86 |  |  |
| 12/20/17 | CHECK 5396 | 320.78 |  | 10,767.08 |  |  |
| 12/20/17 | CHECK 5397 | 1,500.00 |  | 9,267.08 |  |  |
| 12/20/17 | CHECK 5400 | 1,470.50 |  | 7,796.58 |  |  |
| 12/20/17 | CHECK 5405 | 1,405.41 |  | 6,391.17 |  |  |
| 12/21/17 | PAYPAL INST XFER | 103.96 |  | 6,287.21 |  |  |
| 12/21/17 | PAYPAL INST XFER | 169.90 |  | 6,117.31 |  |  |
| 12/21/17 | PAYPAL INST XFER | 119.94 |  | 5,997.37 |  |  |
| 12/21/17 | PAYPAL INST XFER | 4.99 |  | 5,992.38 |  |  |
| 12/21/17 | PAYPAL INST XFER | 31.79 |  | 5,960.59 |  |  |



# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 12/1/2017 Through 12/31/2017 |

PAGE 4

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 12/21/17 | CHECK 5398 | 2,300.00 | | 3,660.59 | | |
| 12/21/17 | CHECK 5399 | 685.00 | | 2,975.59 | | |
| 12/21/17 | CHECK 5401 | 1,727.22 | | 1,248.37 | | |
| 12/21/17 | CHECK 5402 | 1,569.05 | | -320.68 | | |
| 12/21/17 | CHECK 5403 | 1,266.80 | | -1,587.48 | | |
| 12/21/17 | CHECK 5404 | 402.15 | | -1,989.63 | | |
| 12/22/17 | RETURNED CHECK | | 1,266.80 | -722.83 | | |
| 12/22/17 | RETURNED CHECK | | 1,569.05 | 846.22 | | |
| 12/22/17 | REDEPOSIT ITEM | 12.00 | | 834.22 | | |
| 12/22/17 | REDEPOSIT ITEM | 12.00 | | 822.22 | | |
| 12/22/17 | CHECK 5393 | 1,220.00 | | -397.78 | | |
| 12/22/17 | CHECK 5402 | 1,569.05 | | -1,966.83 | | |
| 12/22/17 | CHECK 5403 | 1,266.80 | | -3,233.63 | | |
| 12/22/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5402 | 35.00 | | -3,268.63 | | |
| 12/22/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5403 | 35.00 | | -3,303.63 | | |
| 12/22/17 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5404 | 35.00 | | -3,338.63 | | |
| 12/26/17 | NOVITAS HCCLAIMPMT 1336204577 | | 4,333.13 | 994.50 | | |
| 12/26/17 | PAYPAL INST XFER | 55.78 | | 938.72 | | |
| 12/26/17 | PAYPAL INST XFER | 55.22 | | 883.50 | | |
| 12/26/17 | DEPOSIT | | 1,180.85 | 2,064.35 | | |
| 12/26/17 | RETURNED CHECK | | 1,220.00 | 3,284.35 | | |
| 12/26/17 | RETURNED CHECK | | 1,266.80 | 4,551.15 | | |
| 12/26/17 | RETURNED CHECK | | 1,569.05 | 6,120.20 | | |
| 12/26/17 | NORTHWEST-2513 W. STATE ST OLEAN NY | 500.00 | | 5,620.20 | | |
| 12/26/17 | CHARGEBACK ITEM | 1,266.80 | | 4,353.40 | | |
| 12/26/17 | CHARGEBACK ITEM | 1,569.05 | | 2,784.35 | | |
| 12/26/17 | OnStar 888-4ONSTAR MI | 37.65 | | 2,746.70 | | |
| 12/26/17 | CHARGEBACK FEE | 12.00 | | 2,734.70 | | |
| 12/26/17 | CHARGEBACK FEE | 12.00 | | 2,722.70 | | |
| 12/26/17 | CHECK 5406 | 389.67 | | 2,333.03 | | |
| 12/26/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5393 | 35.00 | | 2,298.03 | | |
| 12/26/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5402 | 35.00 | | 2,263.03 | | |
| 12/26/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5403 | 35.00 | | 2,228.03 | | |
| 12/27/17 | BUCHANAN B-313 MAIN ST SMETHPORT PA | 30.79 | | 2,197.24 | | |

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 12/1/2017 Through 12/31/2017 |

PAGE 5

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 12/28/17 | NOVITAS HCCLAIMPMT 1336204577 | | 933.83 | 3,131.07 | | |
| 12/28/17 | PAYPAL INST XFER | 87.73 | | 3,043.34 | | |
| 12/28/17 | PAYPAL INST XFER | 23.95 | | 3,019.39 | | |
| 12/28/17 | PAYPAL INST XFER | 56.96 | | 2,962.43 | | |
| 12/28/17 | WITHDRAWAL | 2,220.00 | | 742.43 | | |
| 12/28/17 | FONOXON IAT PAYPAL BRIAN GUSTAFSON | 55.55 | | 686.88 | | |
| 12/29/17 | THE HOME D-1900 DAN EATON DRI OLEAN NY | 247.16 | | 439.72 | | |
| 12/29/17 | ALLEGANY 8 OLEAN NY | 45.63 | | 394.09 | | |
| 12/29/17 | IRS USATAXPYMT 270776374247873 | 3,095.62 | | -2,701.53 | | |
| 12/29/17 | IRS USATAXPYMT 270776321544891 | 3,291.02 | | -5,992.55 | | |
| 12/29/17 | IRS USATAXPYMT 270776323854703 | 3,886.88 | | -9,879.43 | | |
| 12/31/17 | IRS USATAXPYMT 270776374247873 | | 3,095.62 | -6,783.81 | | |
| 12/31/17 | IRS USATAXPYMT 270776321544891 | | 3,291.02 | -3,492.79 | | |
| 12/31/17 | IRS USATAXPYMT 270776323854703 | | 3,886.88 | 394.09 | | |
| 12/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 359.09 | | |
| 12/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 324.09 | | |
| 12/31/17 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 289.09 | | |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.

Northwest

Account No

00041E10

**Check 5380** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of NATIONAL FUEL $ 318.54
Three Hundred Eighteen and 54/100 DOLLARS
NATIONAL FUEL, PO BOX 4103, BUFFALO, NY 14204

**Check 5381** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of PENELEC $ 622.45
Six Hundred Twenty-Two and 45/100 DOLLARS
PENELEC, PO BOX 3687, AKRON, OH 44309

**Check 5381** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of PENELEC $ 622.45
Six Hundred Twenty-Two and 45/100 DOLLARS
PENELEC, PO BOX 3687, AKRON OH 44309

**Check 5382** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of VERIZON $ 409.76
Four Hundred Nine and 76/100 DOLLARS
VERIZON, PO BOX 15026, ALBANY, NY 12212

**Check 5383** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of CASELLA WASTE $ 338.98
Three Hundred Thirty-Eight and 98/100 DOLLARS
CASELLA WASTE, PO BOX 1372, WILLISTON, VT 05495

**Check 5383** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of CASELLA WASTE $ 338.98
Three Hundred Thirty-Eight and 98/100 DOLLARS
CASELLA WASTE, PO BOX 1372, WILLISTON, VT 05495

**Check 5384** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of SST $ 969.48
Nine Hundred Sixty-Nine and 48/100 DOLLARS
SST

**Check 5385** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of CENTRAL PENN GAS $ 576.97
Five Hundred Seventy-Six and 97/100 DOLLARS
CENTRAL PENN GAS, PO BOX 71205, PHILADELPHIA, PA 19176

**Check 5386** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of VERIZON WIRELESS $ 543.21
Five Hundred Forty-Three and 21/100 DOLLARS
VERIZON WIRELESS, PO BOX 25505, LEHIGH VALLEY, PA 18002

**Check 5387** — B.L. GUSTAFSON, L.L.C. — Northwest — 11/22/2017
Pay to the order of SMETHPORT BOROUGH $ 1,748.73
One Thousand Seven Hundred Forty-Eight and 73/100 DOLLARS
SMETHPORT BOROUGH, PO BOX 427, SMETHPORT, PA 16749

| Date | Check | Amount |
|---|---|---|
| 12/12/2017 | 5380 | $318.54 |
| 12/18/2017 | 5381 | $622.45 |
| 12/13/2017 | 5381 | $622.45 |
| 12/12/2017 | 5382 | $409.76 |
| 12/18/2017 | 5383 | $338.98 |
| 12/13/2017 | 5383 | $338.98 |
| 12/12/2017 | 5384 | $969.48 |
| 12/13/2017 | 5385 | $576.97 |
| 12/12/2017 | 5386 | $543.21 |
| 12/5/2017 | 5387 | $1,748.73 |

Account No

PAGE 7

B.L. GUSTAFSON, L.L.C. — Northwest — 5388
PAY TO THE ORDER OF Hervey Oil $ 2500.00
Two-thousand-five-hundred and 00/100 DOLLARS
⑈005388⑈ ⑆243374218⑆

12/6/2017 5388 $2,500.00

B.L. GUSTAFSON, L.L.C. — Northwest — 5388
PAY TO THE ORDER OF Hervey Oil $ 2500.00
Two-thousand-five-hundred and 00/100 DOLLARS
⑈005388⑈ ⑆243374218⑆

12/7/2017 5388 $2,500.00

B.L. GUSTAFSON, L.L.C. — Northwest — 5389 — 12/8/2017
PAY TO THE ORDER OF JAMIE T HUBBE $ ***1,298.39
One Thousand Two Hundred Ninety-Eight and 39/100 DOLLARS
JAMIE T HUBBE
409 ZEPHER ST
ULYSSES, PA 16948
Pay Period: 11/19/2017 - 12/02/2017
⑈005389⑈ ⑆243374218⑆

12/8/2017 5389 $1,298.39

B.L. GUSTAFSON, L.L.C. — Northwest — 5390
PAY TO THE ORDER OF TIMOTHY CRANDALL $ ***943.20
Nine Hundred Forty-Three and 20/100 DOLLARS
TIMOTHY CRANDALL
719 BARNUM ROAD
ELDRED, PA 16731
Pay Period: 11/19/2017 - 12/02/2017
⑈005390⑈ ⑆243374218⑆

12/8/2017 5390 $943.20

B.L. GUSTAFSON, L.L.C. — Northwest — 5391 — 12/8/2017
PAY TO THE ORDER OF ANDREW W HORTON $ ***970.49
Nine Hundred Seventy and 49/100 DOLLARS
ANDREW W HORTON
6130 RT46
SUITE 1
SMETHPORT, PA 16749
Pay Period: 11/19/2017 - 12/02/2017
⑈005391⑈ ⑆243374218⑆

12/8/2017 5391 $970.49

B.L. GUSTAFSON, L.L.C. — Northwest — 5392 — 12/7/2017
PAY TO THE ORDER OF ROBERT L MOSHER $ ***1,000.00
One Thousand and 00/100 DOLLARS
ROBERT L MOSHER
109 WEST WILLOW STREET
SMETHPORT, PA 16749
⑈005392⑈ ⑆243374218⑆

12/11/2017 5392 $1,000.00

B.L. GUSTAFSON, L.L.C. — Northwest — 5393 — 12/7/2017
PAY TO THE ORDER OF GARY GEER $ ***1,220.00
One Thousand Two Hundred Twenty and 00/100 DOLLARS
GARY GEER
902-307-821
⑈005393⑈ ⑆243374218⑆

12/11/2017 5393 $1,220.00

FROZ/BLOCK ACC
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON- FROZEN/BLOCKED ACCOUNT
NSF

12/22/2017 5393 $1,220.00

B.L. GUSTAFSON, L.L.C. — Northwest — 5394 — 12/7/2017
PAY TO THE ORDER OF GEICO $ ***510.64
Five Hundred Ten and 64/100 DOLLARS
GEICO
⑈005394⑈ ⑆243374218⑆

12/11/2017 5394 $510.64

B.L. GUSTAFSON, L.L.C. — Northwest — 5395 — 12/15/2017
PAY TO THE ORDER OF KANE LIQUID FUELS $ ***451.00
Four Hundred Fifty-One and 00/100 DOLLARS
KANE LIQUID FUELS
⑈005395⑈ ⑆243374218⑆

12/20/2017 5395 $451.00

# Northwest

Account No :

PAGE 8

B.L. GUSTAFSON, L.L.C. — 5396 — VOID — 12/18/2017
Pay to the order of CLEVELAND BROTHERS $ **320.78
Three Hundred Twenty and 78/100 DOLLARS
CLEVELAND BROTHERS
4565 WILLIAM PENN HIGHWAY
MURRYSVILLE, PA 15668

12/20/2017 5395 $320.78

B.L. GUSTAFSON, L.L.C. — 5397 — 12/18/2017
Pay to the order of COSTAS SUPERMARKET $ **1,500.00
One Thousand Five Hundred and 00/100 DOLLARS
COSTAS SUPERMARKET
407 EAST WATER STREET
SMETHPORT, PA 16749
Memo #85555

12/20/2017 5397 $1,500.00

B.L. GUSTAFSON, L.L.C. — 5398 — 12-18-17
Pay to the order of Rdwary $ 2,300.00
Two Thousand Three Hundred 00/100 DOLLARS

12/21/2017 5398 $2,300.00

B.L. GUSTAFSON, L.L.C. — 5399 — 12/18/2017
Pay to the order of OLSON TENGLUND INC. $ **685.00
Six Hundred Eighty-Five and 00/100 DOLLARS
OLSON TENGLUND INC.
PO BOX 349
PORT ALLEGANY, PA 16743

12/21/2017 5399 $685.00

B.L. GUSTAFSON, L.L.C. — 5400 — 12/20/2017
Pay to the order of ANDREW W HORTON $ **1,470.50
One Thousand Four Hundred Seventy and 50/100 DOLLARS
ANDREW W HORTON
6139 RT 46
SUITE 1
SMETHPORT, PA 16749
Pay Period: 12/03/2017 - 12/16/2017

12/20/2017 5400 $1,470.50

B.L. GUSTAFSON, L.L.C. — 5401 — 12/20/2017
Pay to the order of DAVID C MALLISON $ **1,727.22
One Thousand Seven Hundred Twenty-Seven and 22/100 DOLLARS
DAVID C MALLISON
3 ROSEHILL AVE.
SMETHPORT, AA 16749
Pay Period: 12/03/2017 - 12/16/2017

12/21/2017 5401 $1,727.22

B.L. GUSTAFSON, L.L.C. — 5402 — 12/20/2017
Pay to the order of JAMIE T KIBBE $ **1,569.05
One Thousand Five Hundred Sixty-Nine and 05/100 DOLLARS
JAMIE T KIBBE
[illegible]
Pay Period: [illegible]

12/22/2017 5402 $1,569.05

B.L. GUSTAFSON, L.L.C. — 5402 — 12/20/2017
Pay to the order of JAMIE T KIBBE $ **1,569.05
One Thousand Five Hundred Sixty-Nine and 05/100 DOLLARS
JAMIE T KIBBE
433 ZEPHER ST
ULYSSES, PA 16948
Pay Period: 12/03/2017 - 12/16/2017

12/21/2017 5402 $1,569.05

B.L. GUSTAFSON, L.L.C. — 5403 — 12/20/2017
Pay to the order of NATHAN TANNER $ **1,266.80
One Thousand Two Hundred Sixty-Six and 80/100 DOLLARS
NATHAN TANNER
123 EAST VALLEY
SMETHPORT, AA 16743
Pay Period: 12/03/2017 - 12/16/2017

12/22/2017 5403 $1,266.80

B.L. GUSTAFSON, L.L.C. — 5403 — 12/20/2017
Pay to the order of NATHAN TANNER $ **1,266.80
One Thousand Two Hundred Sixty-Six and 80/100 DOLLARS
NATHAN TANNER
123 EAST VALLEY
SMETHPORT, AA 16749
Pay Period: 12/03/2017 - 12/16/2017

12/21/2017 5403 $1,266.80



Account No
PAGE 9

12/21/2017          5404          $402.15

12/20/2017          5405          $1,405.4?

12/26/2017          5406          $389.67