IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-10514-TPA |
| | ) | |
| B.L. GUSTAFSON, LLC, D/B/A | ) | Chapter 11 |
| GUS'S GUNS, PRIORITY CARE | ) | |
| AMBULANCE, B.L. GUSTAFSON | ) | |
| EXCAVATION, BRYNWOOD FARM and | ) | |
| BRIAN GUSTAFSON RENTALS, | ) | Docket No._____ |
| Debtor | ) | |
| | ) | Related to Doc. No. 93 |
| B.L. GUSTAFSON, LLC D/B/A | ) | |
| GUS'S GUNS, PRIORITY CARE | ) | |
| AMBULANCE, B.L. GUSTAFSON | ) | |
| EXCAVATION, BRYNWOOD FARM | ) | |
| and BRIAN GUSTAFSON RENTALS, | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | Date and Time of Hearing: |
| NO RESPONDENT | ) | January 25, 2018 at 10:00 a.m. |

**<u>CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT FOR DEBTOR</u>**

  The undersigned certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Authority to Employ Accountant for Debtor filed on December 29, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than January 16, 2018.

  It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

              Respectfully submitted,

              KNOX McLAUGHLIN GORNALL &
              SENNETT, P.C.
              Attorneys for Debtor

              By: */s/ Guy C. Fustine*
                 Guy C. Fustine
                 PA I.D. No. 37543
                 120 West Tenth Street
                 Erie, Pennsylvania  16501-1461
                 (814) 459-2800
                 gfustine@kmgslaw.com

# 1879795.v1