IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-10514-TPA |
| | ) | |
| B.L. GUSTAFSON, LLC, D/B/A | ) | Chapter 11 |
| GUS'S GUNS, PRIORITY CARE | ) | |
| AMBULANCE, B.L. GUSTAFSON | ) | |
| EXCAVATION, BRYNWOOD FARM and | ) | |
| BRIAN GUSTAFSON RENTALS, | ) | Docket No._____ |
| Debtor | ) | |
| | ) | Related to Doc. Nos. 93 and 105 |
| B.L. GUSTAFSON, LLC D/B/A | ) | |
| GUS'S GUNS, PRIORITY CARE | ) | |
| AMBULANCE, B.L. GUSTAFSON | ) | |
| EXCAVATION, BRYNWOOD | ) | |
| FARM and BRIAN GUSTAFSON | ) | |
| RENTALS, | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | Date and Time of Hearing: |
| | ) | January 25, 2018 at 10:00 a.m. |
| NO RESPONDENT | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of January, 2018, a copy of the Order Approving Professional for the Debtor was served by first class, United States mail, postage pre-paid, and/or electronic service as set forth on the attached service list.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtor

By:    /s/ Guy C. Fustine
       Guy C. Fustine
       PA I.D. No. 37543
       120 West Tenth Street
       Erie, Pennsylvania 16501-1461
       (814) 459-2800
       gfustine@kmgslaw.com

# 1881697.v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10514-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri Jan 26 12:00:06 EST 2018 | Amy B. Gustafson<br>1235 West Main Street<br>Smethport, PA 16749-1046 | B.L. Gustafson, LLC<br>P.O. Box 344<br>Smethport, PA 16749-0344 |
| Robert S. Bernstein<br>Bernstein-Burkley, P.C.<br>2200 Gulf Tower<br>Pittsburgh, PA 15219 | Brian L. Gustafson<br>1235 W. Main Street<br>Smethport, PA 16749-1046 | Christopher Poorman & Bobbie Jo Poorman<br>c/o Saltz Mongeluzzi Barrett & Bendesky<br>Attorney Robert J. Mongeluzzi<br>1650 Market Street, 52 Floor<br>Philadelphia, PA 19103-7236 |
| Clearfield Transportation Services, Inc.<br>P.O. Box 344<br>Smethport, PA 16749-0344 | Robert C. Edmundson<br>Office of Attorney General<br>564 Forbes Avenue<br>5th Floor, Manor Complex<br>Pittsburgh, PA 15219-2992 | Ford Credit<br>P.O. Box 220564<br>Pittsburgh, PA 15257-2564 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Hamlin Bank & Trust Company<br>333 West Main Street<br>P.O. Box 367<br>Smethport, PA  16749-0367 |
| Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>Insolvency Unit<br>P.O. Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | John Deere Construction & Forestry Co.<br>6400 NW 86th Street<br>Johnston, IA 50131-2945 | John Deere Construction & Forestry Co.<br>Robert S. Bernstein, Esq.<br>Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219-1945 |
| John Deere Construction & Forestry Company<br>c/o Kirk B. Burkley<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | Knox McLaughlin Gornall & Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501-1410 | John F. Kroto<br>Knox McLaughlin Gornall & Sennett<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Kubota Credit Corporation, U.S.A.<br>c/o Kiely A. Lewandowski, Esquire<br>U.S. Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219-2713 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 |
| Office of Attorney General Department of Rev<br>Robert C. Edmundson<br>564 Forbes Avenue<br>Pittsburgh, PA 15219-2908 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Department of Revenue<br>Bureau of Compliance<br>Dept. 280948<br>Harrisburg, PA 17128-0948 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy division, P O Box 280946<br>Harrisburg P A 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |

Ralph L. Gustafson
1235 W. Main Street
Smethport, PA 16749-1046

Ralph L. Gustafson
160 Jane Ware Road
Smethport, PA 16749-4916

Robert J. Lovell
Constance E. Lovell
c/of Michael P. Kruszewski, Esquire
2222 West Grandview Blvd.
Erie, PA 16506-4508

Robert S. Bernstein, Esquire
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1908

Ryan D. Yingling
115 Jarrett Lane
Smethport, PA 16749-2013

Thomas Ball Financial Services
605 West Main Street
Smethport, PA 16749-1145

United States of America Department of the T
c/oOffice of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

James P. Valecko
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219-1842

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

(u)Hamlin Bank & Trust Company

(u)John Deere Construction & Forestry Company

(u)Kubota Credit Corporation

End of Label Matrix
Mailable recipients    39
Bypassed recipients     4
Total                  43