**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: B.L. Gustafson LLC dba Gus's Guns, dba Priority Care Ambulance, dba Brian Gustafson Rentals, dba Brynwood Farm <br> <u>Debtor(s)</u> | CHAPTER 11 <br><br> BKY. NO. 17-10514 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Kubota Credit Corporation and index same on the master mailing list.

      Respectfully submitted,

      **/s/ James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      jwarmbrodt@kmllawgroup.com
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      Phone: (215)-627-1322

      Attorney for Movant/Applicant