IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. GUSTAFSON, LLC, | ) Chapter 11 |
|     Debtor | ) |
| | ) |
| HAMLIN BANK & TRUST COMPANY, | ) Related to Doc. No. 102 |
|     Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| B.L. GUSTAFSON, LLC d/b/a PRIORITY | ) |
| CARE AMBULANCE; and BRIAN | ) |
| GUSTAFSON, | ) Date and Time of Hearing: |
|     Respondents | ) February 15, 2018 at 9:30 a.m. |

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 7th day of February, 2018, comes the Debtor, by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., with this Answer to the Movant's Motion for Relief from Automatic Stay, as follows:

**FIRST DEFENSE**

Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 (first sentence only), 11, 12 and 14 are admitted, further averring that the Note, Modification and Security Agreement which are attached to the Motion as Exhibits A, B and C speak for themselves. The Debtor is without sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of paragraph 10, paragraph 15 and paragraph 16, which are therefore denied. Paragraphs 13, 17, 18 and 19 are also denied. Paragraph 20 represents a legal conclusion to which no response in required. To the extent that a response is required, paragraph 20 is also denied.

**SECOND DEFENSE**

21. The original Note (Exhibit A) was not signed by or on behalf of the Debtor. The Note Modification and Hypothecation Agreement (Exhibits B and C), which the Debtor signed on April 21, 2017 just prior to the Chapter 11 filing on May 16, 2017, lacked consideration. In the alternative, if and to the extent that the Note Modification and Hypothecation Agreement are valid and enforceable, they are nevertheless subject to avoidance as preferential transfers.

22. Movant does not have an enforceable lien against either vehicle. In the alternative, if Movant did have an enforceable lien against either vehicle, the lien would be adequately protected by the value of the vehicle and by the existence of current physical damage insurance.

23. The 1995 Ford Ambulance and 2000 Ford Ambulance are valuable and necessary to the effective reorganization of the Debtor.

24. The Debtor is willing to make monthly payments for using the vehicles, in an amount to be determined.

WHEREFORE, the Debtor requests that the Motion be denied; and, that the Debtor have such other and further relief as is reasonable and just.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtor

By:   */s/ Guy C. Fustine*
Guy C. Fustine
PA I.D. No. 37543
120 West Tenth Street
Erie, Pennsylvania  16501-1461
(814) 459-2800
gfustine@kmgslaw.com

# 1885444.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. GUSTAFSON, LLC, | ) Chapter 11 |
|     Debtor | ) |
| | ) |
| HAMLIN BANK & TRUST COMPANY, | ) Related to Doc. No. 102 |
|     Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| B.L. GUSTAFSON, LLC d/b/a PRIORITY CARE AMBULANCE; and BRIAN GUSTAFSON, | ) |
| | ) Date and Time of Hearing: |
|     Respondents | ) February 15, 2018 at 9:30 a.m. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of February, 2018, a copy of the Debtor's Answer to the Movant's Motion for Relief from Automatic Stay was served by first class, United States mail, postage pre-paid, and/or electronic service as set forth on the attached service list.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtors

By:    */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania  16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

# 1885444.v1

## SERVICE LIST

**Via US Mail:**

B.L. Gustafson, LLC
P.O. Box 344
Smethport, PA  16749

Internal Revenue Service Insolvency Unit
P.O. Box 628
Pittsburgh, PA  15219

Kubota Credit Corp.
U.S. Steel Tower
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Christopher Poorman and
Bobbie Joe Poorman
1650 Market Street, 52nd Floor
Philadelphia, PA  19103

Thomas Ball, CPA
P.O. Box 1503
Smethport, PA  16749

**Via CM/ECF:**

Keri P. Ebeck, Esquire
kebeck@weltman.com

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Norma Hildenbrand, Esquire
on Behalf of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

Michael S. JanJanin, Esquire
mjanjanin@quinnfirm.com

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Robert S. Bernstein, Esquire
rbernstein@bernsteinlaw.com

Robert C. Edmundson, Esquire
redmundson@attorneygeneral.gov

James P. Valecko, Esquire
jvalecko@weltman.com

Jill Locnikar, Esquire
jill.locnikar@usdoj.gov

# 1865131.v1