FILED
2/9/18 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
B.L. GUSTAFSON, LLC, D/B/A GUS'S          :   Case No. 17-10514 TPA
GUNS, PRIORITY CARE AMBULANCE,            :   Chapter 11
B.L. GUSTAFSON EXCAVATION,                :
BRYNWOOD FARM and BRIAN                   :
GUSTAFSON RENTALS                         :
    *Debtor*                                  :
                                          :
B.L. GUSTAFSON, LLC, D/B/A                :
GUS'S GUNS, PRIORITY CARE                 :
AMBULANCE, B.L. GUSTFSON                  :
EXCAVATION, BRYNWOOD FARM                 :
and BRIAN GUSTAFSON RENTALS               :
    *Movant*                                  :   Related to Document No. 110
                                          :
v.                                        :
                                          :
NO RESPONDENT                             :   Hearing: February 15, 2018 at 10:00 A.M.

## ORDER

AND NOW, this **9th** day of **February, 2018,** in light of the filing of a ***Debtor's Second Motion to Extend Plan Exclusivity Pursuant to 11 U.S.C. §1121(d)*** filed by Debtor at Document No. 110,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for ***February 15, 2018*** at ***10:00 A.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501.

                                                  Thomas P. Agresti, Judge   jlm
                                                United States Bankruptcy Court

Case Administrator to serve:
    Guy C. Fustine, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
B.L. Gustafson, LLC  
    Debtor

Case No. 17-10514-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 1    Date Rcvd: Feb 09, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db         +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
      Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
      knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
      James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
      jbluemle@weltman.com
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
      Internal Revenue Service jill.locnikar@usdoj.gov,
      patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
      John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
      knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
      Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
      mjanjanin@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
      Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
      redmundson@attorneygeneral.gov
      Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
      rbernstein@bernsteinlaw.com,
      pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                     TOTAL: 10