FILED
2/15/18 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10514-TPA |
| B.L. Gustafson, LLC | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 2/15/2018 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:**   #102 MFRS by Hamlin Bank & Trust Company
             #109 Reply by Debtor

**APPEARANCES:**

Debtor:        Guy C. Fustine
Hamlin Bank:   Michael S. Jan Janin

**NOTES:**

Jan Janin:   (10:22) Described situation with vehicles and tentative deal.

Fustine:     Request time to review exchanged paperwork.

**OUTCOME:**   Continued to March 22, 2018 at 11:00 A.M. TO to be entered.

*/s/ Thomas P. Agresti*

jlm