# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10514-TPA |
| B.L. Gustafson, LLC | : | Chapter: 11 |
| *Debtor(s).* | : | Date: 2/15/2018 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #110 Motion to Extend Exclusivity Period for Filing a Plan and Disclosure Statement

**APPEARANCES:**
 Debtor: Guy C. Fustine
 Trustee: Norma Hildenbrand

**NOTES:**

Fustine: Asking until May 12, 2018.

**OUTCOME:** GRANTED, OE.

jlm