FILED
2/15/18 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-10514-TPA |
| | ) | |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BRYNWOOD FARM and BRIAN GUSTAFSON RENTALS, | ) ) ) ) ) | Chapter 11 |
| | ) | Docket No. 110 |
| Debtor | ) | |
| | ) | |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BRYNWOOD FARM and BRIAN GUSTAFSON RENTALS, | ) ) ) ) ) ) | |
| Movant | ) ) | |
| vs. | ) ) | |
| NO RESPONDENT | ) ) | |

## ORDER

AND NOW, upon consideration of the Debtor's Second Motion to Extend Plan Exclusivity, after notice and hearing as deemed necessary and appropriate under the circumstances, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

It is further ORDERED that the Debtor's exclusive right to file a Plan of Reorganization is extended to May 12, 2018, and the Debtor's exclusive right to obtain acceptances to said Plan is extended to July 11, 2018. This Order is without prejudice to the Debtor's right to request further extensions of time if necessary and appropriate.

Dated: February 15, 2018

Thomas P. Agresti, Judge,
United States Bankruptcy Court

# 1886003.v1

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                 Chapter 11
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy                  Page 1 of 2        Date Rcvd: Feb 15, 2018
                              Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db             +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344
aty            +Knox McLaughlin Gornall & Sennett, P.C.,    120 West 10th Street,    Erie, PA 16501-1410
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
acc            +Thomas Ball Financial Services,     605 West Main Street,    Smethport, PA 16749-1145
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14519804       +Amy B. Gustafson,    1235 West Main Street,    Smethport, PA 16749-1046
14519805       +Brian L. Gustafson,    1235 W. Main Street,    Smethport, PA 16749-1046
14519806       +Christopher Poorman & Bobbie Jo Poorman,    c/o Saltz Mongeluzzi Barrett & Bendesky,
                 Attorney Robert J. Mongeluzzi,    1650 Market Street, 52 Floor,    Philadelphia, PA 19103-7236
14519807       +Clearfield Transportation Services, Inc.,    P.O. Box 344,    Smethport, PA 16749-0344
14645866      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962)
14519808        Ford Credit,    P.O. Box 220564,    Pittsburgh, PA 15257-2564
14759547        Hamlin Bank & Trust Company,    333 West Main Street,    P.O. Box 367,
                 Smethport, PA  16749-0367
14519811       +John Deere Construction & Forestry Co.,    Robert S. Bernstein, Esq.,    Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200,    Pittsburgh, PA 15219-1945
14652729       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14519812       +Kubota Credit Corporation, U.S.A.,    c/o Kiely A. Lewandowski, Esquire,    U.S. Steel Tower,
                 600 Grant Street, 44th Floor,    Pittsburgh, PA 15219-2713
14519813        PA Department of Revenue,    Bureau of Compliance,    Dept. 280948,    Harrisburg, PA 17128-0948
14519815       +Ralph L. Gustafson,    1235 W. Main Street,    Smethport, PA 16749-1046
14519814       +Ralph L. Gustafson,    160 Jane Ware Road,    Smethport, PA 16749-4916
14708659       +Robert J. Lovell,    Constance E. Lovell,    c/of Michael P. Kruszewski, Esquire,
                 2222 West Grandview Blvd.,    Erie, PA 16506-4508
14519816       +Robert S. Bernstein, Esquire,    Bernstein-Burkley, P.C.,    707 Grant Street,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219-1908
14519817       +Ryan D. Yingling,    115 Jarrett Lane,    Smethport, PA 16749-2013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Feb 16 2018 01:30:53
                 John Deere Construction & Forestry Company,    c/o Kirk B. Burkley,    707 Grant Street,
                 Suite 2200,    Pittsburgh, PA 15219-1945
14519809        E-mail/Text: cio.bncmail@irs.gov Feb 16 2018 01:30:18      Internal Revenue Service,
                 Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
14519810       +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Feb 16 2018 01:30:45
                 John Deere Construction & Forestry Co.,    6400 NW 86th Street,    Johnston, IA 50131-2945
14647638        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:30:25
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
14756357        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:30:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              Hamlin Bank & Trust Company
cr              Kubota Credit Corporation
14710108        John Deere Construction & Forestry Company
14644222*       Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
14652737*      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14756358*       Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg PA 17128-0946
14756359*       Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg PA 17128-0946
14756361*       Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                   TOTALS: 4, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1           User: culy              Page 2 of 2                 Date Rcvd: Feb 15, 2018
                               Form ID: pdf900         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Guy C. Fustine     on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James Warmbrodt     on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko     on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               jbluemle@weltman.com
              Jill Locnikar     on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto     on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin     on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson     on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein     on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtd
               rive.com
                                                                                             TOTAL: 10
```