# IN THE UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re:

**BL Gustafson, LLC**

Debtor )

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 17-10514-TPA

**BUSINESS AND INDUSTRY,
MONTHLY OPERATING REPORT**

MONTH OF _____ January-17 _____

DATE PETITION FILED: _____

TAX PAYER ID NO. : 36-4721179

Nature of Debtor's Business: _____

_____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____         _____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          TITLE

_____         _____
PRINTED NAME OF RESPONSIBLE PARTY          DATE

**PREPARER:**

_____         _____
ORIGINAL SIGNATURE OF PREPARER          Accountant    TITLE

Thomas E Ball Es          2/20/18
_____         _____
PRINTED NAME OF PREPARER          DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** T Ball

PHONE NUMBER: 8148872041

ADDRESS: Po Box 1503
Smethport Pa
16749

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT**

3:27 PM
02/20/2018

## B.L.Gustafson, L.L.C.
## Employee Earnings Summary
### January 2018

| | Salary | CALL TIME | Hourly | TRUCK TIME | MISC/MEAL | Federal Withholding | Medicare Employee | Social Security Employee | Federal Unemployment | Medicare Company |
|---|---|---|---|---|---|---|---|---|---|---|
| ANDREW W HORTON | 4,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | -414.00 | -58.73 | -251.10 | 24.30 | 58.73 |
| BRIAN L GUSTAFSON | 11,538.45 | 0.00 | 0.00 | 0.00 | 0.00 | -2,233.00 | -167.31 | -715.38 | 42.00 | 167.31 |
| BRYAN D GREENMAN | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | -1.16 | -4.98 | 0.48 | 1.16 |
| DAVID C MALLISON | 8,000.00 | 0.00 | 0.00 | 582.50 | 0.00 | -881.00 | -87.00 | -372.00 | 36.00 | 87.00 |
| JAMIE T KIBBE | 0.00 | 4,353.00 | 0.00 | 0.00 | 0.00 | -629.00 | -71.56 | -306.00 | 29.61 | 71.56 |
| JEFFREY N SPENCER | 2,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 | -34.80 | -148.80 | 14.40 | 34.80 |
| LORI GREENMAN | 0.00 | 490.00 | 0.00 | 99.00 | 0.00 | -13.00 | -8.54 | -36.52 | 3.53 | 8.54 |
| NATHAN TANNER | 3,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | -396.00 | -50.03 | -213.90 | 20.70 | 50.03 |
| RICHARD E BECKMAN | 0.00 | 91.00 | 0.00 | 65.00 | 0.00 | 0.00 | -2.26 | -9.67 | 0.94 | 2.26 |
| ROBERT TARBOX | 1,440.00 | 0.00 | 0.00 | 0.00 | 0.00 | -165.00 | -20.88 | -89.28 | 8.64 | 20.88 |
| TIMOTHY CRANDALL | 0.00 | 2,903.25 | 0.00 | 336.75 | 0.00 | -365.00 | -47.01 | -201.00 | 19.45 | 47.01 |
| TOTAL | 28,878.45 | 7,837.25 | 80.00 | 1,083.25 | 0.00 | -5,336.00 | -549.28 | -2,348.61 | 200.05 | 549.28 |

Payroll Journal

**B.L.Gustafson, L.L.C.**
**Employee Earnings Summary**
January 2018

| | Social Security Company | PA - Withholding | PA - Unemployment | PA - Unemployment Company | KEATING TOWNSHIP | Medicare Employee Addl Tax | DEDUCTION | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ANDREW W HORTON | 251.10 | -124.35 | 0.00 | 0.00 | -40.50 | 0.00 | 0.00 | 3,495.45 |
| BRIAN L GUSTAFSON | 715.38 | -354.24 | 0.00 | 0.00 | -115.38 | 0.00 | 0.00 | 8,877.83 |
| BRYAN D GREENMAN | 4.56 | -2.46 | 0.00 | 0.00 | -0.60 | 0.00 | 0.00 | 77.22 |
| DAVID C MALLISON | 372.00 | -184.20 | 0.00 | 0.00 | -60.00 | 0.00 | 0.00 | 4,910.60 |
| JANIE T KIEBE | 306.00 | -151.52 | 0.00 | 0.00 | -49.36 | 0.00 | 0.00 | 4,135.23 |
| JEFFREY N SPENCER | 148.80 | -73.68 | 0.00 | 0.00 | -24.00 | 0.00 | -49.38 | 2,017.34 |
| LORI GREENMAN | 36.52 | -18.08 | 0.00 | 0.00 | -5.89 | 0.00 | 0.00 | 555.56 |
| NATHAN TANNER | 213.90 | -105.93 | 0.00 | 0.00 | -34.50 | 0.00 | 0.00 | 2,934.27 |
| RICHARD E BECKMAN | 9.67 | -4.79 | 0.00 | 0.00 | -1.56 | 0.00 | 0.00 | 158.59 |
| ROBERT TARBOX | 89.28 | -44.21 | 0.00 | 0.00 | -14.40 | 0.00 | 0.00 | 1,265.03 |
| TIMOTHY CRANDALL | 201.00 | -99.54 | 0.00 | 0.00 | -32.43 | 0.00 | 0.00 | 2,764.48 |
| TOTAL | 2,348.61 | -1,163.00 | 0.00 | 0.00 | -378.92 | 0.00 | -49.38 | 31,203.50 |

3:27 PM
02/20/2018

3:43 PM

02/20/18

Accrual Basis

## B.L.Gustafson, L.L.C.
## Transactions by Account
### As of January 31, 2018

Page 3

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 01/29/2018 | | | POS | | X | MOORE MEDI... | | 460.73 | -5,017.14 |
| Check | 01/30/2018 | | | POS | MEDICARE | X | MISC/MEALS | | 569.00 | -5,586.14 |
| Paycheck | 01/31/2018 | 5465 | | JAMIE T KIBBE | | X | -SPLIT- | | 1,278.10 | -6,864.24 |
| Paycheck | 01/31/2018 | 5477 | | LORI GREENMAN | | | -SPLIT- | | 88.28 | -6,952.52 |
| Paycheck | 01/31/2018 | 5470 | | TIMOTHY CRANDA... | | X | -SPLIT- | | 881.39 | -7,833.91 |
| Paycheck | 01/31/2018 | 5462 | | ANDREW W HORT... | | X | -SPLIT- | | 1,073.77 | -8,907.68 |
| Paycheck | 01/31/2018 | 5463 | | BRIAN L GUSTAFS... | | X | -SPLIT- | | 2,726.38 | -11,634.06 |
| Paycheck | 01/31/2018 | 5464 | | DAVID C MALLISON | | X | -SPLIT- | | 1,512.60 | -13,146.66 |
| Paycheck | 01/31/2018 | 5466 | | JEFFREY N SPEN... | | X | -SPLIT- | | 584.86 | -13,731.52 |
| Paycheck | 01/31/2018 | 5468 | | NATHAN TANNER | | X | -SPLIT- | | 901.21 | -14,632.73 |
| Paycheck | 01/31/2018 | 5469 | | ROBERT TARBOX | | X | -SPLIT- | | 1,166.23 | -15,798.96 |
| Check | 01/31/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 35.00 | -15,833.96 |
| Check | 01/31/2018 | 5461 | | NORTON BUILDIN... | | X | REPAIRS/MAI... | | 1,038.00 | -16,871.96 |
| Paycheck | 01/31/2018 | 5478 | | RICHARD E BECK... | | X | -SPLIT- | | 105.94 | -16,977.90 |
| **Total GENERAL** | | | | | | | | 100,207.82 | 117,474.81 | -16,977.90 |
| **TOTAL** | | | | | | | | 100,207.82 | 117,474.81 | -16,977.90 |

3:43 PM
02/20/18
Accrual Basis

## B.L.Gustafson, L.L.C.
### Transactions by Account
### As of January 31, 2018

Page 2

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 01/10/2018 | | | GEICO | | X | INSURANCE | | 689.37 | -7,211.39 |
| Deposit | 01/10/2018 | | | | MEDICARE | X | AMBULANCE ... | 4,512.49 | | -2,698.90 |
| Check | 01/11/2018 | | | DIRECT TV | | X | DIRECT TV | | 304.02 | -3,002.92 |
| Check | 01/11/2018 | | | RUNWAY | | X | MISC/MEALS | | 140.00 | -3,142.92 |
| Check | 01/11/2018 | | | POS | | X | EMPLOYEE I... | | 20.00 | -3,162.92 |
| Check | 01/12/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 35.00 | -3,197.92 |
| Check | 01/12/2018 | 5440 | | GARY GEER | | X | Loan Payable ... | | 1,220.00 | -4,417.92 |
| Check | 01/12/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 175.00 | -4,592.92 |
| Deposit | 01/16/2018 | | | COSTAS ACE HAR... | Deposit | X | AMBULANCE... | 16,260.42 | | 11,667.50 |
| Check | 01/16/2018 | 5441 | | BURLESON TRUE... | 1602 | X | COSTAS ACE... | | 4,000.00 | 7,667.50 |
| Check | 01/16/2018 | 5442 | | PRAXAIR | | X | BURLESON T... | | 520.31 | 7,147.19 |
| Check | 01/16/2018 | 5443 | | NORTHWEST SAV... | | X | PRAXAIR | | 576.79 | 6,570.40 |
| Check | 01/16/2018 | | | POS | | X | SERVICE CH... | | 105.00 | 6,465.40 |
| Check | 01/16/2018 | | | POS | | X | INVENTORY ... | | 5,150.00 | 1,315.40 |
| Check | 01/16/2018 | | | POS | | X | INVENTORY ... | | 3,100.00 | -1,784.60 |
| Check | 01/16/2018 | | | POS | | X | INVENTORY ... | | 1,505.00 | -3,289.60 |
| Paycheck | 01/17/2018 | 5447 | | JAMIE T KIBBE | | X | -SPLIT- | | 1,306.44 | -4,596.04 |
| Paycheck | 01/17/2018 | 5449 | | LORI GREENMAN | | X | -SPLIT- | | 392.21 | -4,988.25 |
| Paycheck | 01/17/2018 | 5451 | | TIMOTHY CRANDA... | | X | -SPLIT- | | 850.51 | -5,838.76 |
| Paycheck | 01/17/2018 | 5444 | | ANDREW W HORT... | | X | -SPLIT- | | 1,043.78 | -6,882.54 |
| Paycheck | 01/17/2018 | 5445 | | BRIAN L GUSTAFS... | | X | -SPLIT- | | 2,613.38 | -9,495.92 |
| Paycheck | 01/17/2018 | 5446 | | DAVID C MALLISON | | X | -SPLIT- | | 1,461.60 | -10,947.52 |
| Paycheck | 01/17/2018 | 5452 | | JEFFREY SPEN... | | X | -SPLIT- | | 617.24 | -11,564.76 |
| Paycheck | 01/17/2018 | 5450 | | NATHAN TANNER | | X | -SPLIT- | | 874.22 | -12,438.98 |
| Deposit | 01/17/2018 | | | | MEDICARE | X | AMBULANCE... | 3,075.63 | | -9,363.35 |
| Check | 01/17/2018 | | | POS | | X | INSURANCE | | 93.00 | -9,456.35 |
| Check | 01/18/2018 | | | POS | | X | JOHN DEERE | | 2,020.00 | -11,476.35 |
| Check | 01/18/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 35.00 | -11,511.35 |
| Deposit | 01/19/2018 | | | NORTHWEST SAV... | Deposit | X | AMBULANCE | 15,455.72 | | 3,944.37 |
| Check | 01/20/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 175.00 | 3,769.37 |
| Check | 01/20/2018 | 5453 | | CLOSES LUMBER | | X | REPAIR/MAIN... | | 4,510.04 | -740.67 |
| Check | 01/20/2018 | 5454 | | UPMC HEALTH PL... | VOID: | X | UPMC | 0.00 | | -740.67 |
| Check | 01/20/2018 | | | POS | | X | INVENTORY ... | | 2,540.00 | -3,280.67 |
| Check | 01/20/2018 | 5455 | | ALFIERI & ALFIERI | | X | ALFIERI & AL... | | 2,500.00 | -5,780.67 |
| Check | 01/20/2018 | 5456 | | ROBERT LOVELL | ON ACCOUNT | X | ROBERT LOV... | | 1,023.00 | -6,803.67 |
| Deposit | 01/22/2018 | | | | Deposit | X | -SPLIT- | 18,312.59 | | 11,508.92 |
| Check | 01/22/2018 | 5457 | | NORTON BUILDIN... | | X | REPAIRS/MAI... | | 1,525.25 | 9,983.67 |
| Check | 01/22/2018 | | | POS | | X | LEGAL | | 2,525.00 | 7,458.67 |
| Check | 01/22/2018 | 5458 | | GEORGE CASTEL... | | X | CONTRACTE... | | 2,500.00 | 4,958.67 |
| Check | 01/22/2018 | | | POS | | X | INVENTORY ... | | 1,599.99 | 3,358.68 |
| Check | 01/22/2018 | | | MAC | | X | OWNER DRAW | | 300.00 | 3,058.68 |
| Check | 01/23/2018 | | | POS | | X | -SPLIT- | | 2,044.49 | 1,014.19 |
| Check | 01/23/2018 | | | KUBOTA | KUBOTA | X | EQUIPMENT | | 4,000.00 | -2,985.81 |
| Check | 01/26/2018 | 5459 | | CENTRAL PENN G... | | X | Loan Payable | | 857.24 | -3,843.05 |
| Check | 01/26/2018 | 5460 | | GARY GEER | Deposit | X | Loan Payable | | 1,220.00 | -5,063.05 |
| Deposit | 01/26/2018 | | | | Deposit | X | AMBULANCE | 1,238.77 | | -3,824.28 |
| Check | 01/26/2018 | | | POS | | X | SUBSCRIPTI... | | 37.66 | -3,861.94 |
| Check | 01/26/2018 | | | POS | | X | -SPLIT- | | 624.47 | -4,486.41 |
| Check | 01/26/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 70.00 | -4,556.41 |

3:43 PM
02/20/18
Accrual Basis

# B.L.Gustafson, L.L.C.
## Transactions by Account
### As of January 31, 2018

Page 1

## GENERAL

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 289.09 |
| Check | 01/02/2018 | | | POS | | x | -SPLIT- | | 264.50 | 24.59 |
| Deposit | 01/03/2018 | | | POS | MEDICARE | x | AMBULANCE ... | 7,032.25 | | 7,056.84 |
| Check | 01/03/2018 | 5407 | | NORTHWEST SAV... | | x | GAS/FUEL | | 11.00 | 7,045.84 |
| Check | 01/03/2018 | 5410 | | ANDREW W HORT... | | x | SERVICE CH... | | 35.00 | 7,010.84 |
| Paycheck | 01/03/2018 | 5411 | | JAMIE T KIBBE | | x | -SPLIT- | | 1,043.77 | 5,967.07 |
| Paycheck | 01/03/2018 | 5412 | | LORI GREENMAN | | x | -SPLIT- | | 1,143.52 | 4,823.55 |
| Paycheck | 01/03/2018 | 5413 | | NATHAN TANNER | | x | -SPLIT- | | 26.48 | 4,797.07 |
| Paycheck | 01/03/2018 | 5414 | | RICHARD E BECK... | | x | -SPLIT- | | 874.21 | 3,922.86 |
| Paycheck | 01/03/2018 | 5408 | | TIMOTHY CRANDA... | | x | -SPLIT- | | 31.78 | 3,891.08 |
| Paycheck | 01/03/2018 | 5409 | | BRIAN L GUSTAFS... | | x | -SPLIT- | | 765.12 | 3,125.96 |
| Paycheck | 01/03/2018 | 5415 | | DAVID C MALLISON | | x | -SPLIT- | | 2,613.38 | 512.58 |
| Paycheck | 01/03/2018 | 5416 | | BRYAN D GREEN... | | x | -SPLIT- | | 1,451.60 | -939.02 |
| Paycheck | 01/03/2018 | | | JEFFREY N SPEN... | | x | -SPLIT- | | 70.62 | -1,009.64 |
| Check | 01/03/2018 | | | | | x | -SPLIT- | | 617.24 | -1,626.88 |
| Deposit | 01/04/2018 | | | UPMC HEALTH PL... | Deposit | x | AMBULANCE I... | 16,562.50 | | 14,935.62 |
| Check | 01/04/2018 | | | MAC | | x | EMPLOYEE I... | | 13,377.59 | 1,558.03 |
| Check | 01/04/2018 | 5417 | | U.S. TRUSTEE | | x | -SPLIT- | | 500.00 | 1,058.03 |
| Check | 01/05/2018 | | | TRANSFER | | x | U.S. TRUSTEE | | 975.80 | 82.23 |
| Check | 01/08/2018 | | | NORTHWEST SAV... | | x | INVENTORY ... | | 2,200.00 | -2,117.77 |
| Check | 01/08/2018 | | | | | x | WIRE FEE | | 25.00 | -2,142.77 |
| Deposit | 01/08/2018 | | | | Deposit | x | AMBULANCE ... | 17,757.45 | | 15,614.68 |
| Check | 01/08/2018 | 5418 | | SMETHPORT BOR... | | x | -SPLIT- | | 2,673.85 | 12,940.83 |
| Check | 01/08/2018 | 5419 | | RR SERVICES | 098839 | x | REPAIR/MAIN... | | 150.00 | 12,790.83 |
| Check | 01/08/2018 | 5420 | | KEYLESS AND CA... | | x | KEYLESS AN... | | 90.00 | 12,700.83 |
| Check | 01/08/2018 | 5421 | | DUFFY INC. | 34853 | x | REPAIR/MAIN... | | 445.75 | 12,255.08 |
| Check | 01/08/2018 | 5422 | | CASELLA WASTE | | x | CASELLA WA... | | 188.64 | 12,066.44 |
| Check | 01/08/2018 | 5423 | | PENELEC | | x | -SPLIT- | | 642.67 | 11,423.77 |
| Check | 01/08/2018 | 5424 | | VERIZON | | x | -SPLIT- | | 615.50 | 10,808.27 |
| Check | 01/08/2018 | 5425 | | NATIONAL FUEL | | x | -SPLIT- | | 550.81 | 10,257.46 |
| Check | 01/08/2018 | 5426 | | VERIZON WIRELE... | | x | VERIZON WI... | | 645.76 | 9,611.70 |
| Check | 01/08/2018 | 5427 | | STATE FARM | | x | EMPLOYEE I... | | 96.00 | 9,515.70 |
| Check | 01/08/2018 | 5428 | | SMETHPORT TIRE | | x | SMETHPORT | | 1,401.28 | 8,114.42 |
| Check | 01/08/2018 | 5429 | | HERZOG OIL | | x | HERZOG OIL | | 1,999.10 | 6,115.32 |
| Check | 01/08/2018 | 5430 | | SST | | x | FEATHERLIT... | | 1,033.98 | 5,081.34 |
| Check | 01/08/2018 | 5431 | | JOHNSTON TOOL... | | x | REPAIR/MAIN... | | 299.00 | 4,782.34 |
| Check | 01/08/2018 | 5432 | | RYAN YINGLING | | x | RYAN YINGLI... | | 2,100.00 | 2,682.34 |
| Check | 01/08/2018 | 5434 | | DIRECT TV | | x | DIRECT TV | | 264.23 | 2,418.11 |
| Check | 01/08/2018 | | | MOORE MEDICAL | | x | MOORE MEDI... | | 55.12 | 2,362.59 |
| Check | 01/08/2018 | | | POS | | x | PERSONAL | | 66.04 | 2,296.95 |
| Check | 01/09/2018 | 5435 | | COSTAS SUPERM... | | x | COSTAS SUP... | | 512.53 | 1,784.42 |
| Check | 01/09/2018 | 5436 | | AIRGAS | | x | SHOP | | 62.54 | 1,721.88 |
| Check | 01/09/2018 | 5437 | | NATIONAL FUEL | VOID:181.05 | x | GAS | 0.00 | | 1,721.88 |
| Check | 01/09/2018 | 5438 | | PENELEC | VOID:977.30 | x | -SPLIT- | 0.00 | | 1,721.88 |
| Check | 01/09/2018 | | | POS | | x | INVENTORY... | | 1,203.20 | 518.68 |
| Check | 01/09/2018 | | | POS | | x | INVENTORY... | | 2,003.20 | -1,484.52 |
| Check | 01/09/2018 | | | POS | | x | INVENTORY... | | 772.50 | -2,257.02 |
| Check | 01/09/2018 | | | POS | | x | INVENTORY... | | 2,265.00 | -4,522.02 |
| Check | 01/09/2018 | | | NORTHWESTERN ... | | x | EMPLOYEE I... | | 2,000.00 | -6,522.02 |

Account No



| Date | Check No. | Amount |
|---|---|---|
| 1/19/2018 | 5451 | $850.51 |
| 1/19/2018 | 5452 | $617.24 |
| 1/31/2018 | 5453 | $2,739.07 |
| 1/26/2018 | 5454 | $4,510.04 |
| 1/24/2018 | 5455 | $2,500.00 |
| 1/23/2018 | 5456 | $1,023.00 |
| 1/26/2018 | 5457 | $1,525.25 |
| 1/24/2018 | 5458 | $2,500.00 |
| 1/30/2018 | 5460 | $1,220.00 |

# Northwest



| Date | Check | Amount |
|---|---|---|
| 1/24/2018 | 5442 | $520.31 |
| 1/22/2018 | 5443 | $576.79 |
| 1/17/2018 | 5444 | $1,043.78 |
| 1/23/2018 | 5445 | $2,613.38 |
| 1/19/2018 | 5446 | $1,451.60 |
| 1/23/2018 | 5447 | $1,306.44 |
| 1/17/2018 | 5448 | $617.24 |
| 1/18/2018 | 5448 | $617.24 |
| 1/23/2018 | 5449 | $392.21 |
| 1/19/2018 | 5450 | $874.22 |

Account No
PAGE 9



| | | |
|---|---|---|
| 1/8/2018 | 5434 | $2,100.00 |
| 1/11/2018 | 5435 | $512.53 |
| 1/17/2018 | 5435 | $512.53 |
| 1/16/2018 | 5436 | $62.54 |
| 1/18/2018 | 5437 | $181.05 |
| 1/12/2018 | 5437 | $181.05 |
| 1/18/2018 | 5438 | $977.30 |
| 1/12/2018 | 5438 | $977.30 |
| 1/17/2018 | 5440 | $1,220.00 |
| 1/17/2018 | 5441 | $4,000.00 |

Account No



| Date | Check No. | Amount |
|---|---|---|
| 1/11/2018 | 5426 | $787.24 |
| 1/9/2018 | 5427 | $645.76 |
| 1/11/2018 | 5428 | $96.00 |
| 1/17/2018 | 5428 | $96.00 |
| 1/10/2018 | 5429 | $1,401.28 |
| 1/8/2018 | 5430 | $1,999.10 |
| 1/17/2018 | 5431 | $1,033.98 |
| 1/11/2018 | 5431 | $1,033.98 |
| 1/22/2018 | 5432 | $299.00 |
| 1/10/2018 | 5433 | $2,739.07 |

Account No

PAGE 7



| | | |
|---|---|---|
| 1/9/2018 | 5417 | $975.80 |
| 1/10/2018 | 5418 | $2,673.85 |
| 1/19/2018 | 5419 | $150.00 |
| 1/17/2018 | 5420 | $90.00 |
| 1/11/2018 | 5421 | $445.75 |
| 1/11/2018 | 5422 | $188.64 |
| 1/11/2018 | 5423 | $642.67 |
| 1/17/2018 | 5423 | $642.67 |
| 1/9/2018 | 5424 | $615.50 |
| 1/9/2018 | 5425 | $550.81 |

**Northwest**

Account No

PAGE 6





| 1/8/2018 | 5407 | $1,043.77 | 1/4/2018 | 5408 | $2,613.38 |

| 1/4/2018 | 5409 | $1,451.60 | 1/4/2018 | 5410 | $1,143.52 |

| 1/5/2018 | 5411 | $26.48 | 1/5/2018 | 5412 | $874.21 |

| 1/4/2018 | 5413 | $31.78 | 1/4/2018 | 5414 | $765.12 |

| 1/5/2018 | 5415 | $70.62 | 1/4/2018 | 5416 | $617.24 |

00042E50

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 1/1/2018 Through 1/31/2018 |

PAGE 5

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 01/25/18 | PAYPAL RETRY PYMT | 18.30 | | 3,031.18 |
| 01/26/18 | DEPOSIT | | 1,238.77 | 4,269.95 |
| 01/26/18 | PAYPAL *D W KNIVES 402-935-7733 CA | 24.88 | | 4,245.07 |
| 01/26/18 | PAYPAL *BIDDLEK 402-935-7733 CA | 11.38 | | 4,233.69 |
| 01/26/18 | PAYPAL *SSTEELE 402-935-7733 CA | 87.99 | | 4,145.70 |
| 01/26/18 | PAYPAL *DRCINDY224 402-935-7733 CA | 154.95 | | 3,990.75 |
| 01/26/18 | PAYPAL *CIRCLE A 402-935-7733 CA | 79.99 | | 3,910.76 |
| 01/26/18 | PAYPAL *IMHUNTN 402-935-7733 CA | 85.00 | | 3,825.76 |
| 01/26/18 | PAYPAL *TCBSR 402-935-7733 CA | 161.98 | | 3,663.78 |
| 01/26/18 | OnStar 888-4ONSTAR MI | 37.66 | | 3,626.12 |
| 01/26/18 | CHECK 5454 | 4,510.04 | | -883.92 |
| 01/26/18 | CHECK 5457 | 1,525.25 | | -2,409.17 |
| 01/29/18 | RETURNED CHECK | | 4,510.04 | 2,100.87 |
| 01/29/18 | MOORE MEDICAL LLC 800-2341464 CT | 460.73 | | 1,640.14 |
| 01/29/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5454 | 35.00 | | 1,605.14 |
| 01/29/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5457 | 35.00 | | 1,570.14 |
| 01/30/18 | CMS MEDICARE APPLI 410-786-3730 MD | 569.00 | | 1,001.14 |
| 01/30/18 | CHECK 5460 | 1,220.00 | | -218.86 |
| 01/31/18 | RETURNED CHECK | | 1,220.00 | 1,001.14 |
| 01/31/18 | CHECK 5453 | 2,739.07 | | -1,737.93 |
| 01/31/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5460 | 35.00 | | -1,772.93 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order   A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |
| | |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.

 **Northwest**

CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 1/1/2018 Through 1/31/2018 |

PAGE 4

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | | CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * Out of Order  A Converted to ACH | |
|---|---|---|---|---|---|---|---|
| | | | | | | CHECK NO | AMOUNT |
| 01/19/18 | RETURNED CHECK | | 181.05 | 12,001.53 | | | |
| 01/19/18 | RETURNED CHECK | | 617.24 | 12,618.77 | | | |
| 01/19/18 | RETURNED CHECK | | 977.30 | 13,596.07 | | | |
| 01/19/18 | CHECK 5419 | 150.00 | | 13,446.07 | | | |
| 01/19/18 | CHECK 5446 | 1,451.60 | | 11,994.47 | | | |
| 01/19/18 | CHECK 5450 | 874.22 | | 11,120.25 | | | |
| 01/19/18 | CHECK 5451 | 850.51 | | 10,269.74 | | | |
| 01/19/18 | CHECK 5452 | 617.24 | | 9,652.50 | | | |
| 01/19/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 9,617.50 | | | |
| 01/19/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 9,582.50 | | | |
| 01/19/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5437 | 35.00 | | 9,547.50 | | | |
| 01/19/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5438 | 35.00 | | 9,512.50 | | | |
| 01/19/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5448 | 35.00 | | 9,477.50 | | | |
| 01/22/18 | PAYPAL INST XFER | 2,540.00 | | 6,937.50 | | | |
| 01/22/18 | NIGHT DEPOSIT | | 18,312.59 | 25,250.09 | | | |
| 01/22/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 300.00 | | 24,950.09 | | | |
| 01/22/18 | CASEKNIFEOUTLET.CO 205-686-7895 AL | 1,599.99 | | 23,350.10 | | | |
| 01/22/18 | CHECK 5432 | 299.00 | | 23,051.10 | | | |
| 01/22/18 | CHECK 5443 | 576.79 | | 22,474.31 | | | |
| 01/23/18 | PAYPAL INST XFER | 57.90 | | 22,416.41 | | | |
| 01/23/18 | WITHDRAWAL | 4,000.00 | | 18,416.41 | | | |
| 01/23/18 | BERNSTEIN-BURKLEY 412-456-8100 PA | 2,525.00 | | 15,891.41 | | | |
| 01/23/18 | PAYPAL *AUTOMAN355 402-935-7733 CA | 124.85 | | 15,766.56 | | | |
| 01/23/18 | PAYPAL *DOORINWALL 402-935-7733 CA | 489.99 | | 15,276.57 | | | |
| 01/23/18 | PAYPAL *KINGTRAD 402-935-7733 CA | 106.95 | | 15,169.62 | | | |
| 01/23/18 | PAYPAL *D W KNIVES 402-935-7733 CA | 119.95 | | 15,049.67 | | | |
| 01/23/18 | PAYPAL *CHEVYDEBI2 402-935-7733 CA | 99.95 | | 14,949.72 | | | |
| 01/23/18 | PAYPAL *STEPHENROB 402-935-7733 CA | 1,044.90 | | 13,904.82 | | | |
| 01/23/18 | CHECK 5445 | 2,613.38 | | 11,291.44 | | | |
| 01/23/18 | CHECK 5447 | 1,306.44 | | 9,985.00 | | | |
| 01/23/18 | CHECK 5449 | 392.21 | | 9,592.79 | | | |
| 01/23/18 | CHECK 5456 | 1,023.00 | | 8,569.79 | | | |
| 01/24/18 | CHECK 5442 | 520.31 | | 8,049.48 | | | |
| 01/24/18 | CHECK 5455 | 2,500.00 | | 5,549.48 | | | |
| 01/24/18 | CHECK 5458 | 2,500.00 | | 3,049.48 | | | |

00032D50

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 1/1/2018 Through 1/31/2018 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | | CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order   A - Converted to ACH | |
|---|---|---|---|---|---|---|---|
| | | | | | | CHECK NO | AMOUNT |
| | FUNDS SERIAL # 5426 | | | | | | |
| 01/12/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | -1,574.55 | | | |
| | FUNDS SERIAL # 5428 | | | | | | |
| 01/12/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | -1,609.55 | | | |
| | FUNDS SERIAL # 5431 | | | | | | |
| 01/12/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | -1,644.55 | | | |
| | FUNDS SERIAL # 5435 | | | | | | |
| 01/16/18 | NIGHT DEPOSIT | | 16,260.42 | 14,615.87 | | | |
| 01/16/18 | RETURNED CHECK | | 181.05 | 14,796.92 | | | |
| 01/16/18 | RETURNED CHECK | | 977.30 | 15,774.22 | | | |
| 01/16/18 | PAYPAL INST XFER | 1,505.00 | | 14,269.22 | | | |
| 01/16/18 | PAYPAL INST XFER | 3,100.00 | | 11,169.22 | | | |
| 01/16/18 | PAYPAL INST XFER | 5,150.00 | | 6,019.22 | | | |
| 01/16/18 | CHECK 5436 | 62.54 | | 5,956.68 | | | |
| 01/16/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 5,921.68 | | | |
| 01/16/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | 5,886.68 | | | |
| | FUNDS SERIAL # 5437 | | | | | | |
| 01/16/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | 5,851.68 | | | |
| | FUNDS SERIAL # 5438 | | | | | | |
| 01/17/18 | NOVITAS HCCLAIMPMT 1336204577 | | 3,075.63 | 8,927.31 | | | |
| 01/17/18 | NATIONAL INDEMNI NATL INDEM | 93.00 | | 8,834.31 | | | |
| 01/17/18 | CHECK 5420 | 90.00 | | 8,744.31 | | | |
| 01/17/18 | CHECK 5423 | 642.67 | | 8,101.64 | | | |
| 01/17/18 | CHECK 5428 | 96.00 | | 8,005.64 | | | |
| 01/17/18 | CHECK 5431 | 1,033.98 | | 6,971.66 | | | |
| 01/17/18 | CHECK 5435 | 512.53 | | 6,459.13 | | | |
| 01/17/18 | CHECK 5440 | 1,220.00 | | 5,239.13 | | | |
| 01/17/18 | CHECK 5441 | 4,000.00 | | 1,239.13 | | | |
| 01/17/18 | CHECK 5444 | 1,043.78 | | 195.35 | | | |
| 01/17/18 | CHECK 5448 | 617.24 | | -421.89 | | | |
| 01/18/18 | RETURNED CHECK | | 617.24 | 195.35 | | | |
| 01/18/18 | BERNSTEIN-BURKLEY 412-456-8100 PA | 2,020.00 | | -1,824.65 | | | |
| 01/18/18 | PAYPAL INST XFER | 18.30 | | -1,842.95 | | | |
| 01/18/18 | CHECK 5437 | 181.05 | | -2,024.00 | | | |
| 01/18/18 | CHECK 5438 | 977.30 | | -3,001.30 | | | |
| 01/18/18 | CHECK 5448 | 617.24 | | -3,618.54 | | | |
| 01/18/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | -3,653.54 | | | |
| | FUNDS SERIAL # 5448 | | | | | | |
| 01/19/18 | NIGHT DEPOSIT | | 15,455.72 | 11,802.18 | | | |
| 01/19/18 | PAYPAL INST XFER | 18.30 | | 11,820.48 | | | |



# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 1/1/2018 Through 1/31/2018 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/08/18 | CHECK 5434 | 2,100.00 | | 12,105.99 | | 5438 | 977.30 |
| 01/09/18 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | 10,105.99 | * | 5438 | 977.30 |
| 01/09/18 | WITHDRAWAL | 2,265.00 | | 7,840.99 | * | 5440 | 1,220.00 |
| 01/09/18 | SQ *STATESIDE CLAS Belmont NC | 772.50 | | 7,068.49 | | 5441 | 4,000.00 |
| 01/09/18 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 2,003.20 | | 5,065.29 | | 5442 | 520.31 |
| | | | | | | 5443 | 576.79 |
| 01/09/18 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 1,203.20 | | 3,862.09 | | 5444 | 1,043.78 |
| | | | | | | 5445 | 2,613.38 |
| 01/09/18 | CHECK 5417 | 975.80 | | 2,886.29 | | 5446 | 1,451.60 |
| 01/09/18 | CHECK 5424 | 615.50 | | 2,270.79 | | 5447 | 1,306.44 |
| 01/09/18 | CHECK 5425 | 550.81 | | 1,719.98 | | 5448 | 617.24 |
| 01/09/18 | CHECK 5427 | 645.76 | | 1,074.22 | * | 5448 | 617.24 |
| 01/10/18 | NOVITAS HCCLAIMPMT 1336204577 | | 4,512.49 | 5,586.71 | | 5449 | 392.21 |
| 01/10/18 | GEICO *AUTO 800-841-3000 DC | 689.37 | | 4,897.34 | | 5450 | 874.22 |
| 01/10/18 | CHECK 5418 | 2,673.85 | | 2,223.49 | | 5451 | 850.51 |
| 01/10/18 | CHECK 5429 | 1,401.28 | | 822.21 | | 5452 | 617.24 |
| 01/10/18 | CHECK 5433 | 2,739.07 | | -1,916.86 | | 5453 | 2,739.07 |
| 01/11/18 | RETURNED CHECK | | 2,739.07 | 822.21 | | 5454 | 4,510.04 |
| 01/11/18 | CAMERON COUNTY HEA EMPORIUM PA | 20.00 | | 802.21 | | 5455 | 2,500.00 |
| 01/11/18 | THE RUNWAY BAR GRI LEWIS RUN PA | 140.00 | | 662.21 | | 5456 | 1,023.00 |
| 01/11/18 | CHECK 5421 | 445.75 | | 216.46 | | 5457 | -1,525.25 |
| 01/11/18 | CHECK 5422 | 188.64 | | 27.82 | | 5458 | 2,500.00 |
| 01/11/18 | CHECK 5423 | 642.67 | | -614.85 | * | 5460 | 1,220.00 |
| 01/11/18 | CHECK 5426 | 787.24 | | -1,402.09 | | | |
| 01/11/18 | CHECK 5428 | 96.00 | | -1,498.09 | | | |
| 01/11/18 | CHECK 5431 | 1,033.98 | | -2,532.07 | | | |
| 01/11/18 | CHECK 5435 | 512.53 | | -3,044.60 | | | |
| 01/11/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5433 | 35.00 | | -3,079.60 | | | |
| 01/12/18 | RETURNED CHECK | | 96.00 | -2,983.60 | | | |
| 01/12/18 | RETURNED CHECK | | 512.53 | -2,471.07 | | | |
| 01/12/18 | RETURNED CHECK | | 642.67 | -1,828.40 | | | |
| 01/12/18 | RETURNED CHECK | | 787.24 | -1,041.16 | | | |
| 01/12/18 | RETURNED CHECK | | 1,033.98 | -7.18 | | | |
| 01/12/18 | DTV*DIRECTV SERVIC 800-347-3288 CA | 304.02 | | -311.20 | | | |
| 01/12/18 | CHECK 5437 | 181.05 | | -492.25 | | | |
| 01/12/18 | CHECK 5438 | 977.30 | | -1,469.55 | | | |
| 01/12/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5423 | 35.00 | | -1,504.55 | | | |
| 01/12/18 | OD RETURN ITEM FEE INSUFFICIENT | 35.00 | | -1,539.55 | | | |

CHECKS THIS PERIOD
IN CHECK NUMBER SEQUENCE
* - Out of Order    A - Converted to ACH

0002C050

 **Northwest**

CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

0021377
21377 2 AV 0.378

45

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 1/1/2018 Through 1/31/2018 |

06012850

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 289.09 | 135,076.57 | 133,014.55 | 0.00 | 0.00 | -1,772.93 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 01/02/18 | PAYPAL INST XFER | 119.94 | | 169.15 | 5407 | 1,043.77 |
| 01/02/18 | PAYPAL INST XFER | 46.75 | | 122.40 | 5408 | 2,613.38 |
| 01/02/18 | PAYPAL INST XFER | 16.25 | | 106.15 | 5409 | 1,451.60 |
| 01/02/18 | PAYPAL INST XFER | 75.68 | | 30.47 | 5410 | 1,143.52 |
| 01/02/18 | PAYPAL INST XFER | 5.88 | | 24.59 | 5411 | 26.48 |
| 01/02/18 | COMMWLTHOFPA INT PAEMPLOYTX 364721179 | 1,133.22 | | -1,108.63 | 5412 | 874.21 |
| | | | | | 5413 | 31.78 |
| 01/03/18 | NOVITAS HCCLAIMPMT 1336204577 | | 7,032.25 | 5,923.62 | 5414 | 765.12 |
| 01/03/18 | COMMWLTHOFPA INT PAEMPLOYTX 364721179 | | 1,133.22 | 7,056.84 | 5415 | 70.62 |
| | | | | | 5416 | 617.24 |
| 01/03/18 | SHEETZ 0166 PT ALLEGHENY PA | 11.00 | | 7,045.84 | 5417 | 975.80 |
| 01/03/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | 7,010.84 | 5418 | 2,673.85 |
| | | | | | 5419 | 150.00 |
| 01/04/18 | DEPOSIT | | 16,562.50 | 23,573.34 | 5420 | 90.00 |
| 01/04/18 | CREDIT REVERSAL | 16,562.50 | | 7,010.84 | 5421 | 445.75 |
| 01/04/18 | DEPOSIT | | 16,562.50 | 23,573.34 | 5422 | 188.64 |
| 01/04/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 23,073.34 | 5423 * | 642.67 |
| | | | | | 5423 | 642.67 |
| 01/04/18 | CHECK 5408 | 2,613.38 | | 20,459.96 | 5424 | 615.50 |
| 01/04/18 | CHECK 5409 | 1,451.60 | | 19,008.36 | 5425 | 550.81 |
| 01/04/18 | CHECK 5410 | 1,143.52 | | 17,864.84 | 5426 | 787.24 |
| 01/04/18 | CHECK 5413 | 31.78 | | 17,833.06 | 5427 | 645.76 |
| 01/04/18 | CHECK 5414 | 765.12 | | 17,067.94 | 5428 | 96.00 |
| 01/04/18 | CHECK 5416 | 617.24 | | 16,450.70 | 5428 * | 96.00 |
| 01/05/18 | WIRE RANDALL M WILDER | 2,200.00 | | 14,250.70 | 5429 | 1,401.28 |
| 01/05/18 | WIRE FEE | 25.00 | | 14,225.70 | 5430 | 1,999.10 |
| 01/05/18 | CHECK 5411 | 26.48 | | 14,199.22 | 5431 | 1,033.98 |
| 01/05/18 | CHECK 5412 | 874.21 | | 13,325.01 | 5431 * | 1,033.98 |
| 01/05/18 | CHECK 5415 | 70.62 | | 13,254.39 | 5432 | 299.00 |
| 01/05/18 | PAYPAL INST XFER | 66.04 | | 13,188.35 | 5433 | 2,739.07 |
| 01/08/18 | NIGHT DEPOSIT | | 17,757.45 | 30,945.80 | 5434 | 2,100.00 |
| 01/08/18 | MOORE MEDICAL LLC 800-2341464 CT | 55.12 | | 30,890.68 | 5435 | 512.53 |
| 01/08/18 | DTV*DIRECTV SERVIC 800-347-3288 CA | 264.23 | | 30,626.45 | 5435 * | 512.53 |
| 01/08/18 | UPMC HP PORTAL O HEALTH INS 9843119 | 13,377.59 | | 17,248.86 | 5436 | 62.54 |
| 01/08/18 | CHECK 5407 | 1,043.77 | | 16,205.09 | 5437 | 181.05 |
| 01/08/18 | CHECK 5430 | 1,999.10 | | 14,205.99 | 5437 * | 181.05 |

10:19 AM

02/20/18

Accrual Basis

**B.L.Gustafson, L.L.C.**

**Profit & Loss**

**January 2018**

|  | Jan 18 |
|---|---|
| VERIZON WIRELESS-CELL PHONE | 645.76 |
| Total STATION EXP. | 3,326.43 |
| SUBSCRIPTIONS | 37.66 |
| U.S. TRUSTEE | 975.80 |
| VEHICLE |  |
| INSURANCE | 782.37 |
| MAINTAINCE | 200.00 |
| SMETHPORT TIRE | 1,401.28 |
| Total VEHICLE | 2,383.65 |
| Total Expense | 127,907.84 |
| Net Income | -27,700.02 |

**B.L.Gustafson, L.L.C.**
**Profit & Loss**
January 2018

10:19 AM
02/20/18
Accrual Basis

| | Jan 18 |
|---|---|
| **MEDICAL SUPPLIES** | |
| MOORE MEDICAL | 515.85 |
| PRAXAIR | 576.79 |
| **Total MEDICAL SUPPLIES** | 1,092.64 |
| **NORTHWEST SAVINGS BANK** | |
| SERVICE CHARGE | 665.00 |
| WIRE FEE | 25.00 |
| **Total NORTHWEST SAVINGS BANK** | 690.00 |
| **PAYROLL EXP.** | |
| EMPLOYEE INSURANCE | 15,493.59 |
| PAYROLL EXP. - Other | 40,978.89 |
| **Total PAYROLL EXP.** | 56,472.48 |
| **RENTALS** | |
| 1039 MOODY HOLLOW | |
| PENELEC | 0.00 |
| VERIZON | 144.23 |
| Total 1039 MOODY HOLLOW | 144.23 |
| 106 SOUTH MECHANIC | |
| GAS | 0.00 |
| REPAIRS/MAINTAINCE | 2,563.25 |
| SMETHPORT BOROUGH | 264.67 |
| Total 106 SOUTH MECHANIC | 2,827.92 |
| COLONIAL | |
| GAS | 550.81 |
| REPAIR/MAINTAINCE | 0.00 |
| SMETHPORT BOROUGH | 2,409.18 |
| Total COLONIAL | 2,959.99 |
| HILLCREST | |
| ROBERT LOVELL | 1,023.00 |
| Total HILLCREST | 1,023.00 |
| RAUGHT PROPERTY | |
| GAS | 268.68 |
| PENELEC | 0.00 |
| REPAIR/MAINTAINCE | 894.75 |
| Total RAUGHT PROPERTY | 1,163.43 |
| **Total RENTALS** | 8,118.57 |
| **SHOP** | |
| PENELEC | 299.08 |
| SHOP - Other | 302.54 |
| **Total SHOP** | 601.62 |
| **STATION EXP.** | |
| MISC/MEALS | |
| STATION 16 | 709.00 |
| DIRECT TV | 568.25 |
| GAS | 588.56 |
| PENELEC | 343.59 |
| VERIZON PHONE | 471.27 |
| Total STATION 16 | 1,971.67 |

10:19 AM
02/20/18
Accrual Basis

# B.L.Gustafson, L.L.C.
# Profit & Loss
### January 2018

| | Jan 18 |
|---|---|
| **Income** | |
| AMBULANCE DEPOSIT | 94,907.82 |
| RENTAL INCOME | |
| 1039 MOODY HOLLOW | 500.00 |
| 106 SOUTH MECHANIC | 1,000.00 |
| BUSH HILL PROPERTY | 400.00 |
| COLONIAL | 2,000.00 |
| HILLCREST | 400.00 |
| RAUGHT PROPERTY | 1,000.00 |
| **Total RENTAL INCOME** | 5,300.00 |
| **Total Income** | 100,207.82 |
| **Expense** | |
| BRIAN GUSTAFSON | |
| 1235 WEST MAIN | |
| KEYLESS AND CAMERA | 90.00 |
| **Total 1235 WEST MAIN** | 90.00 |
| OWNER DRAW | 360.00 |
| PERSONAL | 330.54 |
| **Total BRIAN GUSTAFSON** | 780.54 |
| BRYNWOOD FARM | |
| BARN | |
| FEATHERLITE TRLR | 1,033.98 |
| **Total BARN** | 1,033.98 |
| **Total BRYNWOOD FARM** | 1,033.98 |
| BURLESON TRUE VALUE | 520.31 |
| CASELLA WASTE SYSTEMS | 188.64 |
| CONTRACTED SERVICE | 2,500.00 |
| COSTAS ACE HARDWARE | 4,000.00 |
| COSTAS SUPERMARKET | 512.53 |
| EQUIPMENT | |
| JOHN DEERE | 2,020.00 |
| RYAN YINGLING EQUIPMENT LEASE | 2,100.00 |
| EQUIPMENT - Other | 4,000.00 |
| **Total EQUIPMENT** | 8,120.00 |
| GAS/FUEL | |
| HERZOG OIL | 1,999.10 |
| GAS/FUEL - Other | 11.00 |
| **Total GAS/FUEL** | 2,010.00 |
| GUS'S GUNS | |
| INVENTORY PURCHASE | 25,007.85 |
| **Total GUS'S GUNS** | 25,007.85 |
| LEGAL | |
| ALFIERI & ALFERI | 2,500.00 |
| LEGAL - Other | 2,525.00 |
| **Total LEGAL** | 5,025.00 |
| MEDICAL EXP. EMPLOYEE | |
| UPMC | 4,510.04 |
| **Total MEDICAL EXP. EMPLOYEE** | 4,510.04 |

|                            | Jan 31, 18   |
|----------------------------|-------------:|
| **Equity**                 |              |
| OPENING BALANCE            |  -244,477.38 |
| Owners Equity              |  -108,794.46 |
| Net Income                 |   -27,700.02 |
| **Total Equity**           |  -380,971.86 |
| **TOTAL LIABILITIES & EQUITY** | 243,993.76 |

# B.L.Gustafson, L.L.C.
## Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| GENERAL | -16,977.90 |
| **Total Checking/Savings** | -16,977.90 |
| **Total Current Assets** | -16,977.90 |
| **Fixed Assets** | |
| **Buildings & Land** | |
| **Ambulance Barn & House** | |
| Accum Deprec - Ambulance Barn- | -87,875.00 |
| Ambulance Barn & House - Other | 70,771.66 |
| **Total Ambulance Barn & House** | -17,103.34 |
| **Bush Hill House** | |
| Accum Deprec - Bush Hill | -15,273.00 |
| Bush Hill House - Other | 30,000.00 |
| **Total Bush Hill House** | 14,727.00 |
| **Colonial** | |
| Accum Deprec - Colonial | -205,275.00 |
| Colonial - Other | 335,524.00 |
| **Total Colonial** | 130,249.00 |
| **Hillcrest Terrace** | |
| Accum Deprec - Hillcrest | -74,631.00 |
| Hillcrest Terrace - Other | 171,055.00 |
| **Total Hillcrest Terrace** | 96,424.00 |
| **Total Buildings & Land** | 224,296.66 |
| **Vehicles** | |
| Accum Deprec - Vehicles | -91,755.00 |
| Vehicles - Other | 128,430.00 |
| **Total Vehicles** | 36,675.00 |
| **Total Fixed Assets** | 260,971.66 |
| **TOTAL ASSETS** | 243,993.76 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Payroll Liabilities | 25,610.35 |
| **Total Other Current Liabilities** | 25,610.35 |
| **Total Current Liabilities** | 25,610.35 |
| **Long Term Liabilities** | |
| Loan Payable - Geer | -2,440.00 |
| Loan Payable - Hamlin - 108600 | 101,915.49 |
| Loan Payable - Hamlin -9064 | 157,808.00 |
| Loan Payable - Hamlin  9061 - C | 156,474.48 |
| Loan Payable - Hamlin 7904 - BH | 59,273.18 |
| Loan Payable - Robert Lovell | 126,324.12 |
| **Total Long Term Liabilities** | 599,355.27 |
| **Total Liabilities** | 624,965.62 |

| Case Number: 17-10514-TPA |
|---|

# INCOME STATEMENT
### (Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|---|
| Gross Revenue | # | 100207.82 | | |
| Less: Returns & Discounts | | | | |
| Net Revenue | | | | |

| COST OF GOODS SOLD | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Officer/Insider Compensation | 11538.75 | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | 116369.09 | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | 127909.84 | | |

| Income Before Non-operating Income and Expense | -27702.02 | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | -27702.02 | | |
|---|---|---|---|

Page 3

| Case Number: 17-10514-TPA | CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS | | | | |

## CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Cash | Operating | Payroll | Tax | |
| | | 2166032330 # | | # | |
| Balance at Beginning of Period | | 289.09 | | | |
| **RECEIPTS** | | | | | |
| Cash Sales | | 94207.82 | | | |
| Accounts Receivable | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| | | | | | |
| Other  (attach list) | | | | | |
| TOTAL RECEIPTS | | 94496.91 | | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | 127907.84 | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debts | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | 127907.84 | | | |
| Balance at End of Month | | -16977.9 | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| **Less:** Transfers to Other DIP Accounts | |
| **Plus:** Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | |