IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a Priority Care Ambulance, d/b/a Brian Gustafson Rentals, d/b/a B.L. Gustafson Excavation, d/b/a Brynwood Farm, | ) Chapter 11 ) ) ) Related to Doc. No. 121 |
| Debtors | ) |
| | ) |
| Kubota Credit Corporation, USA, | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a Priority Care Ambulance, d/b/a Brian Gustafson Rentals, d/b/a B.L. Gustafson Excavation, d/b/a Brynwood Farm, | ) ) ) ) |
| Respondent | ) |
| | ) |
| and | ) |
| | ) |
| United States Trustee, | ) Date and Time of Hearing: |
| Additional Respondent | ) March 22, 2018 at 8:00 a.m. |

## **DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 12th day of March, 2018, comes the Debtor, by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., with this Answer to the Movant's Motion for Relief from Automatic Stay, as follows:

**FIRST DEFENSE**

Paragraphs 1, 2, 3, 5 and 6 are admitted. The Debtor is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 7, 8 and 9, which are therefore denied. Paragraphs 4 and 10 are also denied. The allegation in Paragraph 11 represents a legal conclusion to which no response is required. To the extent that a response is required, paragraph 11 is denied.

**SECOND DEFENSE**

12.  The loan and security documents attached to the Motion as Exhibits A and B are in the name of Ralph R. Gustafson, Brian Gustafson's father.  There is no document signed by or on behalf of the Debtor B.L. Gustafson, LLC or Brian Gustafson individually.

13.  The Motion was not served upon Ralph L. Gustafson.  Ralph L. Gustafson's name does not appear on the Certificate of Service attached to the Motion.

14.  Ralph L. Gustafson is believed to be represented by James P. Miller, Esquire, 607 West Main Street, Smethport, Pennsylvania 16749.

15.  It is believed and therefore averred that Ralph L. Gustafson had entered into a payment plan with the Movant and has been making payments on this claim.

**THIRD DEFENSE**

16.  The Debtor leases the equipment from Ralph L. Gustafson.

17.  The equipment is necessary for an effective reorganization.

18.  The value of the equipment is believed to be greater than the debt.

WHEREFORE, the Debtor requests that the Motion be denied; and, that the Debtor have such other and further relief as is reasonable and just.

> Respectfully submitted,
>
> KNOX McLAUGHLIN GORNALL &
> SENNETT, P.C.
> Attorneys for Debtor
>
> By:   */s/ Guy C. Fustine*
>       Guy C. Fustine
>       PA I.D. No. 37543
>       120 West Tenth Street
>       Erie, Pennsylvania  16501-1461
>       (814) 459-2800
>       gfustine@kmgslaw.com

# 1911247.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a | ) Chapter 11 |
| Priority Care Ambulance, d/b/a Brian Gustafson | ) |
| Rentals, d/b/a B.L. Gustafson Excavation, d/b/a | ) |
| Brynwood Farm, | ) Related to Doc. No. 121 |
|             Debtors | ) |
| | ) |
| Kubota Credit Corporation, USA, | ) |
|             Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a | ) |
| Priority Care Ambulance, d/b/a Brian Gustafson | ) |
| Rentals, d/b/a B.L. Gustafson Excavation, d/b/a | ) |
| Brynwood Farm, | ) |
|             Respondent | ) |
| | ) |
| and | ) |
| | ) |
| United States Trustee, | ) Date and Time of Hearing: |
|             Additional Respondent | ) March 22, 2018 at 8:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of March, 2018, a copy of the Debtor's Answer to the Movant's Motion for Relief from Automatic Stay was served by first class, United States mail, postage pre-paid, and/or electronic service as set forth on the attached service list.

                                                  Respectfully submitted,

                                                  KNOX McLAUGHLIN GORNALL &
                                                  SENNETT, P.C.
                                                  Attorneys for Debtors

                                        By:   */s/ Guy C. Fustine*
                                                   Guy C. Fustine
                                                   PA I.D. No. 37543
                                                   120 West Tenth Street
                                                   Erie, Pennsylvania  16501-1461
                                                   (814) 459-2800
                                                   gfustine@kmgslaw.com

## **SERVICE LIST**

**Via US Mail:**

B.L. Gustafson, LLC
P.O. Box 344
Smethport, PA  16749

Kubota Credit Corp.
U.S. Steel Tower
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Thomas Ball, CPA
P.O. Box 1503
Smethport, PA  16749

James P. Miller, Esquire
jpmiller@jamespmillerlaw.com

Internal Revenue Service Insolvency Unit
P.O. Box 628
Pittsburgh, PA  15219

Christopher Poorman and
Bobbie Joe Poorman
1650 Market Street, 52nd Floor
Philadelphia, PA  19103

Ralph L. Gustafson
160 Jane Ware Road
Smethport, PA  16749

**Via CM/ECF;**

Keri P. Ebeck, Esquire
kebeck@weltman.com

Norma Hildenbrand, Esquire
on Behalf of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Robert C. Edmundson, Esquire
redmundson@attorneygeneral.gov

Jill Locnikar, Esquire
jill.locnikar@usdoj.gov

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Michael S. JanJanin, Esquire
mjanjanin@quinnfirm.com

Robert S. Bernstein, Esquire
rbernstein@bernsteinlaw.com

James P. Valecko, Esquire
jvalecko@weltman.com

# 1911247.v1