FILED
3/12/18 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | BANKRUPTCY NO. 17-10514TPA |
| B.L. GUSTAFSON, LLC. d/b/a : PRIORITY CARE AMBULANCE, : Debtor : | THE HONORABLE THOMAS P. AGRESTI<br><br>CHAPTER 11 |
| v. : | DATE and TIME OF HEARING:<br>Thursday, March 22, 2018 at 11:00 a.m. |
| HAMLIN BANK & TRUST : COMPANY, : Movant : | RESPONSES DUE: |
| v. : | RELATED TO CLAIM NO. _____<br>Rel to Doc No. 102 |
| B.L. GUSTAFSON, LLC. d/b/a : PRIORITY CARE AMBULANCE; and : BRIAN GUSTAFSON, : Respondents : | |

## ORDER GRANTING CONDITIONAL RELIEF FROM STAY

AND NOW, to-wit, this __12th__ day of March, 2018, upon consent of counsel, after hearing on the Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) filed by the Movant, Hamlin Bank & Trust Company, (hereinafter "Movant") at Document No. __102__.

It is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and therefore the automatic stay is terminated as it affects the interest of the Movant with respect to personal property identified a 1995 Ford E-350 Modular Ambulance with V.I.N. No. 1FDKE30F3SHA76490 and a 2000 Ford F-350 Modular Ambulance with V.I.N. No. 1FDWF37F2YED06261, PROVIDED, HOWEVER, that this Order granting relief from stay is stayed so long as the Debtor timely makes full monthly payments in the amount of $1,529.69 to the Movant beginning March, 2018, on or before the date upon which the monthly payment is

due, with a fifteen (15) day grace period. For the duration of this bankruptcy case, in the event that the Debtor fails to make any subsequent monthly payments to the Movant, then the stay of this Order shall be vacated and the automatic stay unconditionally lifted as it affects the interest of the Movant in said property upon the filing of an Affidavit of Default by Movant without further hearing or without entry of an additional Order. Such Affidavit of Default shall contain a statement of the default as supported by the creditor's own records.

The Debtors shall address the amount past due in the amount of $10,554.78 as of February 9, 2018 in its Plan of Reorganization.

The Debtor agrees to provide the Movant with proof of insurance in connection with both the 1995 Ford E-350 Modular Ambulance and the 2000 Ford F-350 Modular Ambulance within twenty (20) days of the date of this Order. The Debtor's failure to insure these tow (2) vehicles shall constitute an event of default entitling the Movant to file an Affidavit of Default.

It is further ORDERED that the hearing which had been scheduled for Thursday, March 22, 2018 at 11:00 a.m. is CANCELLED.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

CONSENTED TO:

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.


By:  */s/Michael S. JanJanin*
  Michael S. Jan Janin, Esq.
  Pa. I.D. No. 38880
  2222 West Grandview Boulevard
  Erie, PA 16506-4508
  Phone:  (814) 833-2222
  Fax:  (814) 833-6753
  **Email:  mjanjanin@quinnfirm.com**
  Attorneys for Movant, Hamlin Bank & Trust Company


KNOX LAW FIRM


By:  */s/Guy Fustine*
  Guy Fustine, Esquire
  120 West 10th Street
  Erie, PA 16501
  Phone No:  (814)923-4850
  Fax No.:  (814)453-4530
  **Email:  gfustine@kmgslaw.com**
  Attorneys for Debtor, B.L. Gustaftson, LLC
  d/b/a Priority Care Ambulance


#1108744

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut                Page 1 of 1               Date Rcvd: Mar 12, 2018
                         Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db         +B.L. Gustafson, LLC,    P.O. Box 344,   Smethport, PA 16749-0344
aty        +Knox McLaughlin Gornall & Sennett, P.C.,    120 West 10th Street,   Erie, PA 16501-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
        Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
         knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
        James Warmbrodt     on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
        James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
         jbluemle@weltman.com
        Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
         Internal Revenue Service jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
         knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
        Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
         mjanjanin@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
        Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
         redmundson@attorneygeneral.gov
        Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
         rbernstein@bernsteinlaw.com,
         pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                              TOTAL: 10