FILED
3/22/18 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:   17-10514-TPA |
| | : | |
| B.L. Gustafson, LLC | : | Chapter:    11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:    3/22/2018 |
| | : | Time:    08:30 |

### PROCEEDING MEMO

**MATTER:**      #121 MFRS by Kubota Credit Corporation, USA
            #129 Resp by Debtor

**APPEARANCES:**

|   |   |
|---|---|
| Debtor: | Michael Musone |
| Kubota Credit: | James Warmbrodt |

**NOTES:**

Warmbrodt:      Debtor sold to the excavator to a third party who is leasing it back to the debtor. Have suggested an order for conditional relief from stay. Request two weeks to submit stipulation providing for conditional relief.

**OUTCOME:**      Stipulation due April 5, 2018. Chambers to enter order.

jlm