Case 17-10514-TPA    Doc 139    Filed 03/22/18    Entered 03/22/18 13:16:23    Desc Main
Document      Page 1 of 1

FILED
3/22/18 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10514-TPA |
| B.L. Gustafson, LLC | : | Chapter: 11 |
| *Debtor(s).* | : | Date: 3/22/2018 |
| | : | Time: 08:30 |

### PROCEEDING MEMO

**MATTER:** #131 Motion to Dismiss Case for Failure to Timely File Tax Return

**APPEARANCES:**
    Debtor: Michael Musone
    IRS: Jill Locnikar (video)

**NOTES:**

Locnikar: Quarterly 2017 returns have not been filed and tax deposits have not been paid.

**OUTCOME:** Continued to April 26, 2018 at 11:30 A.M. Tax deficiencies shall be corrected by April 21, 2018 or the case will be converted to chapter 7 without further notice or hearing. Chambers to enter order.

*[signature]*

jlm