Case 17-10514-TPA    Doc 140    Filed 03/22/18    Entered 03/22/18 13:17:52    Desc Main
                              Document       Page 1 of 1

FILED
3/22/18 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                : Case No.:   17-10514-TPA
                                      :
B.L. Gustafson, LLC                   : Chapter:    11
                                      :
        *Debtor(s).*                  :
                                      : Date:       3/22/2018
                                      : Time:       08:30

## PROCEEDING MEMO

**MATTER:**        #133 Motion to Extend Time to File Monthly Operating Report

**APPEARANCES:**
                   Debtor:    Michael Musone
                   IRS:       Jill Locnikar (video)

**NOTES:**

**OUTCOME:**       GRANTED, Chambers to enter order.

*jlm*