FILED
3/22/18 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BYRNWOOD FARM and BRIAN GUSTAFSON RENTALS, *Debtor,* | Case No. 17-10514-TPA<br>Chapter 11 |
| KUBOTA CREDIT CORPORATION, USA, *Movant,*<br>v.<br>B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BYRNWOOD FARM and BRIAN GUSTAFSON RENTALS *Respondent.* | Related to Doc. No. 121, 129 |

## ORDER

A hearing was held this date on the ***Motion for Relief from Stay*** filed by Kubota Credit Corporation, USA (Doc. 121) and the ***Response*** filed by the Debtor (Doc. 129). At the hearing, the parties indicated that they were close to reaching an agreement on the matter. Therefore,

***AND NOW***, this ***22nd*** day of ***March, 2018***, for the reasons stated at the hearing, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that ***on or before April 5, 2018*** the parties shall file a *Stipulation* which resolves the pending *Motion for Relief from Stay* (Doc. 121).

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve: Guy Fustine, Esq., James Warmbrodt, Esq., Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                Page 1 of 1              Date Rcvd: Mar 22, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db             +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
              Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                                             TOTAL: 10