FILED
3/22/18 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BYRNWOOD FARM and BRIAN GUSTAFSON RENTALS,<br>*Debtor,* | Case No. 17-10514-TPA<br>Chapter 11 |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BYRNWOOD FARM and BRIAN GUSTAFSON RENTALS,<br>*Movant,*<br><br>v.<br><br>No Respondent. | Related to Doc. No. 133. |

## ORDER

On March 20, 2018 the Debtor filed a ***Motion for Extension of Time to File the February, 2018 Monthly Operating Report*** ("Motion") (Doc. 133). The *Motion* states the Debtor needs additional time to file the February 2018 Monthly Operating Report ("MOR") since the Debtor has not yet received the necessary financial information from its accountant. In reviewing this *Motion* the Court has noticed the Debtor has had a spotty history of timely filing its *MORs*. The case was filed on May 16, 2017, but the first *MOR* was not filed until July 14, 2017. The July 2017 and September 2017 *MORs* were one month delinquent as well. The most recent *MOR* filed for January 2018 had to be amended after the due date. These delinquencies all lacked any explanation of justifiable cause by the Debtor. Nevertheless, the Court recognizes the need for the Debtor's *MORs* to contain accurate information. Therefore,

*AND NOW,* this **22nd** day of **March, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the **Motion for Extension of Time to File the February, 2018 Monthly Operating Report** (Doc. 133) is **GRANTED** and **on or before April 9, 2018** the Debtor shall file the February 2018 *MOR*. The April *MOR* for the Month of March and each subsequent *MOR* shall be timely filed.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Guy C. Fustine, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 1                Date Rcvd: Mar 22, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtd
               rive.com
                                                                                              TOTAL: 10