FILED
3/23/18 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   B.L. GUSTAFSON, LLC, D/B/A GUS'S    :     Case No. 17-10514-TPA
   GUNS, PRIORITY CARE AMBULANCE,   :     Chapter 11
   B.L. GUSTAFSON EXCAVATION,                :
   BYRNWOOD FARM and BRIAN                :
   GUSTAFSON RENTALS,                        :
        *Debtor*,                                   :

   UNITED STATES OF AMERICA           :     Related to Doc. No. 131
   INTERNAL REVENUE SERVICE,           :
        *Movant*,                                 :
        v.                                        :
   B.L. GUSTAFSON, LLC, D/B/A              :     Hearing: **April 26, 2018** at **11:30 A.M.**
   GUS'S GUNS, PRIORITY CARE             :
   AMBULANCE, B.L. GUSTAFSON            :
   EXCAVATION, BYRNWOOD                 :
   FARM and BRIAN GUSTAFSON             :
   RENTALS                                    :
        *Respondent*.                        :

## ORDER

A hearing was held this date on the ***Motion to Dismiss*** filed by the United States of America Internal Revenue Service (the "IRS"). At the hearing, Counsel for the IRS informed the Court that the Debtor has failed to file several recent tax returns and failed to deposit two months of trust fund monies. Therefore,

***AND NOW***, this ***22nd*** day of ***March, 2018***, for the reasons stated at the hearing, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the ***Motion to Dismiss*** (Doc. 131) is continued to ***April 26, 2018*** at ***11:30 A.M.*** If the Debtor fails to resolve the foregoing tax filings/payment issues on or before said hearing, the above-captioned case will be converted to Chapter 7.

                                                              Thomas P. Agresti, Judge
                                                              United States Bankruptcy Court

Case administrator to serve: Guy Fustine, Esq., Jill Locnikar, Esq., Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                             Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 1              Date Rcvd: Mar 23, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db             +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
              Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                                                 TOTAL: 10