Case 17-10514-TPA    Doc 155    Filed 04/08/18    Entered 04/09/18 00:45:00    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
4/6/18 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>B.L Gustafson, LLC dba Gus's Guns, dba Priority Care Ambulance, dba Brian Gustafson Rentals, dba B.L. Gustafson Excavation, dba Brynwood Farm<br><br>Debtor<br><br>Kubota Credit Corporation, USA<br><br>Movant<br><br>v.<br><br>B.L Gustafson, LLC dba Gus's Guns, dba Priority Care Ambulance, dba Brian Gustafson Rentals, dba B.L. Gustafson Excavation, dba Brynwood Farm<br><br>Respondent | NO. 17-10514-TPA<br><br>CHAPTER 11<br><br>Related to Doc. 121, 129 , 153 |

## **STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant maintains a claim secured by a KUBOTA KX0404S3TP Excavator, Serial Number 21680 ("Equipment") pursuant to a Security Agreement and Retail Installment Contract ("Contract") by and between Movant and Ralph Leonard Gustafson;

WHEREAS, Ralph Leonard Gustafson is leasing the Equipment to Debtor;

WHEREAS, Ralph Leonard Gustafson's payments to Movant are delinquent;

WHEREAS, Movant and Ralph Leonard Gustafson have entered into a payment agreement to bring current the amounts due under the Contract;

WHEREAS, the undersigned parties have entered into the within Stipulation to resolve the pending motion for relief from stay filed by Movant;

It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to the KUBOTA KX0404S3TP Excavator, Serial Number 21680, provided however, that relief from stay shall not be effective so long as Ralph Leonard Gustafson's payments to the Movant are received on or before the date each payment is due.

2. For the duration of this bankruptcy case, in the event that Ralph Leonard Gustafson fails to make any payment due Movant, then the relief from stay provided in Paragraph 1 shall be effective and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to the KUBOTA KX0404S3TP Excavator, Serial Number 21680, upon the filing of an Affidavit of Default by Movant, without further hearing or without entry of an additional order, unless the Movant has received payment of the full amount of the delinquent payment(s) within twenty (20) days from the date of written notice of default provided to Debtor's undersigned counsel. Such Affidavit of Default shall contain a statement of default as supported by the Movant's own records.

3. Also, relief from the automatic stay shall be effective immediately upon conversion of Debtor's case to a case under Chapter 7.

Consented to by:

*/s/ Guy Fustine, Esquire*
Guy Fustine, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
Attorney for Debtor
120 West Tenth Street
Erie, PA 16501-1461
Phone: 814-459-2800
gfustine@kmgslaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby in APPROVED.

Dated: April 6, 2018

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1            Date Rcvd: Apr 06, 2018
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db           +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344
aty          +Knox McLaughlin Gornall & Sennett, P.C.,    120 West 10th Street,    Erie, PA 16501-1410
14519815     +Ralph L. Gustafson,    1235 W. Main Street,    Smethport, PA 16749-1046
14519814     +Ralph L. Gustafson,    160 Jane Ware Road,    Smethport, PA 16749-4916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
              Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James  Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                                             TOTAL: 10