453-4530

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re B.L. Gustafson, LLC
_____
Debtor

Case No. 17-10514-TPA

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **FEB 2018**

Date filed: 05/16/2017

Line of Business:

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

_Brian Gustafson_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☒ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

04/09/18 02:49PM Smethport Borough Police (814)8875801 P.09/21
Case 17-10514-TPA Doc 156 Filed 04/09/18 Entered 04/09/18 14:27:38 Desc Main
Document   Page 2 of 11

Received                          Apr 9 2018 12:57pm

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 134,734.52

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____
Cash on Hand at End of Month $ _____
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 141,877.35

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ _____
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ _____
*(Subtract Line C from Line B)*  CASH PROFIT FOR THE MONTH $ (7,142.83)

Received Apr 9 2018 12:58pm
04/09/18 02:09PM Smethport Branch Phone (856)887160 104/09/18
Case 17-10514-TPA Doc 156 Filed 04/09/18 Entered 04/09/18 14:27:38 Desc Main
Document Page 3 of 11

Page 1 of 4

Statement Detail    2166032330DD

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749

| | | |
|---|---|---|
| Balance as of | 1-31-2018 | 1,772.93- |
| +Deposits/CR | 17 | 146,056.88 |
| -Checks/DR | 137 | 143,650.02 |
| -Service Charge | | 0.00 |
| +Interest Paid | | 0.00 |
| Current Balance | | 633.93 |

| Post Date | Check # | Description | Description 2 | Description 3 | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/1/2018 | 5453 | RETURNED CHECK | | | 2,739.07 | 966.14 |
| 2/1/2018 | 5453 | OD RETURN ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5453 | -35.00 | 931.14 |
| 2/2/2018 | | NOVITAS HCCLAIMP | 1336204577 | | 5,523.83 | 6,454.97 |
| 2/2/2018 | | CASH WITHDRAWAL | | | -1,166.23 | 5,288.74 |
| 2/2/2018 | | CASH WITHDRAWAL | | | -881.39 | 4,407.35 |
| 2/2/2018 | 5459 | CHECK | | | -857.24 | 3,550.11 |
| 2/2/2018 | 5460 | CHECK | | | -1,220.00 | 2,330.11 |
| 2/2/2018 | 5462 | CHECK | | | -1,073.77 | 1,256.34 |
| 2/2/2018 | 5464 | CHECK | | | -1,512.60 | -256.26 |
| 2/2/2018 | 5466 | CHECK | | | -584.86 | -841.12 |
| 2/5/2018 | | PAYPAL INST XFE | | | -74.48 | -915.60 |
| 2/5/2018 | 5464 | RETURNED CHECK | | | 1,512.60 | 597.00 |
| 2/5/2018 | | LEE PALICHUK | IAT PAYPAL | BRIAN GUSTAFSON | -1,300.18 | -703.18 |
| 2/5/2018 | | REDEPOSIT ITEM | | | -12.00 | -715.18 |
| 2/5/2018 | 5464 | CHECK | | | -1,512.60 | -2,227.78 |
| 2/5/2018 | 5464 | OD RETURN ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5464 | -35.00 | -2,262.78 |
| 2/5/2018 | 5466 | OD PAID ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5466 | -35.00 | -2,297.78 |
| 2/6/2018 | | NIGHT DEPOSIT | | | 24,468.75 | 22,170.97 |
| 2/6/2018 | | LEE PALICHUK | IAT PAYPAL | BRIAN GUSTAFSON | 1,300.18 | 23,471.15 |
| 2/6/2018 | 5464 | RETURNED CHECK | | | 1,512.60 | 24,983.75 |
| 2/6/2018 | | CHARGEBACK ITEM | | | -1,512.60 | 23,471.15 |
| 2/6/2018 | | CHARGEBACK FEE | | | -12.00 | 23,459.15 |
| 2/6/2018 | | OD RETURN ITEM FEE | INSUFFICIENT FUNDS | | -35.00 | 23,424.15 |
| 2/6/2018 | 5464 | OD RETURN ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5464 | -35.00 | 23,389.15 |
| 2/7/2018 | | CASH WITHDRAWAL | | | -1,800.00 | 21,589.15 |
| 2/7/2018 | 5463 | CHECK | | | -2,726.38 | 18,862.77 |
| 2/8/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -400.00 | 18,462.77 |
| 2/8/2018 | | POS/VISA PURCH | BERNSTEIN-BURKLEY | 412-456-8100 PA | -2,525.00 | 15,937.77 |
| 2/8/2018 | | POS/VISA PURCH | OLD WORLD GUNS | 928-5678666 AZ | -2,962.50 | 12,975.27 |
| 2/8/2018 | | POS/VISA PURCHASED | DTV*DIRECTV SERVIC | 800-347-3288 CA | -223.11 | 12,752.16 |
| 2/8/2018 | 5465 | CHECK | | | -1,278.10 | 11,474.06 |
| 2/8/2018 | 5468 | CHECK | | | -901.21 | 10,572.85 |
| 2/8/2018 | 5475 | CHECK | | | -2,355.24 | 8,217.61 |
| 2/9/2018 | | NORTHWESTERN MU ISA PAYM | | | -2,000.00 | 6,217.61 |
| 2/9/2018 | | DEPOSIT | | | 16,014.70 | 22,232.31 |
| 2/9/2018 | | LEE PALICHUK | IAT PAYPAL | BRIAN GUSTAFSON | -1,276.17 | 20,956.14 |
| 2/9/2018 | | POS/VISA PURCH | AMMOFAST COM | 888-8712696 FL | -69.98 | 20,886.16 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *GIFTWAREHO | 402-935-7733 CA | -18.99 | 20,867.17 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *PCC CUTLER | 402-935-7733 CA | -115.00 | 20,752.17 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *JOHNLEE | 402-935-7733 CA | -89.98 | 20,662.19 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *PRIMEHUNTI | 402-935-7733 CA | -80.75 | 20,581.44 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *D W KNIVES | | | |

Received Apr 9 2018 12:59pm
04/09/18 02:20PM Smethport Borough Police (814)887-5800 04/09/18
Case 17-10514-TPA    Doc 156    Filed 04/09/18    Entered 04/09/18 14:27:38    Desc Main
Document    Page 4 of 11

Page 2 of 4

**Statement Detail**    2166032330DD

B L GUSTAFSON LLC
35 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749

| | | |
|---|---:|---:|
| Balance as of 1-31-2018 | | 1,772.93- |
| +Deposits/CR | 17 | 146,056.88 |
| -Checks/DR | 137 | 143,650.02 |
| -Service Charge | | 0.00 |
| +Interest Paid | | 0.00 |
| Current Balance | | 633.93 |

| Post Date | Check # | Description | Description 2 | Description 3 | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *UNIQUESALE | 402-935-7733 CA | -199.99 | 20,340.75 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *67 HARDWAR | 402-935-7733 CA | -84.94 | 20,255.81 |
| 2/9/2018 | | POS/VISA PURCH | PAYPAL *POWERFRAME | 402-935-7733 CA | -2,595.00 | 17,660.81 |
| 2/9/2018 | | POS/VISA PURCHASED | GEICO *AUTO | 800-841-3000 DC | -617.34 | 17,043.47 |
| 2/9/2018 | 5461 | CHECK | | | -1,038.00 | 16,005.47 |
| 2/9/2018 | 5476 | CHECK | | | -2,100.00 | 13,905.47 |
| 2/9/2018 | 5478 | CHECK | | | -105.94 | 13,799.53 |
| 2/12/2018 | | PAYPAL    ECHECK | | | -2,095.00 | 11,704.53 |
| 2/12/2018 | | NIGHT DEPOSIT | | | 17,931.75 | 29,636.28 |
| 2/12/2018 | | CASH WITHDRAWAL | | | -4,500.00 | 25,136.28 |
| 2/12/2018 | | LEE PALICHUK | RETRY PYMT | BRIAN GUSTAFSON | -1,300.18 | 23,836.10 |
| 2/12/2018 | | MISC. CREDIT | PAYPAL *67 HARDWAR | 4029357733 CA | 84.94 | 23,921.04 |
| 2/12/2018 | | POS/VISA PURCH | BUFFALO AUTO SHOW | WWW.SHOWCLIX. PA | -24.00 | 23,897.04 |
| 2/12/2018 | | POS/VISA PURCH | WALMART.COM 800966 | 800-966-6546 AR | -31.76 | 23,865.28 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *EPRAGUE | 402-935-7733 CA | -1,395.00 | 22,470.28 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *WILLI1953 | 402-935-7733 CA | -899.95 | 21,570.33 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *TCATBRUNK | 402-935-7733 CA | -394.75 | 21,175.58 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *WAYNECRAFT | 402-935-7733 CA | -359.99 | 20,815.59 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *BURTDW1 | 402-935-7733 CA | -200.00 | 20,615.59 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *OSGIKI | 402-935-7733 CA | -350.06 | 20,265.53 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *TRIO9TRIO9 | 402-935-7733 CA | -289.00 | 19,976.53 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *THINGSTHIS | 402-935-7733 CA | -78.85 | 19,897.68 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *LEESKNIVES | 402-935-7733 CA | -250.00 | 19,647.68 |
| 2/12/2018 | | POS/VISA PURCH | PAYPAL *PCC CUTLER | 402-935-7733 CA | -105.00 | 19,542.68 |
| 2/12/2018 | | POS/VISA PURCH | VEGASCOM MOBILE | 866-998-3427 NV | -227.77 | 19,314.91 |
| 2/12/2018 | 5474 | CHECK | | | -2,665.00 | 16,649.91 |
| 2/13/2018 | | POS/VISA PURCH | SOUTHWES   526141 | 800-435-9792 TX | -203.98 | 16,445.93 |
| 2/13/2018 | | POS/VISA PURCH | SWA*EARLYBRD526557 | 800-435-9792 TX | -15.00 | 16,430.93 |
| 2/13/2018 | | POS/VISA PURCH | SOUTHWES   526141 | 800-435-9792 TX | -203.98 | 16,226.95 |
| 2/13/2018 | | POS/VISA PURCH | SWA*EARLYBRD526557 | 800-435-9792 TX | -15.00 | 16,211.95 |
| 2/13/2018 | | POS/VISA PURCH | CAESARS PLACE ADV | 8662094732 NV | -375.85 | 15,836.10 |
| 2/13/2018 | 5471 | CHECK | | | -10,478.99 | 5,357.11 |
| 2/13/2018 | 5472 | CHECK | | | -2,758.13 | 2,598.98 |
| 2/13/2018 | 5473 | CHECK | | | -3,450.00 | -851.02 |
| 2/13/2018 | 5477 | CHECK | | | -88.28 | -939.30 |
| 2/13/2018 | 5479 | CHECK | | | -1,220.00 | -2,159.30 |
| 2/14/2018 | 5473 | RETURNED CHECK | | | 3,450.00 | 1,290.70 |
| 2/14/2018 | 5480 | CHECK | | | -651.23 | 639.47 |
| 2/14/2018 | 5483 | CHECK | | | -722.97 | -83.50 |
| 2/14/2018 | 5473 | OD RETURN ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5473 | -35.00 | -118.50 |
| 2/14/2018 | 5477 | OD PAID ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5477 | -35.00 | -153.50 |
| 2/14/2018 | 5479 | OD PAID ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5479 | -35.00 | -188.50 |
| 2/15/2018 | | DEPOSIT | | | 20,831.19 | 20,642.69 |
| 2/15/2018 | 5483 | RETURNED CHECK | | | 722.97 | 21,365.66 |
| 2/15/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | 100.00 | 21,265.66 |

04/09/18 02:20PM Smethport Borough Police (814)887-5801 2/5
Received  Apr 9 2018 01:00pm
Case 17-10514-TPA  Doc 156  Filed 04/09/18  Entered 04/09/18 14:27:38  Desc Main
Document  Page 5 of 11

Page 3 of 4

**Statement Detail**  2166032330DD

B L GUSTAFSON LLC
35 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749

| | | |
|---|---|---|
| Balance as of | 1-31-2018 | 1,772.93- |
| +Deposits/CR | 17 | 146,056.88 |
| -Checks/DR | 137 | 143,650.02 |
| -Service Charge | | 0.00 |
| +Interest Paid | | 0.00 |
| Current Balance | | 633.93 |

| Post Date | Check # | Description | Description 2 | Description 3 | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/15/2018 | 5482 | CHECK | | | -90.00 | 21,175.66 |
| 2/15/2018 | 5484 | CHECK | | | -558.96 | 20,616.70 |
| 2/15/2018 | 5490 | CHECK | | | -153.21 | 20,463.49 |
| 2/15/2018 | 5483 | OD RETURN ITEM FEE | INSUFFICIENT FUNDS | SERIAL # 5483 | -35.00 | 20,428.49 |
| 2/16/2018 | | CASH WITHDRAWAL | | | -4,000.00 | 16,428.49 |
| 2/16/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -100.00 | 16,328.49 |
| 2/16/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -500.00 | 15,828.49 |
| 2/16/2018 | | POS/VISA PURCH | PUMPHOUSE-117 EAST MAIN STRE | SMETHPORT PA | -3.00 | 15,825.49 |
| 2/16/2018 | | POS/VISA PURCH | PAYPAL *BARNESNOBL | 402-935-7733 NY | -15.84 | 15,809.65 |
| 2/16/2018 | | POS/VISA PURCH | PAYPAL *POWELLSBOO | 402-935-7733 CA | -9.19 | 15,800.46 |
| 2/16/2018 | | POS/VISA PURCH | PAYPAL *D W KNIVES | 402-935-7733 CA | -38.40 | 15,762.06 |
| 2/16/2018 | | POS/VISA PURCH | PAYPAL *DVD MART | 402-935-7733 CA | -10.92 | 15,751.14 |
| 2/16/2018 | 5481 | CHECK | | | -32.00 | 15,719.14 |
| 2/16/2018 | 5489 | CHECK | | | -200.81 | 15,518.33 |
| 2/16/2018 | 5491 | CHECK | | | -377.14 | 15,141.19 |
| /2018 | 5493 | CHECK | | | -330.00 | 14,811.19 |
| 2/16/2018 | 5494 | CHECK | | | -1,073.78 | 13,737.41 |
| 2/16/2018 | 5495 | CHECK | | | -2,726.37 | 11,011.04 |
| 2/16/2018 | 5496 | CHECK | | | -1,512.60 | 9,498.44 |
| 2/16/2018 | 5498 | CHECK | | | -584.86 | 8,913.58 |
| 2/16/2018 | 5499 | CHECK | | | -901.22 | 8,012.36 |
| 2/16/2018 | 5500 | CHECK | | | -1,166.23 | 6,846.13 |
| 2/16/2018 | 5501 | CHECK | | | -996.69 | 5,849.44 |
| 2/20/2018 | | NIGHT DEPOSIT | | | 15,312.50 | 21,161.94 |
| 2/20/2018 | | MISC. CREDIT | PAYPAL *PCC CUTLER | 4029357733 CA | 115.00 | 21,276.94 |
| 2/20/2018 | | POS/VISA PURCH | KNIFECENTER.COM | 800-3386799 VA | -559.90 | 20,717.04 |
| 2/20/2018 | | POS/VISA PURCH | PAYPAL *PIEDKNIFER | 402-935-7733 CA | -82.54 | 20,634.50 |
| 2/20/2018 | | POS/VISA PURCH | PAYPAL *EPRAGUE | 402-935-7733 CA | -114.95 | 20,519.55 |
| 2/20/2018 | | POS/VISA PURCH | PAYPAL *LATHAMSALE | 402-935-7733 CA | -275.00 | 20,244.55 |
| 2/20/2018 | | POS/VISA PURCH | PAYPAL *CIRCLE A | 402-935-7733 CA | -99.99 | 20,144.56 |
| 2/20/2018 | | POS/VISA PURCHASED | Spotify Premium | 877-778-1161 NY | -5.29 | 20,139.27 |
| 2/20/2018 | 5473 | CHECK | | | -3,450.00 | 16,689.27 |
| 2/20/2018 | 5483 | CHECK | | | -722.97 | 15,966.30 |
| 2/20/2018 | 5486 | CHECK | | | -1,625.00 | 14,341.30 |
| 2/20/2018 | 5487 | CHECK | | | -1,033.48 | 13,307.82 |
| 2/21/2018 | | NOVITAS HCCLAIMP | 1336204577 | | 6,094.92 | 19,402.74 |
| 2/21/2018 | | CASH WITHDRAWAL | | | -3,000.00 | 16,402.74 |
| 2/21/2018 | | POS/VISA PURCHASED | FABFITFUN | VIP.FABFITFUN CA | -88.99 | 16,313.75 |
| 2/21/2018 | 5497 | CHECK | | | -1,405.57 | 14,908.18 |
| /2018 | 5506 | CHECK | | | -174.09 | 14,734.09 |
| 2/22/2018 | | POS/VISA PURCH | BERNSTEIN-BURKLEY | 412-456-8100 PA | -3,535.00 | 11,199.09 |
| 2/22/2018 | | POS/VISA PURCH | USPS PO 41-200 N MECHANIC ST | SMETHPORT PA | -1,242.76 | 9,956.33 |
| 2/22/2018 | 5488 | CHECK | | | -1,872.50 | 8,083.83 |
| 2/23/2018 | | DEPOSIT | | | 1,285.63 | 9,369.46 |

Received                                              Apr  9 2018 01:01pm
04/09/18 02:24PM Smethport Borough Police (814)887-5810  Pg 6
Case 17-10514-TPA    Doc 156    Filed 04/09/18    Entered 04/09/18 14:27:38    Desc Main
                     Document           Page 6 of 11

Page 4 of 4

**Statement Detail**    2166032330DD

B L GUSTAFSON LLC
35 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749

| | | |
|---|---|---|
| Balance as of | 1-31-2018 | 1,772.93- |
| +Deposits/CR | 17 | 146,056.88 |
| -Checks/DR | 137 | 143,650.02 |
| -Service Charge | | 0.00 |
| +Interest Paid | | 0.00 |
| Current Balance | | 633.93 |

| Post Date | Check # | Description | Description 2 | Description 3 | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/23/2018 | | POS/VISA PURCH | PAYPAL *EHARMONY | 844-527-7421 CA | -56.70 | 9,312.76 |
| 2/23/2018 | | POS/VISA PURCH | A EAGLE OUTFTR0000 | 888-2324535 KS | -136.26 | 9,176.50 |
| 2/23/2018 | 5508 | CHECK | | | -1,023.00 | 8,153.50 |
| 2/26/2018 | | PAYPAL     ECHECK | | | -630.00 | 7,523.50 |
| 2/26/2018 | | DEPOSIT | | | 27,156.25 | 34,679.75 |
| 2/26/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -500.00 | 34,179.75 |
| 2/26/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -200.00 | 33,979.75 |
| 2/26/2018 | | POS/VISA PURCH | PAYPAL *D W KNIVES | 402-935-7733 CA | -49.60 | 33,930.15 |
| 2/26/2018 | | POS/VISA PURCH | PAYPAL *ECOPUSA.CO | 402-935-7733 CA | -11.18 | 33,918.97 |
| 2/26/2018 | | POS/VISA PURCH | PAYPAL *TOOLS PLUS | 402-935-7733 CT | -69.99 | 33,848.98 |
| 2/26/2018 | | POS/VISA PURCH | PAYPAL *NATIONAL P | 402-935-7733 CA | -10.00 | 33,838.98 |
| 2/26/2018 | | POS/VISA PURCH | PAYPAL *JAHAMZIK | 402-935-7733 CA | -69.96 | 33,769.02 |
| 2/26/2018 | | POS/VISA PURCHASED | OnStar | 888-4ONSTAR MI | -37.66 | 33,731.36 |
| 2/27/2018 | | PAYPAL     INST XFE | | | -115.00 | 33,616.36 |
| 2/27/2018 | | CASH WITHDRAWAL | | | -25,875.00 | 7,741.36 |
| 2018 | | POS/VISA PURCH | USPS PO 41-200 N MECHANIC ST | SMETHPORT PA | -1,829.29 | 5,912.07 |
| 2/27/2018 | | POS/VISA PURCH | SUNDANCE HELICOPTE | 702-7360606 NV | -1,598.00 | 4,314.07 |
| 2/27/2018 | 5502 | CHECK | | | -1,826.76 | 2,487.31 |
| 2/27/2018 | 5507 | CHECK | | | -1,220.00 | 1,267.31 |
| 2/28/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -200.00 | 1,067.31 |
| 2/28/2018 | | WDL AT NSB ATM | NORTHWEST-428 MAIN STREET | SMETHPORT PA | -100.00 | 967.31 |
| 2/28/2018 | | POS/VISA PURCH | Wave | 888-9668603 NY | -300.00 | 667.31 |
| 2/28/2018 | | POS/VISA PURCH | 101 PINE HAVEN DR | KANE PA | -33.38 | 633.93 |

11:35 AM
04/09/18
Cash Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### February 2018

|  | Feb 18 |
|---|---:|
| **Income** | |
| AMBULANCE DEPOSIT | 129,319.52 |
| OTHER | 115.00 |
| **RENTAL INCOME** | |
| 1039 MOODY HOLLOW | 500.00 |
| 106 SOUTH MECHANIC | 1,000.00 |
| BUSH HILL PROPERTY | 400.00 |
| COLONIAL | 2,000.00 |
| HILLCREST | 400.00 |
| RAUGHT PROPERTY | 1,000.00 |
| **Total RENTAL INCOME** | 5,300.00 |
| **Total Income** | 134,734.52 |
| **Expense** | |
| **BRIAN GUSTAFSON** | |
| **1235 WEST MAIN** | |
| KEYLESS AND CAMERA | 90.00 |
| **Total 1235 WEST MAIN** | 90.00 |
| OWNER DRAW | 1,403.00 |
| PERSONAL | 9,786.91 |
| **Total BRIAN GUSTAFSON** | 11,279.91 |
| **BRYNWOOD FARM** | |
| **BARN** | |
| FEATHERLITE TRLR | 1,033.48 |
| SMETHPORT BOROUGH | 224.47 |
| **Total BARN** | 1,257.95 |
| **Total BRYNWOOD FARM** | 1,257.95 |
| CASELLA WASTE SYSTEMS | 377.14 |
| CONTRACTED SERVICE | 1,000.00 |
| **EQUIPMENT** | |
| JOHN DEERE | 6,060.00 |
| KUBOTA | 4,500.00 |
| RYAN YINGLING EQUIPMENT LEASE | 2,100.00 |
| **Total EQUIPMENT** | 12,660.00 |
| **GAS/FUEL** | |
| HERZOG OIL | 2,355.24 |
| **Total GAS/FUEL** | 2,355.24 |
| **GUS'S GUNS** | |
| INVENTORY PURCHASE | 49,807.77 |
| GUS'S GUNS - Other | 750.00 |
| **Total GUS'S GUNS** | 50,557.77 |
| MEMBERSHIP EXP. | 1,829.29 |
| **NORTHWEST SAVINGS BANK** | |
| SERVICE CHARGE | 339.00 |
| **Total NORTHWEST SAVINGS BANK** | 339.00 |
| **PAYROLL EXP.** | |
| EMPLOYEE INSURANCE | 2,000.00 |
| IRS | 10,478.99 |
| PAYROLL EXP. - Other | 30,907.87 |
| **Total PAYROLL EXP.** | 43,386.86 |
| REFUND | |
| RENTALS | -84.94 |

Page 1

11:35 AM
04/09/18
Cash Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### February 2018

|  | Feb 18 |
|---|---|
| **1039 MOODY HOLLOW** | |
| PENELEC | 319.98 |
| **Total 1039 MOODY HOLLOW** | 319.98 |
| **106 SOUTH MECHANIC** | |
| GARY GEER | 2,440.00 |
| GAS | 519.44 |
| REPAIRS/MAINTAINCE | 3,088.13 |
| SMETHPORT BOROUGH | 21.97 |
| **Total 106 SOUTH MECHANIC** | 6,069.54 |
| **COLONIAL** | |
| GAS | 720.02 |
| SMETHPORT BOROUGH | 404.79 |
| **Total COLONIAL** | 1,124.81 |
| **HILLCREST** | |
| ROBERT LOVELL | 1,023.00 |
| **Total HILLCREST** | 1,023.00 |
| **RAUGHT PROPERTY** | |
| GAS | 583.90 |
| PENELEC | 44.90 |
| **Total RAUGHT PROPERTY** | 628.80 |
| **Total RENTALS** | 9,166.13 |
| **SHOP** | |
| PENELEC | 18.38 |
| **Total SHOP** | 18.38 |
| **STATE FARM** | 32.00 |
| **STATION EXP.** | |
| MISC/MEALS | 97.16 |
| POST MASTER | 3.30 |
| STATION 16 | |
| DIRECT TV | 223.11 |
| GAS | 1,288.60 |
| PENELEC | 175.70 |
| VERIZON PHONE | 153.21 |
| **Total STATION 16** | 1,840.62 |
| VERIZON WIRELESS-CELL PHONE | 200.81 |
| STATION EXP. - Other | 731.00 |
| **Total STATION EXP.** | 2,872.89 |
| **U.S. TRUSTEE** | 1,625.00 |
| **VEHICLE** | |
| F250 SREVICE TRUCK | 1,826.76 |
| INSURANCE | 617.34 |
| OLSON TENGLUND INC. | 722.97 |
| VEHICLE - Other | 37.66 |
| **Total VEHICLE** | 3,204.73 |
| **Total Expense** | 141,877.35 |
| **Net Income** | -7,142.83 |

04/09/18 02:23PM 2-10514-TPA ugh Doc 156-4 8/758 Received
Case 17-10514-TPA Doc 156 Filed 04/09/18 Apr 9 2018 01:02pm Entered 04/09/18 14:27:38 Desc Main Document Page 9 of 11

11:39 AM
04/09/18
Accrual Basis

# B.L. Gustafson, L.L.C.
## General Ledger
### As of February 28, 2018

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | |
| Check | 02/01/2018 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | -19,977.90 |
| Deposit | 02/02/2018 | | | MEDICARE | AMBULANCE | 5,523.83 | -20,012.90 |
| Check | 02/05/2018 | | POS | | INVENTORY P... | -74.48 | -14,489.07 |
| Check | 02/05/2018 | | NORTHWEST SAVI... | | SERVICE CHA... | -82.00 | -14,563.55 |
| Deposit | 02/06/2018 | | | Deposit | AMBULANCE | 24,468.75 | -14,645.55 |
| Check | 02/06/2018 | 5471 | IRS | | -SPLIT- | -10,478.99 | 9,823.20 |
| Check | 02/06/2018 | | NORTHWEST SAVI... | | SERVICE CHA... | -82.00 | -655.79 |
| Check | 02/06/2018 | 5472 | PORTVILLE CONC... | | REPAIRS/MAI... | -2,758.13 | -737.79 |
| Check | 02/06/2018 | 5473 | TREG BROWN | | INVENTORY P... | -3,450.00 | -3,495.92 |
| Check | 02/06/2018 | 5474 | DAVID CARROLL | | INVENTORY P... | -2,665.00 | -6,945.92 |
| Check | 02/06/2018 | | POS | JOHN DEERE | JOHN DEERE | -2,525.00 | -9,610.92 |
| Check | 02/06/2018 | | POS | | INVENTORY P... | -2,962.50 | -12,135.92 |
| Check | 02/06/2018 | | MAC | | INVENTORY P... | -400.00 | -15,098.42 |
| Check | 02/06/2018 | | POS | | INVENTORY P... | -1,800.00 | -15,498.42 |
| Check | 02/06/2018 | 5475 | HERZOG OIL | | HERZOG OIL | -2,355.24 | -17,298.42 |
| Check | 02/08/2018 | | DIRECT TV | | DIRECT TV | -223.11 | -19,653.66 |
| Deposit | 02/09/2018 | | | Deposit | -SPLIT- | 16,014.70 | -19,876.77 |
| Check | 02/09/2018 | 5476 | RYAN YINGLING | | RYAN YINGLI... | -2,100.00 | -3,862.07 |
| Check | 02/09/2018 | | GEICO | | INSURANCE | -617.34 | -5,962.07 |
| Check | 02/09/2018 | | POS | | PERSONAL | -2,595.00 | -6,579.41 |
| Check | 02/09/2018 | | POS | | -SPLIT- | -700.33 | -9,174.41 |
| Check | 02/09/2018 | | NORTHWESTERN... | | EMPLOYEE IN... | -2,000.00 | -9,874.74 |
| Check | 02/09/2018 | 5479 | GARY GEER | | GARY GEER | -1,220.00 | -11,874.74 |
| Check | 02/09/2018 | | POS | | PERSONAL | -1,276.17 | -13,094.74 |
| Deposit | 02/12/2018 | | | Deposit | AMBULANCE... | 17,931.75 | -14,370.91 |
| Check | 02/12/2018 | 5480 | SMETHPORT BOR... | | -SPLIT- | -651.23 | 3,560.84 |
| Check | 02/12/2018 | 5481 | STATE FARM | | STATE FARM | -32.00 | 2,909.61 |
| Check | 02/12/2018 | 5482 | KEYLESS AND CA... | | KEYLESS AN... | -90.00 | 2,877.61 |
| Check | 02/12/2018 | 5483 | OLSON TENGLUN... | | OLSON TENG... | -722.97 | 2,787.61 |
| Check | 02/12/2018 | 5484 | PENELEC | | -SPLIT- | -558.96 | 2,064.64 |
| Check | 02/12/2018 | 5485 | NATIONAL FUEL | | -SPLIT- | -720.02 | 1,505.68 |
| Check | 02/12/2018 | 5486 | U.S. TRUSTEE | | U.S. TRUSTEE | -1,625.00 | 785.66 |
| Check | 02/12/2018 | 5487 | SST | | FEATHERLITE... | -1,033.48 | -839.34 |
| Check | 02/12/2018 | 5488 | CENTRAL PENN G... | | -SPLIT- | -1,872.50 | -1,872.82 |
| Check | 02/12/2018 | 5489 | VERIZON WIRELESS | | VERIZON WIR... | -200.81 | -3,745.32 |
| Check | 02/12/2018 | 5490 | VERIZON | | VERIZON PH... | -153.21 | -3,946.13 |
| Check | 02/12/2018 | 5491 | CASELLA WASTE | | -SPLIT- | -377.14 | -4,099.34 |
| Check | 02/12/2018 | 5492 | NATIONAL FUEL | | GAS | -519.44 | -4,476.48 |
| Check | 02/12/2018 | 5493 | NORTON BUILDIN... | | REPAIRS/MAI... | -330.00 | -4,995.92 |
| Check | 02/12/2018 | | POS | | INVENTORY P... | -2,095.00 | -5,325.92 |
| Check | 02/12/2018 | | KUBOTA | JIM MILLER/... | KUBOTA | -4,500.00 | -7,420.92 |
| Check | 02/12/2018 | | POS | | PERSONAL | -1,300.18 | -11,920.92 |
| Deposit | 02/12/2018 | | | Deposit | REFUND | 84.94 | -13,221.10 |
| Check | 02/12/2018 | | POS | | PERSONAL | -24.00 | -13,136.16 |
| Check | 02/12/2018 | | POS | | PERSONAL | -31.76 | -13,160.16 |
| Check | 02/12/2018 | | POS | | -SPLIT- | -4,322.60 | -13,191.92 |
| Check | 02/12/2018 | | POS | | PERSONAL | -227.77 | -17,514.52 |
| Paycheck | 02/14/2018 | 5497 | JAMIE T KIBBE | | -SPLIT- | -1,405.57 | -17,742.29 |
| | | | | | | | -19,147.86 |

# B.L. Gustafson, L.L.C.
## General Ledger
### As of February 28, 2018

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Paycheck | 02/14/2018 | 5501 | TIMOTHY CRANDA... | | -SPLIT- | -996.69 | -20,144.55 |
| Paycheck | 02/14/2018 | 5494 | ANDREW W HORT... | | -SPLIT- | -1,073.78 | -21,218.33 |
| Paycheck | 02/14/2018 | 5495 | BRIAN L GUSTAFS... | | -SPLIT- | -2,726.37 | -23,944.70 |
| Paycheck | 02/14/2018 | 5496 | DAVID C MALLISON | | -SPLIT- | -1,512.60 | -25,457.30 |
| Paycheck | 02/14/2018 | 5498 | JEFFREY N SPEN... | | -SPLIT- | -584.86 | -26,042.16 |
| Paycheck | 02/14/2018 | 5499 | NATHAN TANNER | | -SPLIT- | -901.22 | -26,943.38 |
| Paycheck | 02/14/2018 | 5500 | ROBERT TARBOX | | -SPLIT- | -1,166.23 | -28,109.61 |
| Check | 02/14/2018 | | NORTHWEST SAVI... | | SERVICE CHA... | -105.00 | -28,214.61 |
| Deposit | 02/15/2018 | | | Deposit | AMBULANCE... | 20,831.19 | -7,383.42 |
| Check | 02/15/2018 | 5502 | FORD | Ford Motor Cr... | -SPLIT- | -1,826.76 | -9,210.18 |
| Check | 02/15/2018 | 5503 | DEA | | STATION EXP. | -731.00 | -9,941.18 |
| Check | 02/15/2018 | | BRIAN GUSTAFSON | | OWNER DRAW | -100.00 | -10,041.18 |
| Check | 02/15/2018 | | NORTHWEST SAVI... | | SERVICE CHA... | -35.00 | -10,076.18 |
| Check | 02/15/2018 | | BRIAN GUSTAFSON | | -SPLIT- | -813.81 | -10,889.99 |
| Check | 02/16/2018 | 5504 | THOMAS BALL | | CONTRACTE... | -1,000.00 | -11,889.99 |
| Check | 02/16/2018 | 5505 | MCKEAN COUNTY... | KNIFE CO. | INVENTORY P... | -4,000.00 | -15,889.99 |
| Check | 02/16/2018 | | POS | | INVENTORY P... | -559.90 | -16,449.89 |
| Check | 02/16/2018 | | MAC | | OWNER DRAW | -603.00 | -17,052.89 |
| Check | 02/16/2018 | | POS | | -SPLIT- | -74.35 | -17,127.24 |
| Paycheck | 02/17/2018 | 5506 | AARON ATKINS | | -SPLIT- | -174.09 | -17,301.33 |
| Deposit | 02/20/2018 | | | Deposit | AMBULANCE... | 15,312.50 | -1,988.83 |
| Check | 02/20/2018 | | POS | | -SPLIT- | -577.77 | -2,566.60 |
| Deposit | 02/20/2018 | | | REFUND | OTHER | 115.00 | -2,451.60 |
| Deposit | 02/21/2018 | | | Deposit | AMBULANCE... | 6,094.92 | 3,643.32 |
| Check | 02/21/2018 | | POS | | JOHN DEERE | -3,535.00 | 108.32 |
| Check | 02/21/2018 | | POS | | PERSONAL | -88.99 | 19.33 |
| Check | 02/22/2018 | | POST MASTER | MONEY ORD... | POST MASTER | -3.30 | 16.03 |
| Deposit | 02/23/2018 | | | Deposit | AMBULANCE... | 1,285.63 | 1,301.66 |
| Check | 02/23/2018 | 5508 | ROBERT LOVELL | | ROBERT LOV... | -1,023.00 | 278.66 |
| Check | 02/23/2018 | 5507 | GARY GEER | | GARY GEER | -1,220.00 | -941.34 |
| Check | 02/23/2018 | | POS | | -SPLIT- | -192.96 | -1,134.30 |
| Deposit | 02/26/2018 | | | Deposit | AMBULANCE... | 27,156.25 | 26,021.95 |
| Check | 02/26/2018 | | POS | | INVENTORY P... | -630.00 | 25,391.95 |
| Check | 02/26/2018 | | MAC | | OWNER DRAW | -500.00 | 24,891.95 |
| Check | 02/26/2018 | | | | -SPLIT- | -210.73 | 24,681.22 |
| Check | 02/26/2018 | | MAC | | OWNER DRAW | -200.00 | 24,481.22 |
| Check | 02/26/2018 | | POS | | VEHICLE | -37.66 | 24,443.56 |
| Check | 02/27/2018 | | MUNICIPAL MARK... | MONEY ORD... | MEMBERSHIP... | -1,829.29 | 22,614.27 |
| Check | 02/27/2018 | | NORTHWEST SAVI... | JAMES JULIA | INVENTORY P... | -25,875.00 | -3,260.73 |
| Check | 02/27/2018 | | POS | | PERSONAL | -1,598.00 | -4,858.73 |
| Check | 02/27/2018 | | MAC | | PERSONAL | -300.00 | -5,158.73 |
| Check | 02/27/2018 | | POS | | INVENTORY P... | -115.00 | -5,273.73 |
| Check | 02/27/2018 | 5511 | MG SHOOTERS | | GUS'S GUNS | -750.00 | -6,023.73 |
| Check | 02/28/2018 | | POS | | PERSONAL | -300.00 | -6,323.73 |
| Check | 02/28/2018 | | POS | | PERSONAL | -33.38 | -6,357.11 |
| Check | 02/28/2018 | | POS | | MISC/MEALS | -97.16 | -6,454.27 |
| Check | 02/28/2018 | | POS | | PERSONAL | -300.00 | -6,754.27 |
| Paycheck | 02/28/2018 | 5515 | JAMIE T KIBBE | | -SPLIT- | -1,384.35 | -8,138.62 |
| Paycheck | 02/28/2018 | 5519 | SHAWN HOWELL... | | -SPLIT- | -692.37 | -8,830.99 |

11:39 AM
04/09/18
Accrual Basis

## B.L.Gustafson, L.L.C.
## General Ledger
### As of February 28, 2018

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Paycheck | 02/28/2018 | 5520 | TIMOTHY CRANDA... | | -SPLIT- | -1,081.56 | -9,912.55 |
| Paycheck | 02/28/2018 | 5512 | ANDREW W HORT... | | -SPLIT- | -1,073.77 | -10,986.32 |
| Paycheck | 02/28/2018 | 5513 | BRIAN L GUSTAFS... | | -SPLIT- | -2,726.38 | -13,712.70 |
| Paycheck | 02/28/2018 | 5514 | DAVID C MALLISON | | -SPLIT- | -1,512.60 | -15,225.30 |
| Paycheck | 02/28/2018 | 5516 | JEFFREY N SPEN... | | -SPLIT- | -584.86 | -15,810.16 |
| Paycheck | 02/28/2018 | 5517 | NATHAN TANNER | | -SPLIT- | -901.21 | -16,711.37 |
| Paycheck | 02/28/2018 | 5518 | ROBERT TARBOX | | -SPLIT- | -1,166.23 | -17,877.60 |
| Paycheck | 02/28/2018 | 5525 | LORI GREENMAN | | -SPLIT- | -79.45 | -17,957.05 |
| Total GENERAL | | | | | | 2,020.85 | -17,957.05 |

(3)