IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a Priority Care Ambulance, d/b/a Brian Gustafson Rentals, d/b/a B.L. Gustafson Excavation, d/b/a Brynwood Farm, | ) Chapter 11 ) ) ) Related to Doc. No. 150 |
| Debtors | ) |
| | ) |
| Kubota Credit Corporation, | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a Priority Care Ambulance, d/b/a Brian Gustafson Rentals, d/b/a B.L. Gustafson Excavation, d/b/a Brynwood Farm, | ) ) ) ) Date and Time of Hearing: |
| Respondent | ) April 26, 2018 at 10:00 a.m. |

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 16th day of April, 2018, comes the Debtor, by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., with this Answer to the Movant's Motion for Relief from Automatic Stay, as follows:

### FIRST DEFENSE

Paragraphs 1, 2 and 3 are admitted, further averring the Agreement speaks for itself. The Debtor is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 6, 7, 8 and 9, which are therefore denied. Paragraphs 10 and 11 are also denied. The allegations in Paragraphs 4 and 5 represent legal conclusions to which no responses are required. To the extent that responses are required, paragraphs 4 and 5 are denied.

### SECOND DEFENSE

12. The value of the Equipment is greater than the debt.

13. The Equipment is insured.

14. The Equipment is maintained.

15. There is equity in the Equipment for the benefit of the Debtor and the estate.

### THIRD DEFENSE

16. The equipment is necessary for an effective reorganization.

WHEREFORE, the Debtor requests that the Motion be denied; and, that the Debtor have such other and further relief as is reasonable and just.

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL &
    SENNETT, P.C.
    Attorneys for Debtor

By:   */s/ Guy C. Fustine*
    Guy C. Fustine
    PA I.D. No. 37543
    120 West Tenth Street
    Erie, Pennsylvania 16501-1461
    (814) 459-2800
    gfustine@kmgslaw.com

# 1924621.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a | ) Chapter 11 |
| Priority Care Ambulance, d/b/a Brian Gustafson | ) |
| Rentals, d/b/a B.L. Gustafson Excavation, d/b/a | ) |
| Brynwood Farm, | ) Related to Doc. No. 150 |
|     Debtors | ) |
| | ) |
| Kubota Credit Corporation, | ) |
|     Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| B.L. Gustafson, LLC d/b/a Gus's Guns, d/b/a | ) |
| Priority Care Ambulance, d/b/a Brian Gustafson | ) |
| Rentals, d/b/a B.L. Gustafson Excavation, d/b/a | ) |
| Brynwood Farm, | ) Date and Time of Hearing: |
|     Respondent | ) April 26, 2018 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of April, 2018, a copy of the Debtor's Answer to the Movant's Motion for Relief from Automatic Stay was served by first class, United States mail, postage pre-paid, and/or electronic service as set forth on the attached service list.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtors

By:   */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania 16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

## SERVICE LIST

**Via US Mail:**

B.L. Gustafson, LLC
P.O. Box 344
Smethport, PA  16749

Kubota Credit Corp.
U.S. Steel Tower
600 Grant Street
44th Floor
Pittsburgh, PA 15219

Thomas Ball, CPA
P.O. Box 1503
Smethport, PA  16749

James P. Miller, Esquire
jpmiller@jamespmillerlaw.com

Internal Revenue Service Insolvency Unit
P.O. Box 628
Pittsburgh, PA  15219

Christopher Poorman and
Bobbie Joe Poorman
1650 Market Street, 52nd Floor
Philadelphia, PA  19103

Ralph L. Gustafson
160 Jane Ware Road
Smethport, PA  16749

**Via CM/ECF;**

Keri P. Ebeck, Esquire
kebeck@weltman.com

Norma Hildenbrand, Esquire
on Behalf of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Robert C. Edmundson, Esquire
redmundson@attorneygeneral.gov

Jill Locnikar, Esquire
jill.locnikar@usdoj.gov

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

Michael S. JanJanin, Esquire
mjanjanin@quinnfirm.com

Robert S. Bernstein, Esquire
rbernstein@bernsteinlaw.com

James P. Valecko, Esquire
jvalecko@weltman.com

# 1924621.v1