Case 17-10514-TPA    Doc 178    Filed 05/15/18    Entered 05/15/18 14:05:07    Desc Main
Document    Page 1 of 1

FILED
5/15/18 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:17-10514-TPA |
| B.L. Gustafson, LLC | : | Chapter:11 |
| *Debtor(s).* | : | |
| | : | Date:5/14/2018 |
| | : | Time:10:00 |

### PROCEEDING MEMO

**MATTER:**   #147 Cont. MFRS by Kubota Credit Corp.
                     #171 Settlement and Certification of Counsel

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Guy C. Fustine (no appearance) |
| Kubota: | James Warmbrodt (video) |
| U.S. Trustee: | Norma Hildenbrand (no appearance) |
| IRS: | Jill Locnikar (video) |
| DOR: | Robert Edmundson (video) |

**NOTES:**

Warmbrodt:   Parties reached an agreement calling for Debtor to start making regular contractual payments, with previously missed payments added to the end of the term.

**OUTCOME:**   Stipulation GRANTED /OE

jlm