FILED
5/16/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | 17-10514-TPA |
| | : | |
| B.L. Gustafson, LLC | : | 11 |
| | : | |
| *Debtor(s).* | | |
| | : | 5/14/2018 |
| | : | 10:00 |

### PROCEEDING MEMO

**MATTER:**  #150 Cont. MFRS by Kubota Credit Corp.
                    #170 Settlement and Certification of Counsel

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Guy C. Fustine (no appearance) |
| Kubota: | James Warmbrodt (video) |
| U.S. Trustee: | Norma Hildenbrand (no appearance) |
| IRS: | Jill Locnikar (video) |
| PA Dept. of Rev: | Robert Edmundson (video) |

**NOTES:**

Warmbrodt        Parties have reached an agreement to resolve the motion.

**OUTCOME:**        Stipulation GRANTED/ OE

jlm