FILED
5/15/18 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| B.L. GUSTAFSON, LLC d/b/a GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BYRNWOOD FARM and BRIAN GUSTAFSON RENTALS, | Case No. 17-10514-TPA |
| | Chapter 11 |
| | Related to Doc. Nos. 131, 167 |
| *Debtor* | |
| UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, | |
| *Movant* | |
| v. | |
| B.L. GUSTAFSON, LLC d/b/a GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BYRNWOOD FARM and BRIAN GUSTAFSON RENTALS, | |
| *Respondents* | |

### *ORDER*

At a hearing in this case held yesterday, the attorney for the Internal Revenue Service ("IRS") advised the Court that the Debtor has not made its required tax deposit for the month of April. The Debtor is thus in violation of Paragraph 3 of the Order of April 30, 2018, Doc. No. 167. The Court is extremely disappointed in the Debtor and could immediately dismiss the case for that reason. It will instead in this one instance give the Debtor a brief window of time to come into compliance and avoid a dismissal. The Debtor is also put on notice that any future violations will not be treated in this manner and will instead be addressed forthwith.

AND NOW, this *15th* day of May, 2018, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1) The Debtor shall *immediately* make the required tax deposit with the IRS for the month of April.

(2) Unless a certification by the IRS to the effect that the April tax deposit has been received is filed on the docket **on or before May 18, 2018 at 12:00 Noon**, the case will be dismissed and a two-year bar to refiling will be imposed.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Guy Fustine, Esq.
    Debtor
    Jill Locnikar, Esq.
    Robert Edmundson, Esq.
    James Warmbrodt, Esq.
    Norma Hiodenbrand, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                   Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar                  Page 1 of 1              Date Rcvd: May 15, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
                                                                                               TOTAL: 10