## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No.  17-10514-TPA |
| B. L. GUSTAFSON, LLC | ) | |
| d/b/a Gus's Guns | ) | |
| d/b/a Priority Care Ambulance | ) | |
| d/b/a Brian Gustafson Rentals | ) | |
| d/b/a B.L. Gustafson Excavation | ) | |
| d/b/a Brynwood Farm | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | Related to Document No.  131, 167, |
| 177 | | |
| _____ | ) | |
| | ) | Hearing Date: |
| UNITED STATES OF AMERICA, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| B. L. GUSTAFSON, LLC | ) | |
| d/b/a Gus's Guns | ) | |
| d/b/a Priority Care Ambulance | ) | |
| d/b/a Brian Gustafson Rentals | ) | |
| d/b/a B.L. Gustafson Excavation | ) | |
| d/b/a Brynwood Farm, | ) | |
| Respondent. | ) | |

## CERTIFICATION BY THE IRS

The United States of America, on behalf of the Internal Revenue Service ("IRS"), by and through its attorneys, Scott W. Brady, United States Attorney, and Jill Locnikar, Assistant United States Attorney, certifies as follows:

1.     On May 15, 2018, the Court issued an Order stating, in part that, "[t]he Debtor shall *immediately* make the required tax deposit with the IRS for the month of April." And the Court further Ordered that "[u]nless a certification by the IRS to the effect that the April tax deposit has

been received is filed on the docket **on or before May 18, 2018 at 12:00 NOON**, the case will be

dismissed and a two year bar to refiling will be imposed."

2.    On Thursday afternoon, May 17, 2018, counsel for IRS received an email with an

attached "Deposit Confirmation" showing that the Debtor made the April tax deposit.

3.    In compliance with the Court's Order, the United States certifies that it received the

Deposit Confirmation.  The next federal tax deposit is due by June 15, 2018.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

DATED: May 18, 2018

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No.  17-10514-TPA |
| B. L. GUSTAFSON, LLC | ) | |
| d/b/a Gus's Guns | ) | |
| d/b/a Priority Care Ambulance | ) | |
| d/b/a Brian Gustafson Rentals | ) | |
| d/b/a B.L. Gustafson Excavation | ) | |
| d/b/a Brynwood Farm | ) | Chapter 11 |
| Debtor. | ) | Related to Document No.  131, 167, 177 |
| _____ | ) | |
| | ) | Hearing Date: |
| UNITED STATES OF AMERICA, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| B. L. GUSTAFSON, LLC | ) | |
| d/b/a Gus's Guns | ) | |
| d/b/a Priority Care Ambulance | ) | |
| d/b/a Brian Gustafson Rentals | ) | |
| d/b/a B.L. Gustafson Excavation | ) | |
| d/b/a Brynwood Farm, | ) | |
| Respondent. | ) | |

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the United States' Status Report was served on the following by first-class mail or electronic means on May 18, 2018.

Service by Electronic Notification:

Guy C. Fustine                                   U.S. Trustee Office
120 West Tenth Street                         Liberty Center
Erie, PA 16501                                    1001 Liberty Avenue, Suite 970
mwernick@kmgslaw.com                    Pittsburgh, PA  15222

Debtors:
    B.L. Gustafson, LLC
    P.O. Box 344
    Smethport, PA  16749

                         SCOTT W. BRADY
                         United States Attorney

                         BY: */s/ Jill Locnikar*
                         JILL LOCNIKAR
                         Assistant United States Attorney
                         Joseph F. Weis, Jr. United States Courthouse
                         700 Grant Street, Suite 4000
                         Pittsburgh, PA 15219
                         Tel: (412) 894-7429
                         Fax: (412) 644-4549
                         Email: jill.locnikar@usdoj.gov
                         PA ID No. 85892