Case 17-10514-TPA    Doc 187    Filed 05/18/18    Entered 05/18/18 13:42:25    Desc Main
                              Document      Page 1 of 1

FILED
5/18/18 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| B.L. GUSTAFSON, LLC, d/b/a GUS'S GUNS, : <br> PRIORITY CASE AMBULANCE, B.L.     : <br> GUSTAFSON EXCAVATION, BYRNWOOD : <br> FARM and BRIAN GUSTAFSON RENTALS : <br>                     *Debtor*    : <br> : | Case No. 17-10514-TPA <br> Chapter 11 (Small Business) <br><br> Related to Document No. 172, 182 <br><br> Hearing: June 21, 2018 at 10:00 A.M. |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT
AND SCHEDULING FINAL HEARING**

      *AND NOW*, this **18th** day of **May, 2018**, the Debtor being subject to "Small Business" Chapter 11 treatment under *11 U.S.C. §1121(e)*, and having filed a *Disclosure Statement* dated May 14, 2018, related *Plan Summary* and *Plan*, which appear to contain adequate information,

      It is hereby **ORDERED, ADJUDGED and DECREED** that:

      (1)    Pursuant to *11 U.S.C. §1125(f)(3)(A)*, the *Disclosure Statement* is conditionally **APPROVED,** subject to final approval after notice and a hearing. If final approval of the *Disclosure Statement* is denied, *Plan* confirmation will not be considered.

      (2)    *On or before May 25, 2018*, the Debtor shall mail a copy of this *Order*, the *Disclosure Statement*, the *Plan* Summary, the *Plan* and *Official Ballot* (Form 14) to all creditors, equity security holders and other parties in interest pursuant to *Fed.R.Bankr.P. 3017(d)* and file a *Certificate of Service*.

      (3)    *On or before June 14, 2018*, all *Ballots* accepting or rejecting the *Plan* shall be served on the attorney for the Debtor. The Debtor shall file a *Summary* of the balloting *no later than 7 days* before the Plan confirmation hearing.

      (4)    *On or before June 14, 2018*, all *Objections* to the *Disclosure Statement* shall be filed pursuant to *Fed.R.Bankr.P. 3017.1(c)(2)* and/or to *Plan* confirmation pursuant to *Fed.R.Bankr.P. 3020 (b)(1)*.

      (5)    On *June 21, 2018 at 10:00 A.M.*, the final hearing on the *Disclosure Statement* and *Plan* confirmation is scheduled in Erie Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501.

                                                        */s/ Thomas P. Agresti*    **jlm**
                                                         Thomas P. Agresti, Judge
                                                        United States Bankruptcy Court

Case Administrator to serve:
    Guy C. Fustine, Esq.