# IN THE UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re: )    CASE NO. 17-10514-TPA
BL Gustafson LLC )
)
)    **BUSINESS AND INDUSTRY**
)    **MONTHLY OPERATING REPORT**
)
)    MONTH OF    April-18
)
)    DATE PETITION FILED:    5/16/17
Debtor )
)    TAX PAYER ID NO.:    36-4721179

Nature of Debtor's Business: __Ambulance service, gun sales, excavation and rentals__

DATE DISCLOSURE STATEMENT FILED __5/14/18__ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED __5/14/18__ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      Owner / TITLE

Brian L Gustafson      5/21/2018
PRINTED NAME OF RESPONSIBLE PARTY      DATE

**PREPARER:**

_[signature]_

ORIGINAL SIGNATURE OF PREPARER      Accountant / TITLE

Thomas E Ball EA      5/21/2018
PRINTED NAME OF PREPARER      DATE

PERSON TO CONTACT REGARDING THIS REPORT: Thomas E Ball EA

PHONE NUMBER: 814-887-2041

ADDRESS: 605 W Main St Smethport, PA

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT

3:52 PM
05/21/18
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### April 2018

|  | Apr 18 |
|---|---:|
| **Income** | |
|   AMBULANCE DEPOSIT | 99,893.17 |
|   GUS'S GUNS DEPOSIT | 46,550.00 |
| **Total Income** | **146,443.17** |
| **Expense** | |
|   BRIAN GUSTAFSON | |
|     1235 WEST MAIN | |
|       HAMLIN BANK MTG. | 2,572.92 |
|       SMETHPORT BOROUGH | 379.46 |
|     Total 1235 WEST MAIN | 2,952.38 |
|     PERSONAL | 8,955.86 |
|   Total BRIAN GUSTAFSON | 11,908.24 |
|   EQUIPMENT | |
|     JOHN DEERE | 3,030.00 |
|     KUBOTA | 2,000.00 |
|     RYAN YINGLING EQUIPMENT LEASE | 2,100.00 |
|   Total EQUIPMENT | 7,130.00 |
|   GUS'S GUNS | |
|     INVENTORY PURCHASE | 13,700.00 |
|   Total GUS'S GUNS | 13,700.00 |
|   HAMLIN BANK | |
|     LINE OF CREDIT | 5,693.22 |
|     LOAN PAYMENT | 1,529.69 |
|   Total HAMLIN BANK | 7,222.91 |
|   MEDICAL EXP. EMPLOYEE | |
|     UPMC | 9,020.08 |
|   Total MEDICAL EXP. EMPLOYEE | 9,020.08 |
|   MEDICAL SUPPLIES | |
|     MOORE MEDICAL | 1,036.87 |
|   Total MEDICAL SUPPLIES | 1,036.87 |
|   MEMBERSHIP EXP. | 2,400.00 |
|   NORTHWEST SAVINGS BANK | |
|     SERVICE CHARGE | 210.00 |
|   Total NORTHWEST SAVINGS BANK | 210.00 |
|   OWNER DRAW | 2,460.00 |
|   PAYROLL EXP. | |
|     CHILD SUPPORT | 1,215.00 |
|     EMPLOYEE INSURANCE | 2,000.00 |
|     IRS | 26,631.13 |
|     PAYROLL EXP. - Other | 31,488.51 |
|   Total PAYROLL EXP. | 61,334.64 |
|   PC FEDERAL CREDIT UNION | |
|     SERVICE CHARGE | 35.00 |
|   Total PC FEDERAL CREDIT UNION | 35.00 |
|   REFUND | 2,500.00 |

3:52 PM
05/21/18
Accrual Basis

# B.L.Gustafson, L.L.C.
## Profit & Loss
### April 2018

|  | Apr 18 |
|---|---:|
| **RENTALS** | |
|   **106 SOUTH MECHANIC** | |
|     GARY GEER | 2,440.00 |
|     REPAIRS/MAINTAINCE | 2,968.50 |
|   **Total 106 SOUTH MECHANIC** | 5,408.50 |
|   **BUSH HILL PROPERTY** | |
|     HAMLIN BANK MTG. | 10,287.91 |
|   **Total BUSH HILL PROPERTY** | 10,287.91 |
|   **COLONIAL** | |
|     HAMLIN BANK MTG. | 2,720.00 |
|   **Total COLONIAL** | 2,720.00 |
|   **RAUGHT PROPERTY** | |
|     GAS | 71.75 |
|     HAMLIN BANK MTG. | 1,798.53 |
|   **Total RAUGHT PROPERTY** | 1,870.28 |
| **Total RENTALS** | 20,286.69 |
| **SHOP** | |
|   PENELEC | 3,733.06 |
| **Total SHOP** | 3,733.06 |
| **STATION EXP.** | |
|   MISC/MEALS | 1,115.25 |
|   POST MASTER | 6.70 |
|   **STATION 16** | |
|     DIRECT TV | 223.11 |
|     GAS | 542.04 |
|     PENELEC | 664.28 |
|     VERIZON PHONE | 346.18 |
|   **Total STATION 16** | 1,775.61 |
|   VERIZON WIRELESS-CELL PHONE | 414.79 |
|   STATION EXP. - Other | 489.00 |
| **Total STATION EXP.** | 3,801.35 |
| **VEHICLE** | |
|   INSURANCE | 617.34 |
|   MAINTAINCE | 685.95 |
|   REGISTRATION | 692.00 |
| **Total VEHICLE** | 1,995.29 |
| **Total Expense** | 148,774.13 |
| **Net Income** | -2,330.96 |

3:48 PM
05/21/18
Accrual Basis

# B.L. Gustafson, L.L.C.
## Transactions by Account
### As of April 30, 2018

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | | | | |
| Check | 04/02/2018 | | | POS | | X | -SPLIT- | | 533.46 | -12,542.62 |
| Check | 04/02/2018 | | | MAC | | X | OWNER DRAW | | 200.00 | -13,076.08 |
| Check | 04/02/2018 | 5553 | | SMETHPORT BOR... | | X | SMETHPORT ... | | 379.46 | -13,276.08 |
| Check | 04/03/2018 | 5554 | | NORTON BUILDIN... | | X | REPAIRS/MAI... | | 1,384.36 | -13,655.54 |
| Deposit | 04/04/2018 | | | | Deposit | X | -SPLIT- | 40,628.12 | | -15,039.90 |
| Check | 04/04/2018 | 5555 | | SOUTHERN TIER ... | | X | AMBULANCE ... | | 389.52 | 25,588.22 |
| Check | 04/04/2018 | 5564 | | GARY GEER | | X | REPAIRS/MAI... | | 1,220.00 | 25,198.70 |
| Check | 04/04/2018 | | | POS | | X | GARY GEER | | 399.00 | 23,978.70 |
| Check | 04/04/2018 | | | POS | | X | PERSONAL | | 161.71 | 23,579.70 |
| Check | 04/04/2018 | | | NORTHWEST SAV... | | X | -SPLIT- | | 35.00 | 23,417.99 |
| Check | 04/05/2018 | | | GLENN SAHL | | X | SERVICE CH... | | 13,500.00 | 23,382.99 |
| Check | 04/05/2018 | | | POS | | X | INVENTORY | | 3,030.00 | 9,882.99 |
| Check | 04/05/2018 | 5566 | | KINZUA STUDIOS | | X | JOHN DEERE | | 1,554.60 | 6,852.99 |
| Check | 04/05/2018 | | | MOORE MEDICAL | | X | PERSONAL | | 185.17 | 5,298.39 |
| Check | 04/05/2018 | | | | | X | MOORE MEDI... | | 2,500.00 | 5,113.22 |
| Check | 04/06/2018 | | | MAC | ANDY | X | REFUND | | 500.00 | 2,613.22 |
| Check | 04/09/2018 | | | POS | | X | OWNER DRAW | | 925.50 | 2,113.22 |
| Check | 04/09/2018 | | | DIRECT TV | | X | -SPLIT- | | 223.11 | 1,187.72 |
| Check | 04/09/2018 | | | GEICO | | X | DIRECT TV | | 617.34 | 964.61 |
| Check | 04/10/2018 | | | NORTHWESTERN ... | | X | INSURANCE | | 2,000.00 | 347.27 |
| Paycheck | 04/11/2018 | 5570 | | AARON ATKINS | | X | EMPLOYEE I... | | 70.00 | -1,652.73 |
| Paycheck | 04/11/2018 | 5574 | | NORTHWEST SAV... | | X | SERVICE CH... | | 74.16 | -1,722.73 |
| Paycheck | 04/11/2018 | 5579 | | JAMIE T KIBBE | | X | -SPLIT- | | 1,282.38 | -1,796.89 |
| Paycheck | 04/11/2018 | 5576 | | TIMOTHY CRANDA... | | X | -SPLIT- | | 1,066.02 | -3,079.27 |
| Paycheck | 04/11/2018 | 5579 | | LORI GREENMAN | | X | -SPLIT- | | 153.61 | -4,145.29 |
| Paycheck | 04/11/2018 | 5571 | | ANDREW W HORT... | | X | -SPLIT- | | 1,073.78 | -4,298.90 |
| Paycheck | 04/11/2018 | 5572 | | BRIAN L GUSTAFS... | | X | -SPLIT- | | 2,726.38 | -5,372.68 |
| Paycheck | 04/11/2018 | 5573 | | DAVID C MALLISON | | X | -SPLIT- | | 1,512.60 | -8,099.06 |
| Paycheck | 04/11/2018 | 5575 | | JEFFREY N SPEN... | | X | -SPLIT- | | 584.86 | -9,611.66 |
| Paycheck | 04/11/2018 | 5577 | | NATHAN TANNER | | X | -SPLIT- | | 901.22 | -10,196.52 |
| Paycheck | 04/11/2018 | 5578 | | ROBERT TARBOX | | X | -SPLIT- | | 1,166.23 | -11,097.74 |
| Check | 04/11/2018 | | | POS | | X | PERSONAL | | 203.99 | -12,263.97 |
| Check | 04/12/2018 | 5567 | | TRI COUNTY TIRE | | X | -SPLIT- | | 685.95 | -12,467.96 |
| Check | 04/12/2018 | 5568 | | IDAN GREENBERG | | X | PERSONAL | | 1,750.00 | -13,153.91 |
| Check | 04/13/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 70.00 | -14,903.91 |
| Deposit | 04/16/2018 | | | | Deposit | X | AMBULANCE ... | 31,722.27 | | -14,973.91 |
| Check | 04/16/2018 | 5580 | | HAMLIN BANK | | X | -SPLIT- | | 10,281.75 | 16,748.36 |
| Check | 04/16/2018 | 5581 | | BATFE | 152235 | X | INVENTORY | | 200.00 | 6,466.61 |
| Deposit | 04/16/2018 | | | | Deposit | X | GUS'S GUNS ... | 19,700.00 | | 6,266.61 |
| Check | 04/16/2018 | 5582 | | HAMLIN BANK | | X | -SPLIT- | | 14,320.52 | 25,966.61 |
| Deposit | 04/16/2018 | | | | MEDICARE | X | AMBULANCE ... | 4,468.30 | | 11,646.09 |
| Check | 04/17/2018 | 5596 | | NORTHWEST SAV... | | X | SERVICE CH... | | 70.00 | 16,114.39 |
| Check | 04/17/2018 | 5589 | | UPMC HEALTH PL... | | X | -SPLIT- | | 9,020.08 | 16,044.39 |
| Check | 04/17/2018 | 5590 | | RYAN YINGLING | | X | RYAN YINGLI... | | 2,100.00 | 7,024.31 |
| Check | 04/17/2018 | 5591 | | VERIZON | | X | VERIZON PH... | | 346.18 | 4,924.31 |
| Check | 04/17/2018 | 5592 | | PENELEC | | X | -SPLIT- | | 4,397.34 | 4,578.13 |
| Check | 04/17/2018 | | | CENTRAL PENN G... | | X | -SPLIT- | | 613.79 | 180.79 |
| Check | 04/17/2018 | 5593 | | VERIZON WIRELE... | | X | VERIZON WI... | | 414.79 | -433.00 |
| | | | | | | | | | | -847.79 |

Page 1

3:48 PM
05/21/18
Accrual Basis

## B.L.Gustafson, L.L.C.
## Transactions by Account
### As of April 30, 2018

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 04/17/2018 | 5594 | | JAMESTOWN OVE... | | x | STATION EXP. | | 489.00 | -1,336.79 |
| Check | 04/17/2018 | | | KUBOTA | | x | KUBOTA | | 2,000.00 | -3,336.79 |
| Check | 04/17/2018 | 5595 | | NORTON BUILDIN... | JIM MILLER | x | REPAIRS/MAI... | | 1,194.62 | -4,531.41 |
| Check | 04/17/2018 | | | PENN DOT | | x | REGISTRATION | | 692.00 | -5,223.41 |
| Check | 04/17/2018 | | | MOORE MEDICAL | | x | MOORE MEDI... | | 779.94 | -6,003.35 |
| Check | 04/17/2018 | | | POS | | x | MISC/MEALS | | 865.25 | -6,868.60 |
| Check | 04/19/2018 | | | POS | | x | PERSONAL | | 26.00 | -6,894.60 |
| Check | 04/19/2018 | 5597 | | IRS | | x | IRS | | 321.11 | -7,215.71 |
| Check | 04/19/2018 | 5598 | | IRS | | x | IRS | | 26,310.02 | -33,525.73 |
| Check | 04/19/2018 | | | POS | | x | -SPLIT- | | 462.29 | -33,988.02 |
| Check | 04/20/2018 | 5599 | | POS | PAGERS | x | -SPLIT- | | 1,321.68 | -35,309.70 |
| Check | 04/20/2018 | | | GARY GEER | | x | GARY GEER | | 1,220.00 | -36,529.70 |
| Check | 04/20/2018 | 5600 | | KATHERINE GUST... | | x | OWNER DRAW | | 1,000.00 | -37,529.70 |
| Deposit | 04/20/2018 | | | | Deposit | x | AMBULANCE ... | 5,000.00 | | -32,529.70 |
| Deposit | 04/23/2018 | | | | Deposit | x | GUS'S GUNS ... | 26,850.00 | | -5,679.70 |
| Check | 04/23/2018 | | | POS | | x | -SPLIT- | | 495.00 | -6,174.70 |
| Check | 04/23/2018 | | | MAC | | x | OWNER DRAW | | 200.00 | -6,374.70 |
| Deposit | 04/24/2018 | | | | Deposit | x | AMBULANCE ... | 17,180.85 | | 10,806.15 |
| Check | 04/24/2018 | 5601 | | POS | | x | PERSONAL | | 372.00 | 10,434.15 |
| Paycheck | 04/25/2018 | 5604 | | AARON ATKINS | | x | -SPLIT- | | 74.15 | 10,360.00 |
| Paycheck | 04/25/2018 | 5606 | | BRYANT DUNN | | x | -SPLIT- | | 1,209.35 | 9,150.65 |
| Paycheck | 04/25/2018 | 5608 | | JAMIE T KIBBE | | x | -SPLIT- | | 1,504.08 | 7,646.57 |
| Paycheck | 04/25/2018 | 5611 | | MARLIN J HAIRST... | | x | -SPLIT- | | 61.79 | 7,584.78 |
| Paycheck | 04/25/2018 | 5612 | | SHAWN HOWELL... | | x | -SPLIT- | | 105.94 | 7,478.84 |
| Paycheck | 04/25/2018 | 5602 | | TIMOTHY CRANDA... | | x | -SPLIT- | | 899.58 | 6,579.26 |
| Paycheck | 04/25/2018 | 5612 | | ANDREW W HORT... | | x | -SPLIT- | | 1,073.77 | 5,505.49 |
| Paycheck | 04/25/2018 | 5603 | | BRIAN L GUSTAFS... | | x | -SPLIT- | | 2,726.38 | 2,779.11 |
| Paycheck | 04/25/2018 | 5605 | | DAVID C MALLISON | | x | -SPLIT- | | 1,512.60 | 1,266.51 |
| Paycheck | 04/25/2018 | 5607 | | JEFFREY N SPEN... | | x | -SPLIT- | | 584.86 | 681.65 |
| Paycheck | 04/25/2018 | 5609 | | NATHAN TANNER | | x | -SPLIT- | | 901.21 | -219.56 |
| Paycheck | 04/25/2018 | 5610 | | ROBERT TARBOX | | x | -SPLIT- | | 1,166.23 | -1,385.79 |
| Paycheck | 04/25/2018 | 5613 | | PENNSYLVANIA S... | | x | CHILD SUPP... | | 1,215.00 | -2,600.79 |
| Check | 04/25/2018 | | | MAC | | x | -SPLIT- | | 500.00 | -3,100.79 |
| Check | 04/26/2018 | | | POS | | x | OWNER DRAW | | 421.14 | -3,521.93 |
| Check | 04/26/2018 | 5614 | | MUNICIPAL MARK... | MEDICARE | x | PERSONAL | | 2,400.00 | -5,921.93 |
| Deposit | 04/26/2018 | | | | | x | AMBULANCE ... | 893.63 | | -5,028.30 |
| Check | 04/30/2018 | | | POS | | x | MEMBERSHI... | | 329.49 | -5,357.79 |
| Check | 04/30/2018 | | | POS | | x | -SPLIT- | | 60.00 | -5,417.79 |
| Check | 04/30/2018 | | | MOORE MEDICAL | | x | OWNER DRAW | | 71.76 | -5,489.55 |
| Check | 04/30/2018 | | | POST MASTER | | x | MOORE MEDI... | | 6.70 | -5,496.25 |
| | | | | | | | POST MASTER | | | |
| Total GENERAL | | | | | | | | 146,443.17 | 139,396.80 | -5,496.25 |
| TOTAL | | | | | | | | 146,443.17 | 139,396.80 | -5,496.25 |

Case Number: 17-10514 TPA

## CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

| | | BANK ACCOUNTS | | | |
| --- | --- | --- | --- | --- | --- |
| | Cash | Operating | Payroll | Tax | Total |
| | | 2166032330 # | | # | |
| Balance at Beginning of Period | | -17783.66 | | | |
| **RECEIPTS** | | | | | |
| Cash Sales | | 146443 | | | |
| Accounts Receivable | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| Voided checks | | 5241.21 | | | |
| TOTAL RECEIPTS | | 151684.21 | | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | 139396.8 | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debts | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | | 139396.8 | | | |
| Balance at End of Month | | -5496.25 | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
| --- | --- |
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | |



# Northwest

## CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 56 | 4/1/2018 Through 4/30/2018 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 1,536.33 | 163,880.87 | 157,382.25 | 0.00 | 0.00 | -4,962.29 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/02/18 | PAYPAL INST XFER | 53.00 | | 1,483.33 | | 5503 | 731.00 |
| 04/02/18 | PAYPAL INST XFER | 11.99 | | 1,471.34 | * | 5503 | 731.00 |
| 04/02/18 | PAYPAL INST XFER | 10.99 | | 1,460.35 | * | 5513 | 2,726.38 |
| 04/02/18 | PAYPAL INST XFER | 7.99 | | 1,452.36 | * | 5522 | 4,510.04 |
| 04/02/18 | PAYPAL INST XFER | 110.00 | | 1,342.36 | * | 5522 | 4,510.04 |
| 04/02/18 | PAYPAL INST XFER | 124.95 | | 1,217.41 | * | 5542 | 1,500.00 |
| 04/02/18 | PAYPAL INST XFER | 69.99 | | 1,147.42 | * | 5544 | 560.36 |
| 04/02/18 | MPOWTECHNOL IAT PAYPAL BRIAN GUSTAFSON | 20.66 | | 1,126.76 | | 5545 | 966.48 |
| | | | | | * | 5548 | 307.84 |
| 04/02/18 | SOL NETWORK IAT PAYPAL BRIAN GUSTAFSON | 2.99 | | 1,123.77 | * | 5551 | 1,400.00 |
| | | | | | * | 5553 | 379.46 |
| 04/02/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 | | 923.77 | | 5554 | 1,384.36 |
| | | | | | | 5555 | 389.52 |
| 04/02/18 | Dick'sSportingGood 877-8469997 PA | 64.99 | | 858.78 | * | 5557 | 2,726.39 |
| 04/02/18 | A EAGLE OUTFTR0000 888-2324535 KS | 55.91 | | 802.87 | | 5558 | 1,512.60 |
| 04/02/18 | CHECK 5548 | 307.84 | | 495.03 | | 5559 | 1,317.18 |
| 04/03/18 | CHECK 5503 | 731.00 | | -235.97 | * | 5561 | 901.21 |
| 04/04/18 | DEPOSIT | | 40,628.12 | 40,392.15 | * | 5564 | 1,220.00 |
| 04/04/18 | SOL NETWORK IAT PAYPAL BRIAN GUSTAFSON | 399.00 | | 39,993.15 | | 5565 | 160.51 |
| | | | | | | 5566 | 1,554.60 |
| 04/04/18 | RETURNED CHECK | | 731.00 | 40,724.15 | | 5567 | 685.95 |
| 04/04/18 | PAYPAL INST XFER | 12.99 | | 40,711.16 | | 5568 | 1,750.00 |
| 04/04/18 | PAYPAL INST XFER | 58.73 | | 40,652.43 | * | 5570 | 74.16 |
| 04/04/18 | PAYPAL INST XFER | 89.99 | | 40,562.44 | | 5571 | 1,073.78 |
| 04/04/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5503 | 35.00 | | 40,527.44 | | 5572 | 2,726.38 |
| | | | | | | 5573 | 1,512.60 |
| 04/05/18 | WITHDRAWAL | 13,500.00 | | 27,027.44 | | 5574 | 1,282.38 |
| 04/05/18 | WITHDRAWAL | 2,500.00 | | 24,527.44 | | 5575 | 584.86 |
| 04/05/18 | MOORE MEDICAL LLC 800-2341464 CT | 185.17 | | 24,342.27 | | 5576 | 153.61 |
| 04/05/18 | CHECK 5513 | 2,726.38 | | 21,615.89 | | 5577 | 901.22 |
| 04/05/18 | CHECK 5557 | 2,726.39 | | 18,889.50 | | 5578 | 1,166.23 |
| 04/05/18 | CHECK 5558 | 1,512.60 | | 17,376.90 | | 5579 | 1,066.02 |
| 04/05/18 | CHECK 5559 | 1,317.18 | | 16,059.72 | | 5580 | 10,281.75 |
| 04/05/18 | CHECK 5561 | 901.21 | | 15,158.51 | | 5581 | 200.00 |
| 04/06/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 14,658.51 | | 5582 | 14,320.52 |
| | | | | | * | 5589 | 2,100.00 |

# Northwest

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 4/1/2018 Through 4/30/2018 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 04/06/18 | BERNSTEIN-BURKLEY 412-456-8100 PA | 3,030.00 | | 11,628.51 | 5590 | 346.18 |
| 04/06/18 | CHECK 5542 | 1,500.00 | | 10,128.51 | 5591 | 4,397.34 |
| 04/06/18 | CHECK 5553 | 379.46 | | 9,749.05 | 5592 | 613.79 |
| 04/06/18 | CHECK 5554 | 1,384.36 | | 8,364.69 | 5593 | 414.79 |
| 04/06/18 | CHECK 5564 | 1,220.00 | | 7,144.69 | 5594 | 489.00 |
| 04/06/18 | CHECK 5565 | 160.51 | | 6,984.18 | 5595 | 1,194.62 |
| 04/06/18 | CHECK 5566 | 1,554.60 | | 5,429.58 | 5596 | 9,020.08 |
| 04/09/18 | PAYPAL INST XFER | 113.89 | | 5,315.69 | 5597 | 321.11 |
| 04/09/18 | PAYPAL INST XFER | 7.65 | | 5,308.04 | 5598 | 26,310.02 |
| 04/09/18 | PAYPAL INST XFER | 68.99 | | 5,239.05 | 5599 | 1,220.00 |
| 04/09/18 | PAYPAL INST XFER | 94.99 | | 5,144.06 | 5600 | 1,000.00 |
| 04/09/18 | PAYPAL INST XFER | 58.94 | | 5,085.12 | 5601 | 74.15 |
| 04/09/18 | PAYPAL INST XFER | 39.00 | | 5,046.12 | 5602 | 1,073.77 |
| 04/09/18 | GET GO #30-5801 Forward Ave Pittsburgh PA | 40.00 | | 5,006.12 | 5603 | 2,726.38 |
| 04/09/18 | FOOT LOCKER 07830 PITTSBURGH PA | 190.00 | | 4,816.12 | 5604 | 1,209.35 |
| 04/09/18 | QUALITY INN UNIV. PITTSBURGH PA | 204.06 | | 4,612.06 | 5605 | 1,512.60 |
| 04/09/18 | FTD.COM 800-736-3383 IL | 107.98 | | 4,504.08 * | 5607 | 584.86 |
| 04/09/18 | DTV*DIRECTV SERVIC 800-347-3288 CA | 223.11 | | 4,280.97 * | 5609 | 901.21 |
| 04/09/18 | GEICO *AUTO 800-841-3000 DC | 617.34 | | 3,663.63 | 5610 | 1,166.23 |
| 04/09/18 | CHECK 5545 | 966.48 | | 2,697.15 | 5611 | 105.94 |
| 04/10/18 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 | | 697.15 | 5612 | 899.58 |
| 04/10/18 | CHECK 5522 | 4,510.04 | | -3,812.89 | 5613 | 1,215.00 |
| 04/10/18 | CHECK 5555 | 389.52 | | -4,202.41 | 5614 | 2,400.00 |
| 04/11/18 | RETURNED CHECK | | 4,510.04 | 307.63 | 5615 | 1,031.91 |
| 04/11/18 | PAYPAL INST XFER | 203.99 | | 103.64 | | |
| 04/11/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5522 | 35.00 | | 68.64 | | |
| 04/11/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5555 | 35.00 | | 33.64 | | |
| 04/12/18 | PAYPAL INST XFER | 51.00 | | -17.36 | | |
| 04/12/18 | PAYPAL INST XFER | 406.00 | | -423.36 | | |
| 04/13/18 | PAYPAL INST XFER | | 51.00 | -372.36 | | |
| 04/13/18 | PAYPAL INST XFER | | 406.00 | 33.64 | | |
| 04/13/18 | CHECK 5503 | 731.00 | | -697.36 | | |
| 04/13/18 | CHECK 5522 | 4,510.04 | | -5,207.40 | | |
| 04/13/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | -5,242.40 | | |
| 04/13/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | -5,277.40 | | |
| 04/16/18 | NIGHT DEPOSIT | | 31,722.27 | 26,444.87 | | |

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 4/1/2018 Through 4/30/2018 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/18 | DEPOSIT | | 19,700.00 | 46,144.87 | | |
| 04/16/18 | RETURNED CHECK | | 731.00 | 46,875.87 | | |
| 04/16/18 | RETURNED CHECK | | 4,510.04 | 51,385.91 | | |
| 04/16/18 | CHECK 5567 | 685.95 | | 50,699.96 | | |
| 04/16/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5503 | 35.00 | | 50,664.96 | | |
| 04/16/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5522 | 35.00 | | 50,629.96 | | |
| 04/17/18 | NOVITAS HCCLAIMPMT 1336204577 | | 4,468.30 | 55,098.26 | | |
| 04/17/18 | WITHDRAWAL | 2,000.00 | | 53,098.26 | | |
| 04/17/18 | FABFITFUN VIP.FABFITFUN CA | 26.00 | | 53,072.26 | | |
| 04/17/18 | CHECK 5551 | 1,400.00 | | 51,672.26 | | |
| 04/17/18 | CHECK 5571 | 1,073.78 | | 50,598.48 | | |
| 04/17/18 | CHECK 5572 | 2,726.38 | | 47,872.10 | | |
| 04/17/18 | CHECK 5573 | 1,512.60 | | 46,359.50 | | |
| 04/17/18 | CHECK 5575 | 584.86 | | 45,774.64 | | |
| 04/17/18 | CHECK 5578 | 1,166.23 | | 44,608.41 | | |
| 04/17/18 | CHECK 5579 | 1,066.02 | | 43,542.39 | | |
| 04/17/18 | CHECK 5580 | 10,281.75 | | 33,260.64 | | |
| 04/17/18 | CHECK 5582 | 14,320.52 | | 18,940.12 | | |
| 04/17/18 | CHECK 5589 | 2,100.00 | | 16,840.12 | | |
| 04/18/18 | P & W SERVICE CTR 9413602277 FL | 865.25 | | 15,974.87 | | |
| 04/18/18 | PA DRIVER & VEHICL 800-932-4600 PA | 692.00 | | 15,282.87 | | |
| 04/18/18 | CHECK 5568 | 1,750.00 | | 13,532.87 | | |
| 04/18/18 | CHECK 5570 | 74.16 | | 13,458.71 | | |
| 04/18/18 | CHECK 5576 | 153.61 | | 13,305.10 | | |
| 04/19/18 | PAYPAL RETRY PYMT | 406.00 | | 12,899.10 | | |
| 04/19/18 | PAYPAL RETRY PYMT | 51.00 | | 12,848.10 | | |
| 04/19/18 | MOORE MEDICAL LLC 800-2341464 CT | 779.94 | | 12,068.16 | | |
| 04/19/18 | SPOTIFY*USA-SUBS 877-778-1161 NY | 5.29 | | 12,062.87 | | |
| 04/19/18 | CHECK 5544 | 560.36 | | 11,502.51 | | |
| 04/19/18 | CHECK 5590 | 346.18 | | 11,156.33 | | |
| 04/19/18 | CHECK 5591 | 4,397.34 | | 6,758.99 | | |
| 04/19/18 | CHECK 5593 | 414.79 | | 6,344.20 | | |
| 04/19/18 | CHECK 5594 | 489.00 | | 5,855.20 | | |
| 04/20/18 | DEPOSIT | | 5,000.00 | 10,855.20 | | |
| 04/20/18 | PAYPAL *LOTSOFMODE 402-935-7733 CA | 32.48 | | 10,822.72 | | |
| 04/20/18 | PAYPAL *MWB 402-935-7733 CA | 78.95 | | 10,743.77 | | |
| 04/20/18 | PAYPAL *FTHISTORIA 402-935-7733 CA | 19.98 | | 10,723.79 | | |
| 04/20/18 | PAYPAL *SUNTIMES36 402-935-7733 CA | 79.90 | | 10,643.89 | | |



# Northwest

## CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 4/1/2018 Through 4/30/2018 |

PAGE 4

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 04/20/18 | PAYPAL *NOBLEKNIGH 402-935-7733 CA | 170.47 | | 10,473.42 |
| 04/20/18 | PAYPAL *NOBLEKNIGH 402-935-7733 CA | 702.90 | | 9,770.52 |
| 04/20/18 | VIATOR/TRIPADVISOR 702-749-5744 CA | 237.00 | | 9,533.52 |
| 04/20/18 | CHECK 5577 | 901.22 | | 8,632.30 |
| 04/20/18 | CHECK 5595 | 1,194.62 | | 7,437.68 |
| 04/23/18 | DEPOSIT | | 26,850.00 | 34,287.68 |
| 04/23/18 | HORNBLOWER CLASSIC HTTP://WWW.CL CA | 225.00 | | 34,062.68 |
| 04/23/18 | ALCTRZ CRSES 415-4 SAN FRANCISCO CA | 270.00 | | 33,792.68 |
| 04/23/18 | CHECK 5574 | 1,282.38 | | 32,510.30 |
| 04/24/18 | DEPOSIT | | 17,180.85 | 49,691.15 |
| 04/24/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 | | 49,491.15 |
| 04/24/18 | VIATOR/TRIPADVISOR 702-749-5744 CA | 372.00 | | 49,119.15 |
| 04/24/18 | CHECK 5592 | 613.79 | | 48,505.36 |
| 04/24/18 | CHECK 5596 | 9,020.08 | | 39,485.28 |
| 04/24/18 | CHECK 5599 | 1,220.00 | | 38,265.28 |
| 04/24/18 | CHECK 5600 | 1,000.00 | | 37,265.28 |
| 04/25/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 | | 36,765.28 |
| 04/25/18 | BJS WHOLES-1899 CINEMA DR ALLEGANY NY | 421.14 | | 36,344.14 |
| 04/25/18 | CHECK 5598 | 26,310.02 | | 10,034.12 |
| 04/25/18 | CHECK 5601 | 74.15 | | 9,959.97 |
| 04/25/18 | CHECK 5602 | 1,073.77 | | 8,886.20 |
| 04/25/18 | CHECK 5603 | 2,726.38 | | 6,159.82 |
| 04/25/18 | CHECK 5605 | 1,512.60 | | 4,647.22 |
| 04/25/18 | CHECK 5607 | 584.86 | | 4,062.36 |
| 04/25/18 | CHECK 5609 | 901.21 | | 3,161.15 |
| 04/25/18 | CHECK 5610 | 1,166.23 | | 1,994.92 |
| 04/25/18 | CHECK 5612 | 899.58 | | 1,095.34 |
| 04/26/18 | NOVITAS HCCLAIMPMT 1336204577 | | 893.63 | 1,988.97 |
| 04/26/18 | PAYPAL INST XFER | 47.80 | | 1,941.17 |
| 04/26/18 | PAYPAL INST XFER | 79.90 | | 1,861.27 |
| 04/26/18 | PAYPAL INST XFER | 49.00 | | 1,812.27 |
| 04/26/18 | WORLDBOOKSL IAT PAYPAL BRIAN GUSTAFSON | 15.15 | | 1,797.12 |
| 04/26/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 100.00 | | 1,697.12 |
| 04/26/18 | OnStar 888-4ONSTAR MI | 37.64 | | 1,659.48 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order   A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 4/1/2018 Through 4/30/2018 |

PAGE 5

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 04/26/18 | CHECK 5604 | 1,209.35 | | 450.13 |
| 04/27/18 | CHECK 5581 | 200.00 | | 250.13 |
| 04/27/18 | CHECK 5611 | 105.94 | | 144.19 |
| 04/30/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 60.00 | | 84.19 |
| 04/30/18 | MOORE MEDICAL LLC 800-2341464 CT | 71.76 | | 12.43 |
| 04/30/18 | USPS PO 41-200 N MECHANIC ST SMETHPORT PA | 6.70 | | 5.73 |
| 04/30/18 | CHECK 5597 | 321.11 | | -315.38 |
| 04/30/18 | CHECK 5613 | 1,215.00 | | -1,530.38 |
| 04/30/18 | CHECK 5614 | 2,400.00 | | -3,930.38 |
| 04/30/18 | CHECK 5615 | 1,031.91 | | -4,962.29 |

CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE
* - Out of Order   A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.



# Northwest

Account No 2166032330
PAGE 6

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5503 — 2/15/2018
PAY TO THE ORDER OF DEA $ **731.00
Seven Hundred Thirty-One and 00/100 DOLLARS
DEA
F0121817
MEMO

4/3/2018 5503 $731.00

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5503 — 2/15/2018
PAY TO THE ORDER OF DEA $ **731.00
Seven Hundred Thirty-One and 00/100 DOLLARS
DEA
F0121817
MEMO

4/13/2018 5503 $731.00

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5513 — 2/28/2018
PAY TO THE ORDER OF BRIAN L GUSTAFSON $ **2,726.38
Two Thousand Seven Hundred Twenty-Six and 38/100 DOLLARS
BRIAN L GUSTAFSON
PO BOX 344
SMETHPORT, PA 16749
MEMO Pay Period: 02/11/2018 - 02/24/2018

4/5/2018 5513 $2,726.38

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5522 — 3/5/2018
PAY TO THE ORDER OF UPMC HEALTH PLAN $ **4,510.04
Four Thousand Five Hundred Ten and 04/100 DOLLARS
UPMC HEALTH PLAN
MEMO

4/13/2018 5522 $4,510.04

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5522 — 3/5/2018
PAY TO THE ORDER OF UPMC HEALTH PLAN $ **4,510.04
Four Thousand Five Hundred Ten and 04/100 DOLLARS
UPMC HEALTH PLAN
MEMO

4/10/2018 5522 $4,510.04

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5542 — 3/15/2018
PAY TO THE ORDER OF HERZOG OIL $ **1,500.00
One Thousand Five Hundred and 00/100 DOLLARS
HERZOG OIL
117 EAST MAIN STREET
SMETHPORT,PA 16749
MEMO

4/6/2018 5542 $1,500.00

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5544 — 3/15/2018
PAY TO THE ORDER OF PRAXAIR $ **560.36
Five Hundred Sixty and 36/100 DOLLARS
PRAXAIR
PO BOX 382000
PITTSBURGH,PA 15250
MEMO

4/19/2018 5544 $560.36

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5545 — 3/15/2018
PAY TO THE ORDER OF SST $ **966.48
Nine Hundred Sixty-Six and 48/100 DOLLARS
SST
MEMO

4/9/2018 5545 $966.48

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5548 — 3/15/2018
PAY TO THE ORDER OF OLSON TENGLUND INC $ **307.84
Three Hundred Seven and 84/100 DOLLARS
OLSON TENGLUND INC.
PO BOX 348
PORT ALLEGANY, PA 16743
MEMO

4/2/2018 5548 $307.84

B.L. GUSTAFSON, L.L.C. — P.O. BOX 344, SMETHPORT, PA 16749 — Northwest 60-7421/2433 — Check 5551 — 3/15/2018
PAY TO THE ORDER OF JAY LICKLITER $ **1,400.00
One Thousand Four Hundred and 00/100 DOLLARS
JAY LICKLITER
MEMO

4/17/2018 5551 $1,400.00

00042600

Account No  2166032330
PAGE 7



| Date | Check # | Amount | Payee |
|---|---|---|---|
| 4/6/2018 | 5553 | $379.46 | SMETHPORT BOROUGH |
| 4/6/2018 | 5554 | $1,384.36 | NORTON BUILDING SUPPLY |
| 4/10/2018 | 5555 | $389.52 | SOUTHERN TIER ELECTRIC (VOID) |
| 4/5/2018 | 5557 | $2,726.39 | BRIAN L GUSTAFSON |
| 4/5/2018 | 5558 | $1,512.60 | DAVID C MALLISON |
| 4/5/2018 | 5559 | $1,317.18 | JAMIE T KIBBE |
| 4/5/2018 | 5561 | $901.21 | NATHAN TANNER |
| 4/6/2018 | 5564 | $1,220.00 | GARY GEER |
| 4/6/2018 | 5565 | $160.51 | AARON ATKINS |
| 4/6/2018 | 5566 | $1,554.60 | Kinzua Studios |



Northwest

Account No 2166032330
PAGE 8

| Date | Check # | Amount |
|---|---|---|
| 4/16/2018 | 5567 | $685.95 |
| 4/18/2018 | 5568 | $1,750.00 |
| 4/18/2018 | 5570 | $74.16 |
| 4/17/2018 | 5571 | $1,073.78 |
| 4/17/2018 | 5572 | $2,726.38 |
| 4/17/2018 | 5573 | $1,512.60 |
| 4/23/2018 | 5574 | $1,282.38 |
| 4/17/2018 | 5575 | $584.86 |
| 4/18/2018 | 5576 | $153.61 |
| 4/20/2018 | 5577 | $901.22 |

Account No  2166032330
PAGE 9



| Date | Check # | Amount |
|---|---|---|
| 4/17/2018 | 5578 | $1,166.23 |
| 4/17/2018 | 5579 | $1,066.02 |
| 4/17/2018 | 5580 | $10,281.75 |
| 4/27/2018 | 5581 | $200.00 |
| 4/17/2018 | 5582 | $14,320.52 |
| 4/17/2018 | 5589 | $2,100.00 |
| 4/19/2018 | 5590 | $346.18 |
| 4/19/2018 | 5591 | $4,397.34 |
| 4/24/2018 | 5592 | $613.79 |
| 4/19/2018 | 5593 | $414.79 |

**Northwest**

Account No  2166032330
PAGE 10



| Date | Check # | Amount |
|---|---|---|
| 4/19/2018 | 5594 | $489.00 |
| 4/20/2018 | 5595 | $1,194.62 |
| 4/24/2018 | 5596 | $9,020.08 |
| 4/30/2018 | 5597 | $321.11 |
| 4/25/2018 | 5598 | $26,310.02 |
| 4/24/2018 | 5599 | $1,220.00 |
| 4/24/2018 | 5600 | $1,000.00 |
| 4/25/2018 | 5601 | $74.15 |
| 4/25/2018 | 5602 | $1,073.77 |
| 4/25/2018 | 5603 | $2,726.38 |

Check 5594: Pay to Jamestown Overhead Door — $489.00 — 8850 Fry Road, Kane PA 16735 — Cust 05-106
Check 5595: Pay to Norton Building Supply — $1,194.62
Check 5596: Pay to UPMC Health Plan — $9,020.08
Check 5597: Pay to IRS / United States Treasury — $321.11
Check 5598: Pay to United States Treasury / IRS — $26,310.02
Check 5599: Pay to Gary Geer — $1,220.00 — 902-007-921
Check 5600: Pay to Katherine Gustafson — $1,000.00 — 901335215
Check 5601: Pay to Aaron Atkins — $74.15 — 73 Summer Street, Bradford, PA 16701 — Pay Period 04/08/2018 - 04/21/2018
Check 5602: Pay to Andrew W Horton — $1,073.77 — 6130 RT46 Suite 1, Smethport, PA 16749 — Pay Period 04/08/2018 - 04/21/2018
Check 5603: Pay to Brian L Gustafson — $2,726.38 — PO Box 344, Smethport, PA 16749 — Pay Period 04/08/2018 - 04/21/2018

Account No   2166032330
PAGE 11

