IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) Chapter 11 (Small Business) |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S | ) |
| GUNS, PRIORITY CARE AMBULANCE, | ) Related to Doc. Nos. 172, 182 and 187 |
| B.L. GUSTAFSON EXCAVATION, | ) |
| BRYNWOOD FARM and BRIAN | ) |
| GUSTAFSON RENTALS, | ) |
| | ) Date and Time of Hearing: |
| Debtor | ) June 21, 2018 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served, or caused to be served, on May 25, 2018, copies of the (1) Order Conditionally Approving Disclosure Statement and Scheduling Final Hearing, (2) Disclosure Statement, (3) Plan of Reorganization dated May 14, 2018, (4) Plan Summary and (5) a Ballot by first class, United States mail, postage pre-paid and/or electronic transmission, to all creditors and interested parties as set forth on the attached service list.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtors

By: /s/ Guy C. Fustine
Guy C. Fustine
PA I.D. No. 37543
120 West Tenth Street
Erie, Pennsylvania  16501-1461
(814) 459-2800
gfustine@kmgslaw.com

# 1933821.v1

```
Label Matrix for local noticing          Amy B. Gustafson                         B.L. Gustafson, LLC
0315-1                                   1235 West Main Street                    P.O. Box 344
Case 17-10514-TPA                        Smethport, PA 16749-1046                 Smethport, PA 16749-0344
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu May 24 11:30:22 EDT 2018

Robert S. Bernstein                      Brian L. Gustafson                       Christopher Poorman & Bobbie Jo Poorman
Bernstein-Burkley, P.C.                  1235 W. Main Street                      c/o Saltz Mongeluzzi Barrett & Bendesky
2200 Gulf Tower                          Smethport, PA 16749-1046                 Attorney Robert J. Mongeluzzi
Pittsburgh, PA 15219                                                              1650 Market Street, 52 Floor
                                                                                  Philadelphia, PA 19103-7236

Clearfield Transportation Services, Inc. Robert C. Edmundson                      Ford Credit
P.O. Box 344                             Office of Attorney General               P.O. Box 220564
Smethport, PA 16749-0344                 1251 Waterfront Place                    Pittsburgh, PA 15257-2564
                                         Mezzanine Level
                                         Pittsburgh, PA 15222-4227

(p)FORD MOTOR CREDIT COMPANY             Guy C. Fustine                           Hamlin Bank & Trust Company
P O BOX 62180                            Knox McLaughlin Gornall & Sennett, P.C.  333 West Main Street
COLORADO SPRINGS CO 80962-2180           120 West Tenth Street                    P.O. Box 367
                                         Erie, PA 16501-1410                      Smethport, PA  16749-0367

Internal Revenue Service                 Internal Revenue Service                 Internal Revenue Service
Special Procedures Division              Insolvency Unit                          P O Box 7346
P.O. Box 628                             P.O. Box 628                             Philadelphia, PA 19101-7346
Bankruptcy Section                       Pittsburgh, PA 15230
Pittsburgh, PA 15230

Michael S. Jan Janin                     John Deere Construction & Forestry Co.   John Deere Construction & Forestry Co.
Quinn Buseck Leemhuis Toohey & Kroto Inc 6400 NW 86th Street                      Robert S. Bernstein, Esq.
2222 West Grandview Boulevard            Johnston, IA 50131-2945                  Bernstein-Burkley, P.C.
Erie, PA 16506-4508                                                               707 Grant Street, Suite 2200
                                                                                  Pittsburgh, PA 15219-1945

John Deere Construction & Forestry Company  Knox McLaughlin Gornall & Sennett, P.C.  John F. Kroto
c/o Kirk B. Burkley                      120 West 10th Street                     Knox McLaughlin Gornall & Sennett
707 Grant Street                         Erie, PA 16501-1410                      120 West Tenth Street
Suite 2200                                                                        Erie, PA 16501-1410
Pittsburgh, PA 15219-1945

Kubota Credit Corporation                Kubota Credit Corporation, U.S.A.        Jill Locnikar
PO Box 9013                              c/o Kiely A. Lewandowski, Esquire        U.S. Attorney's Office
Addison, Texas 75001-9013                U.S. Steel Tower                         700 Grant Street, Suite 4000
                                         600 Grant Street, 44th Floor             Pittsburgh, PA 15219-1955
                                         Pittsburgh, PA 15219-2713

Office of Attorney General Department of Rev  Office of the United States Trustee  PA Department of Revenue
Robert C. Edmundson                      Liberty Center.                          Bureau of Compliance
564 Forbes Avenue                        1001 Liberty Avenue, Suite 970           Dept. 280948
Pittsburgh, PA 15219-2908                Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0948

Pennsylvania Department of Revenue       Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
Bankruptcy Division, PO Box 280946       Bankruptcy division, P O Box 280946      Department 280946
Harrisburg PA 17128-0946                 Harrisburg P A 17128-0946                P.O. Box 280946
                                                                                  ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946
```

Ralph L. Gustafson  
1235 W. Main Street  
Smethport, PA 16749-1046  

Ralph L. Gustafson  
160 Jane Ware Road  
Smethport, PA 16749-4916  

Robert J. Lovell  
Constance E. Lovell  
c/of Michael P. Kruszewski, Esquire  
2222 West Grandview Blvd.  
Erie, PA 16506-4508  

Robert S. Bernstein, Esquire  
Bernstein-Burkley, P.C.  
707 Grant Street  
Suite 2200 Gulf Tower  
Pittsburgh, PA 15219-1908  

Ryan D. Yingling  
115 Jarrett Lane  
Smethport, PA 16749-2013  

Thomas Ball Financial Services  
605 West Main Street  
Smethport, PA 16749-1145  

United States of America Department of the T  
c/oOffice of U.S. Atty for W.D. of PA  
U.S. Post Office & Courthouse  
700 Grant Street, Suite 4000  
Pittsburgh, PA 15219-1956  

James P. Valecko  
436 Seventh Avenue  
Suite 2500  
Pittsburgh, PA 15219-1842  

James Warmbrodt  
KML Law Group, P.C.  
701 Market Street  
Suite 5000  
Philadelphia, PA 19106-1541  

Norma Hildenbrand, on Behalf of the United S  
Office of the United States Trustee  
Suite 970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222-3714  

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC  
PO Box 62180  
Colorado Springs, CO 80962  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

(u)Hamlin Bank & Trust Company

(u)John Deere Construction & Forestry Company

(u)Kubota Credit Corporation

End of Label Matrix  
Mailable recipients    39  
Bypassed recipients     4  
Total                  43