FILED
5/31/18 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR# 021170769

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>B.L. Gustafson, LLC | CASE NO. 17-10514-TPA |
| Debtor | CHAPTER 11 |
| Ford Motor Credit Company LLC | Related to Document Number: 95, 190 |
| Movant | |
| B.L. Gustafson, LLC<br>Respondents/Debtor | |

### FINAL ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for Consideration this ___31st___ day of ___May___, 2018, at Erie, PA in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay and the Affidavit of Default of Movant's Counsel. Upon statements of counsel, the evidence and law:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted final relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral: 2014 Ford F-250, (VIN No.: 1FTBF2B60EEA08114).

_____  jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

Brian Langford
PA ID# 324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
(412) 338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
B.L. Gustafson, LLC  
    Debtor

Case No. 17-10514-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-1 | User: lfin | Page 1 of 1 | Date Rcvd: May 31, 2018 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
db    +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:

    Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com, PitEcf@weltman.com

    Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com

    James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com

    James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com, PitEcf@weltman.com

    Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov

    John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

    Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

    Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov

    Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

    TOTAL: 11