IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-10514-TPA |
| | ) Chapter 11 (Small Business) |
| B.L. GUSTAFSON, LLC, D/B/A GUS'S | ) |
| GUNS, PRIORITY CARE AMBULANCE, | ) |
| B.L. GUSTAFSON EXCAVATION, | ) |
| BRYNWOOD FARM and BRIAN | ) |
| GUSTAFSON RENTALS, | ) |
| | ) Date and Time of Hearing: |
| Debtor | ) June 21, 2018 at 10:00 a.m. |

## SUMMARY OF BALLOTS RECEIVED REGARDING DEBTOR'S CHAPTER 11 PLAN DATED MAY 14, 2018

**Class 1**   Non-Tax Secured Claims (impaired)

   **ACCEPTANCES:  0**
   **REJECTIONS:   1**

   Hamlin Bank                                $58,088.47

   **SUMMARY:**

   Percentage of Acceptances--Number of Votes:  0%
   Percentage of Acceptances--Amount of Claims:  0%

**Class 2**   Tax Secured Claims (unimpaired)

**Class 3**   Administrative Claims (unimpaired)

**Class 4**   Priority Taxes, Wages and Commissions (unimpaired)

**Class 5**   Allowed General Unsecured Claims (impaired)

   **ACCEPTANCES:  0**
   **REJECTIONS:   0**

   **SUMMARY:**

   Percentage of Acceptances--Number of Votes:  0%
   Percentage of Acceptances--Amount of Claims:  0%

**Class 6**  Individual Creditors of Mr. Brian Gustafson (unimpaired)

**Class 7**  Members of B.L. Gustafson, LLC (unimpaired)

**SUMMARY OF ALL VOTES CAST ON DEBTOR'S PLAN OF REORGANIZATION DATED MAY 14, 2018**

|  |  |  |
|---|---|---|
| ACCEPTANCES | 0 |  |
| REJECTIONS | 1 | $58,088.47 |
| TOTAL | 1 | $58,088.47 |

Percentage of Acceptances--Number of Votes:   0%
Percentage of Acceptances--Amount of Claims:  0%

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Debtor

By:   */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania  16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

**NOTE:**  **THE ORIGINAL BALLOTS ARE BEING HELD BY GUY C. FUSTINE, ESQUIRE, COUNSEL FOR THE DEBTOR AND ARE AVAILABLE FOR INSPECTION UPON REQUEST.**

# 1938177.v1