# IN THE UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re: ) CASE NO. 17-10514-TPA

BL Gustafson LLC ) **BUSINESS AND INDUSTRY MONTHLY OPERATING REPORT**

MONTH OF _____ May-18 _____

DATE PETITION FILED: _____

Debtor )

TAX PAYER ID NO.: 36-4721179

Nature of Debtor's Business: _Ambulance / Gun Sales_

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

*[signature]*
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Sole Member
TITLE

Brian L Gustafson
PRINTED NAME OF RESPONSIBLE PARTY

6/20/2018
DATE

**PREPARER:**

*[signature]*
ORIGINAL SIGNATURE OF PREPARER

Accountant
TITLE

Thomas E Ball, EA
PRINTED NAME OF PREPARER

6/20/2018
DATE

PERSON TO CONTACT REGARDING THIS REPORT: Thomas E Ball, EA

PHONE NUMBER: 814-887-2041

ADDRESS: 605 W Main St, Smethport, PA 1674'

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT

3:44 PM
06/20/18
Accrual Basis

# B.L.Gustafson, L.L.C.
## Transactions by Account
### As of May 31, 2018

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Paycheck | 05/23/2018 | 5643 | | BRYAN T DUNN | | | -SPLIT- | | 1,585.70 | -2,257.96 |
| Paycheck | 05/23/2018 | 5645 | | JAMIE T KIBBE | | | -SPLIT- | | 1,404.07 | -3,662.03 |
| Paycheck | 05/23/2018 | 5646 | | JEFFREY N SPEN... | | | -SPLIT- | 0.00 | | -3,662.03 |
| Paycheck | 05/23/2018 | 5647 | | LORI GREENMAN | | | -SPLIT- | | 105.94 | -3,767.97 |
| Paycheck | 05/23/2018 | 5649 | | RICHARD E BECK... | | | -SPLIT- | | 52.97 | -3,820.94 |
| Paycheck | 05/23/2018 | 5650 | | ROBERT TARBOX | | | -SPLIT- | | 166.23 | -3,987.17 |
| Paycheck | 05/23/2018 | 5651 | | TIMOTHY CRANDA... | | | -SPLIT- | 0.00 | | -3,987.17 |
| Paycheck | 05/23/2018 | 5642 | | BRIAN L GUSTAFS... | | | -SPLIT- | | 2,726.38 | -6,713.55 |
| Paycheck | 05/23/2018 | 5644 | | DAVID C MALLISON | | | -SPLIT- | | 1,512.60 | -8,226.15 |
| Paycheck | 05/23/2018 | 5648 | | NATHAN TANNER | | | -SPLIT- | | 901.21 | -9,127.36 |
| Total GENERAL | | | | | | | | 39,452.41 | 43,083.52 | -9,127.36 |
| TOTAL | | | | | | | | 39,452.41 | 43,083.52 | -9,127.36 |

Page 2

3:44 PM  
06/20/18  
Accrual Basis  

# B.L.Gustafson, L.L.C.
## Transactions by Account
### As of May 31, 2018

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | | | | -5,496.25 |
| Deposit | 05/01/2018 | | | | Deposit | X | GUS'S GUNS... | 10,000.00 | | 4,503.75 |
| Check | 05/01/2018 | | | NORTHWEST SAV... | | X | NORTHWEST... | | 140.00 | 4,363.75 |
| Check | 05/01/2018 | | | POS | | X | INVENTORY... | | 504.68 | 3,859.07 |
| Check | 05/01/2018 | 5617 | | HERZOG OIL | | X | HERZOG OIL | | 2,000.00 | 1,859.07 |
| Check | 05/01/2018 | | | POS | | X | PERSONAL | | 9.99 | 1,849.08 |
| Check | 05/02/2018 | | | POS | | X | -SPLIT- | | 1,045.52 | 803.56 |
| Check | 05/02/2018 | | | BRIAN GUSTAFSON | | X | OWNER DRAW | | 1,000.00 | -196.44 |
| Check | 05/03/2018 | | | POS | | X | -SPLIT- | | 600.00 | -796.44 |
| Check | 05/03/2018 | | | COMMONWEALTH... | | X | PAYROLL EXP. | | 2,877.48 | -3,673.92 |
| Check | 05/03/2018 | | | COMMONWEALTH... | | X | PAYROLL EXP. | | 1,257.22 | -4,931.14 |
| Check | 05/03/2018 | | | COMMONWEALTH... | | X | PAYROLL EXP. | | 445.68 | -5,376.82 |
| Deposit | 05/03/2018 | | | | MEDICARE | X | AMBULANCE | 4,725.95 | | -650.87 |
| Check | 05/04/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 35.00 | -685.87 |
| Check | 05/04/2018 | | | POS | | X | -SPLIT- | | 1,085.70 | -1,771.57 |
| Check | 05/07/2018 | 5618 | | PORTVILLE CONC... | | X | REPAIRS/MAI... | | 2,440.28 | -4,211.85 |
| Check | 05/08/2018 | | | DIRECT TV | | X | DIRECT TV | | 223.11 | -4,434.96 |
| Check | 05/08/2018 | | | POS | | X | PERSONAL | | 137.98 | -4,572.94 |
| Check | 05/09/2018 | 5619 | | SMETHPORT BOR... | | X | -SPLIT- | | 2,986.81 | -7,559.75 |
| Paycheck | 05/09/2018 | 5620 | | AARON ATKINS | | X | -SPLIT- | | 129.77 | -7,689.52 |
| Paycheck | 05/09/2018 | 5625 | | JAMIE T KIBBE | | * | -SPLIT- | | 380.26 | -8,069.78 |
| Paycheck | 05/09/2018 | 5627 | | LORI GREENMAN | | X | -SPLIT- | | 61.80 | -8,131.58 |
| Paycheck | 05/09/2018 | 5629 | | RICHARD E BECK... | | X | -SPLIT- | | 74.15 | -8,205.73 |
| Paycheck | 05/09/2018 | 5631 | | TIMOTHY CRANDA... | | X | -SPLIT- | | 910.81 | -9,116.54 |
| Paycheck | 05/09/2018 | 5621 | | ANDREW W HORT... | | X | -SPLIT- | | 1,073.78 | -10,190.32 |
| Paycheck | 05/09/2018 | 5622 | | BRIAN L GUSTAFS... | | X | -SPLIT- | | 2,726.38 | -12,916.70 |
| Paycheck | 05/09/2018 | 5623 | | BRYAN T DUNN | | X | -SPLIT- | | 1,209.36 | -14,126.06 |
| Paycheck | 05/09/2018 | 5624 | | DAVID C MALLISON | | X | -SPLIT- | | 1,512.60 | -15,638.66 |
| Paycheck | 05/09/2018 | 5626 | | JEFFREY N SPEN... | | X | -SPLIT- | | 584.86 | -16,223.52 |
| Paycheck | 05/09/2018 | 5628 | | NATHAN TANNER | | X | -SPLIT- | | 901.22 | -17,124.74 |
| Paycheck | 05/09/2018 | 5630 | | ROBERT TARBOX | | X | -SPLIT- | | 1,166.23 | -18,290.97 |
| Check | 05/09/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 35.00 | -18,325.97 |
| Deposit | 05/10/2018 | | | | MEDICARE | X | AMBULANCE | 945.64 | | -17,380.33 |
| Check | 05/10/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 35.00 | -17,415.33 |
| Deposit | 05/11/2018 | | | | Deposit | X | AMBULANCE | 17,750.00 | | 334.67 |
| Check | 05/11/2018 | | | POS | | X | OWNER DRAW | | 200.00 | 134.67 |
| Check | 05/14/2018 | | | POS | | X | -SPLIT- | | 553.54 | -418.87 |
| Paycheck | 05/14/2018 | 5632 | | BRYAN T DUNN | | X | -SPLIT- | | 481.68 | -900.55 |
| Check | 05/15/2018 | | | GEICO | | X | INSURANCE | | 617.34 | -1,517.89 |
| Check | 05/15/2018 | | | NORTHWESTERN... | | X | EMPLOYEE I... | | 2,000.00 | -3,517.89 |
| Check | 05/15/2018 | | | MAC | | X | OWNER DRAW | | 400.00 | -3,917.89 |
| Check | 05/16/2018 | | | POS | | X | PERSONAL | | 50.00 | -3,967.89 |
| Check | 05/16/2018 | | | POS | | X | JOHN DEERE | | 2,020.00 | -5,987.89 |
| Check | 05/17/2018 | | | DIRECT TV | | X | DIRECT TV | | 440.19 | -6,428.08 |
| Check | 05/17/2018 | | | MAC | | X | OWNER DRAW | | 100.00 | -6,528.08 |
| Check | 05/17/2018 | | | NORTHWEST SAV... | | X | SERVICE CH... | | 175.00 | -6,703.08 |
| Deposit | 05/21/2018 | | | | Deposit | X | AMBULANCE | 6,030.82 | | -672.26 |
| Paycheck | 05/23/2018 | 5640 | | AARON ATKINS | | X | -SPLIT- | 0.00 | | -672.26 |
| Paycheck | 05/23/2018 | 5641 | | ANDREW W HORT... | | X | -SPLIT- | 0.00 | | -672.26 |

3:43 PM
06/20/18
Accrual Basis

# B.L. Gustafson, L.L.C.
## Profit & Loss
### May 2018

|  | May 18 |
|---|---:|
| **STATION 16** | |
| DIRECT TV | 663.30 |
| **Total STATION 16** | 663.30 |
| **Total STATION EXP.** | 738.30 |
| **VEHICLE** | |
| INSURANCE | 617.34 |
| **Total VEHICLE** | 617.34 |
| **Total Expense** | 56,671.39 |
| **Net Income** | -17,218.98 |

3:43 PM
06/20/18
Accrual Basis

# B.L. Gustafson, L.L.C.
# Profit & Loss
## May 2018

|  | May 18 |
|---|---:|
| **Income** |  |
|   AMBULANCE DEPOSIT | 29,452.41 |
|   GUS'S GUNS DEPOSIT | 10,000.00 |
| **Total Income** | **39,452.41** |
| **Expense** |  |
|   BRIAN GUSTAFSON |  |
|     1235 WEST MAIN |  |
|       SMETHPORT BOROUGH | 211.48 |
|     Total 1235 WEST MAIN | 211.48 |
|     PERSONAL | 3,482.73 |
|   Total BRIAN GUSTAFSON | 3,694.21 |
|   BRYNWOOD FARM |  |
|     BARN |  |
|       SMETHPORT BOROUGH | 490.20 |
|     Total BARN | 490.20 |
|   Total BRYNWOOD FARM | 490.20 |
|   EQUIPMENT |  |
|     JOHN DEERE | 2,020.00 |
|   Total EQUIPMENT | 2,020.00 |
|   GAS/FUEL |  |
|     HERZOG OIL | 2,000.00 |
|   Total GAS/FUEL | 2,000.00 |
|   GUS'S GUNS |  |
|     INVENTORY PURCHASE | 504.68 |
|   Total GUS'S GUNS | 504.68 |
|   NORTHWEST SAVINGS BANK |  |
|     SERVICE CHARGE | 280.00 |
|     NORTHWEST SAVINGS BANK - Other | 140.00 |
|   Total NORTHWEST SAVINGS BANK | 420.00 |
|   OWNER DRAW | 1,700.00 |
|   PAYROLL EXP. |  |
|     EMPLOYEE INSURANCE | 2,000.00 |
|     PAYROLL EXP. - Other | 37,761.25 |
|   Total PAYROLL EXP. | 39,761.25 |
|   RENTALS |  |
|     106 SOUTH MECHANIC |  |
|       REPAIRS/MAINTAINCE | 2,440.28 |
|       SMETHPORT BOROUGH | 489.77 |
|     Total 106 SOUTH MECHANIC | 2,930.05 |
|     COLONIAL |  |
|       SMETHPORT BOROUGH | 1,795.36 |
|     Total COLONIAL | 1,795.36 |
|   Total RENTALS | 4,725.41 |
|   STATION EXP. |  |
|     MISC/MEALS | 75.00 |

## CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

| Case Number: | 17-10514-TPA | | | | |
|---|---|---|---|---|---|
| | | BANK ACCOUNTS | | | |
| | Cash | Operating | Payroll | Tax | Total |
| | | 2166032330 # | | # | |
| Balance at Beginning of Period | | -5496.25 | | | |
| **RECEIPTS** | | | | | |
| Cash Sales | | 39452.41 | | | |
| Accounts Receivable | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | 39452.41 | | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | 43083.52 | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debts | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | 43083.52 | | | |
| Balance at End of Month | | -9127.36 | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | |

# Northwest

**CHECKING ACCOUNT STATEMENT**



B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 5/1/2018 Through 5/31/2018 |

PAGE 4

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| | SMETHPORT PA | | | | | |
| 05/21/18 | DEPOSIT | | 6,030.82 | 6,041.54 | | |
| 05/21/18 | SPOTIFY*USA-SUBS 877-778-1161 NY | 5.29 | | 6,036.25 | | |
| 05/21/18 | IRS USATAXPYMT 270854181280438 | 7,929.22 | | -1,892.97 | | |
| 05/21/18 | CHECK 5619 | 2,986.81 | | -4,879.78 | | |
| 05/21/18 | CHECK 5623 | 1,209.36 | | -6,089.14 | | |
| 05/22/18 | IRS USATAXPYMT 270854181280438 | | 7,929.22 | 1,840.08 | | |
| 05/22/18 | CHECK 5633 | 2,000.00 | | -159.92 | | |
| 05/22/18 | CHECK 5634 | 1,220.00 | | -1,379.92 | | |
| 05/22/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 | | -1,414.92 | | |
| 05/22/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5619 | 35.00 | | -1,449.92 | | |
| 05/22/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5623 | 35.00 | | -1,484.92 | | |
| 05/23/18 | RETURNED CHECK | | 2,000.00 | 515.08 | | |
| 05/23/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 | | 315.08 | | |
| 05/23/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5633 | 35.00 | | 280.08 | | |
| 05/23/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5634 | 35.00 | | 245.08 | | |
| 05/24/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 | | 45.08 | | |
| 05/25/18 | CHECK 5620 | 129.77 | | -84.69 | | |
| 05/25/18 | CHECK 5633 | 2,000.00 | | -2,084.69 | | |
| 05/29/18 | RETURNED CHECK | | 129.77 | -1,954.92 | | |
| 05/29/18 | RETURNED CHECK | | 2,000.00 | 45.08 | | |
| 05/29/18 | OnStar 888-4ONSTAR MI | 37.64 | | 7.44 | | |
| 05/29/18 | CHECK 5635 | 260.82 | | -253.38 | | |
| 05/29/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5620 | 35.00 | | -288.38 | | |
| 05/29/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5633 | 35.00 | | -323.38 | | |
| 05/30/18 | RETURNED CHECK | | 260.82 | -62.56 | | |
| 05/30/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5635 | 35.00 | | -97.56 | | |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 7AM - 8PM AND SATURDAYS FROM 8AM - 4PM.

# CHECKING ACCOUNT STATEMENT

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 5/1/2018 Through 5/31/2018 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/18 | GEICO *AUTO 800-841-3000 DC | 617.34 |  | 16,403.89 |  |  |
| 05/14/18 | CHECK 5618 | 2,440.28 |  | 13,963.61 |  |  |
| 05/14/18 | CHECK 5621 | 1,073.78 |  | 12,889.83 |  |  |
| 05/14/18 | CHECK 5622 | 2,726.38 |  | 10,163.45 |  |  |
| 05/14/18 | CHECK 5626 | 584.86 |  | 9,578.59 |  |  |
| 05/14/18 | CHECK 5628 | 901.22 |  | 8,677.37 |  |  |
| 05/14/18 | CHECK 5629 | 74.15 |  | 8,603.22 |  |  |
| 05/14/18 | CHECK 5630 | 1,166.23 |  | 7,436.99 |  |  |
| 05/14/18 | CHECK 5631 | 910.81 |  | 6,526.18 |  |  |
| 05/15/18 | NORTHWESTERN MU RETRY PYMT | 2,000.00 |  | 4,526.18 |  |  |
| 05/15/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 400.00 |  | 4,126.18 |  |  |
| 05/15/18 | CRAIGSLIST.ORG 415-399-5200 CA | 5.00 |  | 4,121.18 |  |  |
| 05/15/18 | FOXS PIZZA DEN SMETHPORT PA | 50.00 |  | 4,071.18 |  |  |
| 05/15/18 | CHECK 5608 | 61.79 |  | 4,009.39 |  |  |
| 05/16/18 | BERNSTEIN-BURKLEY 412-456-8100 PA | 2,020.00 |  | 1,989.39 |  |  |
| 05/16/18 | DTV*DIRECTV SERVIC 800-347-3288 CA | 440.19 |  | 1,549.20 |  |  |
| 05/16/18 | CHECK 5619 | 2,986.81 |  | -1,437.61 |  |  |
| 05/16/18 | CHECK 5620 | 129.77 |  | -1,567.38 |  |  |
| 05/16/18 | CHECK 5623 | 1,209.36 |  | -2,776.74 |  |  |
| 05/16/18 | CHECK 5627 | 61.80 |  | -2,838.54 |  |  |
| 05/16/18 | CHECK 5632 | 481.68 |  | -3,320.22 |  |  |
| 05/17/18 | RETURNED CHECK |  | 129.77 | -3,190.45 |  |  |
| 05/17/18 | RETURNED CHECK |  | 1,209.36 | -1,981.09 |  |  |
| 05/17/18 | RETURNED CHECK |  | 2,986.81 | 1,005.72 |  |  |
| 05/17/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 100.00 |  | 905.72 |  |  |
| 05/17/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5619 | 35.00 |  | 870.72 |  |  |
| 05/17/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5620 | 35.00 |  | 835.72 |  |  |
| 05/17/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5623 | 35.00 |  | 800.72 |  |  |
| 05/17/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5627 | 35.00 |  | 765.72 |  |  |
| 05/17/18 | OD PAID ITEM FEE INSUFFICIENT FUNDS SERIAL # 5632 | 35.00 |  | 730.72 |  |  |
| 05/18/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 500.00 |  | 230.72 |  |  |
| 05/18/18 | NORTHWEST-428 MAIN STREET | 220.00 |  | 10.72 |  |  |



**CHECKING ACCOUNT STATEMENT**



B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | 5/1/2018 Through 5/31/2018 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
|  | 364721179 |  |  |  |
| 05/03/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 100.00 |  | 5,030.00 |
| 05/03/18 | PAYPAL *SELMACOYLE 402-935-7733 CA | 500.00 |  | 4,530.00 |
| 05/03/18 | CHECK 5614 | 2,400.00 |  | 2,130.00 |
| 05/03/18 | CHECK 5616 | 2,986.81 |  | -856.81 |
| 05/04/18 | WITHDRAWAL | 600.00 |  | -1,456.81 |
| 05/04/18 | RETURNED CHECK |  | 2,986.81 | 1,530.00 |
| 05/04/18 | PAYPAL *OAK N MORE 402-935-7733 CA | 129.00 |  | 1,401.00 |
| 05/04/18 | FTD.COM 800-736-3383 IL | 140.98 |  | 1,260.02 |
| 05/04/18 | PAYPAL *ROBERTDEKE 402-935-7733 CA | 7.48 |  | 1,252.54 |
| 05/04/18 | PAYPAL *FRICK1ENG 402-935-7733 CA | 1.73 |  | 1,250.81 |
| 05/04/18 | PAYPAL *HBORNHOFFT 402-935-7733 CA | 5.50 |  | 1,245.31 |
| 05/04/18 | PAYPAL *MOVIEMARS 402-935-7733 CA | 16.83 |  | 1,228.48 |
| 05/04/18 | PAYPAL *BARNESNOBL 402-935-7733 NY | 23.56 |  | 1,204.92 |
| 05/04/18 | PAYPAL *CNPOSTCARD 402-935-7733 CA | 7.99 |  | 1,196.93 |
| 05/04/18 | PAYPAL INST XFER | 55.00 |  | 1,141.93 |
| 05/04/18 | PAYPAL INST XFER | 97.63 |  | 1,044.30 |
| 05/04/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5616 | 35.00 |  | 1,009.30 |
| 05/08/18 | FTD.COM 800-736-3383 IL | 137.98 |  | 871.32 |
| 05/08/18 | DTV*DIRECTV SERVIC 800-347-3288 CA | 223.11 |  | 648.21 |
| 05/08/18 | CHECK 5616 | 2,986.81 |  | -2,338.60 |
| 05/09/18 | RETURNED CHECK |  | 2,986.81 | 648.21 |
| 05/09/18 | NORTHWESTERN MU ISA PAYMNT | 2,000.00 |  | -1,351.79 |
| 05/09/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5616 | 35.00 |  | -1,386.79 |
| 05/10/18 | NOVITAS HCCLAIMPMT 1336204577 |  | 945.64 | -441.15 |
| 05/10/18 | NORTHWESTERN MU ISA PAYMNT |  | 2,000.00 | 1,558.85 |
| 05/10/18 | CHECK 5606 | 1,504.08 |  | 54.77 |
| 05/10/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS | 35.00 |  | 19.77 |
| 05/11/18 | DEPOSIT |  | 17,750.00 | 17,769.77 |
| 05/11/18 | NORTHWEST-428 MAIN STREET SMETHPORT PA | 200.00 |  | 17,569.77 |
| 05/14/18 | PAYPAL INST XFER | 336.00 |  | 17,233.77 |
| 05/14/18 | PAYPAL INST XFER | 10.65 |  | 17,223.12 |
| 05/14/18 | TICKETS* PITTS PI 800-352-0212 PA | 153.85 |  | 17,069.27 |
| 05/14/18 | CRAIGSLIST.ORG 415-399-5200 CA | 45.00 |  | 17,024.27 |
| 05/14/18 | THE HUB SMETHPORT PA | 3.04 |  | 17,021.23 |

CHECKS THIS PERIOD
IN CHECK NUMBER SEQUENCE
* Out of Order  A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
|  |  |



**Northwest**

**CHECKING ACCOUNT STATEMENT**

B L GUSTAFSON LLC
6135 ROUTE 46 NORTH
PO BOX 344
SMETHPORT PA 16749-0344

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| | 5/1/2018 Through 5/31/2018 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| -4,962.29 | 64,175.07 | 69,039.80 | 0.00 | 0.00 | -97.56 |

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/01/18 | DEPOSIT | | 10,000.00 | 5,037.71 | | 5597 | 321.11 |
| 05/01/18 | SOL NETWORKS LIMITED IAT PAYPAL BRIAN GUSTAFSON | 9.99 | | 5,027.72 | * | 5606 | 1,504.08 |
| | | | | | * | 5608 | 61.79 |
| 05/01/18 | RETURNED CHECK | | 321.11 | 5,348.83 | * | 5614 | 2,400.00 |
| 05/01/18 | RETURNED CHECK | | 1,031.91 | 6,380.74 | * | 5616 | 2,986.81 |
| 05/01/18 | RETURNED CHECK | | 1,215.00 | 7,595.74 | * | 5616 | 2,986.81 |
| 05/01/18 | RETURNED CHECK | | 2,400.00 | 9,995.74 | | 5617 | 2,000.00 |
| 05/01/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5597 | 35.00 | | 9,960.74 | | 5618 | 2,440.28 |
| | | | | | | 5619 | 2,986.81 |
| 05/01/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5613 | 35.00 | | 9,925.74 | * | 5619 | 2,986.81 |
| | | | | | | 5620 | 129.77 |
| 05/01/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5614 | 35.00 | | 9,890.74 | * | 5620 | 129.77 |
| | | | | | | 5621 | 1,073.78 |
| 05/01/18 | OD RETURN ITEM FEE INSUFFICIENT FUNDS SERIAL # 5615 | 35.00 | | 9,855.74 | | 5622 | 2,726.38 |
| | | | | | | 5623 | 1,209.36 |
| 05/02/18 | PAYPAL INST XFER | 60.98 | | 9,794.76 | * | 5623 | 1,209.36 |
| 05/02/18 | WITHDRAWAL | 1,000.00 | | 8,794.76 | * | 5626 | 584.86 |
| 05/02/18 | DOC HOLLIDAYS GENE 417-5465626 MO | 504.68 | | 8,290.08 | | 5627 | 61.80 |
| 05/02/18 | PAYPAL *DARRENCIOF 402-935-7733 CA | 10.99 | | 8,279.09 | | 5628 | 901.22 |
| 05/02/18 | PAYPAL *ETXHARDWAR 402-935-7733 CA | 89.98 | | 8,189.11 | | 5629 | 74.15 |
| 05/02/18 | PAYPAL *NICHOLASCU 402-935-7733 CA | 99.00 | | 8,090.11 | | 5630 | 1,166.23 |
| 05/02/18 | PAYPAL *JTV KNIVES 402-935-7733 CA | 59.98 | | 8,030.13 | | 5631 | 910.81 |
| 05/02/18 | PAYPAL *GIMMIEGOOD 402-935-7733 CA | 56.99 | | 7,973.14 | | 5632 | 481.68 |
| 05/02/18 | PAYPAL *ENISRF 402-935-7733 CA | 263.50 | | 7,709.64 | | 5633 | 2,000.00 |
| 05/02/18 | PAYPAL *AUTO PARTS 402-935-7733 CA | 270.90 | | 7,438.74 | * | 5633 | 2,000.00 |
| 05/02/18 | PAYPAL *DAVIDTURNE 402-935-7733 CA | 9.25 | | 7,429.49 | | 5634 | 1,220.00 |
| 05/02/18 | PAYPAL *BAYSIDEANT 402-935-7733 CA | 9.00 | | 7,420.49 | | 5635 | 260.82 |
| 05/02/18 | PAYPAL *EPRAGUE 402-935-7733 CA | 114.95 | | 7,305.54 | | | |
| 05/02/18 | CHECK 5597 | 321.11 | | 6,984.43 | | | |
| 05/02/18 | CHECK 5617 | 2,000.00 | | 4,984.43 | | | |
| 05/03/18 | NOVITAS HCCLAIMPMT 1336204577 | | 4,725.95 | 9,710.38 | | | |
| 05/03/18 | COMMWLTHOFPA INT PABUSNOTPY 364721179 | 445.68 | | 9,264.70 | | | |
| 05/03/18 | COMMWLTHOFPA INT PABUSNOTPY 364721179 | 1,257.22 | | 8,007.48 | | | |
| 05/03/18 | COMMWLTHOFPA INT PAEMPLOYTX | 2,877.48 | | 5,130.00 | | | |

Account No 2166032330
PAGE 7

5630
B.L. GUSTAFSON, L.L.C.
Northwest
60-7431/2433
PAY TO THE ORDER OF ROBERT TARBOX $ **1,166.23
One Thousand One Hundred Sixty-Six and 23/100 DOLLARS
ROBERT TARBOX
MEMO Pay Period: 04/22/2018 - 05/05/2018
[redacted]

5/14/2018 5630 $1,166.23

5631
B.L. GUSTAFSON, L.L.C.
Northwest
60-7431/2433
PAY TO THE ORDER OF TIMOTHY CRANDALL $ **910.81
Nine Hundred Ten and 81/100 DOLLARS
TIMOTHY CRANDALL
719 BARNUM ROAD
ELDRED, PA 16731
MEMO Pay Period: 04/22/2018 - 05/05/2018
[redacted]

5/14/2018 5631 $910.81

5632
B.L. GUSTAFSON, L.L.C.
Northwest
60-7431/2433
5/14/2018
PAY TO THE ORDER OF BRYAN T DUNN $ **481.68
Four Hundred Eighty-One and 68/100 DOLLARS
BRYAN T DUNN
6139 RT 46 APT 2
SMETHPORT, PA 16749
MEMO Pay Period: 04/22/2018 - 05/05/2018
[redacted]

5/16/2018 5632 $481.68

5633
B.L. GUSTAFSON, L.L.C.
Northwest
60-7431/2433
PAY TO THE ORDER OF COSTAS ACE HARDWARE $ **2,000.00
Two Thousand and 00/100 DOLLARS
COSTAS ACE HARDWARE
323 WATER STREET
SMETHPORT, PA 16749
MEMO
[redacted]

5/22/2018 5633 $2,000.00

NSF
05/24/2018
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON-A NOT SUFFICIENT FUNDS
B.L. GUSTAFSON, L.L.C.
Northwest
COSTAS ACE HARDWARE
[redacted]

5/25/2018 5633 $2,000.00

5634
B.L. GUSTAFSON, L.L.C.
Northwest
60-7431/2433
PAY TO THE ORDER OF GARY GEER $ **1,220.00
One Thousand Two Hundred Twenty and 00/100 DOLLARS
GARY GEER
MEMO
[redacted]

5/22/2018 5634 $1,220.00

5635
B.L. GUSTAFSON, L.L.C.
Northwest
60-7431/2433
5-20-18
PAY TO THE ORDER OF Ronnie Caneeize $ 260.82
Two Hundred Sixty 82/100 DOLLARS
MEMO
[redacted]

5/29/2018 5635 $260.82



Account No  2166032330
PAGE 6



| Date | Check # | Amount |
|---|---|---|
| 5/25/2018 | 5620 | $129.77 |
| 5/16/2018 | 5620 | $129.77 |
| 5/14/2018 | 5621 | $1,073.78 |
| 5/14/2018 | 5622 | $2,726.38 |
| 5/16/2018 | 5623 | $1,209.36 |
| 5/21/2018 | 5623 | $1,209.36 |
| 5/14/2018 | 5626 | $584.86 |
| 5/16/2018 | 5627 | $61.80 |
| 5/14/2018 | 5628 | $901.22 |
| 5/14/2018 | 5629 | $74.15 |

00042402



| Date | Check # | Amount |
|---|---|---|
| 5/2/2018 | 5597 | $321.11 |
| 5/10/2018 | 5606 | $1,504.08 |
| 5/15/2018 | 5608 | $61.79 |
| 5/3/2018 | 5614 | $2,400.00 |
| 5/8/2018 | 5616 | $2,986.81 |
| 5/3/2018 | 5616 | $2,986.81 |
| 5/2/2018 | 5617 | $2,000.00 |
| 5/14/2018 | 5618 | $2,440.28 |
| 5/21/2018 | 5619 | $2,986.81 |
| 5/16/2018 | 5619 | $2,986.81 |