FILED
6/22/18 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10514-TPA |
| | : | | |
| B.L. Gustafson, LLC | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 6/21/2018 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #182 Final Hearing on Disclosure Statement
　　　　　　　#193 Obj. by IRS
　　　　　　　#196 Obj. by PA Dept. of Revenue
　　　　　　　#198 Obj. by Hamlin Bank & Trust Company

**APPEARANCES:**
　　　Debtor:　　　　Guy C. Fustine
　　　Trustee:　　　　Norma Hildenbrand (no appearance)
　　　IRS:　　　　　　Jill Locnikar (video)
　　　PA Dept. Rev.:　Robert Edmundson (video)
　　　Hamlin Bank:　　Michael Jan Janin

**NOTES:**

Locnikar:　Communicated with Debtor's Counsel yesterday and said would address issues in amended plan. In status report from IRS, it filed an administrative claim for $20,000 in Postpetition liabilities incurred. In one $8,000 deposit made by the Debtor, the check bounced.

J.:　Previously said any failure to make payments or deadlines would result in dismissal with a two year bar.

Fustine:　Gave Debtor's position, in agreement with IRS in how taxes should be treated. Hamlin Bank has relief from stay to repossess ambulance, which is a problem since they are the Debtor's primary source of income.

Jan Janin:　Only Debt is ambulance, are granted relief from stay and want our ambulances.

Edmundson:　Gave information about stipulation filed.

**OUTCOME:**　Case dismissed with two year bar. Chambers to enter order.

ljm