FILED
6/22/18 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| B.L. GUSTAFSON, LLC D/B/A GUS'S GUNS, PRIORITY CARE AMBULANCE, B.L. GUSTAFSON EXCAVATION, BRYNWOOD FARM and BRIAN GUSTAFSON RENTALS, *Debtor,* | : : : : : : | Case No. 17-10514-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 167, 172, 182, 193, 196, 198, 200 |

### ORDER

A hearing was held on confirmation of the Debtor's ***Small Business Plan of Reorganization Dated May 14, 2018*** (Doc. 172) and ***Disclosure Statement to Accompany Small Business Plan dated May 14, 2018*** (Doc. 182). At the hearing, Counsel for the IRS informed the Court of delinquent postpetition taxes and a prior check for postpetition taxes that had bounced. The Court previously entered an ***Order*** (Doc. 167) on April 30, 2018 which stated any future failures of the Debtor to comply with its responsibilities in bankruptcy will result in immediate dismissal with a two-year bar. Therefore,

***AND NOW***, this ***22nd*** day of ***June, 2018***, based on the reasons stated at the hearing and the foregoing, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)  The above-captioned case is ***DISMISSED with a two-year bar to refiling*** for failure to comply with the Court's Orders.

(2)  The Debtor's ***Small Business Plan of Reorganization Dated May 14, 2018*** (Doc. 172) and ***Disclosure Statement to Accompany Plan dated May 14, 2018*** (Doc. 182) are ***DENIED as moot*** in light of dismissal.

1

(3) The *Stipulation and Agreement Between the Debtor and the Pennsylvania Department of Revenue* (Doc. 200) is **DENIED as moot** in light of dismissal.

(4) Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. § 349*, and creditors are directed to *11 U.S.C. § 108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after the date of this *Order*.

(5) The Debtor remains legally liable for all of their debts as if the bankruptcy petition had not been filed.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
All Creditors and All Parties in Interest

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10514-TPA
B.L. Gustafson, LLC                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 2              Date Rcvd: Jun 22, 2018
                               Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db             +B.L. Gustafson, LLC,    P.O. Box 344,    Smethport, PA 16749-0344
aty            +Knox McLaughlin Gornall & Sennett, P.C.,    120 West 10th Street,    Erie, PA 16501-1410
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
acc            +Thomas Ball Financial Services,    605 West Main Street,    Smethport, PA 16749-1145
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA   15219,
                 U.S.A. 15219-1956
14519804       +Amy B. Gustafson,    1235 West Main Street,    Smethport, PA 16749-1046
14519805      #+Brian L. Gustafson,    1235 W. Main Street,    Smethport, PA 16749-1046
14519806       +Christopher Poorman & Bobbie Jo Poorman,    c/o Saltz Mongeluzzi Barrett & Bendesky,
                 Attorney Robert J. Mongeluzzi,    1650 Market Street, 52 Floor,    Philadelphia, PA 19103-7236
14519807       +Clearfield Transportation Services, Inc.,    P.O. Box 344,    Smethport, PA 16749-0344
14645866      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962)
14519808        Ford Credit,    P.O. Box 220564,    Pittsburgh, PA 15257-2564
14759547        Hamlin Bank & Trust Company,    333 West Main Street,    P.O. Box 367,
                 Smethport, PA  16749-0367
14519811       +John Deere Construction & Forestry Co.,    Robert S. Bernstein, Esq.,    Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200,    Pittsburgh, PA 15219-1945
14652729       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14519812       +Kubota Credit Corporation, U.S.A.,    c/o Kiely A. Lewandowski, Esquire,    U.S. Steel Tower,
                 600 Grant Street, 44th Floor,    Pittsburgh, PA 15219-2713
14519813        PA Department of Revenue,    Bureau of Compliance,    Dept. 280948,    Harrisburg, PA 17128-0948
14519815       +Ralph L. Gustafson,    1235 W. Main Street,    Smethport, PA 16749-1046
14519814       +Ralph L. Gustafson,    160 Jane Ware Road,    Smethport, PA 16749-4916
14708659       +Robert J. Lovell,    Constance E. Lovell,    c/of Michael P. Kruszewski, Esquire,
                 2222 West Grandview Blvd.,    Erie, PA 16506-4508
14519816       +Robert S. Bernstein, Esquire,    Bernstein-Burkley, P.C.,    707 Grant Street,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219-1908
14519817       +Ryan D. Yingling,    115 Jarrett Lane,    Smethport, PA 16749-2013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2018 01:51:25
                 John Deere Construction & Forestry Company,    c/o Kirk B. Burkley,    707 Grant Street,
                 Suite 2200,    Pittsburgh, PA 15219-1945
14519809        E-mail/Text: cio.bncmail@irs.gov Jun 23 2018 01:49:56      Internal Revenue Service,
                 Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
14519810       +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Jun 23 2018 01:51:12
                 John Deere Construction & Forestry Co.,    6400 NW 86th Street,    Johnston, IA 50131-2945
14647638        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:24
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14756357        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              Hamlin Bank & Trust Company
cr              Kubota Credit Corporation
14710108        John Deere Construction & Forestry Company
14644222*       Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
14652737*      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14756358*       Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14756359*       Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14756361*       Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                   TOTALS: 4, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: culy                  Page 2 of 2                   Date Rcvd: Jun 22, 2018
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
               PitEcf@weltman.com
              Guy C. Fustine    on behalf of Debtor    B.L. Gustafson, LLC mwernick@kmgslaw.com,
               knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               PitEcf@weltman.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Debtor    B.L. Gustafson, LLC john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor    Hamlin Bank & Trust Company
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert S. Bernstein    on behalf of Creditor    John Deere Construction & Forestry Company
               rbernstein@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtd
               rive.com
                                                                                             TOTAL: 12
```